UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DONNESIA BROWN,

                                 *Plaintiff*,        **NOTICE OF MOTION**

    -against-

                                                              9:17-CV-1036
                                                              (MAD/ATB)

THE STATE OF NEW YORK, THE NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, NEW YORK STATE CORRECTIONS
OFFICER MATTHEW CORNELL, Individually and in his
Official capacity,

                                           *Defendants*.
_____

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendant Cornell<br><br>By: Aimee Cowan<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | October 8, 2020 at 10:00 a.m. before Judge Andrew T. Baxter to be held at the United States District Courthouse in Syracuse, New York |
| Relief and Basis: | An Order pursuant to Fed. R. Civ. P. 56(a) dismissing Plaintiff's Complaint with respect to remaining Defendant Matthew Cornell, with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Statement of Material Facts Not in Dispute, Declaration of Attorney Cowan, with Exhibits "A"-"K"; Declaration of Rachael Seguin, with Exhibit "A"; Declaration of Cheryl Parmiter, with Exhibit "A"; and Defendant's Memorandum of Law. |
| Dated: | Syracuse, New York<br>August 31, 2020 |

                                      LETITIA JAMES  
                                      Attorney General of the State of New York  
                                      Attorney for Defendant Cornell  
                                      300 S. State Street, Ste. 300  
                                      Syracuse, New York 13202  

                                      By: _____/s_____  

                                      Aimee Cowan  
                                      Assistant Attorney General, of Counsel  
                                      Bar Roll No. 516178  
                                      Telephone:     (315) 448-4800  
                                      Fax: (315) 448-4853  
                                      Email: aimee.cowan@ag.ny.gov  

To:    Scott Rynecki, Esq.  
         Rubenstein & Rynecki, Esqs.  
         16 Court Street, Suite 1717  
         Brooklyn, New York 11241