## Look-Up By Din

| Log ID | Code ID | Din | Last name | Title | Date File |
|---|---|---|---|---|---|
| 64686 | 30.0 | 11-A-4897 | Brown | MISSING PACKAGE | 4/7/2014 |

| DateIGR | IGRC: | SUPTDATE: | RETURNDAT | SUPT: | CORCDATE: | CORCRETUR | CORC: |
|---|---|---|---|---|---|---|---|
| 4/7/2014 | WC | | | | | | |