Department of Corrections and Community Supervision                      Rachael A. Seguin   ?



Inmate Grievance    Search Page    Custom Search               Search this site

## Active Cases ▸ 11A4897

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|

There are no items to show in this view of the "Active Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                    Rachael A. Seguin

**Inmate Grievance**   Search Page   Custom Search

Closed Cases ▸ 11A4897

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".