# CERTIFIED TRANSCRIPT

Page 1

1    UNITED STATES DISTRICT COURT

     NORTHERN DISTRICT OF NEW YORK

2    ------------------------------------------X

3    THOMAS OZZBORN,

4                          Plaintiff,

5                                    Index No:

         - against -              9:17-CV-1039

6                                  (MAD/ATB)

7    THE STATE OF NEW YORK; THE NEW YORK STATE

     DEPARTMENT OF CORRECTIONS AND COMMUNITY

8    SUPERVISION; and MATTHEW CORNELL, Corrections

     Officer, Individually and in his Official Capacity,

9

                         Defendants.

10

     ------------------------------------------X

11

                    28 Liberty Street

12                  New York, New York

13                  August 8, 2019

                    12:56 p.m.

14

15

16

17

18

19       EXAMINATION BEFORE TRIAL OF DONNESIA BROWN, a

20

21   Plaintiff, pursuant to Notice, taken at the above

22

23   place, date and time, before MARIA ACOCELLA, a

24

25   Notary Public within and for the State of New York.

Page 2

1      A P P E A R A N C E S :

2

3

4        RUBENSTEIN & RYNECKI

5             Attorneys for Plaintiff

6             16 Court Street - Suite 1717

7             Brooklyn, New York 11241

8        BY:  CHAD RUSSELL, ESQ.

9

10

11

12        STATE OF NEW YORK

13        OFFICE OF THE ATTORNEY GENERAL

14        LETITIA JAMES

15             Attorneys for Defendants

16             300 South State Street - Suite 300

17             Syracuse, New York 13202

18        BY:  AIMEE COWAN, ESQ.,

19             Assistant Attorney General

20

21

22

23

24

25

Page 3

1    S T I P U L A T I O N S :

2

3        IT IS HEREBY STIPULATED AND AGREED by and

4

5    between the attorneys for the respective parties

6

7    hereto, that this examination may be sworn to

8

9    before any Notary Public.

10

11       IT IS FURTHER STIPULATED AND AGREED that the

12

13   filing and certification of the said examination

14

15   shall be waived.

16

17       IT IS FURTHER STIPULATED AND AGREED that all

18

19   objections to questions, except as to the form of

20

21   the question, shall be reserved for the time of

22

23   trial.

24

25

1                    Donnesia Brown

2     D O N N E S I A      B R O W N, the Plaintiff

3     herein, having been first duly sworn by a

4     Notary Public within and for the State of

5     New York, was examined and testified as

6     follows:

7     EXAMINATION BY

8     MS. COWAN:

9          Q.     Good afternoon, Mr. Brown.

10         A.     Yes, ma'am.  Good afternoon.

11         Q.     My name is Aimee Cowan.  I am an

12    Assistant Attorney General.

13                I am going to ask you a few

14    questions about a lawsuit that you filed

15    against Officer Matthew Cornell, okay?

16         A.     Yes, ma'am.

17         Q.     A few ground rules before we get

18    started.  First, can you make sure that all

19    your responses are verbal.  No shaking your

20    head or saying uh-huh, all right, so we can

21    get everything down on the transcript, okay?

22         A.     Yes, ma'am.

23         Q.     Second, if you can just wait

24    until I finish asking my question before you

25    start answering, so we are not talking over

Page 5

Donnesia Brown

1

2    each other, so the court reporter can get

3    everything down, okay?

4         A.    Yes, ma'am.

5         Q.    And then third, if there is a

6    question I ask that doesn't make sense to

7    you, you don't understand, just let me know.

8    I can rephrase it, okay?

9         A.    Yes, ma'am.

10        Q.    And just make sure you keep your

11   voice up.  It is a little hard to hear

12   sometimes.  She needs to record everything

13   you say.

14        A.    I am soft spoken.  I will speak

15   up, though.

16        Q.    If you can't hear me, let me know

17   too, all right?

18        A.    Yes, ma'am.

19        Q.    Are you on any medications today

20   that would affect your ability to testify

21   truthfully?

22        A.    No, ma'am.

23        Q.    Did you take any illegal drugs

24   today?

25        A.    No, ma'am.

Page 6

1                    Donnesia Brown

2        Q.     Did you drink any alcohol today?

3        A.     No, ma'am.

4        Q.     All right.  What is your full

5  name?

6        A.     Donnesia Mark Brown.

7        Q.     Any other names that you have

8  gone by?

9        A.     No.

10        Q.     What is your date of birth?

11        A.     ████████████

12        Q.     Oh, January --

13        A.     No, eight as in August.

14  ████████████████████

15        Q.     ████████████████

16               Where do you currently reside?

17        A.     I am homeless.

18        Q.     Where did you sleep last night, I

19  guess, is a better question, maybe?

20        A.     At a friend's house.

21        Q.     Do you have a permanent residence

22  at all?

23        A.     No.

24        Q.     Where do you receive mail?

25        A.     My mother's house.

Page 7

1                    Donnesia Brown

2        Q.        Where does she live?

3        A.        At 1669 Randall Avenue, Bronx,

4    New York.

5        Q.        How long have you been homeless

6    for?

7        A.        Not long.  I been in a shelter.

8    I go to shelters.

9        Q.        How long have you been going to

10   shelters for?

11       A.        For a while.  I am trying to find

12   an apartment.  It is kind of hard.  Hard

13   difficulty.  The system is crazy.  I am

14   learning, though.

15       Q.        When did you last have a

16   permanent address?

17       A.        Years ago.

18       Q.        What was the last permanent

19   address that you had?

20       A.        I was living in the Bronx, in the

21   Bronx.  This was like before I got arrested,

22   like years, like over ten years ago.

23       Q.        Okay.  Gotcha.  All right.

24                 Let's talk about any felony

25   convictions that you have.  I think that

Page 8

1                    Donnesia Brown
2    there is a few that I have here on my list; I
3    just want to go through them.
4                    Can you list for me your felony
5    convictions and the date of those
6    convictions?
7          A.      No.
8          Q.      No?
9          A.      No, no.  I know I got arrested
10   though.  I know I got arrested.  I can't
11   list.  I don't remember that off the top of
12   my head.
13         Q.      What about a robbery conviction
14   in 2011?  Do you recall that?
15         A.      I was arrested for that, yes.  I
16   did time for it.
17         Q.      So you were convicted of that
18   crime, correct?
19         A.      Yes.
20         Q.      How much time did you do?
21         A.      Well, I got sentenced to five
22   years.  I did over that, though.
23         Q.      Why did you do over that?
24         A.      Because an incident happened in
25   Auburn Correctional Facility.

Page 9

1                    Donnesia Brown

2      Q.      Is that the incident that we are

3  going to be talking about later today --

4      A.      Yes.

5      Q.      -- that is the subject of this

6  lawsuit?

7      A.      Yes.

8      Q.      Were you convicted of criminal

9  possession of a controlled substance in 2007?

10     A.      I don't know.  I probably was,

11  yeah.  Yeah, yeah, yeah.

12     Q.      What about attempted robbery in

13  2007?

14     A.      Both at the same time, probably.

15     Q.      I have 2007 for both of those.

16     A.      Oh, yeah.  That was a drug case.

17     Q.      Okay.  Do you remember the

18  sentence for those crimes?

19     A.      What you mean like a judge

20  sentencing me, and all of that, at the

21  courtroom, what went on?

22     Q.      Did you serve prison time for

23  that?

24     A.      Yes, yes.

25     Q.      How much prison time did you do?

Page 10

1               Donnesia Brown

2       A.       I did five years.   That was '06.

3   I went upstate '07.   I did about five years,

4   and I got out and 30 days later, I did

5   another five years.

6       Q.       Before that, what were your

7   felony convictions?

8       A.       Gun, drugs.   Gun.

9       Q.       What were the dates of those

10  convictions?

11      A.       I don't remember the dates.   I

12  don't want to give, and then it isn't the

13  exact date.

14      Q.       You have several felony

15  convictions, fair?

16      A.       Yes, right.

17      Q.       What about misdemeanor?   Any

18  misdemeanor convictions?

19      A.       I can't tell you dates.   I can

20  tell you year I did have misdemeanor

21  convictions, but I don't know.

22      Q.       What convictions?

23      A.       For train -- getting on the

24  train.   Misdemeanor, it was like getting on

25  the train.   Fare evasion.

Page 11

1      Donnesia Brown

2       Q.      Any misdemeanor of anything to do
3   with honesty or truth telling, perjury,
4   fraud, bouncing checks, anything like that?
5       A.      No.  I ain't -- no.  And I only
6   had one check from Osborn, that was $200, and
7   I had to pay it.
8              And it was a good check.  They
9   just said it was dated early.  But the lady
10  in the check cashing place cashed it.  It was
11  dated earlier, but then they said it bounced.
12  I didn't understand that, but that is it.
13      Q.      Who was this check from?
14      A.      Osborn.
15      Q.      Osborn who?
16      A.      It is like an organization where
17  you work you get a job.  They help you get
18  your OSHA for construction and all of that.
19      Q.      Okay.  So it is a company?
20      A.      Yes, like Fed CAP, Fortune
21  Society.
22      Q.      Are you married?
23      A.      No, ma'am.
24      Q.      Have you ever been married?
25      A.      Yes, I was married one time.

Page 12

                        Donnesia Brown

1

2       Q.      When were you married?

3       A.      This is like in '93, '94.

4       Q.      When did that marriage end?

5       A.      She died.  She had went into a

6    diabetic coma.

7       Q.      Oh, I am sorry to hear that.

8               When was that?

9       A.      That was probably around '97,

10   '98.  Somewhere around there.

11      Q.      Do you have any kids?

12      A.      Yes.  I have a son.

13      Q.      How old is he?

14      A.      Twenty-four.

15      Q.      Does he live with you?

16      A.      No.

17      Q.      Are you in contact with him?

18      A.      When I can be, yeah.

19      Q.      What does he do for a living?

20      A.      I don't know.  I ain't seen him

21   yet.  I am sure he works.  He just had a

22   two-month old daughter, his mother told me.

23      Q.      When was the last time --

24      A.      I never spoke to him personally.

25   Lately, I haven't seen him.

```
 1                    Donnesia Brown
 2        Q.       When was the last time you spoke
 3   to him?
 4        A.       Oh, last year.  Last year.
 5        Q.       What is the highest level of
 6   education that you have achieved?
 7        A.       Eleventh.
 8        Q.       Eleventh grade?
 9        A.       Yes.
10        Q.       Where did you go to high school?
11        A.       I went to Stevenson High School,
12   and I went to high school in Manhattan.  I
13   don't think it is there no more.  But
14   Stevenson High School, I went to.
15        Q.       Where is Stevenson High School
16   located?
17        A.       In the Bronx.  Bronx, New York.
18        Q.       Did you ever get your GED or high
19   school diploma?
20        A.       No, not yet.
21        Q.       Sorry, what was that?
22        A.       I said no, not yet.  I haven't
23   achieved my GED.
24        Q.       Do you have any certifications or
25   licenses, any trade school diplomas or
```

Page 14

                    Donnesia Brown

1
2   anything like that?
3           MR. RUSSELL:  Don't get anything
4       out.  Just tell her.
5           THE WITNESS:  Okay.  I am sorry.
6       A.      I got like OSHA for construction.
7   Custodial maintenance.  I do welding, and I
8   can drive, but I didn't get my CDL yet.
9       Q.      So the welding, the OSHA
10  construction, maintenance, where did you
11  receive those licenses and certifications?
12      A.      Through agencies.  Osborn, Fed
13  CAP, Fortune Society.
14      Q.      Are you currently employed?
15      A.      No.
16      Q.      When was the last time you were
17  employed?
18      A.      Last year.  I was working at
19  Queens Drywall Construction.  I was working
20  with them, Queens Drywall Construction and
21  custodial maintenance for Osborn on the
22  Atlantic Terminal.
23      Q.      Why are you no longer working?
24      A.      Because I am not.  I am trying to
25  do the process, to do it again right now.  It

Page 15

1                        Donnesia Brown

2    is coming together.  I didn't get it, but I

3    am working on it.  I ain't gonna stop.  I

4    can't give up.

5          Q.     Did you quit that job, or were

6    you fired, or what happened?

7          A.     I was moving, trying to find a

8    place to stay.

9          Q.     How long did you work for that

10   company?

11         A.     About nine months.

12         Q.     Other than this lawsuit that we

13   are here to talk about, have you filed any

14   other lawsuits?

15         A.     Yes.

16         Q.     Tell me about that?

17         A.     The officer arrested me and said

18   I had a warrant from 1985.  He fingerprinted

19   me, took my picture, took me to the court.

20                And he gave the paper to the

21   court lady, the court officer.  She took it

22   to the back and came back and said I did time

23   for it, and that I was released for it; so he

24   was unlawfully arresting me.

25                So he had to let me go.  And I

Page 16

                    Donnesia Brown

1                   Donnesia Brown

2      went down to Scott Ryencki and told him.

3           Q.      When was that?

4           A.      This was last year, I think last

5      year.

6           Q.      So this was recent?

7           A.      Yes.

8           Q.      Was a lawsuit filed?

9           A.      I am pretty sure it was.  He said

10     he was putting it in.

11          Q.      Do you know the status of that

12     lawsuit?

13          A.      I don't even ask them questions.

14     Somebody just told me, say minute ago, I

15     should ask them questions.  I just tell them,

16     and they do it.

17          Q.      Okay.  There is no resolution to

18     that case yet?  It wasn't settled or gone to

19     a jury trial?

20          A.      No, not that I know.

21          Q.      Any other lawsuits other than

22     that one that we just talked about?

23          A.      No, no.

24          Q.      What about the State of New York?

25     Have you ever filed a claim against the State

1                    Donnesia Brown

2  of New York?

3      A.    Yeah, for being locked up in the

4  jail, yeah.

5      Q.    What did that lawsuit have to do

6  with?

7      A.    What do you mean, when I was

8  locked up?  You stated that is the state,

9  right?  When you locked, you filed a lawsuit

10  that is against the state, yes.  Against the

11  state, I was locked up in Auburn.

12      Q.    So my question is:  Have you

13  filed any claims or lawsuits against the

14  State of New York at any time other than the

15  lawsuit that we are here to talk about?

16      A.    Oh, no, no, no, no, no.

17      Q.    Have you ever been sued, anyone

18  file a lawsuit against you before?

19      A.    No.

20      Q.    Now, you were incarcerated for a

21  period of time at Auburn Correctional

22  Facility, right?

23      A.    Yes, ma'am.

24      Q.    How long were you incarcerated at

25  Auburn, specifically?

Page 18

1                    Donnesia Brown

2        A.       Around two years.

3        Q.       Was that two years consecutive,

4   or was that broken up in time?

5        A.       No consecutive.

6        Q.       What period of time did that

7   cover?

8        A.       That was like January of 2015 --

9   no.  Yeah, January 2014 to January of 2016.

10        Q.       Okay.  Had you spent time in

11   Auburn at any other point during your

12   incarceration?

13        A.       Have I spent time at Auburn

14   before?

15        Q.       At any other point, right.

16        A.       No.  That was my first time in

17   Auburn.

18        Q.       What was the crime that you were

19   incarcerated at Auburn for?  Do you remember

20   what you had been convicted of at that point?

21        A.       I think it was a robbery.  That

22   was 2011, right?

23        Q.       Yes.

24        A.       Yeah, it was robbery, I think.

25        Q.       You said your sentence was for

Page 19

                    Donnesia Brown

1
2   how long, five years?
3        A.     Yeah.
4        Q.     And then would you be released to
5   parole after that?
6        A.     Yes.
7        Q.     While you were in Auburn, were
8   you affiliated with any gangs?
9        A.     No.
10        Q.     At any other facility, were you
11   affiliated with any other gangs?
12        A.     No, I am not.  I don't deal with
13   gangs.
14        Q.     So on the outside, outside of
15   prison, were you ever affiliated with gangs?
16        A.     I don't deal with gangs, period.
17   Outside, nowhere.
18        Q.     Do you have any tattoos?
19        A.     I got one on my shoulder.
20        Q.     What is that?
21        A.     MOB.
22        Q.     MOB?  What does that stand for?
23        A.     You really want to know?  Are you
24   serious?
25        Q.     Sure.

```
 1                    Donnesia Brown
 2        A.      M, money over --
 3        Q.      Is it a bad name for a lady?
 4        A.      It don't got nothing to do with
 5   no ladies.
 6                Why you even saying that.
 7        Q.      I just want to know what it is,
 8   bitches?
 9        A.      Yeah, stop saying that.
10        Q.      I am just asking.
11        A.      All right.  And you answered it.
12        Q.      All right.  Okay.
13                I will take you to the date of
14   incident, January 21, 2016.
15                Prior to that date, did you ever
16   have any interactions or conversations with
17   Officer Cornell?
18        A.      Yeah.  One time I was going to
19   the yard, and he patted me down.  That is
20   about it.
21        Q.      So before January 2016, he had
22   patted you down before going to the yard?
23        A.      Yeah.  One day they patted me
24   down.  They randomly pat people down,
25   prisoners going to the yard.
```

Page 21

1                    Donnesia Brown

2       Q.      You were going to the yard for

3   recreation?

4       A.      Yes.

5       Q.      Did he find any contraband or

6   anything you weren't supposed to have?

7       A.      No.

8       Q.      Did he say anything to you during

9   that incident?

10      A.      No.  He just said he have to pat

11  me down.

12      Q.      How much time before this January

13  incident did that happen, days, weeks,

14  months?

15      A.      Months.

16      Q.      Months?

17      A.      Yeah, because I was there for two

18  years.  So it was months that pass by.

19      Q.      So were you familiar with Officer

20  Cornell before this incident January 2016?

21      A.      Well, you know, this is how

22  people hear things.  You know, people hear

23  things in the facility about different

24  officers.  That is about it.

25              But I never dealt -- I never had

1                    Donnesia Brown

2   no issues with him until that day.

3        Q.      Never filed a grievance against

4   him before?

5        A.      I never had no issue with him

6   until that day.

7        Q.      Where were you housed at the

8   time?  Were you in general population or

9   special housing?

10        A.      I was in general population.

11        Q.      Do you know what block or

12   gallery?

13        A.      Left B block to D Block.

14        Q.      Were you under keep lock at that

15   time?

16        A.      Yes.

17        Q.      Why?

18        A.      Because out of all the times I

19   been locked up, I had a fight.  I think the

20   staff set it up.

21        Q.      You said the staff set it up?

22        A.      They do stuff like that, but it

23   is all right.

24        Q.      Mr. Brown, can you keep your

25   voice up a little.

1                    Donnesia Brown

2        A.       Yeah, I know, I am sorry.  Yes,

3    that is what I said.

4        Q.       Okay.  You said there was a

5    fight.

6                 When did the fight happen?

7        A.       The fight happened like in the

8    wintertime, like around February.  I mean

9    like November, December.

10       Q.       What year?

11       A.       2016.

12       Q.       So this incident happened

13   January 2016.

14                Did this fight happen before the

15   incident?

16       A.       Yes.

17       Q.       So maybe November, December of

18   2015?

19       A.       Yeah.  Yes.  Yeah.

20       Q.       All right.  We will get to that.

21                I am just going to move onto

22   something else right now.

23                Up until this point, up until

24   January 2016, had you received any

25   misbehavior tickets, other than the one we

                    Donnesia Brown
1
2    just talked about for fighting?
3              MR. RUSSELL:  Any prison, or just
4       Auburn?
5              MS. COWAN:  Sorry, at Auburn.
6       A.     Yeah, I caught tickets in Auburn.
7              Not for fighting though, no.  I
8    caught tickets.
9       Q.     Do you remember what the tickets
10   were for?
11      A.     School.  Stuff like that.  Little
12   miscellaneous tickets.
13      Q.     Ever receive a ticket for
14   possession of a weapon --
15      A.     No.
16      Q.     -- prior to this incident?
17      A.     Never.
18      Q.     At Auburn or any other facility?
19      A.     Never.
20      Q.     What about Elmira?  Did you ever
21   receive a weapons charge?
22      A.     Yeah.  I received a weapons
23   charge.
24             But no weapon, though.
25      Q.     Did you receive a ticket for

Page 25

                    Donnesia Brown

1

2    possessing a weapon?

3        A.     Yes.  But I never had no weapon.

4        Q.     Was that in Elmira, back in 2013?

5        A.     Yup, that is a fact.  I was there

6    for eight months.

7               I just got approved to be closer

8    to a medium, and miraculously, they found a

9    weapon.  Why would I want that?  I am to --

10   going to a medium.  I am going to Fishkill.

11   I don't need that.  And I went to the box.

12              But then, you know, set me up

13   with nothing.  They just gave me box time.

14       Q.     So did you receive a disciplinary

15   hearing as a result of that ticket?

16       A.     Yup.

17       Q.     Did you plead guilty, or they

18   found you guilty?

19       A.     I they found me guilty.

20              I didn't plead guilty to that.

21       Q.     Are you saying that someone

22   planted a weapon on you?

23       A.     They found it in the track of the

24   door.

25              Yes, somebody planted that.  They

Page 26

1                   Donnesia Brown
2    do that.  I am not saying, you know, because
3    you don't know, per se; but I am there.
4    Yeah, they do that.  Yeah, I was only there
5    for eight months.
6          Q.     Do you have any idea of who
7    planted the weapon?
8          A.     I was in school.  I was in a
9    program.
10                So when I came back, they
11   searched.
12                And I just came from my
13   counselor, and they searched, and they found
14   in my box.
15                And that messed up my transfer to
16   the medium.  I couldn't go.
17         Q.     What was your discipline as a
18   result?
19         A.     Box time.  They gave me box time,
20   90 days, or something like that, three
21   months.
22         Q.     Now it says in your complaint
23   that you believe you were singled out and
24   ordered out of your cell by Officer Cornell.
25   Is that an accurate statement?

Donnesia Brown

1

2      A.      He came to my cell.  My cell

3  popped opened, and he just walked in and put

4  my hands up, rushed me.

5      Q.      And we are talking about

6  January 21, 2016, correct?

7      A.      Uh-huh, yes.

8      Q.      What were you doing in your cell

9  at that time?

10     A.      Listening to my radio on the

11  wall.  They have a wall where they can listen

12  to the radio, the news or music.

13             And I am listening to it.  And he

14  walked in my cell with another officer and

15  just got aggressive.

16     Q.      Had you just come from recreation

17  or chow, or had you just come from anywhere?

18     A.      I was keep lock, remember?

19     Q.      Okay.

20     A.      I couldn't go nowhere.

21     Q.      Why do you believe you were

22  singled out by Officer Cornell?

23     A.      Because after the fact, listening

24  to what people are saying, they saying --

25  they was already telling me he set other

Page 28

1                    Donnesia Brown

2    people up.

3        Q.    Do you have any opinion as to why

4    he would have set you up, specifically?

5        A.    No.

6        Q.    That is a no?

7        A.    No.  No, I don't know why.

8        Q.    You said you didn't have any

9    issues with him prior to this incident?

10       A.    No.

11       Q.    Is that right?

12       A.    Yes.

13       Q.    It has to be verbal.

14       A.    Yes, yes.

15       Q.    Did you have issues with any

16   other officer at Auburn around this time?

17       A.    Not that I know of.  Besides the

18   package room, they used to always take my

19   stuff out the package.  Every time, I missing

20   something.

21             Other than that, no.

22       Q.    Any officers specifically that

23   you had issues in the package room?

24       A.    Quite a few, because they always

25   was taking stuff out my package.  My people

1                    Donnesia Brown

2    are sending that stuff, and they taking it.

3            But other than that, it never got

4    to the point where I always would still get

5    packages.

6        Q.    What kinds of things were they

7    taking from you?

8        A.    My food.  It could be chips.

9    Stuff be missing, you know, you can't really

10   get much, so my moms and sister send me food.

11           But they take it.  They take

12   certain things, because she write a list,

13   confirmation list, and mail it with the

14   package.  And they take that and, you know, I

15   always just was having issues.  It is prison.

16       Q.    Your attorney has -- or your

17   attorney should have a copy of a disciplinary

18   hearing transcript.  I am just going to ask

19   you a couple of questions throughout about

20   some things that you said during that

21   disciplinary hearing.

22       A.    All right.

23       Q.    You can say, that is not what I

24   said, or that is not what I meant, or

25   whatever.  I am just going to ask you some

Page 30

1                  Donnesia Brown
2    questions about that.
3         A.      Ask me.
4              MR. RUSSELL:   Is this the
5         two-page thing?
6              MS. COWAN:   No, it is tier three
7         disciplinary transcript.
8              I wasn't going to actually show
9         it to him.   It is not something signed
10        by him or anything.   I just want to
11        clear some things up.
12        Q.      So during your disciplinary
13   hearing you mentioned something about having
14   an issue with officer after you crossed the
15   line in the yard that you weren't supposed to
16   cross.   Does that sounds familiar?
17        A.      Oh, yeah.   I remember that.   I
18   thought I was going to get hanged that day.
19   Yeah, oh my God.
20        Q.      When did that incident happen?
21        A.      I don't remember the exact date.
22   You are asking me for dates.   I don't
23   remember the exact dates, but do I remember.
24              MR. RUSSELL:   If you don't
25        remember, you can say I don't remember.

1              Donnesia Brown

2       That is fine.

3       A.     I don't remember the exact date,

4  but I remember the incident, because that

5  sergeant -- it was a sergeant, wasn't no

6  officer.  That sergeant, he was like he took

7  my ID.  He just was -- I don't know.  It was

8  too much.

9       Q.     Was it before or after this

10  incident with Officer Cornell?

11       A.     That was before.

12       Q.     Do you know who the sergeant was?

13       A.     Nah.  Never met him.  I don't

14  want to meet him.

15       Q.     Were you written up for this

16  incident?

17       A.     No.  He just took my ID.

18       Q.     Did he say anything to you?

19       A.     Yeah.  He said why I crossed the

20  line this, that and a third.

21              Then somebody else came and

22  crossed the line.

23              So when I looked at him, and I

24  looked at the guy, he had no choice but to

25  come out.  He took his ID too, you know, said

Page 32

1                    Donnesia Brown

2      what he said.

3                    And then when the yard was about

4      to close, then he gave us our ID back.  He

5      gave it to the officer to give us our ID

6      back.

7                    But we couldn't get on the phone.

8      But he took it.

9          Q.      Were you allowed to stay at

10     recreation at that time?

11         A.      We were allowed to stay, but we

12     couldn't use the phone.  You need your ID for

13     the phone.

14         Q.      Was Officer Cornell involved in

15     that incidental all?

16         A.      No, I didn't see him.

17         Q.      All right.  Let's go to

18     January 21, 2016, the date of this incident.

19                    Other than Officer Cornell, any

20     other prison staff enter your cell that day?

21         A.      Yes.

22         Q.      Who?

23         A.      Another officer.  I don't know

24     his name, but a big officer.  I don't know

25     his name.

Donnesia Brown

1

2      Q.      You don't know who he was?

3      A.      Nah.  Because he was behind him.

4              When they both came in my cell,

5   he was behind him, so I never got to see that

6   little tag.  I didn't get to see it.

7      Q.      Did you know who Officer Cornell

8   was, when he came into your cell?

9      A.      I know he was a CO.

10     Q.      But you knew his name at the

11  time?

12     A.      I didn't really know him, per se

13  him, no, until after that incident.

14             Now I am getting to know who this

15  officer is, and things that is going on.

16     Q.      Do you remember what Officer

17  Cornell looks like?

18     A.      Do I remember what he look like?

19     Q.      Yes.

20     A.      Yes, of course.

21     Q.      What does he look like?

22     A.      He is about six-one, blond hair,

23  that is it.  White.

24     Q.      Was he fat, thin, medium?

25     A.      Medium.

Page 34

1                        Donnesia Brown

2        Q.        Tell me about what he and the

3    other officer came to your cell that day.

4    Tell me what happened.

5        A.        I was sitting in my cell.  I got

6    the headphones in my ears.  I am listening to

7    the radio, and the cell door crack open.  The

8    cell door crack open.  It only cracks a

9    little bit, but I don't see nobody.  Like a

10   split second later, two officers come in my

11   cell.

12                 I am sitting on my bed.  I got my

13   slippers on, my sweatpants, and I am sitting

14   on the bed.

15                 So he rushes me.  He like, yo.

16   He grabbed my hands.  That is the first

17   thing.  As soon as came in the cell, he

18   grabbed my hands, boom, pulled them up.

19                 The other officer is behind him.

20   He is like yo, I gotta search you.  I gotta

21   search you.  Boom, he is on top of me, takes

22   the headphones, boom, throws them.  He is

23   grabbing -- you know, like pulling me out the

24   cell.

25                 Where I get on the gallery, the

Donnesia Brown

1

2  other officer is right behind him, and he

3  pats me down.  After he finishes patting me

4  down, he walks me down the gallery.  He walks

5  me down the gallery to the catwalk, to the

6  back of the catwalk, and he handcuffed me.

7          I gotta strip.  I striped down.

8  Then he let go of the handcuffs.  Then I take

9  off the top, and then he handcuffed me back,

10 and then he was like, you ain't got no

11 weapon.  I am like nay, I ain't got no

12 weapons.

13         He goes, you have one now.  He

14 opened this cloth.  I am like, yo, what you

15 doing?  Yo, this is nothing personal.  If it

16 was, we would be fighting.

17         And he handcuffed me and takes me

18 to the box, and that was it.

19    Q.      The officer that was with

20 Cornell, was it a supervisor or was it

21 another officer?

22    A.      It was another CO.  He never said

23 nothing.  He was just standing there, as if I

24 was to get more aggressive, he was going to

25 get aggressive too.

```
 1                    Donnesia Brown
 2        Q.      At any point, was your cell
 3   searched?
 4        A.      No, not before that.  Not during
 5   that time, no, because I left.  Once they
 6   took me, I never went back to that cell.
 7        Q.      Did Officer Cornell say anything
 8   to you about why he was allegedly planting
 9   this weapon on you?
10        A.      No, ma'am.  No.
11        Q.      So you said that you were pat
12   frisked inside your cell by Officer Cornell?
13        A.      No.  I said I was pat frisked
14   outside the cell.  He snatched me and brought
15   me outside the cell, and they handcuffed me
16   and walked me down the gallery.
17        Q.      And this other officer was there
18   for the pat frisk?
19        A.      Yeah.
20        Q.      Any other witnesses to this pat
21   frisk, any inmates or other officers, other
22   staff members?
23        A.      Not unless somebody had their
24   mirror out, looking down the gallery.  I
25   don't know.  It was just us three.
```

Donnesia Brown

1

2      Q.      Did you speak to anybody after

3   this incident, and ask them if they had seen

4   what happened?

5      A.      I never went back to that

6   facility.  I can't go back to that facility,

7   so I don't know.

8      Q.      You said you can't go back?

9      A.      No.

10      Q.      Why not?

11      A.      Because this incident happened, I

12   ain't trying to go to jail, period, anyway.

13              But this incident happened, you

14   know, in that facility, so they didn't let me

15   go -- you know, I went to -- I went to the

16   box, went to Southport.

17              When I came out, I went to

18   Comstock or Clinton, or anywhere, but not

19   back to Auburn.  I go through transit, but

20   that is just because I am leaving.

21      Q.      While Officer Cornell is in your

22   cell, does he say anything to you, do you say

23   anything to him?

24      A.      I am not saying nothing.  Put

25   your hands up.  I gotta search you.  Yo, come

Donnesia Brown

1

2   here.  I got a call.  I gotta search you.  He

3   is talking, but I am not saying nothing.

4       Q.     Did he tell you that he had

5   information that you did have a weapon?

6       A.     That is what he said.

7       Q.     Did you respond to that?

8       A.     No.

9       Q.     You didn't say anything?

10      A.     No.

11      Q.     Why not?

12      A.     For what?

13      Q.     Well, you could have explained to

14  him no, I do not have a weapon?

15      A.     It ain't gonna matter with him.

16  He is the CO.  I would have to explain that

17  to a sergeant or somebody.

18             When officers come to your cell,

19  nobody explain nothing.  They let them do

20  what they doing.  They leaving and leaving

21  you, or you leaving, and you going with them.

22  That is it.  Ain't no explaining.

23      Q.     Did the other officer say

24  anything to you at any point?

25      A.     No, he never said nothing.  He

Page 39

1               Donnesia Brown

2    never said nothing.

3         Q.      What about during the pat frisk?

4    Did Officer Cornell say anything to you then?

5         A.      Yeah.

6         Q.      What he did say?

7         A.      He said, this is not personal.

8    If it was, we would be fighting.

9               And he showed me the weapon, the

10   sharpened toothbrush.  I am handcuffed.  He

11   showed it to me, and that was it.

12              He -- when he opened the door,

13   the sergeant is standing there.  I am

14   handcuffed, both my hands.  I am dressed.

15   And take my straight to the box.

16        Q.      I am talking about the pat frisk,

17   though.

18              So you are outside of your cell.

19   Did Officer Cornell say anything to you

20   during the pat frisk?

21        A.      No.  He just patted me down.

22        Q.      Did you say anything to him?

23        A.      No.

24        Q.      So then, he takes you down to the

25   catwalk?

Page 40

```
1              Donnesia Brown
2       A.      Yes, down the catwalk.  We walk
3  down the catwalk, around the back, to the
4  back of the cells.
5       Q.      And then there is a specific area
6  that he took you to for a strip frisk?
7       A.      Yes, ma'am.
8       Q.      What area is that?
9       A.      It is in the back of the catwalk.
10 It is like behind the cells.  A little room.
11 He opened it, and he handcuffed me to one of
12 the pipes and strip searched me.
13      Q.      Was it in a room next to the
14 catwalk, or was it actually right behind the
15 cells?
16      A.      Right behind.  In the middle.
17 You got cells on this and cells on this side.
18 In the middle, you can walk behind people's
19 cells and cut the water off, cut your lights
20 off, you know.  If people trying to flood the
21 cell, they can do all that.  So that is where
22 he took me, in there.
23      Q.      With the other officer?
24      A.      With the other officer.  Just
25 them two.
```

Page 41

1                    Donnesia Brown

2        Q.      And that is where he said, it is

3    nothing personal?

4        A.      Yes.

5        Q.      Did you say anything to him while

6    he is talking to you about these things?

7        A.      No.

8        Q.      Did you ever say anything to him?

9        A.      Nothing to say.  What am I going

10   to say?

11       Q.      So you didn't say anything to him

12   during the pat frisk or the strip frisk?

13       A.      No.

14       Q.      You said it was a sharpened

15   toothbrush that he took out?

16       A.      Yeah, he showed me.  He had it in

17   a cloth.

18       Q.      Where did he take the cloth from?

19       A.      I don't know.  I don't know if it

20   was in there when we went in there.  I don't

21   know where he got it from.

22       Q.      You didn't see?

23       A.      No.  All he did was he had it

24   like a ledge.  He had it on the ledge.  He

25   opened it and said, you got a weapon.

Page 42

1                    Donnesia Brown

2        Q.      Did you say anything in response

3   to that?

4        A.      No.  I just was like -- and they

5   took me to the box.

6        Q.      Okay.  Now you got a misbehavior

7   ticket as a result of that incident, correct?

8        A.      Yes, ma'am.

9        Q.      You had a disciplinary hearing,

10  right?

11       A.      Yes, ma'am.

12       Q.      Did you plead guilty to the

13  charges, or did they find you guilty?

14       A.      He found me guilty.

15       Q.      At some point, do you recall

16  asking the hearing officer if you can talk to

17  him off the record?

18       A.      Not that I recall.

19       Q.      Do you call any witnesses for

20  your hearing?

21       A.      No, ma'am.

22       Q.      Why not?

23       A.      I didn't have no one.

24               Who am I going to have?  Nobody

25  really seen it.  It is in my cell.

Page 43

1                    Donnesia Brown
2        Q.        Go ahead.
3        A.        No, no witnesses.  I didn't have
4    nobody.
5        Q.        You mentioned something during
6    your disciplinary hearing that you were
7    having an issue with the Muslims.  Do you
8    remember mentioning that?
9        A.        I never had a fight in jail.  I
10   never had a fight.  I don't carry weapons.  I
11   don't deal with none of that.  I don't deal
12   with no gangs.  I don't gamble.  I don't do
13   drugs.  I don't do none of that.
14                 In jail, I do my time.  If it is
15   a program that I don't like, and I can't
16   really get out of it, I might refuse it.
17   They can give you 30 days in your cell, or
18   whatever the case may be.
19                 But I wouldn't go, so it don't
20   blow up until something.
21                 Other than that, no.  The Muslim
22   brother I had a fight with, because I am
23   Muslim -- I was supposed to get married to
24   this lady, Syracuse.  Somebody introduced me.
25   The guy, he -- I don't know.  I am saying I

Page 44

1                     Donnesia Brown
2    think it was the officer, because I never had
3    a fight.
4              And this guy, he come, and he is
5    just like mad aggressive.
6              Officer Cornell always used to be
7    in B Block.  When B Block and D Block go to
8    the yard, he is in the yard.
9              And now we get into a conflict.
10   So I am thinking it came -- I could be wrong,
11   but I don't know.  But I got this weapon
12   charge, and I got into a fight.
13              And I was supposed to get
14   married, and now all that just got gone.
15        Q.     So tell me about this fight.  Who
16   did you into the fight with?
17        A.     Some guy.  We just fought.  Five
18   minutes, not even five minutes.
19        Q.     Do you know his name?
20        A.     He had a Muslim name, Hassan, or
21   something like that.  Hassan, something like
22   that.  I don't know.
23              I never had a fight, so the
24   incident was kind of strange to me, all this
25   happening.

Page 45

Donnesia Brown

1

2    Q.      Before that fight, had you ever

3    meet this guy before?

4    A.      I seen him, you know, in jail.  I

5    seen him, but I didn't deal with him.  I

6    don't deal with every Muslim in the jail.

7    Q.      Have any verbal interactions with

8    him or anything before this incident?

9    A.      No.

10   Q.      No?

11   A.      No.

12   Q.      Okay.  Did you say that you were

13   Muslim yourself?

14   A.      Yes.

15   Q.      Do you know why you said during

16   your hearing that you were having an issue

17   with the Muslims?

18   A.      I was supposed to get married.

19   And then I got into that issue with him, you

20   know.  I wouldn't say the Muslims.  If I did

21   say that, I don't recall.  I got into an

22   issue with the Muslim.  I don't know if they

23   used it as Muslim, like the whole community.

24   Q.      When did that fight happen, do

25   you remember?

Page 46

                    Donnesia Brown

1

2       A.      Nah.   I don't recall the date.

3   The exact date, I don't recall, nah.

4       Q.      It was before this incident with

5   Officer Cornell?

6       A.      Yes.

7       Q.      Was it days, weeks, months?

8       A.      Dang, it was like days.   Like a

9   week.   Like a week before this incident

10  happened.

11      Q.      Did you have any issues with the

12  Muslim community as a whole?

13      A.      No.

14      Q.      Did you fear for your safety

15  because of the Muslim community?

16      A.      No.

17      Q.      Ever request protective custody

18  while you were at Auburn?

19      A.      No.

20      Q.      You mentioned during your hearing

21  that there was a Muslim that was trying to

22  cut you?

23      A.      The same person I had the fight

24  with.

25      Q.      Okay.   So that was the fight

Page 47

1                    Donnesia Brown
2   situation that you were referring to?
3        A.    Yeah.  That is the only fight I
4   had, ever.
5        Q.    Where did that fight happen?
6        A.    In the yard.
7        Q.    What started the fight?
8        A.    I don't know.  He just walked up
9   and started swinging on me.  He tried to cut
10  me, and we fighting.  And that was it.
11       Q.    So he had a weapon?
12       A.    Yeah, but they didn't find it.
13       Q.    Did you see the weapon?
14       A.    No.  I felt the blood, though.
15       Q.    Oh, okay.  So you did get cut?
16       A.    Yeah, I was cut.
17       Q.    Was it a deep cut or superficial
18  cut?
19       A.    Right over here (indicating).
20       Q.    Okay.  But you never saw the
21  actual weapon that he had?
22       A.    No.
23       Q.    Did you get a misbehavior ticket
24  as a result of that fight?
25       A.    Yes.

1              Donnesia Brown

2      Q.      Did you have a disciplinary

3   hearing after that?

4      A.      Yes.

5      Q.      Did you plead guilty to the

6   charges, or did they find you guilty?

7      A.      I didn't plead guilty.

8              But because I was fighting, I

9   pled guilty because we were fighting.  So I

10  have to plead guilty to that, because we

11  fighting.

12             But other than that, no.

13     Q.      You were fighting with him

14  because you were defending yourself?

15     A.      Of course, yeah.  Because I am

16  defending myself, I can't tell the sergeant,

17  lieutenant, yo, look, I didn't do nothing.

18             He attacked me.  We both

19  fighting.

20     Q.      Okay.  And at any point

21  afterwards, did you come to find out why that

22  person tried to fight you?

23     A.      Never.

24     Q.      No?

25     A.      That is why I always said, yo, it

Page 49

1                     Donnesia Brown
2    had come to through that.
3              Because why he fighting me?  I
4    never had no issue with this person.  I don't
5    owe him nothing.  I don't owe nobody nothing.
6    Ain't nobody looking for me in prison, jail,
7    street, nowhere.  I don't owe nobody nothing.
8              So why that happened?  It ain't
9    like I did something.  I don't even know him.
10   I am not in his circle.  I am not around him.
11   I don't deal like that.
12       Q.     During your disciplinary hearing
13   for the weapons charge you mentioned
14   something about the Muslims sending you food
15   as a some sort of an apology.  Do you
16   remember saying that?
17       A.     No, I don't recall saying that.
18              Muslims can't send me food.  I
19   was keep locked.  I couldn't get nothing to
20   eat unless they bring me the trays from chow.
21   So they gave me food.
22       Q.     You do remember the Muslims
23   sending you food at some point?
24       A.     Yes.
25       Q.     Was it some sort of apology for

Page 50

1                    Donnesia Brown

2    the fight?

3         A.       Probably.

4                  But I was leaving.  I didn't stay

5    there long.  I never really got the answer to

6    none of these questions that you really

7    asking me.  I never even found out.

8         Q.       What would make you think that it

9    was an apology, that they were sending you

10   food?

11        A.       Probably because of the incident.

12   I was supposed to get married.  I was

13   supposed to get married, and then I got into

14   the fight.  You ain't getting married.

15   Because now you are keep locked, so you can't

16   get married.

17        Q.       Any other inmates involved in

18   this fight at all?

19        A.       (Witness indicating).

20        Q.       Is that no?

21        A.       No.  I am sorry.

22        Q.       Have any other issues with any

23   other inmates during your time Auburn?

24        A.       No, ma'am.

25        Q.       Any issues with any other

Page 51

Donnesia Brown

1
2  religions or any gangs?
3      A.     No, ma'am.  I am not in no gang.
4  I don't deal with gangs.  I don't have no
5  issues.
6              I never had a fight.  I never had
7  a fight.  I have been prison four times,
8  Rikers Island; I never had a fight.  That is
9  the only one ticket I had with a fight.
10     Q.     Up until this fight, did you have
11 any reason to fear for safety while at
12 Auburn?
13     A.     No.  No.  Even when I had the
14 fight, I still didn't fear nothing until
15 after the officers came into the cell.
16             Now it became a problem.  That is
17 it.  Other than that, no.
18     Q.     So even after the fight, you
19 still weren't afraid of people coming and
20 attacking you, even though you just had a
21 fight with someone you didn't know?
22     A.     No, I am in jail.  Anything is
23 liable to happen.
24     Q.     It didn't concern you that that
25 person --

Page 52

1                    Donnesia Brown

2        A.      No.  I am being alert.  That is

3   it.  I am just now being more alert.  More

4   aware of who I am around.  Moving by myself.

5               But I was keep lock, so I really

6   wasn't going nowhere, unless somebody came

7   past my cell.  Keep lock, so I wasn't moving

8   around in jail, period.  Unless they call me

9   for the clinic or something and escorted with

10  an officer, but they didn't call me for that.

11              From that cell, I went to another

12  cell in the box.  And then from there, which

13  is Auburn, from there, I went to Southport,

14  which is central box.

15       Q.      If you are keep lock, you still

16  go to recreation?

17       A.      You can.

18              I never went, though.

19       Q.      But you are still allowed to go

20  to recreation with other inmates?

21       A.      Other inmates that keep lock?

22       Q.      Right.

23       A.      Right.

24       Q.      Okay.  So after this fight, you

25  were, you said, more alert, because of this

Page 53

                    Donnesia Brown

1
2    incident, correct?
3         A.    Yes.  But I couldn't leave my
4    cell.
5         Q.    Right.
6               Well, you could for recreation,
7    right?
8         A.    Right.  Yeah, or shower.
9         Q.    Or showers.
10              And you showered, what, three
11   times a week?
12        A.    Yes.
13        Q.    Do you leave for anything else,
14   any programs, or anything like that?
15        A.    There is no programs.
16              Once you get keep lock, that is
17   it.  It is over.
18        Q.    As a result of your disciplinary
19   hearing as a result of this incident with
20   Officer Cornell, what punishment were you
21   given?
22        A.    They gave me six months in the
23   box.
24        Q.    How much of that time did you
25   serve?

Page 54

                              Donnesia Brown

1

2      A.      Six months in the box.

3      Q.      Did you appeal that decision?

4      A.      No.

5      Q.      Why not?

6      A.      I don't know.

7      Q.      Where did you serve those six

8  months?  Was it in Auburn, or multiple

9  facilities?

10     A.      From Auburn to Southport.

11     Q.      And then you spent the rest of

12 your time in Southport Special Housing?

13     A.      Yes.

14     Q.      Now, while at Auburn

15 Correctional, you were familiar with the

16 grievance process, right?

17     A.      Uh-huh.  Yes, I know about

18 grievance.  Yes, I know about grievance.

19     Q.      Okay.  Prior to this incident,

20 had you filed grievances there before at

21 Auburn?

22     A.      No.

23     Q.      No grievances filed?

24     A.      No.

25     Q.      Do you remember filing a

Page 55

1                    Donnesia Brown

2   grievance about a missing -- what is that?

3        A.     I don't recall.  Go ahead.  What

4   did you say?  Do I remember filing a

5   grievance for what?

6        Q.     Any grievances at all at Auburn,

7   prior to this incident?

8        A.     If I did, it was for the package

9   room.

10       Q.     Okay.  Are you familiar with the

11  grievance process at Auburn?

12       A.     I know the grievance process.  It

13  depends what you are doing it for.

14       Q.     Okay.  Well, you know how to file

15  a grievance, right?

16       A.     Yes.

17       Q.     And do you know what to do if you

18  receive a response that you are not satisfied

19  with?

20       A.     What am I supposed to do if I

21  receive a response that I am not --

22       Q.     The grievance is denied, do you

23  know what your options are?

24       A.     I am pretty sure you can appeal

25  it.

Page 56

```
 1                   Donnesia Brown
 2       Q.      Have you ever appealed a decision
 3   on a grievance before?
 4       A.      No, no.
 5       Q.      At Auburn or any facility?
 6       A.      No.
 7       Q.      Never?
 8       A.      No, not that I recall.  No.
 9       Q.      Are you aware that you can appeal
10   that decision to the Central Office Review
11   Committee in Albany?
12       A.      No.
13       Q.      You are not aware of that?
14       A.      I don't know.  I don't know.
15       Q.      Okay.  So you never appealed a
16   grievance decision before?
17       A.      Not that I recall, no.  That
18   don't work.  I am sorry, but that don't work.
19   It depends on what it is, Miss.  It has to be
20   real serious for me to be writing, you know,
21   because I am just there to do my time.  I am
22   not there to get in the way of nobody.
23               Even out here, I am not in the
24   way of getting into nobody's way.
25               The grievance process in prison,
```

```
 1                    Donnesia Brown
 2   if I am grieving it for the package room, I
 3   have proof.  I have paperwork.
 4              If I am grieving it for a fight,
 5   if I am grieving it for a fight like this,
 6   what I am here for,, that is not going to
 7   work.
 8              I might not ever even -- that
 9   ain't going in.  They throwing that in the
10   garbage.
11              But that is my opinion.  So I
12   don't deal with it.
13       Q.    What about this incident with
14   Officer Cornell January 2016?  Did you file a
15   grievance after that incident?
16       A.    No.  I never filed a grievance
17   after that, no.
18       Q.    Did you write any letters after
19   this incident?
20       A.    I wrote a letter to Inspector
21   General in Albany.
22       Q.    Okay.  So a letter to Office of
23   Special Investigations?
24       A.    Right.  And explained my
25   situation.
```

Page 58

```
                         Donnesia Brown
 1
 2              But other people that was in my
 3    situation was writing too, so they put that
 4    all together and said, hold up.  Probably
 5    let's investigate that.  And that is what
 6    they did, because they came to see me.
 7         Q.     How long were you in you Auburn
 8    Special Housing after this incidents?
 9         A.     I think I was in Auburn box for
10    about a month, month and a half, more or
11    less, like that.
12              And then they sent me to
13    Southport.
14         Q.     During that time, did you write
15    any letters to anyone?
16         A.     No, not that I recall.
17              My counselor came to see me.  I
18    signed the last quarterly, and that was that.
19         Q.     The last quarterly what?
20         A.     Of seeing her, that I seen her.
21    That is it.  That is it.
22         Q.     During that month or so period
23    where you are in Auburn Special Housing Unit
24    after this incident, did you write any
25    grievances at all?
```

1                    Donnesia Brown

2      A.        No, ma'am.

3      Q.        Are you familiar with an inmate

4  named Ozzborn Thomas?

5      A.        Ozzborn Thomas?

6      Q.        Yes.  Or Thomas Ozzborn?

7      A.        I am not familiar with somebody

8  by that name, no.  Not by that name.  If they

9  got another name, probably might know; but

10  no, I don't recall nobody.

11      Q.        Did you speak with any other

12  inmates about this incident with Officer

13  Cornell?

14      A.        Yeah, because I was trying to

15  figure out what was going on with me.

16      Q.        Do you know who those inmates

17  are?

18      A.        No.  It is just random inmates.

19  You go from when you talking.

20      Q.        Do you know their nicknames,

21  street names?

22      A.        Nah, because they sent me to the

23  county jail.

24      Q.        When did they send you to the

25  county jail?

Page 60

                    Donnesia Brown

1

2        A.        After I got out of Auburn -- I

3   mean, after I got out of Southport, I went to

4   Comstock.  And then Comstock sent me to the

5   county jail in --

6              I am sitting in the county jail,

7   asking these questions.  And they telling me,

8   yo, two other people came in here from that

9   same officer.  Stuff like that, I am finding

10  out.  And I am learning, I guess, what is

11  going on with this officer, and what he is

12  about.

13       Q.        But you don't remember any of

14  their names?

15       A.        No.  These are people I just met.

16  Like I just met this lady I don't know her

17  name.  She is a nice lady.

18       Q.        Did you get any statements or

19  affidavits or anything from any of these

20  other inmates that you spoke to about Officer

21  Cornell?

22       A.        No, ma'am.

23       Q.        Did you keep any notes or any

24  journals about this incident?

25       A.        No, ma'am.

Donnesia Brown

1

2      Q.      Do you write to any family

3   members or anything about this incident?

4      A.      No.   I never wrote to no family

5   members.

6              I called them, though, on the

7   phone.

8      Q.      Did you speak to them about the

9   incident?

10     A.      Yes.

11     Q.      Who did you speak to?

12     A.      Spoke to my mother and sister.

13     Q.      Did they send any letters on your

14   behalf, or anything, like to any prison

15   officials, or Albany or anyone?

16     A.      No.

17     Q.      You said you filed a complaint

18   with the Office of Special Investigations,

19   correct?

20     A.      Yes.

21     Q.      Did you speak with anybody from

22   OSI?

23     A.      Yes, I spoke to a lady.   I don't

24   know her name.   I don't remember the exact

25   date.   But I spoke to her at Five Points.   I

Page 62

1                    Donnesia Brown

2    was in Five Points, and she came and she is

3    doing what you are doing right now.

4         Q.      Asking you questions?

5         A.      Same way you are doing.

6                 She is asking me how he took me

7    in the back of the gallery.  She is asking me

8    everything again.

9         Q.      Did you give her a statement that

10   you signed?

11        A.      I am sure I did, yeah.  Because

12   she came to see me for about two or three

13   days, she was coming, you know, like.

14        Q.      So she saw you multiple

15   occasions?

16        A.      Yeah, two times.  Or two or three

17   times, around that.  Because she came to see

18   me the first time, and then when she came

19   back, I think that was it.  That was it.

20                And she came one more time.  I

21   think it was two times, and then that was it,

22   two or three.  But she was asking me

23   questions.

24                MS. COWAN:  Can you show him --

25        actually, we will get it marked first,

Page 63

                      Donnesia Brown

1

2        that statement, the supporting

3        deposition.

4              (Whereupon, a two-page document

5        was received and marked as Defendant's

6        Exhibit A for identification, as of this

7        date.)

8        Q.      Mr. Brown, if you can look at

9     Defendant's Exhibit A right in front of you.

10    It is a two-page document.  Do you recognize

11    this document?

12       A.      Yes.

13       Q.      Do you see at the bottom of both

14    pages, it looks like there is a signature

15    your signature.  Is that your signature?

16       A.      Yes.

17       Q.      Do you recall reading this

18    statement before you signed it?

19       A.      Yes.

20       Q.      Were you satisfied that this

21    statement was complete and accurate?

22       A.      Yes.  Yes, ma'am.

23       Q.      Did you sign any other statements

24    for OSI other than this one?

25       A.      Not that I recall.

Page 64

Donnesia Brown

```
 1
 2        Q.      Did you speak with any other
 3   agency other than OSI?
 4        A.      No.
 5        Q.      Did you speak with the media at
 6   any point about this incident?
 7        A.      Who did I speak with?
 8        Q.      Media.
 9        A.      Median or media?
10        Q.      The media, newspapers.
11        A.      No, ma'am.
12        Q.      News reporters?
13        A.      No, ma'am.
14        Q.      You obviously were criminally
15   charged as a result of this incident with
16   Officer Cornell, correct?
17        A.      Yes, ma'am.
18        Q.      Were you represented by counsel?
19        A.      Yes.  They gave me a Legal Aid.
20        Q.      So he was appointed to represent
21   you?
22        A.      Yes.
23        Q.      Who was your attorney?
24        A.      What is his name?  I had his
25   card.  Thomas -- what is his name?
```

Page 65

Donnesia Brown

1

2      Q.      If you don't remember, that is

3   okay.

4      A.      Yeah, I don't remember his name.

5      Q.      At any point, were you present

6   for any meetings with your attorney and the

7   district attorney's office?

8      A.      Was I present for any meetings?

9      Q.      Yes.

10     A.      No.  They had me in a meeting.

11  That is what you are saying?

12     Q.      Were you in any meetings with the

13  district attorney's office and your attorney?

14     A.      No.

15     Q.      Did you eventually plead guilty

16  to these weapons charges?

17     A.      Yes.

18     Q.      Why did you plead guilty?

19     A.      I didn't have a choice in the

20  matter.

21     Q.      What do you mean by that?

22     A.      Miss, because they was -- if I

23  didn't plead guilty, right, they said this is

24  what he offered, two to four, for a cop out.

25             Then he said three and a half to

                        Donnesia Brown

1

2   seven if I take it to trial, and blow, I get

3   three and a half to seven.  This is the

4   lawyer talking.

5               And he said, it is the judge's

6   discretion, that if he feels that I am a

7   violent felon, he can put life on the back.

8               So I looked at the two to four,,

9   and I looked at life on the back, and I took

10  the two to four.

11              Because I don't have no paid

12  lawyer.  I didn't have nobody that was going

13  to help me get out or nothing.

14              I wrote the IG.  I didn't know

15  what was going on with that process at the

16  time.  I took what I felt was like I could

17  still get out of prison.

18              I wasn't spending life for

19  something that I didn't do.

20      Q.      At any point, did you tell the

21  judge that Officer Cornell planted the weapon

22  on you?

23      A.      They wasn't letting me talk to

24  the judge like that, no.

25              I wish I could.

Page 67

1              Donnesia Brown

2        Q.      So you didn't tell the court or

3    judge?

4        A.      They wouldn't let me talk.

5        Q.      Did you tell your attorney that

6    Officer Cornell planted a weapon on you?

7        A.      Yeah, I told him.  He said they

8    do that all the time.  That is what he said.

9        Q.      When were you supposed to be

10   released from prison before this incident

11   with Cornell happened?

12       A.      August -- what is it August 26,

13   2016.

14       Q.      How long were you in prison as a

15   result of this incident, as a result of this

16   criminal weapons charge?

17       A.      Of this charge right here?

18       Q.      Yes.

19       A.      Six months.

20               Because I went to the county, and

21   I am going back and forth to court.  And I

22   was already in the box for six months.

23       Q.      Okay.  So did you spend the

24   remainder of your prison sentence in a

25   Special Housing Unit situation, or were you

Page 68

1                    Donnesia Brown

2   in general population?

3        A.      I am in general population.

4                But my sentence for my time

5   before this was up.  I am done with that, and

6   then now I am sitting doing this.

7        Q.      Now your conviction was

8   eventually vacated, right?  It was

9   overturned?

10       A.      Overturned?  What that mean?

11       Q.      For the weapons charge, it was

12   kind of wiped clean, right?

13       A.      They called me back to court, and

14   he told me that they taking back the

15   indictment and taking back their plea.

16       Q.      Okay.  Right.

17                And you were released from prison

18   at that point, right?

19       A.      Yeah, I left Comstock.

20                Comstock told me I had a case on

21   the western part of state.  They took me out

22   of and put me in Five Points.  They released

23   me from there.

24       Q.      After you were released from

25   prison, were you on parole?

Page 69

                        Donnesia Brown

1

2       A.      Yes.

3       Q.      Did you violate that parole at

4   any point?

5       A.      No.

6       Q.      You didn't go back to prison,

7   whether it was state prison --

8       A.      I probably did have a violation,

9   I think.  I think I had a violation, yeah.

10      Q.      What was the violation for?

11      A.      Oh, I was in the shelter.  I am

12  in the shelter, and they packed up my

13  clothes.  They said -- I got a paper -- I got

14  a paper that says the rules, 10:00, you gotta

15  sign for the bed.

16              I came in at 8:00.  They packed

17  up my stuff, and they said that -- they

18  packed up my stuff.

19              When I came in, they said, you

20  are leaving.  You are going to the Holiday

21  Inn in Far Rockaway, Queens.  Go in the back,

22  pack your stuff, and bring your lock.

23              I went to the back.  Somebody

24  else was in the bed.  I came back to the

25  front.

Donnesia Brown

1

2          I said, Miss, you said to pack my

3   stuff up.  Somebody else there.

4          That is what we do.  We pack your

5   stuff up when it is time to leave, when we

6   transfer you.

7          I said, so why you send me to the

8   back, if this is what you do?  Am I the

9   first -- I am asking, am I the first person

10  that you are doing this to?  You send me to

11  the back.  Mind you, there is cameras.

12         She says, oh, I am going to go

13  get your stuff.  She called somebody.  The

14  person is right across.  There is another

15  room right across.  He has a clear plastic

16  garbage bag, I got two knapsacks.  He takes

17  the bag with my two knapsacks and tosses it

18  on the floor.  It is on camera.  It is

19  incriminating, on their part.

20         They didn't want to go to trial.

21  So in the meantime, because I am on parole,

22  they arrested me for resisting arrest from

23  the shelter.

24     Q.     Who is arresting --

25     A.     The shelter, for real.

Page 71

1                    Donnesia Brown
2              Mind you, before that, I had got
3    a violation for helping a 84-year old lady.
4    She is 85, Thelma.  I don't want to say I
5    don't want to help a woman in distress,
6    because I help any woman.  I am not racist or
7    prejudice or nothing.
8              But at the same time, I went to
9    jail for helping this 85-year-old lady.
10             What am I to do?  Right now, if I
11   see something happen, I turn and walk away.
12   I don't know.  But it leaves me edgy.
13      Q.      What do mean, you violated as a
14   result of helping that 85-year old woman?
15      A.      They didn't say nothing.  Because
16   the judge was letting me go.
17             But parole, I don't know.  Parole
18   is just --
19      Q.      How much longer are you on parole
20   for?
21      A.      Two years.
22      Q.      All right.  I am going to talk a
23   little bit about damages that you are
24   claiming as a result of this incident with
25   Officer Cornell.

Page 72

```
 1                Donnesia Brown
 2                Are you claiming any
 3   psychological damages as a result?
 4        A.     Yes.  Yes.  If I can, yes.  Yes,
 5   it is crazy.
 6                I would be sitting, spending the
 7   rest of my life in prison for something I
 8   didn't do.
 9                I am not saying -- ask me.  Ask
10   me.
11        Q.     Let me ask you this question.
12                Before this incident,
13   January 2016, did you ever seek out mental
14   health services, whether in prison or outside
15   services?
16        A.     Did I ever seek it out?
17        Q.     Yes.
18        A.     I have been to mental health from
19   school, when I was younger.
20        Q.     Okay.
21        A.     Hyperactive, you know.
22        Q.     Were you diagnosed with any
23   mental health or psychological conditions as
24   a kid?
25        A.     Being hyperactive.  Running
```

1                    Donnesia Brown

2    around like, you know, like that.  That is

3    it.

4         Q.     What about as an adult?

5    Diagnosed with any psychological conditions,

6    depression, anxiety, any other mental health

7    conditions?

8         A.     So they say.

9               I don't know what it is, though.

10   But the doctors, I don't know how they

11   determine the term; but I spoken to them

12   quite a few times.

13        Q.     When did you speak with doctors?

14        A.     I mean, whenever, you know, it

15   was time.  Whenever I had -- I spoke to them,

16   whether it is prison or street.

17               When my mother took me, when I

18   was younger, I spoke to therapists.

19               But that didn't have anything to

20   do with how this left me.  Because I wasn't

21   getting into no trouble that serious, to

22   be -- to spend the rest of my life in jail.

23        Q.     So I guess my question is:

24   Before this incident, you did speak to mental

25   health counselors or therapists?

Page 74

1                    Donnesia Brown

2       A.      Yes.

3       Q.      What did you speak to them about?

4       A.      They just want to know about me.

5    If I am all right.

6               I don't know.  They just asked

7    questions.  Whatever.  Nothing specific.

8    Just anything.

9       Q.      Did you initiate those

10   experiences, or did they initiate it?

11      A.      They called me.  They called me.

12      Q.      Was this in prison or --

13      A.      In prison.

14              In the street, when I was going.

15              Because I don't see no mental

16   health.  I am saying when I was, they would

17   call me, and I would go to them.

18      Q.      Whether you are out in the

19   street, mental health counselor would call

20   you to check in on you?

21      A.      No, not call to check in on me.

22              Call me to talk.

23              Well, I call it checking in; same

24   thing.

25      Q.      Who were they affiliated with?

1                   Donnesia Brown

2    Were they with a hospital or private

3    practice?

4         A.      Private practice.  Like because I

5    was in school, I wasn't dealing.

6         Q.      What practice were they with, do

7    you know?

8         A.      No.

9         Q.      What about in prison?  Did anyone

10   ever diagnose you with any mental health

11   conditions before this incident?

12        A.      I don't know.  I don't know what

13   they write.  I don't know.  I can't say.

14        Q.      What about after --

15        A.      I don't know what the doctors

16   write in their papers.

17                They probably did.  I don't know.

18        Q.      Did they ever prescribe you any

19   medication before this incident?

20        A.      No.  I ain't taking anything.

21        Q.      What about after this incident?

22   Did anyone prescribe you any medications

23   after?

24        A.      No.

25        Q.      Anyone diagnose you with any

1              Donnesia Brown

2   mental health conditions after this incident?

3        A.     I don't know.

4               You are asking me if they

5   diagnosed me with something.

6               I don't know.  I don't know.

7               I have spoken to them, because

8   after the incident, they talked to me; but I

9   don't know if they wrote something down or

10  what.  I don't know.

11       Q.     After this incident, did you

12  spend some time in the RCTP?

13       A.     What is that?

14       Q.     Residential Crisis Treatment

15  Program.

16       A.     I don't even know what that is.

17       Q.     Have you ever spent any time in

18  any RCPT in any facility you have been in?

19       A.     What is RCPT?

20       Q.     It is a Residential Crisis

21  Treatment Program.

22       A.     I don't even know what you are

23  talking about.  I am sorry.

24       Q.     You don't know?

25       A.     No, I don't know.  I don't know.

Page 77

Donnesia Brown

1

2    Q.    Ever have any attempted suicide
3    attempts?

4    A.    Yeah, in the past.  Stress.

5    Q.    What facility were you at for
6    those?

7    A.    I was in the street.

8    Q.    When was that?

9    A.    Before this.  Before all of this.

10    Q.    So you have attempted suicide in
11   the past?

12    A.    Before all of this.  Yeah, I was
13   young.

14    Q.    Have you ever attempted suicide
15   while you were incarcerated?

16    A.    Yes.

17    Q.    What facility?

18    A.    I don't even know what facility.
19   I have been in so many, I don't even
20   remember.  Dang, I don't know what facility.

21    Q.    Were those attempts before this
22   incident?

23    A.    Yes.

24    Q.    Yes, okay.

25          Are you claiming any physical

Page 78

1                    Donnesia Brown

2    injuries as a result of this incident?

3         A.     No.

4         Q.     Are you claiming any lost wages

5    as a result?

6         A.     I should be.

7                I could have been working.

8         Q.     What is that?

9         A.     I said, I should be, yes.

10        Q.     Are you going to be claiming lost

11   wages as a result of this incident?

12        A.     Yes.  I could have been working,

13   right?

14        Q.     Have you be seeking work

15   recently?

16        A.     Yes.  Every day, I am trying.  I

17   do construction.  I like that.  I love that

18   job.

19        Q.     You have had work since this

20   incident, correct?

21        A.     Yes.

22        Q.     So you haven't had any issues

23   finding work since the incident, right?

24        A.     If it's available for me to get

25   work, then, yeah.

```
 1                    Donnesia Brown
 2              If it is not, then I just gotta
 3    wait.  I just have to be patient, and then I
 4    will find some work.  I will get it.  There
 5    is also something being available.
 6         Q.      Have any potential employers ever
 7    told you why they haven't hired you for any
 8    jobs since this incident?
 9         A.      No, ma'am.
10         Q.      Do you have any reason to believe
11    it is because of this incident?
12         A.      I don't know.  I don't know.
13              I don't want to just be guessing
14    and jumping the gun, saying it is because
15    this or that, or it could be this or could be
16    that.  I don't know what it is.
17         Q.      When is the last time you filed
18    taxes?
19         A.      I don't think I filed taxes last
20    year.
21         Q.      Last year?
22         A.      Yeah, didn't I?  I don't know.  I
23    don't know.
24         Q.      Okay.  What was your income last
25    year?
```

Page 80

1                    Donnesia Brown

2        A.       I don't know, because I didn't

3   work a whole year, so I don't know.

4        Q.       At the time of the incident, were

5   you enrolled in any educational programs?

6        A.       At the time of the incident?

7        Q.       Right.

8        A.       No.

9        Q.       You mentioned something about how

10  you were going to get married around the time

11  of this incident?

12       A.       Yes.   I had met this lady that

13  lived in Syracuse.

14       Q.       Did you eventually get married to

15  her?

16       A.       No.

17       Q.       Why not?

18       A.       Because she didn't want to do no

19  more time.   She left.

20       Q.       Because she had to do more time?

21       A.       When I took the two to four, she

22  said, I don't want to do no more time.   I am

23  not doing that.

24                I was about to get out.   She was

25  planning for me to get out.

Page 81

1                    Donnesia Brown

2              Then when this incident happened,

3    she said, I am not doing no more time.  I

4    can't do it.  She left.

5              So I didn't press.  I am in jail.

6        Q.    Since you have been released,

7    have you reconciled with her?

8        A.    She is married.

9        Q.    Okay.  She is married to someone

10   else now?

11       A.    Yes, ma'am.

12       Q.    Are you claiming any other

13   damages, other than what we just talked

14   about?

15       A.    Can I say something to my

16   attorney?

17              MR. RUSSELL:  You gotta give her

18       an answer, and then we can talk.

19       A.    Yes.

20       Q.    What other damages?

21       A.    I knew you was going to say that.

22              And I ain't got no answer for

23   this woman.  Stress.

24              You know, Miss, I know you don't

25   really know.  I don't know how much, you

Page 82

Donnesia Brown

1

2    know.

3              But being in prison, and going

4    through what I just went through, it is

5    really like mind boggling.  It is hurtful,

6    because you just taking somebody that ain't

7    doing nothing, and you just -- that is like

8    doing what I want to do to a person.

9              I mean, like I don't know how

10   often this happens, or how often this goes

11   on; but it happened to me.

12             And I am like, dang, I am praying

13   every day that I don't get into no situations

14   where I am going through this when I am home.

15   It is like the officer, I walk past an

16   officer in the street.  I don't want to ask

17   him nothing.  I don't want to say nothing to

18   him.  When usually, if I see an officer,

19   probably like excuse, you got the time, or

20   where is such and such.

21             Now, I am not saying nothing,

22   because he can set me.  He can do worse,

23   probably, than the corrections officer.

24             And it goes on.  It happens.  We

25   know it happens.  We know these things goes

Page 83

```
 1              Donnesia Brown
 2   on in the world.
 3              But now, look, I am sitting here
 4   like I am enemy.  That is how I feel.
 5              But that is my opinion.  I
 6   probably guess I have a right to that.  I
 7   could be thinking wrong, I don't know.
 8              But people looking at me -- I
 9   didn't do nothing to that man.  I didn't do
10   nothing to nobody.  I didn't do nothing.
11              MS. COWAN:  That is all I have.
12       Thank you very much.
13              MR. RUSSELL:  Thank you.
14              THE WITNESS:  God bless you.
15              (Time noted:  2:09 p.m.)
16

              _____
17              DONNESIA BROWN
18
     Subscribed and sworn to before me this
19
     _____day of _____, 2019.
20
     _____, Notary
21   Public.
22
23
24
25
```

1

2                    INDEX TO TESTIMONY

3                                        Page        Line

4    Examination by              4           7
     Ms. Cowan

5

6

7           INDEX TO DEFENDANT'S EXHIBITS

8    Description                      Page        Line

9    A   Supporting deposition      63          4

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 85

1

2                              CERTIFICATE

3

4      I, MARIA ACOCELLA, a Notary Public within

5   and for the State of New York, do hereby

6   certify:

7      That the witness whose deposition is

8   hereinbefore set forth, was duly sworn by me

9   and that the within transcript is a true

10  record of the testimony given by such

11  witness.

12     I further certify that I am not related to

13  any of the parties to this action by blood

14  or marriage and that I am in no way

15  interested in the outcome of this matter.

16     IN WITNESS WHEREOF, I have hereunto set my

17  hand this 22nd day of August, 2019.

18

19          *Maria Acocella* [signature]

20     _____

21          MARIA ACOCELLA

22

23

24

25

Page 86

1

2          WITNESS'S CORRECTION SHEET

3     PAGE \ LINE \ CORRECTION

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20

           _____
21                    DONNESIA BROWN

22

23    Subscribed and sworn to before me

24    this _____ day of _____, 2019

25    _____, Notary Public.

| & | | |
|---|---|---|
| **&** | |
| **&**  2:4 | |

**0**

**06**  10:2
**07**  10:3

**1**

**10**  6:14
**1039**  1:5
**10:00**  69:14
**11241**  2:7
**12:56**  1:13
**13202**  2:17
**16**  2:6
**1669**  7:3
**1717**  2:6
**1968**  6:14
**1985**  15:18

**2**

**200**  11:6
**2007**  9:9,13,15
**2011**  8:14 18:22
**2013**  25:4
**2014**  18:9
**2015**  18:8 23:18
**2016**  18:9 20:14,21
  21:20 23:11,13,24
  27:6 32:18 57:14
  67:13 72:13
**2019**  1:13 83:19
  85:17 86:24
**21**  20:14 27:6
  32:18
**22nd**  85:17
**26**  67:12
**28**  1:11
**2:09**  83:15

**3**

**30**  10:4 43:17

**300**  2:16,16
**3865**  85:19

**4**

**4**  84:4,9

**6**

**63**  84:9

**7**

**7**  84:4

**8**

**8**  1:13
**8/10/68**  6:11,15
**84**  71:3
**85**  71:4,9,14
**8:00**  69:16

**9**

**90**  26:20
**93**  12:3
**94**  12:3
**97**  12:9
**98**  12:10
**9:17**  1:5

**a**

**ability**  5:20
**accurate**  26:25
  63:21
**achieved**  13:6,23
**acocella**  1:23 85:4
  85:21
**action**  85:13
**actual**  47:21
**address**  7:16,19
**adult**  73:4
**affect**  5:20
**affidavits**  60:19
**affiliated**  19:8,11
  19:15 74:25
**afraid**  51:19
**afternoon**  4:9,10

**agencies**  14:12
**agency**  64:3
**aggressive**  27:15
  35:24,25 44:5
**ago**  7:17,22 16:14
**agreed**  3:3,11,17
**ahead**  43:2 55:3
**aid**  64:19
**aimee**  2:18 4:11
**ain't**  11:5 12:20
  15:3 35:10,11
  37:12 38:15,22
  49:6,8 50:14 57:9
  75:20 81:22 82:6
**albany**  56:11
  57:21 61:15
**alcohol**  6:2
**alert**  52:2,3,25
**allegedly**  36:8
**allowed**  32:9,11
  52:19
**answer**  50:5 81:18
  81:22
**answered**  20:11
**answering**  4:25
**anxiety**  73:6
**anybody**  37:2
  61:21
**anyway**  37:12
**apartment**  7:12
**apology**  49:15,25
  50:9
**appeal**  54:3 55:24
  56:9
**appealed**  56:2,15
**appointed**  64:20
**approved**  25:7
**area**  40:5,8
**arrest**  70:22
**arrested**  7:21 8:9
  8:10,15 15:17

70:22
**arresting**  15:24
  70:24
**asked**  74:6
**asking**  4:24 20:10
  30:22 42:16 50:7
  60:7 62:4,6,7,22
  70:9 76:4
**assistant**  2:19 4:12
**atb**  1:6
**atlantic**  14:22
**attacked**  48:18
**attacking**  51:20
**attempted**  9:12
  77:2,10,14
**attempts**  77:3,21
**attorney**  2:13,19
  4:12 29:16,17
  64:23 65:6,13
  67:5 81:16
**attorney's**  65:7,13
**attorneys**  2:5,15
  3:5
**auburn**  8:25 17:11
  17:21,25 18:11,13
  18:17,19 19:7
  24:4,5,6,18 28:16
  37:19 46:18 50:23
  51:12 52:13 54:8
  54:10,14,21 55:6
  55:11 56:5 58:7,9
  58:23 60:2
**august**  1:13 6:13
  6:14 67:12,12
  85:17
**available**  78:24
  79:5
**avenue**  7:3
**aware**  52:4 56:9
  56:13

[b - conditions]                                                                                    Page 2

**b**

**b**  4:2 22:13 44:7,7
**back**  15:22,22
  25:4 26:10 32:4,6
  35:6,9 36:6 37:5,6
  37:8,19 40:3,4,9
  62:7,19 66:7,9
  67:21 68:13,14,15
  69:6,21,23,24 70:8
  70:11
**bad**  20:3
**bag**  70:16,17
**bed**  34:12,14
  69:15,24
**behalf**  61:14
**believe**  26:23
  27:21 79:10
**better**  6:19
**big**  32:24
**birth**  6:10
**bit**  34:9 71:23
**bitches**  20:8
**bless**  83:14
**block**  22:11,13,13
  44:7,7,7
**blond**  33:22
**blood**  47:14 85:13
**blow**  43:20 66:2
**boggling**  82:5
**boom**  34:18,21,22
**bottom**  63:13
**bounced**  11:11
**bouncing**  11:4
**box**  25:11,13
  26:14,19,19 35:18
  37:16 39:15 42:5
  52:12,14 53:23
  54:2 58:9 67:22
**bring**  49:20 69:22
**broken**  18:4

**bronx**  7:3,20,21
  13:17,17
**brooklyn**  2:7
**brother**  43:22
**brought**  36:14
**brown**  1:19 4:1,9
  5:1 6:1,6 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1,24 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1,8
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1,17
  86:21

**c**

**c**  2:1
**call**  38:2 42:19
  52:8,10 74:17,19
  74:21,22,23
**called**  61:6 68:13
  70:13 74:11,11

**camera**  70:18
**cameras**  70:11
**cap**  11:20 14:13
**capacity**  1:8
**card**  64:25
**carry**  43:10
**case**  9:16 16:18
  43:18 68:20
**cashed**  11:10
**cashing**  11:10
**catwalk**  35:5,6
  39:25 40:2,3,9,14
**caught**  24:6,8
**cdl**  14:8
**cell**  26:24 27:2,2,8
  27:14 32:20 33:4
  33:8 34:3,5,7,8,11
  34:17,24 36:2,6,12
  36:14,15 37:22
  38:18 39:18 40:21
  42:25 43:17 51:15
  52:7,11,12 53:4
**cells**  40:4,10,15,17
  40:17,19
**central**  52:14
  56:10
**certain**  29:12
**certificate**  85:2
**certification**  3:13
**certifications**
  13:24 14:11
**certify**  85:6,12
**chad**  2:8
**charge**  24:21,23
  44:12 49:13 67:16
  67:17 68:11
**charged**  64:15
**charges**  42:13
  48:6 65:16
**check**  11:6,8,10,13
  74:20,21

**checking**  74:23
**checks**  11:4
**chips**  29:8
**choice**  31:24 65:19
**chow**  27:17 49:20
**circle**  49:10
**claim**  16:25
**claiming**  71:24
  72:2 77:25 78:4
  78:10 81:12
**claims**  17:13
**clean**  68:12
**clear**  30:11 70:15
**clinic**  52:9
**clinton**  37:18
**close**  32:4
**closer**  25:7
**cloth**  35:14 41:17
  41:18
**clothes**  69:13
**coma**  12:6
**come**  27:16,17
  31:25 34:10 37:25
  38:18 44:4 48:21
  49:2
**coming**  15:2 51:19
  62:13
**committee**  56:11
**community**  1:7
  45:23 46:12,15
**company**  11:19
  15:10
**complaint**  26:22
  61:17
**complete**  63:21
**comstock**  37:18
  60:4,4 68:19,20
**concern**  51:24
**conditions**  72:23
  73:5,7 75:11 76:2

confirmation
  29:13
conflict  44:9
consecutive  18:3,5
construction
  11:18 14:6,10,19
  14:20 78:17
contact  12:17
contraband  21:5
controlled  9:9
conversations
  20:16
convicted  8:17 9:8
  18:20
conviction  8:13
  68:7
convictions  7:25
  8:5,6 10:7,10,15
  10:18,21,22
cop  65:24
copy  29:17
cornell  1:8 4:15
  20:17 21:20 26:24
  27:22 31:10 32:14
  32:19 33:7,17
  35:20 36:7,12
  37:21 39:4,19
  44:6 46:5 53:20
  57:14 59:13 60:21
  64:16 66:21 67:6
  67:11 71:25
correct  8:18 27:6
  42:7 53:2 61:19
  64:16 78:20
correction  86:2,3
correctional  8:25
  17:21 54:15
corrections  1:7,8
  82:23
counsel  64:18

counselor  26:13
  58:17 74:19
counselors  73:25
county  59:23,25
  60:5,6 67:20
couple  29:19
course  33:20
  48:15
court  1:1 2:6 5:2
  15:19,21,21 67:2
  67:21 68:13
courtroom  9:21
cover  18:7
cowan  2:18 4:8,11
  24:5 30:6 62:24
  83:11 84:4
crack  34:7,8
cracks  34:8
crazy  7:13 72:5
crime  8:18 18:18
crimes  9:18
criminal  9:8 67:16
criminally  64:14
crisis  76:14,20
cross  30:16
crossed  30:14
  31:19,22
currently  6:16
  14:14
custodial  14:7,21
custody  46:17
cut  40:19,19 46:22
  47:9,15,16,17,18
cv  1:5

**d**

d  4:2 22:13 44:7
damages  71:23
  72:3 81:13,20
dang  46:8 77:20
  82:12

date  1:23 6:10 8:5
  10:13 20:13,15
  30:21 31:3 32:18
  46:2,3 61:25 63:7
dated  11:9,11
dates  10:9,11,19
  30:22,23
daughter  12:22
day  20:23 22:2,6
  30:18 32:20 34:3
  78:16 82:13 83:19
  85:17 86:24
days  10:4 21:13
  26:20 43:17 46:7
  46:8 62:13
deal  19:12,16
  43:11,11 45:5,6
  49:11 51:4 57:12
dealing  75:5
dealt  21:25
december  23:9,17
decision  54:3 56:2
  56:10,16
deep  47:17
defendant's  63:5,9
  84:7
defendants  1:9
  2:15
defending  48:14
  48:16
denied  55:22
department  1:7
depends  55:13
  56:19
deposition  63:3
  84:9 85:7
depression  73:6
description  84:8
determine  73:11
diabetic  12:6

diagnose  75:10,25
diagnosed  72:22
  73:5 76:5
died  12:5
different  21:23
difficulty  7:13
diploma  13:19
diplomas  13:25
disciplinary  25:14
  29:17,21 30:7,12
  42:9 43:6 48:2
  49:12 53:18
discipline  26:17
discretion  66:6
distress  71:5
district  1:1,1 65:7
  65:13
doctors  73:10,13
  75:15
document  63:4,10
  63:11
doing  27:8 35:15
  38:20 55:13 62:3
  62:3,5 68:6 70:10
  80:23 81:3 82:7,8
donnesia  1:19 4:1
  5:1 6:1,6 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1,17
86:21
**door** 25:24 34:7,8
39:12
**dressed** 39:14
**drink** 6:2
**drive** 14:8
**drug** 9:16
**drugs** 5:23 10:8
43:13
**drywall** 14:19,20
**duly** 4:3 85:8

**e**

**e** 2:1,1 4:2
**earlier** 11:11
**early** 11:9
**ears** 34:6
**eat** 49:20
**edgy** 71:12
**education** 13:6
**educational** 80:5
**eight** 6:13 25:6
26:5
**eleventh** 13:7,8
**elmira** 24:20 25:4
**employed** 14:14
14:17
**employers** 79:6
**enemy** 83:4
**enrolled** 80:5

**enter** 32:20
**escorted** 52:9
**esq** 2:8,18
**evasion** 10:25
**eventually** 65:15
68:8 80:14
**exact** 10:13 30:21
30:23 31:3 46:3
61:24
**examination** 1:19
3:7,13 4:7 84:4
**examined** 4:5
**excuse** 82:19
**exhibit** 63:6,9
**exhibits** 84:7
**experiences** 74:10
**explain** 38:16,19
**explained** 38:13
57:24
**explaining** 38:22

**f**

**facilities** 54:9
**facility** 8:25 17:22
19:10 21:23 24:18
37:6,6,14 56:5
76:18 77:5,17,18
77:20
**fact** 25:5 27:23
**fair** 10:15
**familiar** 21:19
30:16 54:15 55:10
59:3,7
**family** 61:2,4
**far** 69:21
**fare** 10:25
**fat** 33:24
**fear** 46:14 51:11
51:14
**february** 23:8
**fed** 11:20 14:12

**feel** 83:4
**feels** 66:6
**felon** 66:7
**felony** 7:24 8:4
10:7,14
**felt** 47:14 66:16
**fight** 22:19 23:5,6
23:7,14 43:9,10,22
44:3,12,15,16,23
45:2,24 46:23,25
47:3,5,7,24 48:22
50:2,14,18 51:6,7
51:8,9,10,14,18,21
52:24 57:4,5
**fighting** 24:2,7
35:16 39:8 47:10
48:8,9,11,13,19
49:3
**figure** 59:15
**file** 17:18 55:14
57:14
**filed** 4:14 15:13
16:8,25 17:9,13
22:3 54:20,23
57:16 61:17 79:17
79:19
**filing** 3:13 54:25
55:4
**find** 7:11 15:7 21:5
42:13 47:12 48:6
48:21 79:4
**finding** 60:9 78:23
**fine** 31:2
**fingerprinted**
15:18
**finish** 4:24
**finishes** 35:3
**fired** 15:6
**first** 4:3,18 18:16
34:16 62:18,25
70:9,9

**fishkill** 25:10
**five** 8:21 10:2,3,5
19:2 44:17,18
61:25 62:2 68:22
**flood** 40:20
**floor** 70:18
**follows** 4:6
**food** 29:8,10 49:14
49:18,21,23 50:10
**form** 3:19
**forth** 67:21 85:8
**fortune** 11:20
14:13
**fought** 44:17
**found** 25:8,18,19
25:23 26:13 42:14
50:7
**four** 12:14 51:7
65:24 66:8,10
80:21
**fraud** 11:4
**friend's** 6:20
**frisk** 36:18,21 39:3
39:16,20 40:6
41:12,12
**frisked** 36:12,13
**front** 63:9 69:25
**full** 6:4
**further** 3:11,17
85:12

**g**

**gallery** 22:12
34:25 35:4,5
36:16,24 62:7
**gamble** 43:12
**gang** 51:3
**gangs** 19:8,11,13
19:15,16 43:12
51:2,4
**garbage** 57:10
70:16

**ged** 13:18,23
**general** 2:13,19
  4:12 22:8,10
  57:21 68:2,3
**getting** 10:23,24
  33:14 50:14 56:24
  73:21
**give** 10:12 15:4
  32:5 43:17 62:9
  81:17
**given** 53:21 85:10
**go** 7:8 8:3 13:10
  15:25 26:16 27:20
  32:17 35:8 37:6,8
  37:12,15,19 43:2
  43:19 44:7 52:16
  52:19 55:3 59:19
  69:6,21 70:12,20
  71:16 74:17
**god** 30:19 83:14
**goes** 35:13 82:10
  82:24,25
**going** 4:13 7:9 9:3
  20:18,22,25 21:2
  23:21 25:10,10
  29:18,25 30:8,18
  33:15 35:24 38:21
  41:9 42:24 52:6
  57:6,9 59:15
  60:11 66:12,15
  67:21 69:20 70:12
  71:22 74:14 78:10
  80:10 81:21 82:3
  82:14
**gonna** 15:3 38:15
**good** 4:9,10 11:8
**gotcha** 7:23
**gotta** 34:20,20
  35:7 37:25 38:2
  69:14 79:2 81:17

**grabbed** 34:16,18
**grabbing** 34:23
**grade** 13:8
**grievance** 22:3
  54:16,18,18 55:2,5
  55:11,12,15,22
  56:3,16,25 57:15
  57:16
**grievances** 54:20
  54:23 55:6 58:25
**grieving** 57:2,4,5
**ground** 4:17
**guess** 6:19 60:10
  73:23 83:6
**guessing** 79:13
**guilty** 25:17,18,19
  25:20 42:12,13,14
  48:5,6,7,9,10
  65:15,18,23
**gun** 10:8,8 79:14
**guy** 31:24 43:25
  44:4,17 45:3

## h

**hair** 33:22
**half** 58:10 65:25
  66:3
**hand** 85:17
**handcuffed** 35:6,9
  35:17 36:15 39:10
  39:14 40:11
**handcuffs** 35:8
**hands** 27:4 34:16
  34:18 37:25 39:14
**hanged** 30:18
**happen** 21:13 23:6
  23:14 30:20 45:24
  47:5 51:23 71:11
**happened** 8:24
  15:6 23:7,12 34:4
  37:4,11,13 46:10
  49:8 67:11 81:2

  82:11
**happening** 44:25
**happens** 82:10,24
  82:25
**hard** 5:11 7:12,12
**hassan** 44:20,21
**head** 4:20 8:12
**headphones** 34:6
  34:22
**health** 72:14,18,23
  73:6,25 74:16,19
  75:10 76:2
**hear** 5:11,16 12:7
  21:22,22
**hearing** 25:15
  29:18,21 30:13
  42:9,16,20 43:6
  45:16 46:20 48:3
  49:12 53:19
**help** 11:17 66:13
  71:5,6
**helping** 71:3,9,14
**hereinbefore** 85:8
**hereto** 3:7
**hereunto** 85:16
**high** 13:10,11,12
  13:14,15,18
**highest** 13:5
**hired** 79:7
**hold** 58:4
**holiday** 69:20
**home** 82:14
**homeless** 6:17 7:5
**honesty** 11:3
**hospital** 75:2
**house** 6:20,25
**housed** 22:7
**housing** 22:9
  54:12 58:8,23
  67:25

**huh** 4:20 27:7
  54:17
**hurtful** 82:5
**hyperactive** 72:21
  72:25

## i

**idea** 26:6
**identification** 63:6
**ig** 66:14
**illegal** 5:23
**incarcerated**
  17:20,24 18:19
  77:15
**incarceration**
  18:12
**incident** 8:24 9:2
  20:14 21:9,13,20
  23:12,15 24:16
  28:9 30:20 31:4
  31:10,16 32:18
  33:13 37:3,11,13
  42:7 44:24 45:8
  46:4,9 50:11 53:2
  53:19 54:19 55:7
  57:13,15,19 58:24
  59:12 60:24 61:3
  61:9 64:6,15
  67:10,15 71:24
  72:12 73:24 75:11
  75:19,21 76:2,8,11
  77:22 78:2,11,20
  78:23 79:8,11
  80:4,6,11 81:2
**incidental** 32:15
**incidents** 58:8
**income** 79:24
**incriminating**
  70:19
**index** 1:5 84:2,7
**indicating** 47:19
  50:19

indictment  68:15
individually  1:8
information  38:5
initiate  74:9,10
injuries  78:2
inmate  59:3
inmates  36:21
  50:17,23 52:20,21
  59:12,16,18 60:20
inn  69:21
inside  36:12
inspector  57:20
interactions  20:16
  45:7
interested  85:15
introduced  43:24
investigate  58:5
investigations
  57:23 61:18
involved  32:14
  50:17
island  51:8
issue  22:5 30:14
  43:7 45:16,19,22
  49:4
issues  22:2 28:9,15
  28:23 29:15 46:11
  50:22,25 51:5
  78:22

**j**

jail  17:4 37:12
  43:9,14 45:4,6
  49:6 51:22 52:8
  59:23,25 60:5,6
  71:9 73:22 81:5
james  2:14
january  6:12 18:8
  18:9,9 20:14,21
  21:12,20 23:13,24
  27:6 32:18 57:14
  72:13

job  11:17 15:5
  78:18
jobs  79:8
journals  60:24
judge  9:19 66:21
  66:24 67:3 71:16
judge's  66:5
jumping  79:14
jury  16:19

**k**

keep  5:10 22:14,24
  27:18 49:19 50:15
  52:5,7,15,21 53:16
  60:23
kid  72:24
kids  12:11
kind  7:12 44:24
  68:12
kinds  29:6
knapsacks  70:16
  70:17
knew  33:10 81:21
know  5:7,16 8:9
  8:10 9:10 10:21
  12:20 16:11,20
  19:23 20:7 21:21
  21:22 22:11 23:2
  25:12 26:2,3 28:7
  28:17 29:9,14
  31:7,12,25 32:23
  32:24 33:2,7,9,12
  33:14 34:23 36:25
  37:7,14,15 40:20
  41:19,19,21 43:25
  44:11,19,22 45:4
  45:15,20,22 47:8
  49:9 51:21 54:6
  54:17,18 55:12,14
  55:17,23 56:14,14
  56:20 59:9,16,20
  60:16 61:24 62:13

66:14 71:12,17
  72:21 73:2,9,10,14
  74:4,6 75:7,12,12
  75:13,15,17 76:3,6
  76:6,9,10,16,22,24
  76:25,25 77:18,20
  79:12,12,16,22,23
  80:2,3 81:24,24,25
  81:25 82:2,9,25,25
  83:7

**l**

l  3:1
ladies  20:5
lady  11:9 15:21
  20:3 43:24 60:16
  60:17 61:23 71:3
  71:9 80:12
lately  12:25
lawsuit  4:14 9:6
  15:12 16:8,12
  17:5,9,15,18
lawsuits  15:14
  16:21 17:13
lawyer  66:4,12
learning  7:14
  60:10
leave  53:3,13 70:5
leaves  71:12
leaving  37:20
  38:20,20,21 50:4
  69:20
ledge  41:24,24
left  22:13 36:5
  68:19 73:20 80:19
  81:4
legal  64:19
letitia  2:14
letter  57:20,22
letters  57:18 58:15
  61:13

letting  66:23 71:16
level  13:5
liable  51:23
liberty  1:11
licenses  13:25
  14:11
lieutenant  48:17
life  66:7,9,18 72:7
  73:22
lights  40:19
line  30:15 31:20
  31:22 84:3,8 86:3
list  8:2,4,11 29:12
  29:13
listen  27:11
listening  27:10,13
  27:23 34:6
little  5:11 22:25
  24:11 33:6 34:9
  40:10 71:23
live  7:2 12:15
lived  80:13
living  7:20 12:19
located  13:16
lock  22:14 27:18
  52:5,7,15,21 53:16
  69:22
locked  17:3,8,9,11
  22:19 49:19 50:15
long  7:5,7,9 15:9
  17:24 19:2 50:5
  58:7 67:14
longer  14:23 71:19
look  33:18,21
  48:17 63:8 83:3
looked  31:23,24
  66:8,9
looking  36:24 49:6
  83:8
looks  33:17 63:14

**lost** 78:4,10
**love** 78:17

**m**

**m** 20:2
**ma'am** 4:10,16,22
 5:4,9,18,22,25 6:3
 11:23 17:23 36:10
 40:7 42:8,11,21
 50:24 51:3 59:2
 60:22,25 63:22
 64:11,13,17 79:9
 81:11
**mad** 1:6 44:5
**mail** 6:24 29:13
**maintenance** 14:7
 14:10,21
**man** 83:9
**manhattan** 13:12
**maria** 1:23 85:4
 85:21
**mark** 6:6
**marked** 62:25
 63:5
**marriage** 12:4
 85:14
**married** 11:22,24
 11:25 12:2 43:23
 44:14 45:18 50:12
 50:13,14,16 80:10
 80:14 81:8,9
**matter** 38:15
 65:20 85:15
**matthew** 1:8 4:15
**mean** 9:19 17:7
 23:8 60:3 65:21
 68:10 71:13 73:14
 82:9
**meant** 29:24
**media** 64:5,8,9,10
**median** 64:9

**medication** 75:19
**medications** 5:19
 75:22
**medium** 25:8,10
 26:16 33:24,25
**meet** 31:14 45:3
**meeting** 65:10
**meetings** 65:6,8,12
**members** 36:22
 61:3,5
**mental** 72:13,18
 72:23 73:6,24
 74:15,19 75:10
 76:2
**mentioned** 30:13
 43:5 46:20 49:13
 80:9
**mentioning** 43:8
**messed** 26:15
**met** 31:13 60:15
 60:16 80:12
**middle** 40:16,18
**mind** 70:11 71:2
 82:5
**minute** 16:14
**minutes** 44:18,18
**miraculously** 25:8
**mirror** 36:24
**misbehavior** 23:25
 42:6 47:23
**miscellaneous**
 24:12
**misdemeanor**
 10:17,18,20,24
 11:2
**missing** 28:19 29:9
 55:2
**mob** 19:21,22
**moms** 29:10
**money** 20:2

**month** 12:22
 58:10,10,22
**months** 15:11
 21:14,15,16,18
 25:6 26:5,21 46:7
 53:22 54:2,8
 67:19,22
**mother** 12:22
 61:12 73:17
**mother's** 6:25
**move** 23:21
**moving** 15:7 52:4
 52:7
**multiple** 54:8
 62:14
**music** 27:12
**muslim** 43:21,23
 44:20 45:6,13,22
 45:23 46:12,15,21
**muslims** 43:7
 45:17,20 49:14,18
 49:22

**n**

**n** 2:1 3:1 4:2,2,2
**nah** 31:13 33:3
 46:2,3 59:22
**name** 4:11 6:5
 20:3 32:24,25
 33:10 44:19,20
 59:8,8,9 60:17
 61:24 64:24,25
 65:4
**named** 59:4
**names** 6:7 59:21
 60:14
**nay** 35:11
**need** 25:11 32:12
**needs** 5:12
**never** 12:24 21:25
 21:25 22:3,5
 24:17,19 25:3

29:3 31:13 33:5
 35:22 36:6 37:5
 38:25 39:2 43:9
 43:10 44:2,23
 47:20 48:23 49:4
 50:5,7 51:6,6,8
 52:18 56:7,15
 57:16 61:4
**new** 1:1,7,7,12,12
 1:25 2:7,12,17 4:5
 7:4 13:17 16:24
 17:2,14 85:5
**news** 27:12 64:12
**newspapers** 64:10
**nice** 60:17
**nicknames** 59:20
**night** 6:18
**nine** 15:11
**nobody's** 56:24
**northern** 1:1
**notary** 1:25 3:9
 4:4 83:20 85:4
 86:25
**noted** 83:15
**notes** 60:23
**notice** 1:21
**november** 23:9,17

**o**

**o** 3:1 4:2,2
**objections** 3:19
**obviously** 64:14
**occasions** 62:15
**offered** 65:24
**office** 2:13 56:10
 57:22 61:18 65:7
 65:13
**officer** 1:8 4:15
 15:17,21 20:17
 21:19 26:24 27:14
 27:22 28:16 30:14
 31:6,10 32:5,14,19

32:23,24 33:7,15
33:16 34:3,19
35:2,19,21 36:7,12
36:17 37:21 38:23
39:4,19 40:23,24
42:16 44:2,6 46:5
52:10 53:20 57:14
59:12 60:9,11,20
64:16 66:21 67:6
71:25 82:15,16,18
82:23
officers  21:24
28:22 34:10 36:21
38:18 51:15
official  1:8
officials  61:15
oh  6:12,15 9:16
12:7 13:4 17:16
30:17,19 47:15
69:11 70:12
okay  4:15,21 5:3,8
7:23 9:17 11:19
14:5 16:17 18:10
20:12 23:4 27:19
42:6 45:12 46:25
47:15,20 48:20
52:24 54:19 55:10
55:14 56:15 57:22
65:3 67:23 68:16
72:20 77:24 79:24
81:9
old  12:13,22 71:3
71:9,14
once  36:5 53:16
open  34:7,8
opened  27:3 35:14
39:12 40:11 41:25
opinion  28:3 57:11
83:5
options  55:23

ordered  26:24
organization
11:16
osborn  11:6,14,15
14:12,21
osha  11:18 14:6,9
osi  61:22 63:24
64:3
outcome  85:15
outside  19:14,14
19:17 36:14,15
39:18 72:14
overturned  68:9
68:10
owe  49:5,5,7
ozzborn  1:3 59:4,5
59:6

**p**

p  2:1,1 3:1
p.m.  1:13 83:15
pack  69:22 70:2,4
package  28:18,19
28:23,25 29:14
55:8 57:2
packages  29:5
packed  69:12,16
69:18
page  30:5 63:4,10
84:3,8 86:3
pages  63:14
paid  66:11
paper  15:20 69:13
69:14
papers  75:16
paperwork  57:3
parole  19:5 68:25
69:3 70:21 71:17
71:17,19
part  68:21 70:19
parties  3:5 85:13

pass  21:18
pat  20:24 21:10
36:11,13,18,20
39:3,16,20 41:12
patient  79:3
pats  35:3
patted  20:19,22,23
39:21
patting  35:3
pay  11:7
people  20:24
21:22,22 27:24
28:2,25 40:20
51:19 58:2 60:8
60:15 83:8
people's  40:18
period  17:21 18:6
19:16 37:12 52:8
58:22
perjury  11:3
permanent  6:21
7:16,18
person  46:23
48:22 49:4 51:25
70:9,14 82:8
personal  35:15
39:7 41:3
personally  12:24
phone  32:7,12,13
61:7
physical  77:25
picture  15:19
pipes  40:12
place  1:23 11:10
15:8
plaintiff  1:4,21 2:5
4:2
planning  80:25
planted  25:22,25
26:7 66:21 67:6

planting  36:8
plastic  70:15
plea  68:15
plead  25:17,20
42:12 48:5,7,10
65:15,18,23
pled  48:9
point  18:11,15,20
23:23 29:4 36:2
38:24 42:15 48:20
49:23 64:6 65:5
66:20 68:18 69:4
points  61:25 62:2
68:22
popped  27:3
population  22:8
22:10 68:2,3
possessing  25:2
possession  9:9
24:14
potential  79:6
practice  75:3,4,6
praying  82:12
prejudice  71:7
prescribe  75:18,22
present  65:5,8
press  81:5
pretty  16:9 55:24
prior  20:15 24:16
28:9 54:19 55:7
prison  9:22,25
19:15 24:3 29:15
32:20 49:6 51:7
56:25 61:14 66:17
67:10,14,24 68:17
68:25 69:6,7 72:7
72:14 73:16 74:12
74:13 75:9 82:3
prisoners  20:25
private  75:2,4

**probably** 9:10,14
12:9 50:3,11 58:4
59:9 69:8 75:17
82:19,23 83:6
**problem** 51:16
**process** 14:25
54:16 55:11,12
56:25 66:15
**program** 26:9
43:15 76:15,21
**programs** 53:14
53:15 80:5
**proof** 57:3
**protective** 46:17
**psychological** 72:3
72:23 73:5
**public** 1:25 3:9 4:4
83:21 85:4 86:25
**pulled** 34:18
**pulling** 34:23
**punishment** 53:20
**pursuant** 1:21
**put** 27:3 37:24
58:3 66:7 68:22
**putting** 16:10

**q**

**quarterly** 58:18
58:19
**queens** 14:19,20
69:21
**question** 3:21 4:24
5:6 6:19 17:12
72:11 73:23
**questions** 3:19
4:14 16:13,15
29:19 30:2 50:6
60:7 62:4,23 74:7
**quit** 15:5
**quite** 28:24 73:12

**r**

**r** 2:1 4:2
**racist** 71:6
**radio** 27:10,12
34:7
**randall** 7:3
**random** 59:18
**randomly** 20:24
**rcpt** 76:18,19
**rctp** 76:12
**reading** 63:17
**real** 56:20 70:25
**really** 19:23 29:9
33:12 42:25 43:16
50:5,6 52:5 81:25
82:5
**reason** 51:11
79:10
**recall** 8:14 42:15
42:18 45:21 46:2
46:3 49:17 55:3
56:8,17 58:16
59:10 63:17,25
**receive** 6:24 14:11
24:13,21,25 25:14
55:18,21
**received** 23:24
24:22 63:5
**recognize** 63:10
**reconciled** 81:7
**record** 5:12 42:17
85:10
**recreation** 21:3
27:16 32:10 52:16
52:20 53:6
**referring** 47:2
**refuse** 43:16
**related** 85:12
**released** 15:23
19:4 67:10 68:17
68:22,24 81:6

**religions** 51:2
**remainder** 67:24
**remember** 8:11
9:17 10:11 18:19
24:9 27:18 30:17
30:21,23,23,25,25
31:3,4 33:16,18
43:8 45:25 49:16
49:22 54:25 55:4
60:13 61:24 65:2
65:4 77:20
**rephrase** 5:8
**reporter** 5:2
**reporters** 64:12
**represent** 64:20
**represented** 64:18
**request** 46:17
**reserved** 3:21
**reside** 6:16
**residence** 6:21
**residential** 76:14
76:20
**resisting** 70:22
**resolution** 16:17
**respective** 3:5
**respond** 38:7
**response** 42:2
55:18,21
**responses** 4:19
**rest** 54:11 72:7
73:22
**result** 25:15 26:18
42:7 47:24 53:18
53:19 64:15 67:15
67:15 71:14,24
72:3 78:2,5,11
**review** 56:10
**right** 4:20 5:17 6:4
7:23 10:16 14:25
17:9,22 18:15,22
20:11,12 22:23

23:20,22 28:11
29:22 32:17 35:2
40:14,16 42:10
47:19 52:22,23
53:5,7,8 54:16
55:15 57:24 62:3
63:9 65:23 67:17
68:8,12,16,18
70:14,15 71:10,22
74:5 78:13,23
80:7 83:6
**rikers** 51:8
**robbery** 8:13 9:12
18:21,24
**rockaway** 69:21
**room** 28:18,23
40:10,13 55:9
57:2 70:15
**rubenstein** 2:4
**rules** 4:17 69:14
**running** 72:25
**rushed** 27:4
**rushes** 34:15
**russell** 2:8 14:3
24:3 30:4,24
81:17 83:13
**ryencki** 16:2
**rynecki** 2:4

**s**

**s** 2:1 3:1,1 4:2
**safety** 46:14 51:11
**satisfied** 55:18
63:20
**saw** 47:20 62:14
**saying** 4:20 20:6,9
25:21 26:2 27:24
27:24 37:24 38:3
43:25 49:16,17
65:11 72:9 74:16
79:14 82:21

**says**  26:22 69:14
  70:12
**school**  13:10,11,12
  13:14,15,19,25
  24:11 26:8 72:19
  75:5
**scott**  16:2
**se**  26:3 33:12
**search**  34:20,21
  37:25 38:2
**searched**  26:11,13
  36:3 40:12
**second**  4:23 34:10
**see**  32:16 33:5,6
  34:9 41:22 47:13
  58:6,17 62:12,17
  63:13 71:11 74:15
  82:18
**seeing**  58:20
**seek**  72:13,16
**seeking**  78:14
**seen**  12:20,25 37:3
  42:25 45:4,5
  58:20
**send**  29:10 49:18
  59:24 61:13 70:7
  70:10
**sending**  29:2
  49:14,23 50:9
**sense**  5:6
**sent**  58:12 59:22
  60:4
**sentence**  9:18
  18:25 67:24 68:4
**sentenced**  8:21
**sentencing**  9:20
**sergeant**  31:5,5,6
  31:12 38:17 39:13
  48:16
**serious**  19:24
  56:20 73:21

**serve**  9:22 53:25
  54:7
**services**  72:14,15
**set**  22:20,21 25:12
  27:25 28:4 82:22
  85:8,16
**settled**  16:18
**seven**  66:2,3
**shaking**  4:19
**sharpened**  39:10
  41:14
**sheet**  86:2
**shelter**  7:7 69:11
  69:12 70:23,25
**shelters**  7:8,10
**shoulder**  19:19
**show**  30:8 62:24
**showed**  39:9,11
  41:16
**shower**  53:8
**showered**  53:10
**showers**  53:9
**side**  40:17
**sign**  63:23 69:15
**signature**  63:14,15
  63:15 85:19
**signed**  30:9 58:18
  62:10 63:18
**singled**  26:23
  27:22
**sister**  29:10 61:12
**sitting**  34:5,12,13
  60:6 68:6 72:6
  83:3
**situation**  47:2
  57:25 58:3 67:25
**situations**  82:13
**six**  33:22 53:22
  54:2,7 67:19,22
**sleep**  6:18

**slippers**  34:13
**snatched**  36:14
**society**  11:21
  14:13
**soft**  5:14
**somebody**  16:14
  25:25 31:21 36:23
  38:17 43:24 52:6
  59:7 69:23 70:3
  70:13 82:6
**son**  12:12
**soon**  34:17
**sorry**  12:7 13:21
  14:5 23:2 24:5
  50:21 56:18 76:23
**sort**  49:15,25
**sounds**  30:16
**south**  2:16
**southport**  37:16
  52:13 54:10,12
  58:13 60:3
**speak**  5:14 37:2
  59:11 61:8,11,21
  64:2,5,7 73:13,24
  74:3
**special**  22:9 54:12
  57:23 58:8,23
  61:18 67:25
**specific**  40:5 74:7
**specifically**  17:25
  28:4,22
**spend**  67:23 73:22
  76:12
**spending**  66:18
  72:6
**spent**  18:10,13
  54:11 76:17
**split**  34:10
**spoke**  12:24 13:2
  60:20 61:12,23,25
  73:15,18

**spoken**  5:14 73:11
  76:7
**staff**  22:20,21
  32:20 36:22
**stand**  19:22
**standing**  35:23
  39:13
**start**  4:25
**started**  4:18 47:7,9
**state**  1:7,7,25 2:12
  2:16 4:4 16:24,25
  17:8,10,11,14
  68:21 69:7 85:5
**stated**  17:8
**statement**  26:25
  62:9 63:2,18,21
**statements**  60:18
  63:23
**states**  1:1
**status**  16:11
**stay**  15:8 32:9,11
  50:4
**stevenson**  13:11
  13:14,15
**stipulated**  3:3,11
  3:17
**stop**  15:3 20:9
**straight**  39:15
**strange**  44:24
**street**  1:11 2:6,16
  49:7 59:21 73:16
  74:14,19 77:7
  82:16
**stress**  77:4 81:23
**strip**  35:7 40:6,12
  41:12
**striped**  35:7
**stuff**  22:22 24:11
  28:19,25 29:2,9
  60:9 69:17,18,22
  70:3,5,13

subject 9:5
subscribed 83:18
  86:23
substance 9:9
sued 17:17
suicide 77:2,10,14
suite 2:6,16
superficial 47:17
supervision 1:8
supervisor 35:20
supporting 63:2
  84:9
supposed 21:6
  30:15 43:23 44:13
  45:18 50:12,13
  55:20 67:9
sure 4:18 5:10
  12:21 16:9 19:25
  55:24 62:11
sweatpants 34:13
swinging 47:9
sworn 3:7 4:3
  83:18 85:8 86:23
syracuse 2:17
  43:24 80:13
system 7:13

        t

t 3:1,1
tag 33:6
take 5:23 20:13
  28:18 29:11,11,14
  35:8 39:15 41:18
  66:2
taken 1:21
takes 34:21 35:17
  39:24 70:16
talk 7:24 15:13
  17:15 42:16 66:23
  67:4 71:22 74:22
  81:18

talked 16:22 24:2
  76:8 81:13
talking 4:25 9:3
  27:5 38:3 39:16
  41:6 59:19 66:4
  76:23
tattoos 19:18
taxes 79:18,19
tell 10:19,20 14:4
  15:16 16:15 34:2
  34:4 38:4 44:15
  48:16 66:20 67:2
  67:5
telling 11:3 27:25
  60:7
ten 7:22
term 73:11
terminal 14:22
testified 4:5
testify 5:20
testimony 84:2
  85:10
thank 83:12,13
thelma 71:4
therapists 73:18
  73:25
thin 33:24
thing 30:5 34:17
  74:24
things 21:22,23
  29:6,12,20 30:11
  33:15 41:6 82:25
think 7:25 13:13
  16:4 18:21,24
  22:19 44:2 50:8
  58:9 62:19,21
  69:9,9 79:19
thinking 44:10
  83:7
third 5:5 31:20

thomas 1:3 59:4,5
  59:6 64:25
thought 30:18
three 26:20 30:6
  36:25 53:10 62:12
  62:16,22 65:25
  66:3
throwing 57:9
throws 34:22
ticket 24:13,25
  25:15 42:7 47:23
  51:9
tickets 23:25 24:6
  24:8,9,12
tier 30:6
time 1:23 3:21
  8:16,20 9:14,22,25
  11:25 12:23 13:2
  14:16 15:22 17:14
  17:21 18:4,6,10,13
  18:16 20:18 21:12
  22:8,15 25:13
  26:19,19 27:9
  28:16,19 32:10
  33:11 36:5 43:14
  50:23 53:24 54:12
  56:21 58:14 62:18
  62:20 66:16 67:8
  68:4 70:5 71:8
  73:15 76:12,17
  79:17 80:4,6,10,19
  80:20,22 81:3
  82:19 83:15
times 22:18 51:7
  53:11 62:16,17,21
  73:12
today 5:19,24 6:2
  9:3
told 12:22 16:2,14
  67:7 68:14,20
  79:7

toothbrush 39:10
  41:15
top 8:11 34:21
  35:9
tosses 70:17
track 25:23
trade 13:25
train 10:23,24,25
transcript 4:21
  29:18 30:7 85:9
transfer 26:15
  70:6
transit 37:19
trays 49:20
treatment 76:14
  76:21
trial 1:19 3:23
  16:19 66:2 70:20
tried 47:9 48:22
trouble 73:21
true 85:9
truth 11:3
truthfully 5:21
trying 7:11 14:24
  15:7 37:12 40:20
  46:21 59:14 78:16
turn 71:11
twenty 12:14
two 12:22 18:2,3
  21:17 30:5 34:10
  40:25 60:8 62:12
  62:16,16,21,22
  63:4,10 65:24
  66:8,10 70:16,17
  71:21 80:21

        u

u 3:1
uh 4:20 27:7 54:17
understand 5:7
  11:12

unit  58:23 67:25
united  1:1
unlawfully  15:24
upstate  10:3
use  32:12
usually  82:18

**v**

vacated  68:8
verbal  4:19 28:13
  45:7
violate  69:3
violated  71:13
violation  69:8,9,10
  71:3
violent  66:7
voice  5:11 22:25

**w**

w  4:2
wages  78:4,11
wait  4:23 79:3
waived  3:15
walk  40:2,18
  71:11 82:15
walked  27:3,14
  36:16 47:8
walks  35:4,4
wall  27:11,11
want  8:3 10:12
  19:23 20:7 25:9
  30:10 31:14 70:20
  71:4,5 74:4 79:13
  80:18,22 82:8,16
  82:17
warrant  15:18
water  40:19
way  56:22,24,24
  62:5 85:14
weapon  24:14,24
  25:2,3,9,22 26:7
  35:11 36:9 38:5

38:14 39:9 41:25
  44:11 47:11,13,21
  66:21 67:6
weapons  24:21,22
  35:12 43:10 49:13
  65:16 67:16 68:11
week  46:9,9 53:11
weeks  21:13 46:7
welding  14:7,9
went  9:21 10:3
  12:5 13:11,12,14
  16:2 25:11 36:6
  37:5,15,15,16,17
  41:20 52:11,13,18
  60:3 67:20 69:23
  71:8 82:4
western  68:21
whereof  85:16
white  33:23
wintertime  23:8
wiped  68:12
wish  66:25
witness  14:5 50:19
  83:14 85:7,11,16
witness's  86:2
witnesses  36:20
  42:19 43:3
woman  71:5,6,14
  81:23
work  11:17 15:9
  56:18,18 57:7
  78:14,19,23,25
  79:4 80:3
working  14:18,19
  14:23 15:3 78:7
  78:12
works  12:21
world  83:2
worse  82:22
write  29:12 57:18
  58:14,24 61:2

75:13,16
writing  56:20 58:3
written  31:15
wrong  44:10 83:7
wrote  57:20 61:4
  66:14 76:9

**x**

x  1:2,10

**y**

yard  20:19,22,25
  21:2 30:15 32:3
  44:8,8 47:6
yeah  9:11,11,11,11
  9:16 12:18 17:3,4
  18:9,24 19:3 20:9
  20:18,23 21:17
  23:2,19,19 24:6,22
  26:4,4 30:17,19
  31:19 36:19 39:5
  41:16 47:3,12,16
  48:15 53:8 59:14
  62:11,16 65:4
  67:7 68:19 69:9
  77:4,12 78:25
  79:22
year  10:20 13:4,4
  14:18 16:4,5
  23:10 71:3,9,14
  79:20,21,25 80:3
years  7:17,22,22
  8:22 10:2,3,5 18:2
  18:3 19:2 21:18
  71:21
yo  34:15,20 35:14
  35:15 37:25 48:17
  48:25 60:8
york  1:1,7,7,12,12
  1:25 2:7,12,17 4:5
  7:4 13:17 16:24
  17:2,14 85:5

young  77:13
younger  72:19
  73:18
yup  25:5,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.