UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

THOMAS OZZBORN,

                    Plaintiff,

            Civil Action No. 9:17-cv-01039

        -against-

THE STATE OF NEW YORK, THE NEW YORK STATE DEPARTMENT

OF CORRECTIONS AND COMMUNITY SUPERVISION, NEW YORK

STATE CORRECTIONS OFFICER MATTHEW CORNELL,

Individually and in his Official Capacity,


                    Defendants.

------------------------------------------------ x

DONNESIA BROWN,

                    Plaintiff,

            Civil Action No. 9:17-cv-1036

                            (MAD/ATB)

            -against-

THE STATE OF NEW YORK, THE NEW YORK STATE DEPARTMENT

OF CORRECTIONS AND COMMUNITY SUPERVISION, NEW YORK

STATE CORRECTIONS OFFICER MATTHEW CORNELL,

Individually and in his Official Capacity,

                            Defendants.

------------------------------------------------x

        VIDEOCONFERENCE DEPOSITION of the Defendant,

NEW YORK STATE CORRECTIONS OFFICER MATTHEW CORNELL,

taken by the Plaintiff, pursuant to Order, held at

the offices of NEW YORK STATE ATTORNEY GENERAL, 28

Liberty Street, New York, New York, on November 21,

2019, at 10:40 a.m., before a Notary Public of the

State of New York.

************************************************

```
 1                    M. Cornell
 2   A P P E A R A N C E S:
 3       RUBINSTEIN & RYNECKI, ESQS.
                  Attorneys for Plaintiff
 4               16 Court Street
                  Brooklyn, New York 11241
 5
         BY:   RICHARD LEVY, ESQ.
 6
 7
 8       VIA VIDEOCONFERENCE:
 9       NEW YORK STATE ATTORNEY GENERAL
                  Attorneys for Defendants
10               300 South State Street
                  Syracuse, New York 13202
11
         BY:   AIMEE COWAN, ESQ.
12
                    xxxxx
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    M. Cornell
 2              S T I P U L A T I O N S
 3         IT IS HEREBY STIPULATED AND AGREED by and
 4    between the attorneys for the respective parties
 5    herein, that filing, sealing and certification, and
 6    the same are, hereby waived.
 7
 8         IT IS FURTHER STIPULATED AND AGREED that all
 9    objections except as to the form of the question,
10    shall be reserved to the time of the trial.
11
12         IT IS FURTHER STIPULATED AND AGREED that the
13    within deposition may be signed and sworn to by an
14    officer authorized to administer an oath, with the
15    same force and effect as if signed and sworn to
16    before the Court.
17
18                      xxxxx
19
20
21
22
23
24
25
```

```
 1                    M. Cornell
 2   M A T T H E W   C O R N E L L ,
 3        having been first duly sworn before a Notary
 4        Public of the State of New York, was
 5        examined and testified as follows:
 6   BY REPORTER:
 7   Q        State your name for the record.
 8   A        Matthew Cornell.
 9   Q        What is your address?
10   A        1284 Sherwood Road, Aurora, New York
11   13026.
12   EXAMINATION
13   BY MR. LEVY:
14   Q        Good morning, Officer Cornell.
15            My name is Richard Levy, I work for a
16   law firm called Rubenstein & Rynecki.
17            I'm going to be asking you a series of
18   questions this morning in this proceeding
19   called a deposition.
20            Before we begin, I'll just go over a
21   few basic ground rules to make sure that
22   everything goes smoothly.
23            Please let me know if you do not
24   understand a question that I'm asking or you
25   would just like me to rephrase it another
```

1                    M. Cornell

2    way.  If you've answered the question, it

3    will be assumed you understood it.  So, don't

4    answer a question if you don't understand.

5         Please wait until I'm done asking a

6    full question before providing your answer,

7    as the court reporter can't take down two

8    people talking at the same time.

9         If you'd like to take a break for any

10   reason, please let us know, and we'll be

11   happy to accommodate that, take a break.  I

12   just ask that you don't ask to take a break

13   if I've asked the question and you have not

14   yet given and answer to it yet.

15        Do you understand all those

16   instructions?

17   A      Yes.

18             MR. LEVY:  Before we go any

19             further, Ms. Cowan, we'll put on the

20             record here that Officer Cornell is

21             testifying as a defendant in two

22             separate cases.  We're creating one

23             transcript, however, he is testifying

24             relative to two separate cases that

25             will be used later on in either case.

1              M. Cornell

2              MS. COWAN:  Yes, so we're not

3      agreeing that this testimony is going

4      to be in both cases necessarily, but

5      this transcript can be used in either

6      case.

7              So, in other words, if Ozzborn

8      goes to trial, we can't necessarily

9      use his testimony about Brown, I'm not

10     like agreeing to that, that will

11     actually be decided by the judge at a

12     later date, but just for purposes of

13     these lawsuits, this transcript is

14     going to cover both the Brown and

15     Ozzborn cases.  So you don't have to

16     do two separate depositions that will

17     take way more time.

18              Does that make sense?

19              MR. LEVY:  Yes.

20              MS. COWAN:  Like you don't have

21     to come here twice and do it for Brown

22     and then for Ozzborn.

23              MR. LEVY:  For expedience, yes,

24     we'll agree to that, and then in terms

25     of whatever is admissible down the

```
1                    M. Cornell
2          line, that's up to the judge to
3          decide.
4                  MS. COWAN:  Yes.
5                  MR. LEVY:  Thank you.
6    BY MR. LEVY:
7    Q        Officer Cornell, how old are you
8    presently?
9    A        36 years old.
10   Q        What's your current height and weight?
11   A        5-foot-10.  185 pounds.
12   Q        Would you say you weighed about the
13   same back in 2015?
14   A        200 pounds.
15   Q        How about in 2016?
16   A        I'd say so, yes.
17   Q        About the same, 200?
18   A        Yes.
19   Q        What is your highest level of
20   education?
21   A        I have a high school diploma.
22   Q        What year was that?
23   A        2002.
24   Q        Have you served in the military?
25   A        Yes.
```

```
 1                    M. Cornell
 2    Q      What branch?
 3    A      United States Army.
 4    Q      What years were you in the Army?
 5    A      2002 to 2008.
 6    Q      Were you honorably discharged?
 7    A      Yes, I was.
 8    Q      What was your rank upon your
 9    discharge?
10    A      Sergeant.
11    Q      Are you currently employed?
12    A      Yes.
13    Q      Who is your employer currently?
14    A      Dan Lennox Tree Professional.
15    Q      I'm sorry.
16    A      Dan Lennox Tree Professional.
17    Q      How do you spell Lennox?
18    A      L-E-N-N-N-O-X.
19    Q      What's the nature of the work you do
20    now?
21    A      Basically I work for a tree arborist
22    and I cleanup brushes that he puts on the
23    ground, and I also prepare firewood to be
24    delivered to customers.
25    Q      How long have you done this type of
```

```
 1                 M. Cornell
 2  work?
 3  A       Since 2016.
 4  Q       Upon your discharge from the Army,
 5  where were you working?
 6  A       I worked for the Department of
 7  Corrections.
 8  Q       That's the New York State Department
 9  of Corrections?
10  A       Yes.
11  Q       Did you begin work for the New York
12  State Department of Corrections after the
13  Army?
14  A       Four months after, yes.
15  Q       Where were your first assignment with
16  The Department of Corrections?
17  A       Fishkill, Beacon, New York.  Fishkill
18  Correctional Facility.
19  Q       How long were you there?
20  A       Three months.
21  Q       What was the time period you were
22  there?
23  A       September 2018 to December 2018
24  roughly.
25  Q       Was your title "correction officer"?
```

```
1                    M. Cornell
2    A       Yes.
3    Q       What was the nature of the work that
4    you did as a correction officer in Fishkill?
5    A       Maintain care, custody and control of
6    inmates under my watch.
7    Q       What was your next job after leaving
8    Fishkill?
9    A       I went to Wallkill Correctional
10   Facility.
11   Q       Were you also a correction officer
12   there?
13   A       Yes.
14   Q       How long were you at Wallkill?
15   A       Until December 2010.
16   Q       So approximately two years you were at
17   Wallkill?
18   A       Correct.
19   Q       What was your job duty in Wallkill?
20   A       Maintaining care, custody and control
21   of inmates under my watch.
22   Q       Where did you begin working after
23   leaving Wallkill?
24   A       I went to Auburn Correctional
25   Facility.
```

```
1                    M. Cornell
2    Q       Were you at Auburn Correctional
3    Facility until such time that you no longer
4    worked for the New York City Department of
5    Corrections?
6    A       That is correct.
7    Q       Were you a corrections officer at
8    Auburn Correctional Facility?
9    A       Yes.
10   Q       Are there different ranks within
11   correction officers?
12   A       Yes.
13   Q       What rank did you achieve?
14   A       I maintained the title of correction
15   officer during the entire duration of my
16   career.
17   Q       When did you stop working as a New
18   York State corrections officer?
19   A       December 2016.
20   Q       At that time were you suspended from
21   work?
22   A       Yes.
23   Q       At any time before December of 2016,
24   had you been suspended from your job as a New
25   York State correctional officer?
```

1                    M. Cornell

2    A      No.

3    Q      At anytime during the period of time

4    you worked for New York State Department of

5    Corrections, had you ever been disciplined

6    for your on-the-job work?

7    A      No.

8    Q      Now, let's talk about Auburn

9    Correctional Facility.  Where specifically is

10   that located?

11   A      Central New York.

12   Q      Do you know its address?

13   A      State Street, Auburn, New York.

14   Q      How many inmates does Auburn have?

15   A      Approximately 1500.

16   Q      How many were housed at Fishkill?

17   A      I don't recall that facility.

18   Q      Do you recall how many were housed at

19   Wallkill?

20   A      Approximately 500 to 600.

21   Q      What level of security is Auburn

22   Correctional Facility?

23   A      Maximum A.

24   Q      What level of security was Fishkill?

25   A      Medium A.

1                    M. Cornell

2  Q       What level of security was Wallkill?

3  A       Medium B.

4  Q       Can you describe the differences

5  between medium A and medium B security?

6               MS. COWAN:  Objection.  You can

7          answer.

8               THE WITNESS:  I can answer?

9               MS. COWAN:  Yes, you can

10         answer.

11 A       Basically the amount of freedom that

12 the inmates have during the course of the

13 day.  If that makes any sense.

14 Q       Can you describe it in any other way

15 in terms of what that means to the inmate?

16 A       I'll give it to you in terms of Auburn

17 and Wallkill.  Wallkill was medium B, the

18 inmates had key to their own door to where

19 they lived, they resided.  And when you're

20 set in the program you basically yell chow in

21 the morning, they went to chow, and they went

22 to work.

23         In Auburn, when you release them to

24 chow they go to program but they're locked in

25 their cell all night.  So, you have to crack

```
1                    M. Cornell
2    them out and then they leave their cell to go
3    to program after they eat chow.
4         The difference being they're locked in
5    their cell in Auburn, and Fishkill or
6    Wallkill they're not locked inside of a cell,
7    they're in a cube or a dorm-type setting.  Do
8    you understand?
9    Q     Right.
10        So, in order for an inmate to leave
11   their cell at Auburn, a correction officer
12   would have to let them out?
13   A     Correct.
14   Q     During your time working at Auburn,
15   did you work a steady bid?
16   A     Yes.
17   Q     What was it called?
18   A     C12 mainyard recreation.
19   Q     What is meant by that?
20   A     It's meant that the company that I was
21   in charge of, C12, meaning block C, company
22   12.  I had approximately 40 inmates under my
23   charge at the time.  Within that job title,
24   when I wasn't maintaining the care, custody
25   and control of inmates block C12 company, I
```

```
1                    M. Cornell
2    was in the yard maintaining security in the
3    main yard.
4    Q       When you say Company 12, what is meant
5    by that?
6    A       It means it's 12 Company.  That's the
7    name of the Company, the block.  12 Company.
8    11 Company, 12  Company, 13 Company, 14
9    Company.
10   Q       And they cover different blocks within
11   the facility?
12   A       Excuse me?
13   Q       Each one of those companies would
14   cover the inmates in different blocks within
15   the facility?
16   A       I don't think you understand.
17   Q       No, I don't.  Could you explain what
18   is means?
19   A       C block has as in ten blocks, ten
20   companies inside of a block.  Do you
21   understand?  11, 12, 13, 14, 15, 16, 17, 18,
22   19, 20.  Do you understand there's ten
23   blocks, ten companies to a block.  I was in
24   charge of 12 Company, C block.  That's why
25   the title of my job was C12.
```

```
1                    M. Cornell
2    Q        You had approximately 40 inmates under
3    your watch?
4    A        Yes.
5    Q        Did you work a particular time of day
6    shift?
7    A        Yes.
8    Q        What was that?
9    A        3:00 p.m. to 11 p.m.
10   Q        Was that throughout your time at
11   Auburn?
12   A        Correct.
13   Q        How many different blocks are there at
14   Auburn?
15   A        Five blocks in Auburn.  Plus the
16   Disciplinary unit.
17   Q        Is the Disciplinary Unit known by any
18   other name?
19   A        SHU-D.
20   Q        Is that an acronym for something?
21   A        Special Housing Unit D.
22            MS. COWAN:  Make sure you wait
23            until he finishes asking the question.
24            Because you guys are talking over each
25            other and she can't take everything
```

```
 1                  M. Cornell
 2         down.
 3    Q      The five other blocks, are they
 4    designated by a letter?
 5    A      Correct.
 6    Q      Is it A through E?
 7    A      Yes.
 8    Q      Approximately how many inmates would
 9    be to each block?
10    A      A block is the biggest block, and so
11    is C block.  The rest of the blocks were a
12    little smaller.
13    Q      How many would be on the C block?
14    A      I can't recall.  I'm going to say 250.
15    300.
16    Q      Approximately how many would be on D
17    Block?
18    A      A little less than C block.
19    Q      Can you describe when you would arrive
20    at work, what would be the first thing that
21    you would do?
22              MS. COWAN:  Objection.  You can
23          answer, if you can.
24              THE WITNESS:  It would be real
25          hard for him to understand.
```

1              M. Cornell

2              MS. COWAN:  Answer the best you

3         can, if it can be answered.  It's kind

4         of a broad question.

5    A      Like I said, to you before, counselor,

6    C12 all the jobs in the facility they are not

7    just affixed to C12, for instance.  Mine was

8    the mainyard job.  The first thing I did was

9    report to the mainyard sergeant's post.

10   Q      Was there a purpose to reporting to

11   the mainyard sergeant's post?

12   A      I ran the sergeant's post.

13   Q      Was there any particular sergeant who

14   was your supervising officer in May of 2015?

15   A      I believe it was Jeffrey Porten.

16   Q      What's that last name?

17   A      P-O-R-T-E-N.

18   Q      At the sergeant's post, what would you

19   do there?

20   A      I'd make sure the inmates that were

21   still in the yard return back to the block

22   because they were left there, the day shift

23   because the block closed in between shift

24   change.  So inmates would be stuck in what we

25   call the penalty box, they're trying to get

```
 1                    M. Cornell
 2   back to their program.  So we make sure the
 3   blocks get open so the inmates can return to
 4   their blocks, and then I'd open up program
 5   for the inmates because they have programs in
 6   the afternoon.
 7   Q       You've been using a term "program."
 8   Can you describe what's meant by that?
 9   A       Program is a job for the inmate.
10   Basically a job, occupation for the inmate or
11   a trade.  Learning a trade for them.
12   Q       Now, were there certain periods of
13   time during the day for yard time?
14   A       Yes.  During the weekday and weekends
15   are different, but yeah.
16   Q       Could you say what those different
17   periods of time are for the yard time?
18   A       Would you want to know weekday?
19   Q       Sure, weekday.
20   A       A weekday at 3:30 we'd open up the
21   south yard for the inmates to go to the south
22   yard.  Once the south yard was full, we'd
23   open up the mainyard and release inmates to
24   go to the mainyard at 3:30.
25   Q       How long a period of time during the
```

```
 1                    M. Cornell
 2   weekday are the inmates permitted to be in
 3   the yard?
 4   A       Till 4:45 approximately.
 5   Q       What happens at 4:45?
 6   A       Close the blocks -- excuse me -- open
 7   up the blocks, inmates return to cell, the
 8   correction officer performs a count.
 9   Q       How would the inmates from C block get
10   to the yard?  Can you describe the path they
11   would take?
12   A       The path?
13   Q       Yes.
14   A       It's kind of a vague question.  Do you
15   know the layout of the facility?
16   Q       Why don't you tell me the layout of
17   the facility.
18               MS. COWAN:  That's going to be
19          kind of hard to describe it.
20   A       It's hard.  I'll say it to you like
21   this, I'll try it like this:  A, B and E
22   blocks are the south side of the facility.  C
23   and D blocks are on the north side of the
24   facility parallel to Wall Street in Auburn.
25   Main yard is north side of the facility, the
```

```
 1                M. Cornell
 2   south yard is the south side of the facility.
 3         So, the correction officers that were
 4   on the landing to let inmates out to the yard
 5   would be up on the landing, so the path they
 6   would take would be going from north to
 7   south.  If that makes any sense.
 8   Q      And vice versa, the inmates from C and
 9   D would be travel south to north?
10   A      Yes.  They go from north to south to
11   the yards.  A, B and E would go through south
12   to north.
13   Q      Is there a corridor that they walk
14   down to get to the yard?
15   A      C and D inmates go through a corridor
16   out the steps out in the yard -- on their way
17   to the yard.
18   Q      How long is that corridor,
19   approximately?
20   A      More rectangular than long.  I'd say
21   it's 30 feet by 20 feet.
22   Q      When the inmates are in their cells,
23   what type of job are you doing at that time?
24   A      Counting.  Making sure they have light
25   and water.  You count them.  Making sure that
```

```
 1                    M. Cornell
 2   they have water.  Making sure their lights
 3   are on.  Making sure they have the basic
 4   amenities that are afforded to them.
 5   Q      While the inmates are in the yard,
 6   what sort of job are you doing?
 7   A      The biggest thing to make sure
 8   nothing -- no assaults happen on other
 9   inmates, things of that nature.  Making sure
10   inmates aren't out of place.
11   Q      At any one time what's the maximum
12   number of inmates that can be in the yard on
13   the north side?
14   A      That would be the C block.  So, I
15   mean, a big yard for a C block in the
16   summertime would be 250 inmates in the yard.
17              MS. COWAN:  That's the main
18          yard or the south yard?
19   A      Both yards.  C block is supposed to be
20   in the south yard, you know, that's where
21   they're supposed to be.  South and main, it's
22   interchangeable.
23   Q      Are the C block inmates in the yard at
24   one time and then the D Block inmates in the
25   yard another time or do they mix?  How do you
```

```
 1                    M. Cornell
 2   describe that?
 3   A       The blocks are supposed to be -- C
 4   block is supposed to be -- there's not
 5   supposed to be any other block mixed in with
 6   C block.
 7            C block is in the main yard and D
 8   block are supposed to be inter mingling with
 9   the inmates in the yard.  Every once in a
10   while you have what we call a crossover
11   because if C block is in the main yard, it
12   means D block is going to be in the south
13   yard.  The north side can go to the yard
14   together, the south side can go to the yard
15   together.  But you'd have inmates that were
16   stuck in the program and they had to go
17   through the main yard, they'd have to go back
18   to where they're assigned, to the south
19   yard -- you see -- it's getting too
20   complicated to talk about.
21            C Block -- the simplest answer for
22   him, C block, they're supposed to be in the
23   main yard, they're not supposed to be D block
24   inmates in the main yard.  Is that simple?
25   Does that make sense?
```

1                    M. Cornell

2    Q        Sure, but sometimes it does happen

3    when there are C and D block inmates in the

4    yard sometimes?

5    A        Yeah.  For instance, let's say, we

6    have a barber shop, right, in the facility.

7    So inmates from D block use the barber, he's

8    giving haircuts to C Block inmates in the

9    barber shop.  When his correction officer

10   boss tells him his work is complete, he has

11   to go through the main yard which is at the

12   time nothing but C block inmates, he goes to

13   what we call crossover where he has to report

14   there so he can go where his block is

15   supposed to be at that time, you know.

16   Q        Other than you being assigned to C

17   Block, had you worked in any other areas at

18   Auburn during your time there?

19   A        Yes, I was in miscellaneous for two

20   years.  And I had a job called dog-five, D5

21   for a year.  I don't know the dates.  D5 is

22   another main yard job.  A fixed position job.

23   Q        Can you describe what's meant by that?

24   A        I had a post in the main yard against

25   C block wall where I basically watched that

```
1                    M. Cornell
2    side of the yard for the duration of the yard
3    period.
4    Q       And the difference with the other job,
5    the C12 main yard job that you had, there you
6    could walk around the job?
7    A       Correct.
8    Q       I see today that you have kind of a
9    beard.  Back in May of 2015 were you clean
10   shaven?
11   A       Yes.
12   Q       How about in January of 2016, were you
13   also clean shaven at that time?
14   A       Probably.
15   Q       How did you wear your hair at that
16   time in May of '15?
17   A       Very similar to what I have now.
18   Short.
19   Q       Short close cropped?
20   A       Yes.
21   Q       Could you describe the uniform that
22   you would wear as a correction officer at
23   Auburn?
24   A       Blue shirt; dark blue pants.
25   Q       Did you carry any equipment?
```

```
 1                    M. Cornell
 2   A      Yes.
 3   Q      What?
 4   A      A baton.  Set of keys -- two sets of
 5   key clips.
 6   Q      Anything else?
 7   A      I can't recall.  I assume that's all.
 8              MS. COWAN:  Was that May of
 9         2015 you're talking about?
10              MR. LEVY:  Sure.  I'll adopt
11         that.
12   Q      In May of 2015 what type of equipment
13   would you carry?
14   A      That right there, baton and two key
15   clips.  In the yard I had no keys on.  In the
16   blocks I had keys on my hip.
17   Q      What would you do with the keys when
18   you'd go in the yard?
19   A      The keys weren't allowed in the yard.
20   In the block I had the keys.
21   Q      So, what would you do with them when
22   you'd go into the yard?
23   A      I gave them back to the officer
24   running the block.
25   Q      In January of 2016 is that the same
```

```
 1                      M. Cornell
 2    type of equipment you would carry, a baton
 3    and two sets of keys?
 4    A       Yes.
 5    Q       Can you describe what is meant by the
 6    phrase "key block"?
 7    A       "Key block" in laymen's term, awaiting
 8    pending disciplinary hearing.
 9    Q       During the shift that you would work
10    in the C12 assignment, approximately how many
11    other correction officers would be working in
12    the area you were working?
13    A       Rephrase one more time please.
14    Q       Sure.
15            When you were working the C12 main
16    yard assignment, how many other correction
17    officers would be working with you at the
18    same time?
19                    MS. COWAN:   In the main yard or
20            in the block?
21    Q       In the block.
22    A       I'm the wrong guy to ask that question
23    to.   There seem to be ten officers around the
24    north side of the jail.
25    Q       When you were out in the yard, how
```

1                    M. Cornell
2    many other officers in addition to yourself
3    would be out there?
4    A       At least eight.
5    Q       So is that including yourself or in
6    addition to yourself?
7    A       Including myself and the sergeant
8    actually, yes.
9    Q       Including yourself and the sergeant
10   there would be approximately eight officers
11   in the yard when the inmates were in the
12   yard?
13   A       I'd say so, yes.
14   Q       One of the officers would be a
15   sergeant?
16   A       Yes.
17   Q       How about when you're on the block,
18   other than yourself there are about a total
19   of ten officers; is that right?
20   A       Yes.
21   Q       Does that include a sergeant or more?
22   A       One housing sergeant.
23   Q       Was there a lieutenant?
24   A       One lieutenant on that shift, 3:00 to
25   11:00 shift.  That's for the whole facility

```
 1                      M. Cornell
 2   obviously.   They call them Watch Commander.
 3   Q       Where was he stationed?
 4   A       What we would call that is "upfront."
 5   Meaning, the administration building.
 6   Q       At the time that you stopped working
 7   at Auburn, who was the superintendent of the
 8   facility?
 9   A       Harold Graham.
10   Q       Was there a warden?
11   A       They don't call them wardens anymore.
12   Q       They're superintendent?
13   A       Yeah.
14   Q       Can you describe any training that you
15   received to be a correction officer?
16                MS. COWAN:  Objection.  Can you
17            be a little more specific, I guess?
18            Because he's probably received a lot
19            of training which is kind of broad.
20   Q       Generally, can you describe the manner
21   in which you were trained, was it a classroom
22   setting, was it a practical setting?
23   A       It's all classroom teaching.  We go to
24   the academy.  That's all I can tell you.
25   Q       So it was in the academy?
```

```
 1                    M. Cornell
 2    A       Yes.
 3    Q       How long a period of time were you in
 4    the academy?
 5    A       Eight weeks.
 6    Q       What subjects are covered?
 7    A       Everything from sexual harassment to
 8    use of force training.
 9    Q       Are you also trained in the methods
10    for searching inmates?
11    A       Not in a practical sense, no.
12    Q       Is part of the job of a correction
13    officer to occasionally pat frisk inmates?
14    A       Oh, yes.  Yes, absolutely.
15    Q       Do you receive any training in methods
16    to conduct those pat frisks?
17    A       You learn on the job from mentors and
18    the like.
19    Q       It's fair to say as you're doing your
20    job, other more experienced officers will
21    tell you the things to do?
22    A       Correct.
23    Q       Can you state the methods by which you
24    would pat frisk an inmate?
25                    MS. COWAN:  Objection.  Do you
```

```
 1                    M. Cornell
 2         understand?
 3                THE WITNESS:  I don't
 4         understand because it's hard to
 5         explain.
 6                MS. COWAN:  Do you mean like
 7         the procedure?
 8                MR. LEVY:  Yes.
 9    Q     Can you describe the procedure for pat
10    frisking an inmate?
11    A     How I would describe it is I would
12    order the inmate to submit to a pat frisk.
13    He places his hand against a wall, and I
14    would start with one arm -- frisk anyplace
15    that he can conceal something, whether it be
16    the hoodie of his hood sweatshirt, whether it
17    be the sleeves in front of his sweat shirt.
18    I frisk his ribcage.  I feel both sides of
19    his stomach and his back into his waist band,
20    and I'd frisk the whole part of his waist
21    bend.  I'd get to a zipper, where that double
22    part of your zipper is, I'd frisk that.  Once
23    you get down to the leg, you frisk one side
24    of the leg, all the way down from his private
25    area, all the way down to his leg.  And you
```

```
 1                    M. Cornell
 2    ask him take your shoe off on one side.  Then
 3    you frisk the other leg and tell him to do
 4    the same thing, take your other shoe off.
 5    It's hard to explain.
 6    Q       Do you have to get authorized to frisk
 7    an inmate?
 8    A       No.
 9              MS. COWAN:  You're just talking
10         about pat frisk, right, because
11         there's pat frisk and strip frisk.
12              MR. LEVY:  I'm just talking
13         about a pat frisk at this point.
14    Q       For a pat frisk you don't have to get
15    any authorization from a sergeant?
16    A       Correct.
17    Q       If you do conduct a pat frisk you have
18    to inform the sergeant afterwards?
19    A       No.
20    Q       Did you conduct strip frisk?
21    A       Yes.
22    Q       In order to conduct a strip frisk, did
23    you have to get authorization?
24    A       Yes.
25    Q       Can you describe the procedure for
```

1                 M. Cornell
2    that?
3    A      If I felt something unusual, and the
4    sergeant is right next to me like he usually
5    always is:  I'd say, hey, Sarge, I feel
6    something in the zipper of his pants.  He'll
7    say, okay, Cornell, let's go inside and look
8    at it.
9    Q      So a strip frisk could start with a
10   pat frisk in the yard and then you would go
11   inside if you have to further conduct a strip
12   frisk?
13   A      Yes, just what you said.  Pat frisk in
14   the yard, you felt something unusual, you
15   take the inmate to a private area and have
16   the inmate strip frisk with the sergeant's
17   authorization, yes.
18   Q      Is there also something also called a
19   cell frisk?
20   A      Yes.
21   Q      Can you describe that.
22   A      The cell frisk, you look at everything
23   inside the cell and make sure there's no
24   contraband, nothing that an inmate is not
25   supposed to have inside of his cell.

```
 1                    M. Cornell
 2    Q       What is the procedure for that if the
 3    inmate is in the cell?
 4    A       Order him to come out and give a pa
 5    frisk to the inmate and then he watches the
 6    cell being frisked.
 7    Q       How many officers would conduct that
 8    process?
 9    A       There is no policy on that.  There
10    should be a guy watching the guy's back, the
11    inmate.
12    Q       So ideally there would be at least two
13    officers?
14    A       Yeah.
15    Q       In terms of conducting a strip frisk
16    or a cell-frisk, are you provided with any
17    type of instruction on how to conduct those?
18    A       I don't know.  You mean like training
19    or like the sergeant standing nearby?  What
20    do you mean by that?
21    Q       Training or instruction or written
22    material.  Anything that would provide
23    guidance on how to conduct these things.
24    A       I'm sure -- look, in Auburn that was
25    the best instruction you get is the more time
```

```
 1                    M. Cornell
 2   you get, the more and more experience you
 3   have on it.  That's the best way I can say.
 4   If that's the right way to answer that.
 5   Q       Were you ever given any type of
 6   written materials like a handbook, guidebook
 7   on --
 8   A       Never.  Never.
 9                 MS. COWAN:  Make sure he
10           finishes asking his question.  I don't
11           want you to anticipate what he's
12           saying, he may not be saying what you
13           think.
14   Q       As a correction officer at Auburn, are
15   you given a locker to use?
16   A       Yes.
17   Q       Is that generally to change into your
18   uniform?
19   A       Yes.
20   Q       Where are the lockers located?
21   A       In the cellar administration building.
22   Q       Earlier you had said that the first
23   thing that you would do, when you reported
24   for the job, is to go to the sergeant's post
25   in the yard?
```

```
 1                    M. Cornell
 2   A       Yes.
 3   Q       Before doing that, would you first go
 4   to your locker?
 5   A       Usually.
 6   Q       Would you arrive at Auburn in street
 7   clothes?
 8   A       No.
 9   Q       You would come already dressed in
10   uniform?
11   A       Yes.
12   Q       So are you assigned a locker number?
13   A       Yes.
14   Q       What was your locker number?
15   A       I don't recall.
16   Q       Do you recall ever being assigned
17   locker number 269?
18   A       I don't.
19   Q       Do you recall ever being assigned
20   locker number 276?
21   A       I don't.
22   Q       Do you recall ever being assigned
23   locker number 169?
24   A       No, I don't.
25   Q       Did you during your time at Auburn
```

1               M. Cornell
2    utilize more than one locker?
3    A     I don't recall.
4    Q     As far as a key to your locker, who
5    would have a key?
6    A     The arsenal and myself.  The guy who
7    held the locker.
8    Q     What is meant by "the arsenal"?
9    A     That's where every piece of chemical
10   agents, weapons to batons.  Anything that was
11   meant to be locked and stored away from
12   inmates would be in there.
13   Q     Is it fair to say that you would have
14   a key to your locker and the facility would
15   also have a key to your locker?
16   A     Yes.
17   Q     Do you recall ever sharing a locker?
18   A     No.  It's been so long.
19   Q     Is there an area, or you may have
20   described it, where the lockers are that's
21   referred to as the dungeon.  You may have
22   referred to it as the cellar.  Is it also
23   known as the "dungeon"?
24   A     Yes.  I didn't know you knew that
25   term, I would have said it earlier, but, yes,

```
 1                    M. Cornell
 2    the dungeon.
 3    Q      Did you always have the same locker?
 4    A      I don't recall.  I really don't.
 5    Q      Is there something called a lineup
 6    room at Auburn?
 7    A      It's in the same area as the dungeon.
 8    Q      Did you utilize a locker that was near
 9    the lineup room?
10    A      Yes.  It's all the same area.
11    Q      Did you ever ask to be assigned a
12    particular locker at Auburn?
13    A      No.
14    Q      Did you have access to a computer at
15    Auburn?
16    A      No.
17    Q      Were there occasions that you would
18    ask other people working at Auburn to look up
19    an inmate's disciplinary history at Auburn?
20    A      No.
21    Q      While the inmates are on the block,
22    are they always in their cell?
23             MS. COWAN:  Objection.  Is that
24        too vague, too broad?
25             THE WITNESS:  Yes.
```

M. Cornell

1

2   A        No offense, Counselor, that is a

3   little vague.  On the block?  Like lights out

4   time 10 o'clock till 7:30 when they go to

5   chow in the morning?  That's what I call on

6   the block.  That means no one ventures out.

7   You understand, they're locked in their cell.

8   Within 7:30 a.m. when they go to program

9   until 10:00 p.m. or 9:45 p.m., whatever time

10  it was, there's a lot of fluid stuff going on

11  in that facility.

12        But most of the time if they're not

13  assigned a program, if they're not going out

14  in the yard, they're supposed to be locked in

15  their cell.

16  Q        I guess what I'm asking is:  Is there

17  an area inside the facility where inmates are

18  permitted to move about freely?  Like --

19  A        No, that should never happen.

20  Q        So, there's no like a rec room or

21  something like that inside the facility?

22  A        There is a gym but it's inside the

23  yard.  There's a gym building.  It's within

24  the confines of the yard system.

25  Q        So, if I understand you correctly,

```
 1                    M. Cornell
 2   from the time they go to eat in the morning
 3   they may have program doing a job --
 4   A      Yes.
 5   Q      -- or being in the yard, but other
 6   than that an inmate is to be in their cell?
 7   A      Correct.
 8   Q      And then lights out is at 10:00 p.m.?
 9   A      Yes.
10   Q      And they are out for, I guess,
11   breakfast in the morning at 7:00?
12   A      7:30, yeah.
13   Q      If during a frisk of an inmate you do
14   find contraband, can you describe the
15   procedure for what is to be done with that
16   contraband?
17   A      To notify the sergeant and the
18   sergeant calls the Watch Commander.
19   Q      Once you notify the sergeant and the
20   sergeant notifies Watch Command, is there any
21   other responsibility that you have with
22   regard to any contraband that you found?
23   A      It depends on what the contraband is.
24   Q      If it's something that is what you
25   perceive to be a weapon, is there a
```

```
 1                    M. Cornell
 2    particular procedure that you're supposed to
 3    undertake?
 4    A       Yes.
 5    Q       What is that?
 6    A       I don't remember it all, but you're
 7    supposed to bag the stuff and put it inside
 8    of a locker, in an evidence drop box, if I
 9    remember right.
10               MR. LEVY:  Off the record.
11               (At this point in time, a
12         discussion was held off the record.)
13    BY MR. LEVY:
14    Q       Where is that evidence drop box
15    located?
16    A       In the Watch Commander's office at the
17    time I worked there.
18    Q       Where is that located?
19    A       In the administration building.
20    Q       Were there different Watch Commanders?
21    A       They have relief officers, you know,
22    guys when they had their days off another
23    Watch Commander would come in.
24    Q       In other words, is that a job that's
25    worked by shift or is that a permanent
```

```
 1                    M. Cornell
 2   position that somebody has?
 3   A      It's by shift.
 4              MS. COWAN:  Can you get the
 5         paper off the microphone?
 6              MR. LEVY:  Sorry, about that.
 7              MS. COWAN:  Thanks.
 8              MR. LEVY:  I didn't realize
 9         that had happened.
10              MS. COWAN:  That's okay.
11   Q      What's the rank of the Watch
12   Commander?
13   A      Lieutenant.
14   Q      In May of 2015 do you know who the
15   lieutenant was?
16   A      No, I don't.
17   Q      In January of 2016, do you know who
18   the lieutenant was?
19   A      No, I don't.
20   Q      Earlier you had said that you would
21   learn on the job from mentors on how to
22   conduct the various frisks that you did.
23          Can you name any of those people who
24   provided you the mentorship?
25   A      No.  I don't know any of them anymore.
```

```
1                    M. Cornell
2    Q      If a contraband, such as, a weapon is
3    found on an inmate, is it to be photographed?
4    A      Yes.
5    Q      Would you take the photograph if you
6    were the one who found it?
7    A      Not necessarily.  I could, if I wasn't
8    overwhelmed but usually there is somebody --
9    at the time, if I remember right, there's an
10   officer working in the Watch Commander's
11   office that would have the camera ready for
12   you.
13   Q      So is there a camera that is kept at
14   the facility for the purposes of
15   photographing any contraband that's found on
16   inmates?
17   A      Yes.
18   Q      Who keeps that?
19   A      I don't know who keeps that.
20   Q      Do you know where it was kept?
21   A      I don't.
22   Q      Did you ever have any training in gang
23   intelligence?
24   A      No.
25   Q      While you were at Auburn, were you
```

```
 1                    M. Cornell
 2   aware if there were any gangs within the
 3   facility?
 4   A        Absolutely.
 5   Q        Which gangs were at the facility
 6   during the time you were there?
 7   A        Bloods, Latin Kings, Quinteros.  All
 8   kinds of offshoots off of them.
 9   Q        How would you get to and from the
10   facility?
11   A        I would drive.
12   Q        Is there a parking area at the
13   facility?
14   A        Yes.
15   Q        Relative to where you would enter the
16   facility upon your arrival there, where was
17   that parking lot located?
18   A        Right across the street from the
19   facility.  One parking lot.
20   Q        Had you ever removed contraband from
21   the facility and brought it to your personal
22   vehicle?
23   A        Yes.  Accidentally, yes, I have.
24   Q        That was on accident?
25   A        Yes.
```

```
 1                     M. Cornell
 2   Q       In December of 2016 was your vehicle
 3   actually searched and a weapon found in your
 4   vehicle?
 5               MS. COWAN:  Objection.  You can
 6        answer.
 7   A       There was a rifle found in the
 8   vehicle.  There was two makeshift type -- I
 9   can't remember what they were specifically,
10   but something from the prison was found in
11   the facility.  Two
12   cutting-type-instrument-looking things.
13   Q       Did you intend on doing anything with
14   those items?
15   A       No.  Throw them away.
16   Q       Did the rifle have any ammunition?
17   A       In a separate case.
18   Q       Those two-cutting-type instruments,
19   had you personally recovered them off of
20   inmates?
21   A       Not off inmates, never.
22   Q       Do you know how it came to be that
23   those instruments were in your car?
24   A       I put them there.
25   Q       Do you know when you put them there?
```

```
 1                    M. Cornell
 2    A      No.
 3    Q      Do you know where you found them?
 4    A      Somewhere in the facility.
 5    Q      Do you know where in the facility?
 6    A      No.
 7    Q      Was it a common practice to remove
 8    contraband such as these weapons and put them
 9    in your personal vehicle?
10              MS. COWAN:  Objection.  You can
11         answer.
12    A      It wasn't common practice.  To me it
13    wasn't a big deal.  If you found something on
14    the ground and you take it out of the
15    facility, nobody wanted to do nothing with
16    it.  It wasn't a big deal to me.
17    Q      If you do place an item of contraband
18    into the evidence drop box, do you also have
19    to write a memo regarding the evidence that
20    you're leaving there?
21    A      Rephrase.  Are you talking about --
22    rephrase the question.
23    Q      Sure.
24         If you deposit an item of contraband,
25    such as, a weapon into that evidence drop
```

1                    M. Cornell
2    box, do you also have to create a memo about
3    what you're leaving there?
4    A      I don't recall.  I remember writing a
5    misbehavior report in a memo that basically
6    mirror image the misbehavior report.  But I
7    don't know if drop into evidence -- into the
8    drop box, I don't remember that being part of
9    the policy.  It's been three years.
10   Q      Does the evidence have to be logged in
11   any form?
12   A      Yes, it definitely has to be logged.
13   Q      How?
14   A      How?  You mean like writing with a
15   pen?  Is that what you mean?
16   Q      Yes.
17   A      With a pen, yes.  It's been so long,
18   but I remember the Watch Commander and myself
19   writing many of them in an entry book.
20   Q      Regarding those few items of
21   contraband that were in your vehicle, were
22   you told by any supervisors at Auburn what to
23   do with them?
24   A      Never.
25   Q      Do you recall an inmate at Auburn, an

```
1                    M. Cornell
2    inmate, named Donnesia Brown?
3    A      No, I don't.
4              MR. LEVY:  Aimee, do you have
5         the item that's Bates stamp 177?
6              MS. COWAN:  I do.  It's a
7         photograph of Donnesia Brown?
8              MR. LEVY:  Yes.
9              MS. COWAN:  Okay.
10   Q      Officer Cornell, I'm going to ask you
11   to take a look at this document.  It has
12   Bates stamped number 177 on it.  There's a
13   photograph or multiple photographs of an
14   individual on it.  Do you recognize that
15   individual?
16   A      I do not.
17             MR. LEVY:  For the record,  it
18        indicates the name of this individual
19        as Donnesia Brown.
20   Q      Have you ever seen a document that
21   looks like this, the one you're looking at
22   that's Bates stamped 177?
23   A      Yes.
24   Q      What do you understand it to be?
25   A      It's a photograph of an inmate.
```

```
1                    M. Cornell
2    Q       It provides on this document something
3    called an owning facility, correct?
4    A       Yes.
5    Q       And on this document it indicates
6    Auburn General as the holding facility,
7    correct?
8    A       Yes.
9    Q       On January 21, 2016, do you recall
10   conducting a search of an individual named
11   Donnesia Brown?
12   A       No, I don't.
13   Q       On January 21, 2016, do you recall
14   conducting a search of any inmate at Auburn?
15   A       Can I say something?
16              MS. COWAN:  Just answer the
17        question.
18   A       I don't.  I frisked all the time, man.
19              MR. LEVY:  Do you have the
20        document that's number 171?
21              MS. COWAN:  Yes.
22   Q       Officer Cornell, I want to give you an
23   opportunity to read through that, okay.
24   A       Yep.  Got it.
25   Q       Also, before testifying here today,
```

```
 1                    M. Cornell
 2    did you review any documents?
 3    A       Vaguely.
 4    Q       Which documents did you review?
 5    A       I seen this one.
 6    Q       What is this document?
 7    A       It's a to/from memorandum.
 8    Q       It's a memorandum regarding what?
 9    A       My frisk on Brown.
10    Q       So there was a frisk performed by you
11    of an inmate D.  Brown, his identification
12    number is 11A4897, correct?
13    A       Yes.
14    Q       This memorandum, is that all your
15    handwriting?
16    A       Yes, it is.
17    Q       At the bottom you've signed it?
18    A       Yes.
19    Q       Can you read for the record,  what it
20    states.
21    A       (Reading):  On the above date and
22    approximate time I was ordered by Sergeant
23    Pyke to frisk Brown, D. 11A4897 who occupied
24    D-4-37 cell.  I ordered Officer Brown out of
25    his cell to submit to a pat frisk on D-4
```

```
 1                    M. Cornell
 2   Company.  During the pat frisk of Brown I
 3   felt an unknown object in Brown's buttocks
 4   area.  I notified Sergeant Pyke who
 5   authorized me to conduct a strip frisk of
 6   Brown in D block 4 and 5 center room.  During
 7   the strip frisk Brown volunteered surrendered
 8   to me from his buttocks area an ice pick type
 9   weapon fashioned out of a toothbrush
10   measuring approximately 8 inches long by
11   half-inch wide.  The weapon was sharpened to
12   a point on one end and had a cloth handle on
13   the other end.  The weapon was photographed,
14   bagged and secured in the evidence drop box
15   per directive 4910A.
16             MS. COWAN:  Do you want to mark
17        it?
18             MR. LEVY:  I'm referring to it
19        as Bates Stamp number 171.
20             MS. COWAN:  Okay.
21             MR. LEVY:  I could mark it as
22        an exhibit if you feel better about
23        doing it that way.
24             Off the record.
25             (At this point in time, a
```

```
1                      M. Cornell
2           discussion was held off the record.)
3    BY MR. LEVY:
4    Q       It indicates the date that this was
5    done was what, Officer Cornell?
6    A       January 21, 2016.
7    Q       And the approximate time?
8    A       3:30 p.m.
9    Q       And this was submitted to Sergeant
10   Pyke by you?
11   A       Yes.
12   Q       Can you describe Sergeant Pyke?  What
13   did he look like?
14   A       Tall, hair like me.  White.
15   Q       Male?
16   A       Yes.
17   Q       Do you recall Sergeant Pyke's first
18   name?
19   A       I don't.
20   Q       When you left Auburn, was Sergeant
21   Pyke still there?
22   A       Yes.
23   Q       As far as you know, does Sergeant Pyke
24   still work at Auburn?
25   A       I'm not sure.
```

1                    M. Cornell

2    Q       Do you know why Sergeant Pyke ordered

3    you to conduct a frisk on Inmate Brown?

4    A       I don't.

5    Q       Inmate Brown was in the D-4-37 cell;

6    is that right?

7    A       That's what it says, yes.

8    Q       Can you describe where that is

9    located?

10   A       D block, 4 company, 37 cell.

11   Q       Are there multiple levels of the D

12   block?

13   A       Yeah, four and five are the highest on

14   D block.  Fourth tier up.

15   Q       It indicates it was conducted in a

16   center room.

17           Can you describe where that is in

18   relation to D block?

19   A       It's in the middle of D block,  4 and

20   5.

21   Q       How big is that room?

22   A       Approximately six by three and a half

23   feet.

24   Q       After reading this document, does it

25   refresh your recollection at all about

1                    M. Cornell

2    conducting the frisk of this inmate, D.

3    Brown?

4    A       Not at all.

5    Q       After reading it, do you know whether

6    or not you had asked Sergeant Pyke if you

7    could conduct a strip frisk of this inmate?

8    A       It looks like I felt an unknown object

9    on Brown and I got ahold of Sergeant Pyke and

10   he told me to strip frisk him.

11   Q       When an inmate is being strip frisked,

12   what are they told to do?

13   A       Take their clothes off.

14   Q       Completely?

15   A       Yeah.

16   Q       According to this document that was

17   done in the center room?

18   A       In the center room, yes.

19   Q       Would Sergeant Pyke have been with you

20   while this strip frisk was being conducted?

21   A       Yeah.

22   Q       Do you know if any other officers were

23   with you at the time?

24   A       No, I don't.

25   Q       Do you know whether or not this

1                    M. Cornell
2    inmate, D. Brown, was in a fight in the yard
3    a week before this frisk?
4    A       No, I wouldn't have known; I wouldn't
5    have cared.
6    Q       Did you know at the time that this
7    frisk was conducted what the status of this
8    inmate, D. Brown's, sentence was at Auburn?
9    A       No, not at all.
10   Q       Is there anything to suggest that this
11   inmate, D. Brown, objected to being searched?
12              MS. COWAN:   Objection.
13   A       I don't remember the frisk.  I don't
14   remember what his emotions were, what my
15   emotions were, I don't remember any of it.
16   Q       I'm only asking based upon what you've
17   read, is there anything that would suggest
18   that he objected to the search?
19   A       Do you understand what I just said?
20              MS. COWAN:   Just based on this
21          one memo.
22   A       No, not at all.  He voluntarily
23   surrendered to me.  According to the document
24   what I wrote is that he voluntarily
25   surrendered the weapon to me.

```
 1                    M. Cornell
 2              MR. LEVY:  Aimee, I'm looking
 3          at this screen and it says that this
 4          conference or something is scheduled
 5          to end in a minute.
 6              MS. COWAN:  Let's go off the
 7          record.
 8              (At this point in time, a brief
 9          recess was taken.)
10     BY MR. LEVY:
11     Q     What time of the day would the inmates
12     on the D block have access to the yard?
13     A     Around 3:30 p.m.  Can I hold up for a
14     sec?
15     Q     Do you want to change what you just
16     said?
17     A     Well, it's 3:30 but it's not like that
18     everyday.  They have an afternoon rec one
19     day, and then the next day during the week
20     they have it in the evening.
21     Q     So it could depend on the day, it
22     could either be at 3:30 or it could be later
23     on towards the evening?
24     A     Correct.
25     Q     On this particular day, January 21,
```

```
 1                    M. Cornell
 2   2016, would you know when they had yard
 3   access?
 4   A       I wouldn't have known that, no.
 5   Q       When an inmate returns to the cell
 6   block from the yard, do they have to pass
 7   through any type of metal detector?
 8   A       You said going from the yard to the
 9   cell?
10   Q       Correct.
11   A       No.  We put them back in their cells.
12   We wouldn't frisk them to go back in their
13   cell.
14   Q       Do they have to pass through some sort
15   of detection in order to enter the yard?
16   A       Not on the weekdays, no.
17   Q       On the weekends they do?
18   A       Weekends we frisk.  We did frisk.
19   Q       So, before entering the yard you would
20   do a pat frisk?
21   A       We random pat frisk on the weekend.
22   Q       What do you mean by random pat frisk?
23   It wouldn't be everybody?
24   A       Meaning, on the weekends the Watch
25   Commander was to send down ten ones, the box
```

1                    M. Cornell
2    chairs would be set up, and basically you
3    don't just pick out inmates.  An inmate shows
4    up in the corridor and he randomly pats the
5    inmates.
6            If the north side was coming out on
7    the evenings, which would be, you know, their
8    evening rack, the guards are staged in the
9    corridor, and the inmates would come out of C
10   block, a couple of guys get frisk randomly,
11   and then D block guys, the same way.  Every
12   weekend.
13   Q      When you say it's random, it wouldn't
14   be every inmate entering the yard, it would
15   be who ever is selected?
16   A      It could be one out of five, one out
17   of ten, one out of three.
18   Q      When you conduct a frisk, are you
19   doing it barehanded or are you wearing
20   gloves?
21   A      I always do it barehanded.  I never
22   wore gloves.
23   Q      Does that also go for whether you
24   conducted a strip frisk?
25   A      Yeah, I'd say so, yeah, I never wore

```
 1                  M. Cornell
 2   gloves.
 3   Q      Is that the procedure or protocol?
 4   A      There is no protocol or procedure.
 5   There is nothing written down about that.
 6   Q      Is there any concern for fingerprint
 7   contamination?
 8   A      No.
 9            MR. LEVY:  Do you have document
10        172.
11            MS. COWAN:  Yes.
12   A      Yes.
13   Q      This is document Bates stamped number
14   172.
15            MR. LEVY:  Off the record.
16            (At this point in time, a
17        discussion was held off the record.)
18            MR. LEVY:  For the record, the
19        documents that Officer Cornell has
20        looked at to this point are Bates
21        stamped with the Brown v. Cornell
22        caption on them.
23   Q      So, this document 172, have you had a
24   chance to look at it?
25   A      I didn't look at this but okay.  I
```

```
 1                     M. Cornell
 2    have not, no.
 3    Q        Do you know what it is?
 4    A        The strip frisk form.
 5    Q        Is this a document that you prepared?
 6    A        Yes.
 7    Q        Your signature is at the bottom?
 8    A        Yes.
 9    Q        Sergeant Pyke authorized it and his
10    signature is on it as well?
11    A        Yes.
12    Q        This document, is it required whenever
13    you conduct a strip frisk?
14    A        Yeah.
15    Q        This indicates inmate's name is what?
16    A        Brown, Donnesia.
17    Q        And it has the date that it was
18    conducted as what?
19    A        January 21, 2016.
20    Q        What time?
21    A        Approximately 3:30 p.m.
22    Q        It indicates the location of the strip
23    frisk?
24    A        Yeah.
25    Q        Where is that?
```

```
 1                    M. Cornell
 2    A      D block 4-5 center room.
 3    Q      It has identification number as
 4    11A4897, correct?
 5    A      Correct.
 6    Q      And this form provides a basis for the
 7    search and frisk, correct?
 8    A      Yes.
 9    Q      What did you write?
10    A      "Felt an unknown object in Brown's
11    buttocks area during pat frisk on D-4
12    company."
13    Q      There's a box that's checked that says
14    "strip frisk," right?
15    A      Yes.
16    Q      As opposed to "strip search"?
17    A      Yes.
18    Q      What's the difference?
19    A      I don't think what a strip search is.
20    Strip frisk is basically, from what I've come
21    to know, is a visual look at the naked body
22    of a human being.
23    Q      And there is a section there for
24    "Name/rank of person(s) conducting the
25    frisk," right?
```

1                    M. Cornell

2    A       Yes.

3    Q       Your name is there, right?

4    A       Yes.

5    Q       And also "Result of search," you have

6    information that you've written there,

7    correct?

8    A       Yes.

9    Q       What have you written there?

10   A       (Reading):  Ice pike type weapon

11   fashioned out of a toothbrush measuring

12   approximately 8 inches long by half-inch wide

13   with clock handle.

14   Q       You also indicate whether or not force

15   was used to complete the search, right?

16   A       Correct.

17   Q       What have you indicated?

18   A       It says "No."

19   Q       So no force was used to conduct this

20   search?

21   A       Correct.

22               MR. LEVY:  Can Officer Cornell

23        be shown what's Bates stamp 173.  This

24        is Brown v. Cornell 173.

25   Q       Have you had an opportunity to look at

```
 1                  M. Cornell
 2   it?
 3   A       Yes.
 4   Q       Do you know what this document is?
 5   A       Yes, I do.
 6   Q       What is it?
 7   A       It's an Inmate Misbehavior Report.
 8   Q       When is it required that you complete
 9   an Inmate Misbehavior Report?
10   A       Anytime an officer finds that an
11   inmate infracts the rules -- violates the
12   institutional rules of prison.
13   Q       And this is an Inmate Misbehavior
14   Report that was completed by you, correct?
15   A       Yes.
16   Q       The information inputted on this
17   document was inputted by you?
18   A       Yes.
19   Q       And you've signed it in the middle of
20   the page?
21   A       Yes.
22   Q       And there is a supervisor endorsement
23   towards the bottom that's a sergeant's
24   signature, correct?
25   A       Yes.
```

```
 1                  M. Cornell
 2     Q      And this is with regard to the search
 3  done on Donnesia Brown on January 21, 2016 at
 4  approximately 3:30 p.m., correct?
 5     A      Yes.
 6     Q      You've indicated two rule violations
 7  on it.  What have you written there?
 8     A      113.10 weapon; 113.11 altered item.
 9     Q      These would be charges for the inmate
10  to face discipline at the facility?
11     A      Yes.
12     Q      You've also inputted information in
13  the box that's number four, the description
14  of the incident.  Can you please read for the
15  record, and keep in mind that the reporter
16  has to take down what you're saying, so if
17  you could read it a little slower what you've
18  written there.
19     A      (Reading:) On the above date and
20  approximate time I was ordered by Sergeant
21  Pyke to conduct a suspicion frisk of Brown D.
22  11A4897 who occupied D-4-37 cell.  I ordered
23  Brown out of his cell and submit to a pat
24  frisk on D-4 Company.  During the pat frisk
25  of Brown I felt an unknown object in Brown's
```

```
 1                    M. Cornell
 2   buttocks area.  I notified Sergeant Pyke who
 3   authorized me to strip frisk Brown in the D
 4   block 4-5 center room.  During the strip
 5   frisk Brown voluntarily surrendered to me
 6   from his buttocks area and ice pick type
 7   weapon fashioned out of a toothbrush
 8   measuring approximately 8 inches long by 1/2
 9   inch wide.  The weapon was sharpened to a
10   point on one end and had a cloth handle on
11   the other end.  No other contraband was found
12   during the strip frisk.  The weapon was
13   bagged, photographed, and secured in the
14   evidence drop box per directive 4910A.
15   Q       According to this document you
16   completed this report on January 21, 2016; is
17   that right?
18   A       Yes.
19   Q       Can you just say what is meant by a
20   "suspicion frisk"?
21   A       Suspicion frisk it could be many
22   things.  It could be acting out of the norm.
23   It could be somebody's informer told somebody
24   that he had something.  There's a myriad of
25   ways suspicion frisk comes about.
```

```
 1                    M. Cornell
 2   Q       Is it fair to say that at some point
 3   there was a suspicion form by either Sergeant
 4   Pyke or another officer that this inmate
 5   Donnesia Brown had something on him?
 6   A       I guess so, yes.
 7   Q       So, is it also fair to say that you
 8   don't recall ever having any interaction with
 9   this Inmate Donnesia Brown; is that fair?
10   A       What's your question?
11   Q       Is it fair to say that you don't
12   recall ever having any interactions with this
13   Inmate Donnesia Brown?
14   A       Yes, I don't know the man.
15   Q       According to this document, it
16   indicates in box number six other inmates
17   were not involved, correct?
18   A       Correct.
19   Q       According to this document at the time
20   of the incident he was confined, correct?
21   A       Yes.
22   Q       And that he was also confined after
23   the incident?
24   A       Yes.
25   Q       And according to this document he was
```

```
 1                    M. Cornell
 2   moved to another housing unit?
 3   A      Yes.
 4   Q      And does it say where he was moved?
 5   A      Yes, it does.
 6   Q      Where does it say he was moved?
 7   A      SHU-D.
 8   Q      And you stated that earlier, that's a
 9   Disciplinary Special Housing Unit?
10   A      Yes.
11   Q      Is that also solitary confinement?
12   A      No.  My time as a correction officer,
13   we never used the term "solitary
14   confinement."  It's Disciplinary Unit.
15   Q      But is he put in a cell by himself?
16   A      Just like he is down in the blocks.
17              MR. LEVY:  Can he be shown 178.
18   Q      Now, you've mentioned that the item
19   found on Inmate Brown was bagged,
20   photographed and secured in evidence drop
21   box.  Do you know if you did those things?
22   A      Yes, I did.  If I wrote it, I did it.
23   Q      So, you're looking at this document
24   number 178.  Do you recognize what we're
25   looking at?
```

```
 1                    M. Cornell
 2   A       Do I know what that is?  Yes, I do.
 3   Q       What are we looking at?
 4   A       It's a fashioned-type prison weapon.
 5   Q       As you're looking at it, does it look
 6   like the item you've described in your
 7   misbehavior report and your memorandum?
 8   A       Yes.
 9   Q       Looking at it, do you recall ever
10   finding this item on this Inmate Brown?
11   A       Can I say this -- I found a lot of
12   these things, man.  I see it, but to me it
13   looks like just another weapon.
14   Q       I'm just asking whether or not --
15   A       You're asking me if it looks like the
16   one I found on him.  I don't remember the
17   incident.  You understand?
18   Q       Okay.
19           According to this document, this is
20   the item that you found on this Inmate Brown
21   conducting that search though, according to
22   this document?
23   A       Yes.
24   Q       Did you plant this item on Inmate
25   Brown?
```

```
 1                    M. Cornell
 2   A      No, I didn't.
 3   Q      Do you know if any other officer
 4   planted this item on Brown?
 5   A      No.
 6   Q      Did you have any reason to setup this
 7   Inmate Brown?
 8   A      Not one.
 9   Q      Once the item is bagged and
10   photographed and secured in the evidence drop
11   box and you complete your paperwork related
12   to this search, do you have any other
13   responsibility regarding it?
14   A      Not that I remember what you just
15   said.  It's been a long time.
16   Q      Do you ever recall testifying at a
17   disciplinary hearing for this Inmate Brown?
18   A      No, I don't remember any of that.
19   Q      Do you know whether or not this Inmate
20   Brown received any outside charges against
21   him from the Cayuga County DA's office?
22   A      No, I would not know that stuff.
23   Q      Do you know what a Tier 3
24   investigation is?
25   A      I never heard of Tier 3 investigation.
```

```
 1                    M. Cornell
 2   Tier 3 hearing, Tier 3 disciplinary hearing.
 3   Q       Do you know what a Tier 3 hearing is?
 4   A       Yes.
 5   Q       What is that?
 6   A       It's basically like a trial for an
 7   inmate.  It's the prison system's way of
 8   giving the inmate trial for disciplinary
 9   infraction.
10   Q       That's conducted at the facility?
11   A       Yes.
12   Q       Do you know who conducts them?  Not
13   necessarily the person, but the job titles of
14   the people who conducted that?
15   A       It's a Tier 3 hearing officer.
16   Q       Have you ever testified at a Tier 3
17   hearing?
18   A       Many of them.
19               MR. LEVY:  Off the record.
20               (At this point in time, a
21         discussion was held off the record.)
22   BY MR. LEVY:
23   Q       Was there anything in the paperwork
24   that you reviewed, relative to Inmate
25   Donnesia Brown, that he had any gang
```

```
 1                    M. Cornell
 2   affiliation?
 3   A       No.
 4   Q       Do you know an inmate that was at
 5   Auburn named Ozzborn Thomas?
 6   A       No, I don't.
 7   Q       Or named Thomas Ozzborn?
 8   A       No, I don't.
 9                   MR. LEVY:  Can he be shown
10           what's Bates stamp in Ozzborn v.
11           Cornell, Bates stamped number 66.
12   Q       Do you recognize this document as an
13   inmate photograph?
14   A       Yes, I do.
15   Q       And this indicates on it the inmate's
16   name in the photograph is a Thomas Ozzborn,
17   correct?
18   A       Yes.
19   Q       And then the owning facility is
20   Auburn, correct?
21   A       Yes.
22   Q       And the date that this was taken was
23   February 17, 2015, correct?
24   A       Yes.
25   Q       I know it's not the best copy, but do
```

```
1                    M. Cornell
2    you recognize the individual in the
3    photograph?
4    A       I do not.
5                MR. LEVY:  Can he be shown
6            number 62.
7    A       Okay.
8    Q       You've had a chance to read it?
9    A       Yes.
10   Q       After reading it, does it refresh your
11   recollection as to this particular frisk that
12   was done?
13   A       Not at all.
14   Q       This document, this is something that
15   you wrote, correct?
16   A       Yes.
17   Q       And you've signed it at the bottom?
18   A       Yes.
19   Q       It's entirely your handwriting?
20   A       Yes.
21   Q       Who did you write this memorandum to?
22   A       Sergeant Ederer.
23                MR. LEVY:  E-D-E-R-E-R.
24   Q       Do you know Sergeant Ederer's first
25   name?
```

```
1                    M. Cornell
2    A       I believe John.
3    Q       At the time you stopped working at
4    Auburn, was Sergeant Ederer still there?
5    A       Yes.
6    Q       Do you know if he's still at Auburn?
7    A       I don't know.
8    Q       Can you describe Sergeant Ederer
9    physically?  What does he look like.
10   A       He's a male, taller than me, leaner
11   than me, longer hair than me.  An inch taller
12   than me.  Five-eleven probably, 170 pounds.
13   Dark hair.  A little leaner than me though.
14   Q       White?
15   A       Yes.
16   Q       Can you please read for the record,
17   what you've written on your memorandum.
18   A       "On the above date and approximate
19   time while randomly frisking inmates out to
20   the main yard I ordered Ozzborn, Thomas,
21   09A5824 who occupied C-18-30 cell to submit
22   to a pat frisk in the C and D corridor.
23   During the pat frisk Ozzborn stated to me he
24   had a weapon in his right shoe.  I ordered
25   Ozzborn to take off his right shoe and from
```

1                    M. Cornell
2    that shoe I recovered a cutting type weapon
3    that was sharpened to a point on one end and
4    had black electrical tape for a handle on the
5    other hand. The weapon measured approximately
6    three and a half inches long by a quarter
7    inch wide.  Inmate Ozzborn stated to me that
8    the weapon was his.  The weapon appeared to
9    be a half a pair of tweezers.  The weapon was
10   photographed, bagged and secured in evidence
11   drop box per directive 4910A."
12   Q      So this started as a pat frisk that
13   was randomly performed on this Inmate Ozzborn
14   Thomas as he was entering the yard, according
15   to this document?
16   A      As he was going to the yard, yes.
17   Q      Is there any reason that he was
18   selected?
19   A      No, not one at all.
20   Q      Do you know whether or not you had any
21   prior dealings with this Inmate Ozzborn
22   Thomas before this date?
23   A      I don't know the man.  I wouldn't have
24   known him.
25   Q      In May of 2017 were there any female

1                        M. Cornell

2    correction officers working on your shift?

3    A       I wouldn't know.  I don't remember

4    anyways.

5    Q       You don't recall if there were any

6    female correction officers that worked your

7    shift?

8    A       I'm sure there were.

9    Q       You don't recall any of them?

10   A       Not one of them.

11   Q       Now, you've mentioned the C and D

12   corridor previously.  That's where this pat

13   frisk of this inmate was conducted?

14   A       Yes.

15   Q       And according to this document, this

16   Inmate Ozzborn was an inmate that was on the

17   C block, right?

18   A       Yes.

19   Q       Does this document indicate what time

20   of the day the frisk was done?

21   A       I don't see a time on it.

22   Q       So, according to this document this

23   Inmate Ozzborn, he volunteered to you that he

24   had some type of weapon on him?

25   A       Yes.  Inmates done that a lot to me.

```
 1                    M. Cornell
 2    Q      Prior to this date did you know
 3    whether or not this inmate had ever faced any
 4    disciplinary charges at the facility?
 5    A      No.
 6    Q      According to this document, was this
 7    Inmate Ozzborn courteous during this
 8    encounter?
 9                    MS. COWAN:  Objection.
10    A      I don't know what the word is, but he
11    wasn't bad behavior -- whatever the
12    terminology you want to use.
13    Q      According to this document you
14    photographed, bagged and secured this
15    evidence in the drop box; is that right?
16    A      Yeah.
17                    MR. LEVY:  I'd like you to take
18            a look at, I think you have it on 63
19            and 64, you have it on 65 as well.  I
20            don't think any one is better than the
21            other.
22                    Is he's looking at number 63?
23                    MS. COWAN:  Yes.
24    Q      So, 63, do you recognize what this
25    shows?
```

```
 1                    M. Cornell
 2   A        Yeah, I do.
 3   Q        What is it?
 4   A        That's a fashioned makeshift prison
 5   weapon.
 6   Q        This appears to be, according to that
 7   memorandum you just read, the item that was
 8   recovered from the person of that Inmate
 9   Ozzborn, Thomas?
10   A        Yes.
11   Q        This also indicates that you were not
12   the photographer of this, right, that was
13   somebody else, a different CO?
14   A        That's what it says, yes.
15   Q        Do you know who that is?
16   A        The CO K.W. Lange.  I didn't know him
17   that well, no.
18                    MR. LEVY:  Do you have, I
19            believe, it's number 67 or 68, do you
20            have either of those?
21                    MS. COWAN:  I have both 67.
22   Q        If you can take a look at those.
23            Take a look at 67.  Do you recognize
24   what that is?
25   A        Yes, I do.
```

```
 1                    M. Cornell
 2    Q       What is it?
 3    A       That's an evidence bag.
 4    Q       The handwriting that's on that, is
 5    that your handwriting?
 6    A       Yes, it is.
 7    Q       Can you just go through what you've
 8    written on this.
 9    A       Auburn Correctional Facility, the
10    agency.  Case Number would be the unusual
11    incident number.  Offense: 113.10 would be
12    the weapon institutional violation.  Suspect:
13    Would be the Inmate Ozzborn, and the
14    department identification number.  No victim
15    obviously.  Date and time of recovery -- what
16    does it say?  May 9th, is it?  May 9, 2015,
17    approximately 7:45 p.m.  Recovered by myself
18    M. Cornell.  Description and/or location:
19    Cutting type weapon measuring three and a
20    half inches long by a quarter-inch wide
21    sharpened to a point on one end and had a
22    black electrical tape handle on other.
23            And then it has a Chain of Custody
24    portion from myself, M. Cornell, to evidence
25    drop box on the date, May 9, 2015.
```

```
 1                    M. Cornell
 2    Q      Toward the bottom there that appears
 3    to be the item that you recovered?
 4    A      Yeah.
 5    Q      If you look at the other page 68, the
 6    reverse side of the bag that would be a
 7    clearer picture, I think.  That appears to be
 8    what you recovered?
 9    A      Yes.
10              MR. LEVY:  Can he be shown
11          number 60.
12    A      Okay.
13    Q      Do you recognize what this is?
14    A      Yes, I do.
15    Q      What is it?
16    A      It's an Inmate Misbehavior Report.
17    Q      Is this something that you filled out?
18    A      Yes, I did.
19    Q      Other than the information towards the
20    bottom of the page, this is in your
21    handwriting?
22    A      Correct.
23    Q      This Misbehavior Report is something
24    you created for Auburn Correctional Facility,
25    correct?
```

```
1                    M. Cornell
2    A       Yes.
3    Q       It indicates that the inmate is an
4    Ozzborn, Thomas?
5    A       Yes.
6    Q       It has his identification number as
7    well as his housing location, right?
8    A       Yes.
9    Q       The location of the incident you have
10   indicated is C and D corridor?
11   A       Yes.
12   Q       It has the date of the incident as
13   5/9/15?
14   A       Yes.
15   Q       And you've indicated the approximate
16   time of this is 7:45 p.m., correct?
17   A       That's correct.
18   Q       You've indicated what rule violation
19   this inmate had based upon this search, and
20   what have you put there?
21   A       113.10 weapon; 113.11 altered item.
22   Q       You've also written out a description
23   of the incident, right?
24   A       Yes.
25   Q       Can you please read into the record
```

```
 1                    M. Cornell
 2   what you've written.
 3   A       (Reading):  On the above date and
 4   approximate time while randomly pat frisking
 5   inmates out to the main yard, I ordered
 6   Ozzborn, T. 09A5824 who occupied C-18-30 cell
 7   to submit to a pat frisk in the C and D
 8   corridor.  During the pat frisk Ozzborn
 9   stated to me that he had a weapon in his
10   right shoe.  I ordered Ozzborn to take off
11   his right shoe and from that shoe I recovered
12   a cutting type weapon that was sharpened to a
13   point on one end and had black electrical
14   tape for a handle on the other end.  The
15   weapon measured approximately three and a
16   half inches long by a quarter inch wide.
17   Inmate Ozzborn stated to me that the weapon
18   was his.  The weapon was photographed, bagged
19   and secured in the evidence drop box per
20   directive 49108A.  The weapon appeared to be
21   a half a pair of tweezers.
22   Q       You completed this report on May 9,
23   2015, correct?
24   A       Yes.
25   Q       And you've signed it, right?
```

1                    M. Cornell

2    A       Yep -- yes.

3    Q       This also indicates towards the bottom

4    of this page that no other inmates were

5    involved, right?

6    A       Yes.

7    Q       It indicates at the time of the

8    incident the inmate was not under

9    confinement.  Meaning, he was walking in the

10   corridor towards the yard, correct?

11   A       Correct.

12   Q       It says as a result of this incident

13   he was confined, correct?

14   A       Yes, that's correct.

15   Q       It also indicates that as a result of

16   this incident he was moved or assigned to

17   another housing unit?

18   A       Yes.

19   Q       Where was he moved?

20   A       SHU-D C-5.

21   Q       That C-5, that's the cell number in

22   the SHU area?

23   A       Yes.  That's what they call the tank,

24   and then the cell number within the tank.  C

25   tank, 5 cell.

1              M. Cornell

2    Q     Also, it says that physical force was

3    not used, correct, in conducting this search?

4    A     Correct.

5    Q     That move of Ozzborn to the SHU area

6    was authorized, according to this document,

7    by Lieutenant Vasile?

8    A     Yes.

9    Q     Officer Cornell, did you plant this

10   item on this Inmate Ozzborn, Thomas?

11   A     No, I did not.

12   Q     Do you know if any other correction

13   officers planted this item on this Inmate

14   Ozzborn, Thomas?

15   A     No, I would not know that.

16   Q     During the frisk of this inmate

17   Ozzborn, Thomas, was Sergeant Ederer present

18   for it?

19   A     He was probably in the corridor.

20   Q     The rule violations that this Inmate

21   Ozzborn had, do you know if that resulted in

22   having a Tier 3 hearing?

23   A     Yes.  If it's a weapon it's always a

24   Tier 3.

25   Q     Do you know whether or not you

```
 1                    M. Cornell
 2   testified at that Tier 3 hearing?
 3   A      I don't recall.
 4   Q      Do you know what the result of the
 5   charges from the Tier 3 hearing was against
 6   this inmate?
 7   A      No, I never paid attention to that.
 8   Q      Do you know what the result of the
 9   Tier 3 hearing was against Inmate Donnesia
10   Brown?
11   A      No, I never paid attention to that
12   stuff.
13   Q      Do you know if this Inmate Ozzborn,
14   Thomas, received any outside charges from the
15   Cayuga County District Attorney's office as a
16   result of this frisk that you conducted?
17   A      I did not know.
18   Q      Do you know whether or not you
19   testified at any criminal proceeding against
20   this Inmate Ozzborn, Thomas?
21   A      I don't recall.
22   Q      Do you know if you've testified in any
23   criminal proceeding against the Inmate
24   Donnesia Brown?
25   A      I don't recall.
```

```
 1                    M. Cornell
 2    Q      Did you set up this Inmate Ozzborn,
 3    Thomas with this contraband?
 4               THE WITNESS:  Didn't I already
 5          answer that?
 6               MS. COWAN:  Just go ahead and
 7          answer.
 8    A      No, I didn't.
 9    Q      Do you know of any reason that any
10    other officer at Auburn would have set this
11    inmate up?
12    A      No.
13    Q      Did you review any transcript of any
14    Tier 3 hearing relative to the charges
15    against Ozzborn, Thomas?
16    A      I've never done that.  I wouldn't have
17    done that, is my point.
18    Q      Did you review any prior testimony
19    that you gave regarding either of these two
20    Inmates, Donnesia Brown or Ozzborn, Thomas,
21    before testifying here today?
22    A      Vaguely.
23    Q      From what?
24    A      From what Aimee gave me.
25    Q      What I'm asking is from what
```

```
 1                    M. Cornell
 2   proceeding was it?
 3   A       Rephrase.
 4              MS. COWAN:  It was redacted
 5         transcript.  I gave him the redacted
 6         version I've given you.
 7              MR. LEVY:  So that's what I'm
 8         asking.
 9   Q       Did you review the transcript from the
10   departmental hearing?
11   A       I'm still not understanding this.
12   You're asking me did I -- one more time
13   please.
14              MS. COWAN:  Did I give you the
15         redacted transcript from the hearing
16         of Browciano (phonetic)?
17              THE WITNESS:  I thought he was
18         talking about Ozzborn and Brown?
19              MS. COWAN:  He's saying any
20         prior testimony.
21   A       No.  Listen, I read this once vaguely
22   for a moment.  I read Brown's vaguely, that's
23   the only thing I've reviewed since 2015 when
24   I wrote this ticket.
25              So, that's the first time I've even
```

1                    M. Cornell

2    looked at this since when I seen it the other

3    day when Aimee gave me this ticket, the first

4    time I seen it was four years now.

5              MS. COWAN:  I didn't give you

6         the transcript.

7              THE WITNESS:  I'm confused now

8         about the transcript.

9              MS. COWAN:  I was going to give

10        him the redacted transcript that I had

11        given you.  I ended up not giving it

12        to him because he didn't have time to

13        look at it.

14              So, what he reviewed is pretty

15        much what you've gone over today which

16        are these misbehavior tickets and the

17        memos.

18   Q    Fair enough.  I'm just trying to get a

19   sense of what you looked at.

20              MS. COWAN:  He didn't look at

21        any Tier 3 transcripts, that's for

22        sure.

23   A    And I wouldn't have cared.

24   Q    You didn't look at any Tier 3

25   transcripts, and you didn't look at any

```
 1                    M. Cornell
 2   testimony from any hearing with the
 3   Department of Corrections?
 4   A      No, not one.
 5             MR. LEVY:  Can we take a short
 6        break right now?
 7             MS. COWAN:  Sure.
 8             MR. LEVY:  Let's take a
 9        15-minute break.
10             (At this point in time, a brief
11        recess was taken.)
12   BY MR. LEVY:
13   Q      In the C and D corridor, are you aware
14   of any video or audio recording devices that
15   are there?
16   A      I guess there's audio somewhere, but I
17   don't remember where it is.
18   Q      But not video?
19   A      There's no video there.  Not then.  I
20   don't know if there is now.
21   Q      How about in that center room where
22   the search of Inmate Brown was done, is there
23   any video or audio there?
24   A      No.
25   Q      Did you ever store items of contraband
```

1                    M. Cornell

2    in your locker?

3    A      Not that I would consider contraband,

4    but, I guess, there was contraband in the

5    locker that I kind of owned.  I don't know

6    how to explain it to you.  To me, screws,

7    nuts and bolts didn't pertain to me as

8    contraband but...

9    Q      Did you ever place any weapons in your

10   locker that were found on inmates?

11   A      No.  Nope.

12   Q      During your time at Auburn, did you

13   always use the same locker?

14   A      I don't recall.

15   Q      Did you ever plant a weapon on an

16   inmate at Auburn?

17   A      Never.

18   Q      In December of 2016 you were suspended

19   from your job at Auburn, correct?

20   A      Yes.

21   Q      Why were you suspended?

22          MS. COWAN:  Objection.  Go

23          ahead.

24   A      Because I had a rifle in my vehicle.

25   Q      And that rifle was not your rifle?

```
1                      M. Cornell
2    A       It was my rifle.
3    Q       You were suspended for having a rifle
4    in your vehicle that was your own rifle?
5    A       Yes.
6    Q       Were you suspended for having weapons
7    that were found on inmates in your vehicle?
8                  MS. COWAN:   Objection.   Go
9            ahead.
10   A       No.
11   Q       Do you know why having a rifle in your
12   vehicle was cause for a suspension?
13   A       Because at the time, I guess, it was
14   on state property, the vehicle.
15   Q       How long did the suspension last?
16   A       Until I resigned, and I don't know
17   what day I resigned.  Sometime in 2017.  I
18   really don't know what date.
19   Q       You resigned as a corrections officer?
20   A       Yes.
21   Q       How did you go about doing that?
22   A       I figured there was not going to be a
23   chance to come back and be able to do what I
24   was still doing.  Frisking, and all that type
25   of stuff.
```

```
1                    M. Cornell
2    Q      Why is that?
3    A      I don't know how to put it in words.
4    Q      Were you fired?
5    A      No.
6    Q      I'm looking at a letter that's dated
7    February 27, 2018 that is signed by you to
8    Harold Graham, superintendent of Auburn
9    Correctional Facility.  It says, "Dear Mr.
10   Graham, I hereby resign effective immediately
11   for personal reasons."
12          Is that something you wrote?
13   A      Yeah.
14   Q      Is that date of February 27, 2018,
15   does that sound right to you?
16   A      Yeah.  It must be, yeah.
17   Q      So until you wrote that letter, were
18   you suspended for the entire time, December
19   '16 through that time of this letter?
20   A      Yes.
21   Q      Was your resignation accepted by the
22   Department of Corrections?
23   A      Yes, it was.
24   Q      Do you know when that was effective?
25   A      I don't.  I really don't.  I know I
```

```
 1                      M. Cornell
 2    got my rifle back and that's all I cared
 3    about, getting my rifle back.
 4    Q       Did you ever admit to planting a
 5    weapon on an inmate for the purposes of
 6    breaking up a gang fight?
 7    A       Never.
 8    Q       Are you aware that there are multiple
 9    individuals that had their convictions of
10    possession of prison contraband overturned as
11    a result of your actions?
12                   MS. COWAN:  Objection.
13    A       What do you mean by "actions"?
14                   MS. COWAN:  I object to that
15            question how it's posed.
16    Q       Are you aware that there are several
17    individuals that had charges of promoting
18    prison contraband, that convictions were
19    overturned based upon the fact that you were
20    the sole complaining witness to those cases?
21                   MS. COWAN:  I object to that
22            again.  I think that's maybe your
23            characterization.  I don't think that
24            is the truth characterization.  I
25            think there is a different way to ask
```

```
1                    M. Cornell
2          that.
3     Q       Are you aware that there are several
4     individuals whose convictions for promoting
5     prison contraband were overturned in which
6     you had done a pat frisk or frisk of that
7     individual?
8     A       Listen, I never asked them to go after
9     them individuals, you know.  I didn't care
10    which way they went.  I was performing my
11    job.  That's what I did.  I didn't care if
12    the DA's office picked up their charge or
13    whatever.  That didn't bother me one bit.  It
14    didn't bother me that the convictions got
15    overturned.  That does not affect me one bit.
16    Q       So you are aware that there are
17    individuals that had convictions overturned?
18    A       I am, but it is what it is.
19    Q       When you'd conduct a frisk of an
20    inmate for each search, if something was
21    found you would create a misbehavior report,
22    correct?
23    A       That's too vague.  What do you mean
24    each search?  I can search somebody and not
25    find something.
```

```
 1                   M. Cornell
 2    Q      But my question was:  If you conducted
 3    a search of an inmate and something was found
 4    on them, you would create a misbehavior
 5    report?
 6    A      What's "something"?
 7    Q      In you found a weapon?
 8    A      Weapon absolutely all the time.
 9    Q      If you found contraband on them you
10    would create a Misbehavior Report, correct?
11    A      A weapon, absolutely.  Contraband?
12    Too many cigarettes I wouldn't care about.
13    Q      But certainly a weapon on an inmate
14    would create a Misbehavior Report?
15    A      Absolutely.
16    Q      Do you know how many Misbehavior
17    Reports you created in the year 2013?
18    A      No, I don't.
19    Q      If I told you it was one Misbehavior
20    Report for a weapon, would that sound right?
21    A      Could be.
22    Q      Do you know how many Misbehavior
23    Reports you created in the year 2014?
24    A      No, I don't.
25    Q      If I told you it was four reports,
```

1                    M. Cornell
2    does that sound right?
3    A      If that's what it says, yes, it does.
4    Q      Do you know how many Misbehavior
5    Reports you created in the year 2015?
6    A      No, I don't.
7    Q      If I told you it was 19 reports, does
8    that sound right?
9    A      Yes.
10   Q      If I told you that the second most for
11   that year by any other officer was nine, does
12   that sound right?
13   A      I wouldn't know.
14   Q      Do you know how many Misbehavior
15   Reports you created for the year 2016?
16   A      No, I don't.
17   Q      If I told you that it was a total of
18   23 Misbehavior Reports, does that sound
19   correct?
20   A      Sure.
21   Q      If I told you that the second most by
22   any other correction officer was seven, does
23   that sound right?
24              MS. COWAN:  Objection.
25   A      I wouldn't know.

```
 1                    M. Cornell
 2   Q      If in the years 2015 and 2016 the
 3   number of Misbehavior Reports you created was
 4   increased to 19 and 23 respectively from one
 5   and four the two years prior, can you explain
 6   the increase in the activity?
 7                 MS. COWAN:   Objection.
 8   A      I was damn good at it.
 9                 MR. LEVY:   I think we'll leave
10          it at that.
11                 Thank you for your time.
12
13                 (Time noted: 1:45 p.m.)
14                       _____
15                       MATTHEW CORNELL
16
17   Subscribed and Sworn to before me
18   this        day of         , 2019.
19
20   _____
21          Notary Public
22
23
24
25
```

```
1                    M. Cornell
2              C E R T I F I C A T E
3         I, VILMA TORRES, hereby certify that the
4   VIDEOCONFERENCE DEPOSITION held before me on the
5   21st day of November, 2019; that said witness was
6   duly sworn before the commencement of  testimony;
7   that the testimony was taken stenographically by
8   myself and then transcribed by myself; that the
9   party was represented by counsel as appears herein;
10        That the within transcript is a true record
11  of the VIDEO CONFERENCE DEPOSITION of said witness;
12        That I am not connected by blood or marriage
13  with any of the parties; that I am not interested
14  directly or indirectly in the outcome of this
15  matter; that I am not in the employ of any of the
16  counsel.
17        IN WITNESS WHEREOF, I have hereunto set my
18  hand this 25th day of November, 2019.
19
20
21
22
23            VILMA TORRES, RPR, CSR
24
25
```

**A**

**a.m (2)**
1:23 39:8
**able (1)**
90:23
**absolutely (5)**
30:14 44:4
    94:8,11,15
**academy (3)**
29:24,25 30:4
**accepted (1)**
91:21
**access (3)**
38:14 56:12
    57:3
**accident (1)**
44:24
**Accidentally ...**
44:23
**accommodat...**
5:11
**achieve (1)**
11:13
**acronym (1)**
16:20
**acting (1)**
65:22
**Action (2)**
1:6,13
**actions (2)**
92:11,13
**activity (1)**
96:6
**addition (2)**
28:2,6
**address (2)**
4:9 12:12
**administer (1)**
3:14
**administrati...**
29:5 35:21
    41:19
**admissible (1)**
6:25
**admit (1)**

92:4
**adopt (1)**
26:10
**affect (1)**
93:15
**affiliation (1)**
71:2
**affixed (1)**
18:7
**afforded (1)**
22:4
**afternoon (2)**
19:6 56:18
**against- (2)**
1:7,14
**agency (1)**
78:10
**agents (1)**
37:10
**agree (1)**
6:24
**AGREED (3)**
3:3,8,12
**agreeing (2)**
6:3,10
**ahead (3)**
85:6 89:23
    90:9
**ahold (1)**
54:9
**Aimee (5)**
2:11 48:4 56:2
    85:24 87:3
**allowed (1)**
26:19
**altered (2)**
64:8 80:21
**amenities (1)**
22:4
**ammunition ...**
45:16
**amount (1)**
13:11
**and/or (1)**
78:18
**answer (15)**

5:4,6,14 13:7,8
    13:10 17:23
    18:2 23:21
    35:4 45:6
    46:11 49:16
    85:5,7
**answered (2)**
5:2 18:3
**anticipate (1)**
35:11
**anymore (2)**
29:11 42:25
**anyplace (1)**
31:14
**anytime (2)**
12:3 63:10
**anyways (1)**
75:4
**appeared (2)**
74:8 81:20
**appears (4)**
77:6 79:2,7
    97:9
**approximate ...**
50:22 52:7
    64:20 73:18
    80:15 81:4
**approximate...**
10:16 12:15,20
    14:22 16:2
    17:8,16 20:4
    21:19 27:10
    28:10 51:10
    53:22 60:21
    62:12 64:4
    65:8 74:5
    78:17 81:15
**arborist (1)**
8:21
**area (15)**
27:12 31:25
    33:15 37:19
    38:7,10 39:17
    44:12 51:4,8
    61:11 65:2,6
    82:22 83:5

**areas (1)**
24:17
**arm (1)**
31:14
**Army (4)**
8:3,4 9:4,13
**arrival (1)**
44:16
**arrive (2)**
17:19 36:6
**arsenal (2)**
37:6,8
**asked (3)**
5:13 54:6 93:8
**asking (12)**
4:17,24 5:5
    16:23 35:10
    39:16 55:16
    68:14,15
    85:25 86:8,12
**assaults (1)**
22:8
**assigned (9)**
23:18 24:16
    36:12,16,19
    36:22 38:11
    39:13 82:16
**assignment (3)**
9:15 27:10,16
**assume (1)**
26:7
**assumed (1)**
5:3
**attention (2)**
84:7,11
**ATTORNEY...**
1:21 2:9
**Attorney's (1)**
84:15
**attorneys (3)**
2:3,9 3:4
**Auburn (47)**
10:24 11:2,8
    12:8,13,14,21
    13:16,23 14:5
    14:11,14

16:11,14,15
    20:24 24:18
    25:23 29:7
    34:24 35:14
    36:6,25 38:6
    38:12,15,18
    38:19 43:25
    47:22,25 49:6
    49:14 52:20
    52:24 55:8
    71:5,20 73:4
    73:6 78:9
    79:24 85:10
    89:12,16,19
    91:8
**audio (3)**
88:14,16,23
**Aurora (1)**
4:10
**authorizatio...**
32:15,23 33:17
**authorized (6)**
3:14 32:6 51:5
    60:9 65:3
    83:6
**awaiting (1)**
27:7
**aware (6)**
44:2 88:13
    92:8,16 93:3
    93:16

**B**

**B (5)**
13:3,5,17
    20:21 21:11
**back (13)**
7:13 18:21
    19:2 23:17
    25:9 26:23
    31:19 34:10
    57:11,12
    90:23 92:2,3
**bad (1)**
76:11
**bag (3)**

41:7 78:3
79:6
**bagged (7)**
51:14 65:13
67:19 69:9
74:10 76:14
81:18
**band (1)**
31:19
**barber (3)**
24:6,7,9
**barehanded ...**
58:19,21
**based (4)**
55:16,20 80:19
92:19
**basic (2)**
4:21 22:3
**basically (9)**
8:21 13:11,20
19:10 24:25
47:5 58:2
61:20 70:6
**basis (1)**
61:6
**Bates (9)**
48:5,12,22
51:19 59:13
59:20 62:23
71:10,11
**baton (3)**
26:4,14 27:2
**batons (1)**
37:10
**Beacon (1)**
9:17
**beard (1)**
25:9
**behavior (1)**
76:11
**believe (3)**
18:15 73:2
77:19
**bend (1)**
31:21
**best (4)**

18:2 34:25
35:3 71:25
**better (2)**
51:22 76:20
**bid (1)**
14:15
**big (4)**
22:15 46:13,16
53:21
**biggest (2)**
17:10 22:7
**bit (2)**
93:13,15
**black (3)**
74:4 78:22
81:13
**block (62)**
14:21,25 15:7
15:19,20,23
15:24 17:9,10
17:10,11,13
17:17,18
18:21,23 20:9
22:14,15,19
22:23,24 23:4
23:5,6,7,8,11
23:12,21,22
23:23 24:3,7
24:8,12,14,17
24:25 26:20
26:24 27:6,7
27:20,21
28:17 38:21
39:3,6 51:6
53:10,12,14
53:18,19
56:12 57:6
58:10,11 61:2
65:4 75:17
**blocks (17)**
15:10,14,19,23
16:13,15 17:3
17:11 19:3,4
20:6,7,22,23
23:3 26:16
67:16

**blood (1)**
97:12
**Bloods (1)**
44:7
**blue (2)**
25:24,24
**body (1)**
61:21
**bolts (1)**
89:7
**book (1)**
47:19
**boss (1)**
24:10
**bother (2)**
93:13,14
**bottom (7)**
50:17 60:7
63:23 72:17
79:2,20 82:3
**box (18)**
18:25 41:8,14
46:18 47:2,8
51:14 57:25
61:13 64:13
65:14 66:16
67:21 69:11
74:11 76:15
78:25 81:19
**branch (1)**
8:2
**break (5)**
5:9,11,12 88:6
88:9
**breakfast (1)**
40:11
**breaking (1)**
92:6
**brief (2)**
56:8 88:10
**broad (3)**
18:4 29:19
38:24
**Brooklyn (1)**
2:4
**brought (1)**

44:21
**Browciano (1)**
86:16
**Brown (47)**
1:11 6:9,14,21
48:2,7,19
49:11 50:9,11
50:23,24 51:2
51:6,7 53:3,5
54:3,9 55:2
55:11 59:21
60:16 62:24
64:3,21,23,25
65:3,5 66:5,9
66:13 67:19
68:10,20,25
69:4,7,17,20
70:25 84:10
84:24 85:20
86:18 88:22
**Brown's (5)**
51:3 55:8
61:10 64:25
86:22
**brushes (1)**
8:22
**building (4)**
29:5 35:21
39:23 41:19
**buttocks (5)**
51:3,8 61:11
65:2,6

**C**

**C (37)**
2:2 4:2 14:21
15:19,24
17:11,13,18
20:9,22 21:8
21:15 22:14
22:15,19,23
23:3,6,7,11
23:21,22 24:3
24:8,12,16,25
58:9 73:22
75:11,17

80:10 81:7
82:24 88:13
97:2,2
**C-18-30 (2)**
73:21 81:6
**C-5 (2)**
82:20,21
**C12 (9)**
14:18,21,25
15:25 18:6,7
25:5 27:10,15
**call (8)**
18:25 23:10
24:13 29:2,4
29:11 39:5
82:23
**called (7)**
4:16,19 14:17
24:20 33:18
38:5 49:3
**calls (1)**
40:18
**camera (2)**
43:11,13
**Capacity (2)**
1:9,16
**caption (1)**
59:22
**car (1)**
45:23
**care (6)**
10:5,20 14:24
93:9,11 94:12
**cared (3)**
55:5 87:23
92:2
**career (1)**
11:16
**carry (3)**
25:25 26:13
27:2
**case (4)**
5:25 6:6 45:17
78:10
**cases (5)**
5:22,24 6:4,15

| | | | | |
|---|---|---|---|---|
| **cause (1)** | **characterizat...** | **comes (1)** | **conduct (17)** | 94:9,11 |
| 90:12 | 92:23,24 | 65:25 | 30:16 32:17,20 | **control (3)** |
| **Cayuga (2)** | **charge (4)** | **coming (1)** | 32:22 33:11 | 10:5,20 14:25 |
| 69:21 84:15 | 14:21,23 15:24 | 58:6 | 34:7,17,23 | **convictions (5)** |
| **cell (31)** | 93:12 | **Command (1)** | 42:22 51:5 | 92:9,18 93:4 |
| 13:25 14:2,5,6 | **charges (7)** | 40:20 | 53:3 54:7 | 93:14,17 |
| 14:11 20:7 | 64:9 69:20 | **Commander ...** | 58:18 60:13 | **copy (1)** |
| 33:19,22,23 | 76:4 84:5,14 | 29:2 40:18 | 62:19 64:21 | 71:25 |
| 33:25 34:3,6 | 85:14 92:17 | 41:23 42:12 | 93:19 | **Cornell (116)** |
| 38:22 39:7,15 | **checked (1)** | 47:18 57:25 | **conducted (10)** | 1:9,16,19 2:1 |
| 40:6 50:24,25 | 61:13 | **Commander'...** | 53:15 54:20 | 3:1 4:1,8,14 |
| 53:5,10 57:5 | **chemical (1)** | 41:16 43:10 | 55:7 58:24 | 5:1,20 6:1 7:1 |
| 57:9,13 64:22 | 37:9 | **Commander...** | 60:18 70:10 | 7:7 8:1 9:1 |
| 64:23 67:15 | **chow (5)** | 41:20 | 70:14 75:13 | 10:1 11:1 |
| 73:21 81:6 | 13:20,21,24 | **commencem...** | 84:16 94:2 | 12:1 13:1 |
| 82:21,24,25 | 14:3 39:5 | 97:6 | **conducting (7)** | 14:1 15:1 |
| **cell-frisk (1)** | **cigarettes (1)** | **common (2)** | 34:15 49:10,14 | 16:1 17:1 |
| 34:16 | 94:12 | 46:7,12 | 54:2 61:24 | 18:1 19:1 |
| **cellar (2)** | **City (1)** | **COMMUNI...** | 68:21 83:3 | 20:1 21:1 |
| 35:21 37:22 | 11:4 | 1:8,15 | **conducts (1)** | 22:1 23:1 |
| **cells (2)** | **Civil (2)** | **companies (3)** | 70:12 | 24:1 25:1 |
| 21:22 57:11 | 1:6,13 | 15:13,20,23 | **conference (2)** | 26:1 27:1 |
| **center (7)** | **classroom (2)** | **company (16)** | 56:4 97:11 | 28:1 29:1 |
| 51:6 53:16 | 29:21,23 | 14:20,21,25 | **confined (3)** | 30:1 31:1 |
| 54:17,18 61:2 | **clean (2)** | 15:4,6,7,7,8,8 | 66:20,22 82:13 | 32:1 33:1,7 |
| 65:4 88:21 | 25:9,13 | 15:8,9,24 | **confinement ...** | 34:1 35:1 |
| **Central (1)** | **cleanup (1)** | 51:2 53:10 | 67:11,14 82:9 | 36:1 37:1 |
| 12:11 | 8:22 | 61:12 64:24 | **confines (1)** | 38:1 39:1 |
| **certain (1)** | **clearer (1)** | **complaining ...** | 39:24 | 40:1 41:1 |
| 19:12 | 79:7 | 92:20 | **confused (1)** | 42:1 43:1 |
| **certainly (1)** | **clips (2)** | **complete (4)** | 87:7 | 44:1 45:1 |
| 94:13 | 26:5,15 | 24:10 62:15 | **connected (1)** | 46:1 47:1 |
| **certification ...** | **clock (1)** | 63:8 69:11 | 97:12 | 48:1,10 49:1 |
| 3:5 | 62:13 | **completed (3)** | **consider (1)** | 49:22 50:1 |
| **certify (1)** | **close (2)** | 63:14 65:16 | 89:3 | 51:1 52:1,5 |
| 97:3 | 20:6 25:19 | 81:22 | **contaminatio...** | 53:1 54:1 |
| **Chain (1)** | **closed (1)** | **Completely (1)** | 59:7 | 55:1 56:1 |
| 78:23 | 18:23 | 54:14 | **contraband (...** | 57:1 58:1 |
| **chairs (1)** | **cloth (2)** | **complicated ...** | 33:24 40:14,16 | 59:1,19,21 |
| 58:2 | 51:12 65:10 | 23:20 | 40:22,23 43:2 | 60:1 61:1 |
| **chance (3)** | **clothes (1)** | **computer (1)** | 43:15 44:20 | 62:1,22,24 |
| 59:24 72:8 | 36:7 54:13 | 38:14 | 46:8,17,24 | 63:1 64:1 |
| 90:23 | **come (7)** | **conceal (1)** | 47:21 65:11 | 65:1 66:1 |
| **change (3)** | 6:21 34:4 36:9 | 31:15 | 85:3 88:25 | 67:1 68:1 |
| 18:24 35:17 | 41:23 58:9 | **concern (1)** | 89:3,4,8 | 69:1 70:1 |
| 56:15 | 61:20 90:23 | 59:6 | 92:10,18 93:5 | 71:1,11 72:1 |

| | | | | |
|---|---|---|---|---|
| 73:1 74:1 | 12:9,22 78:9 | 29:16 30:25 | **cutting (3)** | 91:6 |
| 75:1 76:1 | 79:24 91:9 | 31:6 32:9 | 74:2 78:19 | **dates (1)** |
| 77:1 78:1,18 | **corrections (...** | 35:9 38:23 | 81:12 | 24:21 |
| 78:24 79:1 | 1:8,9,15,16,19 | 42:4,7,10 | **cutting-type-...** | **day (15)** |
| 80:1 81:1 | 9:7,9,12,16 | 45:5 46:10 | 45:12 | 13:13 16:5 |
| 82:1 83:1,9 | 11:5,7,18 | 48:6,9 49:16 | | 18:22 19:13 |
| 84:1 85:1 | 12:5 88:3 | 49:21 51:16 | **D** | 56:11,19,19 |
| 86:1 87:1 | 90:19 91:22 | 51:20 55:12 | **D (33)** | 56:21,25 |
| 88:1 89:1 | **correctly (1)** | 55:20 56:6 | 16:21 17:16 | 75:20 87:3 |
| 90:1 91:1 | 39:25 | 59:11 76:9,23 | 20:23 21:9,15 | 90:17 96:18 |
| 92:1 93:1 | **corridor (12)** | 77:21 85:6 | 22:24 23:7,12 | 97:5,18 |
| 94:1 95:1 | 21:13,15,18 | 86:4,14,19 | 23:23 24:3,7 | **days (1)** |
| 96:1,15 97:1 | 58:4,9 73:22 | 87:5,9,20 | 50:11,23 51:6 | 41:22 |
| **correct (45)** | 75:12 80:10 | 88:7 89:22 | 53:10,11,14 | **deal (2)** |
| 10:18 11:6 | 81:8 82:10 | 90:8 92:12,14 | 53:18,19 54:2 | 46:13,16 |
| 14:13 16:12 | 83:19 88:13 | 92:21 95:24 | 55:2,8,11 | **dealings (1)** |
| 17:5 25:7 | **counsel (2)** | 96:7 | 56:12 58:11 | 74:21 |
| 30:22 32:16 | 97:9,16 | **crack (1)** | 61:2 64:21 | **Dear (1)** |
| 40:7 49:3,7 | **counselor (2)** | 13:25 | 65:3 73:22 | 91:9 |
| 50:12 56:24 | 18:5 39:2 | **create (5)** | 75:11 80:10 | **December (7)** |
| 57:10 61:4,5 | **count (2)** | 47:2 93:21 | 81:7 88:13 | 9:23 10:15 |
| 61:7 62:7,16 | 20:8 21:25 | 94:4,10,14 | **D-4 (3)** | 11:19,23 45:2 |
| 62:21 63:14 | **Counting (1)** | **created (6)** | 50:25 61:11 | 89:18 91:18 |
| 63:24 64:4 | 21:24 | 79:24 94:17,23 | 64:24 | **decide (1)** |
| 66:17,18,20 | **County (2)** | 95:5,15 96:3 | **D-4-37 (3)** | 7:3 |
| 71:17,20,23 | 69:21 84:15 | **creating (1)** | 50:24 53:5 | **decided (1)** |
| 72:15 79:22 | **couple (1)** | 5:22 | 64:22 | 6:11 |
| 79:25 80:16 | 58:10 | **criminal (2)** | **D5 (2)** | **defendant (2)** |
| 80:17 81:23 | **course (1)** | 84:19,23 | 24:20,21 | 1:18 5:21 |
| 82:10,11,13 | 13:12 | **cropped (1)** | **DA's (2)** | **Defendants (3)** |
| 82:14 83:3,4 | **court (4)** | 25:19 | 69:21 93:12 | 1:10,17 2:9 |
| 89:19 93:22 | 1:2 2:4 3:16 | **crossover (2)** | **damn (1)** | **definitely (1)** |
| 94:10 95:19 | 5:7 | 23:10 24:13 | 96:8 | 47:12 |
| **correction (20)** | **courteous (1)** | **CSR (1)** | **Dan (2)** | **delivered (1)** |
| 9:25 10:4,11 | 76:7 | 97:23 | 8:14,16 | 8:24 |
| 11:11,14 | **cover (3)** | **cube (1)** | **dark (2)** | **department (...** |
| 14:11 20:8 | 6:14 15:10,14 | 14:7 | 25:24 73:13 | 1:8,15 9:6,8,12 |
| 21:3 24:9 | **covered (1)** | **current (1)** | **date (15)** | 9:16 11:4 |
| 25:22 27:11 | 30:6 | 7:10 | 6:12 50:21 | 12:4 78:14 |
| 27:16 29:15 | **Cowan (53)** | **currently (2)** | 52:4 60:17 | 88:3 91:22 |
| 30:12 35:14 | 2:11 5:19 6:2 | 8:11,13 | 64:19 71:22 | **departmenta...** |
| 67:12 75:2,6 | 6:20 7:4 13:6 | **custody (4)** | 73:18 74:22 | 86:10 |
| 83:12 95:22 | 13:9 16:22 | 10:5,20 14:24 | 76:2 78:15,25 | **depend (1)** |
| **correctional ...** | 17:22 18:2 | 78:23 | 80:12 81:3 | 56:21 |
| 9:18 10:9,24 | 20:18 22:17 | **customers (1)** | 90:18 91:14 | **depends (1)** |
| 11:2,8,25 | 26:8 27:19 | 8:24 | **dated (1)** | 40:23 |

**deposit (1)**
46:24
**deposition (5)**
1:18 3:13 4:19
97:4,11
**depositions (1)**
6:16
**describe (21)**
13:4,14 17:19
19:8 20:10,19
23:2 24:23
25:21 27:5
29:14,20 31:9
31:11 32:25
33:21 40:14
52:12 53:8,17
73:8
**described (2)**
37:20 68:6
**description (3)**
64:13 78:18
80:22
**designated (1)**
17:4
**detection (1)**
57:15
**detector (1)**
57:7
**devices (1)**
88:14
**difference (3)**
14:4 25:4
61:18
**differences (1)**
13:4
**different (9)**
11:10 15:10,14
16:13 19:15
19:16 41:20
77:13 92:25
**diploma (1)**
7:21
**directive (4)**
51:15 65:14
74:11 81:20
**directly (1)**

97:14
**discharge (2)**
8:9 9:4
**discharged (1)**
8:6
**disciplinary (...**
16:16,17 27:8
38:19 67:9,14
69:17 70:2,8
76:4
**discipline (1)**
64:10
**disciplined (1)**
12:5
**discussion (4)**
41:12 52:2
59:17 70:21
**District (3)**
1:2,3 84:15
**document (32)**
48:11,20 49:2
49:5,20 50:6
53:24 54:16
55:23 59:9,13
59:23 60:5,12
63:4,17 65:15
66:15,19,25
67:23 68:19
68:22 71:12
72:14 74:15
75:15,19,22
76:6,13 83:6
**documents (3)**
50:2,4 59:19
**dog-five (1)**
24:20
**doing (10)**
21:23 22:6
30:19 36:3
40:3 45:13
51:23 58:19
90:21,24
**Donnesia (14)**
1:11 48:2,7,19
49:11 60:16
64:3 66:5,9

66:13 70:25
84:9,24 85:20
**door (1)**
13:18
**dorm-type (1)**
14:7
**double (1)**
31:21
**dressed (1)**
36:9
**drive (1)**
44:11
**drop (14)**
41:8,14 46:18
46:25 47:7,8
51:14 65:14
67:20 69:10
74:11 76:15
78:25 81:19
**duly (2)**
4:3 97:6
**dungeon (4)**
37:21,23 38:2
38:7
**duration (2)**
11:15 25:2
**duty (1)**
10:19

**E**
**E (9)**
2:2,2 4:2,2
17:6 20:21
21:11 97:2,2
**E-D-E-R-E-...**
72:23
**earlier (4)**
35:22 37:25
42:20 67:8
**eat (2)**
14:3 40:2
**Ederer (4)**
72:22 73:4,8
83:17
**Ederer's (1)**
72:24

**education (1)**
7:20
**effect (1)**
3:15
**effective (2)**
91:10,24
**eight (3)**
28:4,10 30:5
**either (6)**
5:25 6:5 56:22
66:3 77:20
85:19
**electrical (3)**
74:4 78:22
81:13
**emotions (2)**
55:14,15
**employ (1)**
97:15
**employed (1)**
8:11
**employer (1)**
8:13
**encounter (1)**
76:8
**ended (1)**
87:11
**endorsement...**
63:22
**enter (2)**
44:15 57:15
**entering (3)**
57:19 58:14
74:14
**entire (2)**
11:15 91:18
**entirely (1)**
72:19
**entry (1)**
47:19
**equipment (3)**
25:25 26:12
27:2
**ESQ (2)**
2:5,11
**ESQS (1)**

2:3
**evening (3)**
56:20,23 58:8
**evenings (1)**
58:7
**everybody (1)**
57:23
**everyday (1)**
56:18
**evidence (16)**
41:8,14 46:18
46:19,25 47:7
47:10 51:14
65:14 67:20
69:10 74:10
76:15 78:3,24
81:19
**EXAMINAT...**
4:12
**examined (1)**
4:5
**excuse (2)**
15:12 20:6
**exhibit (1)**
51:22
**expedience (1)**
6:23
**experience (1)**
35:2
**experienced (...**
30:20
**explain (5)**
15:17 31:5
32:5 89:6
96:5

**F**
**F (1)**
97:2
**face (1)**
64:10
**faced (1)**
76:3
**facility (45)**
9:18 10:10,25
11:3,8 12:9

12:17,22
15:11,15 18:6
20:15,17,22
20:24,25 21:2
24:6 28:25
29:8 37:14
39:11,17,21
43:14 44:3,5
44:10,13,16
44:19,21
45:11 46:4,5
46:15 49:3,6
64:10 70:10
71:19 76:4
78:9 79:24
91:9
**fact (1)**
92:19
**fair (7)**
30:19 37:13
66:2,7,9,11
87:18
**far (2)**
37:4 52:23
**fashioned (4)**
51:9 62:11
65:7 77:4
**fashioned-ty...**
68:4
**February (3)**
71:23 91:7,14
**feel (3)**
31:18 33:5
51:22
**feet (3)**
21:21,21 53:23
**felt (6)**
33:3,14 51:3
54:8 61:10
64:25
**female (2)**
74:25 75:6
**fight (2)**
55:2 92:6
**figured (1)**
90:22

**filing (1)**
3:5
**filled (1)**
79:17
**find (2)**
40:14 93:25
**finding (1)**
68:10
**finds (1)**
63:10
**fingerprint (1)**
59:6
**fi...ishes (2)**
16:23 35:10
**fired (1)**
91:4
**firewood (1)**
8:23
**firm (1)**
4:16
**first (10)**
4:3 9:15 17:20
18:8 35:22
36:3 52:17
72:24 86:25
87:3
**Fishkill (7)**
9:17,17 10:4,8
12:16,24 14:5
**five (4)**
16:15 17:3
53:13 58:16
**Five-eleven (1)**
73:12
**fixed (1)**
24:22
**fluid (1)**
39:10
**follows (1)**
4:5
**force (5)**
3:15 30:8
62:14,19 83:2
**form (5)**
3:9 47:11 60:4
61:6 66:3

**found (20)**
40:22 43:3,6
43:15 45:3,7
45:10 46:3,13
65:11 67:19
68:11,16,20
89:10 90:7
93:21 94:3,7
94:9
**four (6)**
9:14 53:13
64:13 87:4
94:25 96:5
**Fourth (1)**
53:14
**freedom (1)**
13:11
**freely (1)**
39:18
**frisk (82)**
30:13,24 31:12
31:14,18,20
31:22,23 32:3
32:6,10,11,11
32:13,14,17
32:20,22 33:9
33:10,12,13
33:16,19,22
34:5,15 40:13
50:9,10,23,25
51:2,5,7 53:3
54:2,7,10,20
55:3,7,13
57:12,18,18
57:20,21,22
58:10,18,24
60:4,13,23
61:7,11,14,20
61:25 64:21
64:24,24 65:3
65:5,12,20,21
65:25 72:11
73:22,23
74:12 75:13
75:20 81:7,8
83:16 84:16

93:6,6,19
**frisked (3)**
34:6 49:18
54:11
**frisking (4)**
31:10 73:19
81:4 90:24
**frisks (2)**
30:16 42:22
**front (1)**
31:17
**full (2)**
5:6 19:22
**further (4)**
3:8,12 5:19
33:11

**G**
**gang (3)**
43:22 70:25
92:6
**gangs (2)**
44:2,5
**General (3)**
1:21 2:9 49:6
**generally (2)**
29:20 35:17
**getting (2)**
23:19 92:3
**give (6)**
13:16 34:4
49:22 86:14
87:5,9
**given (5)**
5:14 35:5,15
86:6 87:11
**giving (3)**
24:8 70:8
87:11
**gloves (3)**
58:20,22 59:2
**go (34)**
4:20 5:18
13:24 14:2
19:21,24
21:10,11,15

23:13,14,16
23:17 24:11
24:14 26:18
26:22 29:23
33:7,10 35:24
36:3 39:4,8
40:2 56:6
57:12 58:23
78:7 85:6
89:22 90:8,21
93:8
**goes (3)**
4:22 6:8 24:12
**going (14)**
4:17 6:3,14
17:14 20:18
21:6 23:12
39:10,13
48:10 57:8
74:16 87:9
90:22
**good (2)**
4:14 96:8
**Graham (3)**
29:9 91:8,10
**ground (3)**
4:21 8:23
46:14
**guards (1)**
58:8
**guess (7)**
29:17 39:16
40:10 66:6
88:16 89:4
90:13
**guidance (1)**
34:23
**guidebook (1)**
35:6
**guy (3)**
27:22 34:10
37:6
**guy's (1)**
34:10
**guys (4)**
16:24 41:22

58:10,11
gym (2)
39:22,23

**H**

H (1)
4:2
hair (4)
25:15 52:14
73:11,13
haircuts (1)
24:8
half (6)
53:22 74:6,9
78:20 81:16
81:21
half-inch (2)
51:11 62:12
hand (3)
31:13 74:5
97:18
handbook (1)
35:6
handle (6)
51:12 62:13
65:10 74:4
78:22 81:14
handwriting ...
50:15 72:19
78:4,5 79:21
happen (3)
22:8 24:2
39:19
happened (1)
42:9
happens (1)
20:5
happy (1)
5:11
harassment (1)
30:7
hard (5)
17:25 20:19,20
31:4 32:5
Harold (2)
29:9 91:8

He'll (1)
33:6
heard (1)
69:25
hearing (15)
27:8 69:17
70:2,2,3,15
70:17 83:22
84:2,5,9
85:14 86:10
86:15 88:2
height (1)
7:10
held (7)
1:20 37:7
41:12 52:2
59:17 70:21
97:4
hereunto (1)
97:17
hey (1)
33:5
high (1)
7:21
highest (2)
7:19 53:13
hip (1)
26:16
history (1)
38:19
hold (1)
56:13
holding (1)
49:6
honorably (1)
8:6
hood (1)
31:16
hoodie (1)
31:16
housed (2)
12:16,18
housing (6)
16:21 28:22
67:2,9 80:7
82:17

human (1)
61:22

**I**

ice (3)
51:8 62:10
65:6
ideally (1)
34:12
identification...
50:11 61:3
78:14 80:6
image (1)
47:6
immediately ...
91:10
inch (4)
65:9 73:11
74:7 81:16
inches (6)
51:10 62:12
65:8 74:6
78:20 81:16
incident (11)
64:14 66:20,23
68:17 78:11
80:9,12,23
82:8,12,16
include (1)
28:21
including (3)
28:5,7,9
increase (1)
96:6
increased (1)
96:4
indicate (2)
62:14 75:19
indicated (5)
62:17 64:6
80:10,15,18
indicates (13)
48:18 49:5
52:4 53:15
60:15,22
66:16 71:15

77:11 80:3
82:3,7,15
indirectly (1)
97:14
individual (6)
48:14,15,18
49:10 72:2
93:7
Individually ...
1:9,16
individuals (5)
92:9,17 93:4,9
93:17
inform (1)
32:18
information (...
62:6 63:16
64:12 79:19
informer (1)
65:23
infraction (1)
70:9
infracts (1)
63:11
inmate (86)
13:15 14:10
19:9,10 30:24
31:10,12 32:7
33:15,16,24
34:3,5,11
40:6,13 43:3
47:25 48:2,25
49:14 50:11
53:3,5 54:2,7
54:11 55:2,8
55:11 57:5
58:3,14 63:7
63:9,11,13
64:9 66:4,9
66:13 67:19
68:10,20,24
69:7,17,19
70:7,8,24
71:4,13 74:7
74:13,21
75:13,16,16

75:23 76:3,7
77:8 78:13
79:16 80:3,19
81:17 82:8
83:10,13,16
83:20 84:6,9
84:13,20,23
85:2,11 88:22
89:16 92:5
93:20 94:3,13
inmate's (3)
38:19 60:15
71:15
inmates (58)
10:6,21 12:14
13:12,18
14:22,25
15:14 16:2
17:8 18:20,24
19:3,5,21,23
20:2,7,9 21:4
21:8,15,22
22:5,9,10,12
22:16,23,24
23:9,15,24
24:3,7,8,12
28:11 30:10
30:13 37:12
38:21 39:17
43:16 45:20
45:21 56:11
58:3,5,9
66:16 73:19
75:25 81:5
82:4 85:20
89:10 90:7
inputted (3)
63:16,17 64:12
inside (10)
14:6 15:20
33:7,11,23,25
39:17,21,22
41:7
instance (2)
18:7 24:5
institutional ...

63:12 78:12
**instruction (3)**
34:17,21,25
**instructions (...**
5:16
**instruments (...**
45:18,23
**intelligence (1)**
43:23
**intend (1)**
45:13
**inter (1)**
23:8
**interaction (1)**
66:8
**interactions (...**
66:12
**interchangea...**
22:22
**interested (1)**
97:13
**investigation...**
69:24,25
**involved (2)**
66:17 82:5
**item (16)**
46:17,24 48:5
64:8 67:18
68:6,10,20,24
69:4,9 77:7
79:3 80:21
83:10,13
**items (3)**
45:14 47:20
88:25

**J**

**jail (1)**
27:24
**January (10)**
25:12 26:25
42:17 49:9,13
52:6 56:25
60:19 64:3
65:16
**Jeffrey (1)**

18:15
**job (26)**
10:7,19 11:24
14:23 15:25
18:8 19:9,10
21:23 22:6
24:20,22,22
25:4,5,6
30:12,17,20
35:24 40:3
41:24 42:21
70:13 89:19
93:11
**jobs (1)**
18:6
**John (1)**
73:2
**judge (2)**
6:11 7:2

**K**

**K.W (1)**
77:16
**keep (1)**
64:15
**keeps (2)**
43:18,19
**kept (2)**
43:13,20
**key (9)**
13:18 26:5,14
27:6,7 37:4,5
37:14,15
**keys (7)**
26:4,15,16,17
26:19,20 27:3
**kind (6)**
18:3 20:14,19
25:8 29:19
89:5
**kinds (1)**
44:8
**Kings (1)**
44:7
**knew (1)**
37:24

**know (79)**
4:23 5:10
12:12 19:18
20:15 22:20
24:15,21
34:18 37:24
41:21 42:14
42:17,25
43:19,20
45:22,25 46:3
46:5 47:7
52:23 53:2
54:5,22,25
55:6 57:2
58:7 60:3
61:21 63:4
66:14 67:21
68:2 69:3,19
69:22,23 70:3
70:12 71:4,25
72:24 73:6,7
74:20,23 75:3
76:2,10 77:15
77:16 83:12
83:15,21,25
84:4,8,13,17
84:18,22 85:9
88:20 89:5
90:11,16,18
91:3,24,25
93:9 94:16,22
95:4,13,14,25
**known (5)**
16:17 37:23
55:4 57:4
74:24

**L**

**L (3)**
3:2 4:2,2
**L-E-N-N-N-...**
8:18
**landing (2)**
21:4,5
**Lange (1)**
77:16

**Latin (1)**
44:7
**law (1)**
4:16
**lawsuits (1)**
6:13
**laymen's (1)**
27:7
**layout (2)**
20:15,16
**leaner (2)**
73:10,13
**learn (2)**
30:17 42:21
**Learning (1)**
19:11
**leave (3)**
14:2,10 96:9
**leaving (4)**
10:7,23 46:20
47:3
**left (2)**
18:22 52:20
**leg (4)**
31:23,24,25
32:3
**Lennox (3)**
8:14,16,17
**let's (5)**
12:8 24:5 33:7
56:6 88:8
**letter (4)**
17:4 91:6,17
91:19
**level (4)**
7:19 12:21,24
13:2
**levels (1)**
53:11
**Levy (42)**
2:5 4:13,15
5:18 6:19,23
7:5,6 26:10
31:8 32:12
41:10,13 42:6
42:8 48:4,8

48:17 49:19
51:18,21 52:3
56:2,10 59:9
59:15,18
62:22 67:17
70:19,22 71:9
72:5,23 76:17
77:18 79:10
86:7 88:5,8
88:12 96:9
**Liberty (1)**
1:22
**lieutenant (6)**
28:23,24 42:13
42:15,18 83:7
**light (1)**
21:24
**lights (3)**
22:2 39:3 40:8
**line (1)**
7:2
**lineup (2)**
38:5,9
**Listen (2)**
86:21 93:8
**little (6)**
17:12,18 29:17
39:3 64:17
73:13
**lived (1)**
13:19
**located (6)**
12:10 35:20
41:15,18
44:17 53:9
**location (4)**
60:22 78:18
80:7,9
**locked (6)**
13:24 14:4,6
37:11 39:7,14
**locker (21)**
35:15 36:4,12
36:14,17,20
36:23 37:2,4
37:7,14,15,17

| | | | | |
|---|---|---|---|---|
| 38:3,8,12 | 5:1 6:1 7:1 | **MAD/ATB (1)** | **maximum (2)** | **microphone (...** |
| 41:8 89:2,5 | 8:1 9:1 10:1 | 1:13 | 12:23 22:11 | 42:5 |
| 89:10,13 | 11:1 12:1 | **main (17)** | **mean (9)** | **middle (2)** |
| **lockers (2)** | 13:1 14:1 | 15:3 20:25 | 22:15 31:6 | 53:19 63:19 |
| 35:20 37:20 | 15:1 16:1 | 22:17,21 23:7 | 34:18,20 | **military (1)** |
| **logged (2)** | 17:1 18:1 | 23:11,17,23 | 47:14,15 | 7:24 |
| 47:10,12 | 19:1 20:1 | 23:24 24:11 | 57:22 92:13 | **mind (1)** |
| **long (17)** | 21:1 22:1 | 24:22,24 25:5 | 93:23 | 64:15 |
| 8:25 9:19 | 23:1 24:1 | 27:15,19 | **meaning (4)** | **Mine (1)** |
| 10:14 19:25 | 25:1 26:1 | 73:20 81:5 | 14:21 29:5 | 18:7 |
| 21:18,20 30:3 | 27:1 28:1 | **Maintain (1)** | 57:24 82:9 | **mingling (1)** |
| 37:18 47:17 | 29:1 30:1 | 10:5 | **means (5)** | 23:8 |
| 51:10 62:12 | 31:1 32:1 | **maintained (1)** | 13:15 15:6,18 | **minute (1)** |
| 65:8 69:15 | 33:1 34:1 | 11:14 | 23:12 39:6 | 56:5 |
| 74:6 78:20 | 35:1 36:1 | **maintaining ...** | **meant (9)** | **mirror (1)** |
| 81:16 90:15 | 37:1 38:1 | 10:20 14:24 | 14:19,20 15:4 | 47:6 |
| **longer (2)** | 39:1 40:1 | 15:2 | 19:8 24:23 | **misbehavior ...** |
| 11:3 73:11 | 41:1 42:1 | **mainyard (6)** | 27:5 37:8,11 | 47:5,6 63:7,9 |
| **look (20)** | 43:1 44:1 | 14:18 18:8,9 | 65:19 | 63:13 68:7 |
| 33:7,22 34:24 | 45:1 46:1 | 18:11 19:23 | **measured (2)** | 79:16,23 |
| 38:18 48:11 | 47:1 48:1 | 19:24 | 74:5 81:15 | 87:16 93:21 |
| 52:13 59:24 | 49:1 50:1 | **makeshift (2)** | **measuring (4)** | 94:4,10,14,16 |
| 59:25 61:21 | 51:1 52:1 | 45:8 77:4 | 51:10 62:11 | 94:19,22 95:4 |
| 62:25 68:5 | 53:1 54:1 | **Making (5)** | 65:8 78:19 | 95:14,18 96:3 |
| 73:9 76:18 | 55:1 56:1 | 21:24,25 22:2 | **medium (5)** | **miscellaneou...** |
| 77:22,23 79:5 | 57:1 58:1 | 22:3,9 | 12:25 13:3,5,5 | 24:19 |
| 87:13,20,24 | 59:1 60:1 | **male (2)** | 13:17 | **mix (1)** |
| 87:25 | 61:1 62:1 | 52:15 73:10 | **memo (4)** | 22:25 |
| **looked (3)** | 63:1 64:1 | **man (4)** | 46:19 47:2,5 | **mixed (1)** |
| 59:20 87:2,19 | 65:1 66:1 | 49:18 66:14 | 55:21 | 23:5 |
| **looking (9)** | 67:1 68:1 | 68:12 74:23 | **memorandu...** | **moment (1)** |
| 48:21 56:2 | 69:1 70:1 | **manner (1)** | 50:7,8,14 68:7 | 86:22 |
| 67:23,25 68:3 | 71:1 72:1 | 29:20 | 72:21 73:17 | **months (2)** |
| 68:5,9 76:22 | 73:1 74:1 | **mark (2)** | 77:7 | 9:14,20 |
| 91:6 | 75:1 76:1 | 51:16,21 | **memos (1)** | **morning (6)** |
| **looks (4)** | 77:1 78:1,18 | **marriage (1)** | 87:17 | 4:14,18 13:21 |
| 48:21 54:8 | 78:24 79:1 | 97:12 | **mentioned (2)** | 39:5 40:2,11 |
| 68:13,15 | 80:1 81:1 | **material (1)** | 67:18 75:11 | **move (2)** |
| **lot (6)** | 82:1 83:1 | 34:22 | **mentors (2)** | 39:18 83:5 |
| 29:18 39:10 | 84:1 85:1 | **materials (1)** | 30:17 42:21 | **moved (5)** |
| 44:17,19 | 86:1 87:1 | 35:6 | **mentorship (1)** | 67:2,4,6 82:16 |
| 68:11 75:25 | 88:1 89:1 | **matter (1)** | 42:24 | 82:19 |
| | 90:1 91:1 | 97:15 | **metal (1)** | **multiple (3)** |
| **M** | 92:1 93:1 | **Matthew (5)** | 57:7 | 48:13 53:11 |
| **M (99)** | 94:1 95:1 | 1:9,16,19 4:8 | **methods (3)** | 92:8 |
| 2:1 3:1 4:1,2 | 96:1 97:1 | 96:15 | 30:9,15,23 | **myriad (1)** |

65:24

**N**

**N (3)**
2:2 3:2 4:2
**naked (1)**
61:21
**name (12)**
4:7,15 15:7
16:18 18:16
42:23 48:18
52:18 60:15
62:3 71:16
72:25
**Name/rank (1)**
61:24
**named (4)**
48:2 49:10
71:5,7
**nature (3)**
8:19 10:3 22:9
**near (1)**
38:8
**nearby (1)**
34:19
**necessarily (4)**
6:4,8 43:7
70:13
**never (15)**
35:8,8 39:19
45:21 47:24
58:21,25
67:13 69:25
84:7,11 85:16
89:17 92:7
93:8
**New (26)**
1:3,8,8,8,15,15
1:15,19,21,22
1:22,24 2:4,9
2:10 4:4,10
9:8,11,17
11:4,17,24
12:4,11,13
**night (1)**
13:25

**nine (1)**
95:11
**Nope (1)**
89:11
**norm (1)**
65:22
**north (10)**
20:23,25 21:6
21:9,10,12
22:13 23:13
27:24 58:6
**NORTHER...**
1:3
**Notary (3)**
1:23 4:3 96:21
**noted (1)**
96:13
**notified (2)**
51:4 65:2
**notifies (1)**
40:20
**notify (2)**
40:17,19
**November (3)**
1:22 97:5,18
**number (27)**
22:12 36:12,14
36:17,20,23
48:12 49:20
50:12 51:19
59:13 61:3
64:13 66:16
67:24 71:11
72:6 76:22
77:19 78:10
78:11,14
79:11 80:6
82:21,24 96:3
**nuts (1)**
89:7

**O**

**O (2)**
3:2 4:2
**o'clock (1)**
39:4

**oath (1)**
3:14
**object (6)**
51:3 54:8
61:10 64:25
92:14,21
**objected (2)**
55:11,18
**Objection (14)**
13:6 17:22
29:16 30:25
38:23 45:5
46:10 55:12
76:9 89:22
90:8 92:12
95:24 96:7
**objections (1)**
3:9
**obviously (2)**
29:2 78:15
**occasionally ...**
30:13
**occasions (1)**
38:17
**occupation (1)**
19:10
**occupied (4)**
50:23 64:22
73:21 81:6
**offense (2)**
39:2 78:11
**office (5)**
41:16 43:11
69:21 84:15
93:12
**officer (40)**
1:9,16,19 3:14
4:14 5:20 7:7
9:25 10:4,11
11:7,15,18,25
14:11 18:14
20:8 24:9
25:22 26:23
29:15 30:13
35:14 43:10
48:10 49:22

50:24 52:5
59:19 62:22
63:10 66:4
67:12 69:3
70:15 83:9
85:10 90:19
95:11,22
**officers (17)**
11:11 21:3
27:11,17,23
28:2,10,14,19
30:20 34:7,13
41:21 54:22
75:2,6 83:13
**offices (1)**
1:21
**Official (2)**
1:9,16
**offshoots (1)**
44:8
**Oh (1)**
30:14
**okay (9)**
33:7 42:10
48:9 49:23
51:20 59:25
68:18 72:7
79:12
**old (2)**
7:7,9
**on-the-job (1)**
12:6
**once (6)**
19:22 23:9
31:22 40:19
69:9 86:21
**ones (1)**
57:25
**open (5)**
19:3,4,20,23
20:6
**opportunity ...**
49:23 62:25
**opposed (1)**
61:16
**order (6)**

1:20 14:10
31:12 32:22
34:4 57:15
**ordered (9)**
50:22,24 53:2
64:20,22
73:20,24 81:5
81:10
**outcome (1)**
97:14
**outside (2)**
69:20 84:14
**overturned (5)**
92:10,19 93:5
93:15,17
**overwhelme...**
43:8
**owned (1)**
89:5
**owning (2)**
49:3 71:19
**Ozzborn (35)**
1:5 6:7,15,22
71:5,7,10,16
73:20,23,25
74:7,13,21
75:16,23 76:7
77:9 78:13
80:4 81:6,8
81:10,17 83:5
83:10,14,17
83:21 84:13
84:20 85:2,15
85:20 86:18

**P**

**P (3)**
2:2,2 3:2
**P-O-R-T-E-...**
18:17
**p.m (12)**
16:9,9 39:9,9
40:8 52:8
56:13 60:21
64:4 78:17
80:16 96:13

pa (1)
34:4
page (4)
63:20 79:5,20
82:4
paid (2)
84:7,11
pair (2)
74:9 81:21
pants (2)
25:24 33:6
paper (1)
42:5
paperwork (2)
69:11 70:23
parallel (1)
20:24
parking (3)
44:12,17,19
part (4)
30:12 31:20,22
47:8
particular (6)
16:5 18:13
38:12 41:2
56:25 72:11
parties (2)
3:4 97:13
party (1)
97:9
pass (2)
57:6,14
pat (28)
30:13,16,24
31:9,12 32:10
32:11,13,14
32:17 33:10
33:13 50:25
51:2 57:20,21
57:22 61:11
64:23,24
73:22,23
74:12 75:12
81:4,7,8 93:6
path (3)
20:10,12 21:5

pats (1)
58:4
pen (2)
47:15,17
penalty (1)
18:25
pending (1)
27:8
people (4)
5:8 38:18
42:23 70:14
perceive (1)
40:25
performed (2)
50:10 74:13
performing (1)
93:10
performs (1)
20:8
period (5)
9:21 12:3
19:25 25:3
30:3
periods (2)
19:12,17
permanent (1)
41:25
permitted (2)
20:2 39:18
person (2)
70:13 77:8
person(s) (1)
61:24
personal (3)
44:21 46:9
91:11
personally (1)
45:19
pertain (1)
89:7
phonetic (1)
86:16
photograph (7)
43:5 48:7,13
48:25 71:13
71:16 72:3

photographe...
43:3 51:13
65:13 67:20
69:10 74:10
76:14 81:18
photographe...
77:12
photographi...
43:15
photographs ...
48:13
phrase (1)
27:6
physical (1)
83:2
physically (1)
73:9
pick (3)
51:8 58:3 65:6
picked (1)
93:12
picture (1)
79:7
piece (1)
37:9
pike (1)
62:10
place (3)
22:10 46:17
89:9
places (1)
31:13
Plaintiff (4)
1:6,12,20 2:3
plant (3)
68:24 83:9
89:15
planted (2)
69:4 83:13
planting (1)
92:4
please (8)
4:23 5:5,10
27:13 64:14
73:16 80:25
86:13

Plus (1)
16:15
point (15)
32:13 41:11
51:12,25 56:8
59:16,20
65:10 66:2
70:20 74:3
78:21 81:13
85:17 88:10
policy (2)
34:9 47:9
Porten (1)
18:15
portion (1)
78:24
posed (1)
92:15
position (2)
24:22 42:2
possession (1)
92:10
post (6)
18:9,11,12,18
24:24 35:24
pounds (3)
7:11,14 73:12
practical (2)
29:22 30:11
practice (2)
46:7,12
prepare (1)
8:23
prepared (1)
60:5
present (1)
83:17
presently (1)
7:8
pretty (1)
87:14
previously (1)
75:12
prior (5)
74:21 76:2
85:18 86:20

96:5
prison (8)
45:10 63:12
68:4 70:7
77:4 92:10,18
93:5
private (2)
31:24 33:15
probably (4)
25:14 29:18
73:12 83:19
procedure (8)
31:7,9 32:25
34:2 40:15
41:2 59:3,4
proceeding (4)
4:18 84:19,23
86:2
process (1)
34:8
Professional ...
8:14,16
program (11)
13:20,24 14:3
19:2,4,7,9
23:16 39:8,13
40:3
programs (1)
19:5
promoting (2)
92:17 93:4
property (1)
90:14
protocol (2)
59:3,4
provide (1)
34:22
provided (2)
34:16 42:24
provides (2)
49:2 61:6
providing (1)
5:6
Public (3)
1:23 4:4 96:21
purpose (1)

18:10
**purposes (3)**
6:12 43:14
92:5
**pursuant (1)**
1:20
**put (9)**
5:19 41:7
45:24,25 46:8
57:11 67:15
80:20 91:3
**puts (1)**
8:22
**Pyke (14)**
50:23 51:4
52:10,12,21
52:23 53:2
54:6,9,19
60:9 64:21
65:2 66:4
**Pyke's (1)**
52:17

**Q**
**quarter (2)**
74:6 81:16
**quarter-inch ...**
78:20
**question (16)**
3:9 4:24 5:2,4
5:6,13 16:23
18:4 20:14
27:22 35:10
46:22 49:17
66:10 92:15
94:2
**questions (1)**
4:18
**Quinteros (1)**
44:7

**R**
**R (3)**
2:2 4:2 97:2
**rack (1)**
58:8

**ran (1)**
18:12
**random (3)**
57:21,22 58:13
**randomly (5)**
58:4,10 73:19
74:13 81:4
**rank (3)**
8:8 11:13
42:11
**ranks (1)**
11:10
**read (11)**
49:23 50:19
55:17 64:14
64:17 72:8
73:16 77:7
80:25 86:21
86:22
**reading (7)**
50:21 53:24
54:5 62:10
64:19 72:10
81:3
**ready (1)**
43:11
**real (1)**
17:24
**realize (1)**
42:8
**really (3)**
38:4 90:18
91:25
**reason (4)**
5:10 69:6
74:17 85:9
**reasons (1)**
91:11
**rec (2)**
39:20 56:18
**recall (26)**
12:17,18 17:14
26:7 36:15,16
36:19,22 37:3
37:17 38:4
47:4,25 49:9

49:13 52:17
66:8,12 68:9
69:16 75:5,9
84:3,21,25
89:14
**receive (1)**
30:15
**received (4)**
29:15,18 69:20
84:14
**recess (2)**
56:9 88:11
**recognize (7)**
48:14 67:24
71:12 72:2
76:24 77:23
79:13
**recollection (2)**
53:25 72:11
**record (18)**
4:7 5:20 41:10
41:12 48:17
50:19 51:24
52:2 56:7
59:15,17,18
64:15 70:19
70:21 73:16
80:25 97:10
**recording (1)**
88:14
**recovered (7)**
45:19 74:2
77:8 78:17
79:3,8 81:11
**recovery (1)**
78:15
**recreation (1)**
14:18
**rectangular (1)**
21:20
**redacted (4)**
86:4,5,15
87:10
**referred (2)**
37:21,22
**referring (1)**

51:18
**refresh (2)**
53:25 72:10
**regard (2)**
40:22 64:2
**regarding (5)**
46:19 47:20
50:8 69:13
85:19
**related (1)**
69:11
**relation (1)**
53:18
**relative (4)**
5:24 44:15
70:24 85:14
**release (2)**
13:23 19:23
**relief (1)**
41:21
**remember (15)**
41:6,9 43:9
45:9 47:4,8
47:18 55:13
55:14,15
68:16 69:14
69:18 75:3
88:17
**remove (1)**
46:7
**removed (1)**
44:20
**rephrase (5)**
4:25 27:13
46:21,22 86:3
**report (17)**
18:9 24:13
47:5,6 63:7,9
63:14 65:16
68:7 79:16,23
81:22 93:21
94:5,10,14,20
**reported (1)**
35:23
**reporter (3)**
4:6 5:7 64:15

**reporting (1)**
18:10
**reports (8)**
94:17,23,25
95:5,7,15,18
96:3
**represented (...**
97:9
**required (2)**
60:12 63:8
**reserved (1)**
3:10
**resided (1)**
13:19
**resign (1)**
91:10
**resignation (1)**
91:21
**resigned (3)**
90:16,17,19
**respective (1)**
3:4
**respectively (...**
96:4
**responsibilit...**
40:21 69:13
**rest (1)**
17:11
**result (7)**
62:5 82:12,15
84:4,8,16
92:11
**resulted (1)**
83:21
**return (3)**
18:21 19:3
20:7
**returns (1)**
57:5
**reverse (1)**
79:6
**review (5)**
50:2,4 85:13
85:18 86:9
**reviewed (3)**
70:24 86:23

87:14
**ribcage (1)**
31:18
**Richard (2)**
2:5 4:15
**rifle (11)**
45:7,16 89:24
89:25,25 90:2
90:3,4,11
92:2,3
**right (34)**
14:9 24:6
26:14 28:19
32:10 33:4
35:4 41:9
43:9 44:18
53:6 61:14,25
62:3,15 65:17
73:24,25
75:17 76:15
77:12 80:7,23
81:10,11,25
82:5 88:6
91:15 94:20
95:2,8,12,23
**Road (1)**
4:10
**room (11)**
38:6,9 39:20
51:6 53:16,21
54:17,18 61:2
65:4 88:21
**roughiy (1)**
9:24
**RPR (1)**
97:23
**Rubenstein (1)**
4:16
**RUBINSTEI...**
2:3
**rule (3)**
64:6 80:18
83:20
**rules (3)**
4:21 63:11,12
**running (1)**

26:24
**Rynecki (2)**
2:3 4:16

**S**

**S (3)**
2:2 3:2,2
**Sarge (1)**
33:5
**saying (4)**
35:12,12 64:16
86:19
**says (9)**
53:7 56:3
61:13 62:18
77:14 82:12
83:2 91:9
95:3
**scheduled (1)**
56:4
**school (1)**
7:21
**screen (1)**
56:3
**screws (1)**
89:6
**sealing (1)**
3:5
**search (19)**
49:10,14 55:18
61:7,16,19
62:5,15,20
64:2 68:21
69:12 80:19
83:3 88:22
93:20,24,24
94:3
**searched (2)**
45:3 55:11
**searching (1)**
30:10
**sec (1)**
56:14
**second (2)**
95:10,21
**section (1)**

61:23
**secured (7)**
51:14 65:13
67:20 69:10
74:10 76:14
81:19
**security (5)**
12:21,24 13:2
13:5 15:2
**see (4)**
23:19 25:8
68:12 75:21
**seen (4)**
48:20 50:5
87:2,4
**selected (2)**
58:15 74:18
**send (1)**
57:25
**sense (6)**
6:18 13:13
21:7 23:25
30:11 87:19
**sentence (1)**
55:8
**separate (4)**
5:22,24 6:16
45:17
**September (1)**
9:23
**sergeant (35)**
8:10 18:13
28:7,9,15,21
28:22 32:15
32:18 33:4
34:19 40:17
40:18,19,20
50:22 51:4
52:9,12,17,20
52:23 53:2
54:6,9,19
60:9 64:20
65:2 66:3
72:22,24 73:4
73:8 83:17
**sergeant's (7)**

18:9,11,12,18
33:16 35:24
63:23
**series (1)**
4:17
**served (1)**
7:24
**set (6)**
13:20 26:4
58:2 85:2,10
97:17
**sets (2)**
26:4 27:3
**setting (3)**
14:7 29:22,22
**setup (1)**
69:6
**seven (1)**
95:22
**sexual (1)**
30:7
**sharing (1)**
37:17
**sharpened (5)**
51:11 65:9
74:3 78:21
81:12
**shaven (2)**
25:10,13
**Sherwood (1)**
4:10
**shift (10)**
16:6 18:22,23
27:9 28:24,25
41:25 42:3
75:2,7
**shirt (2)**
25:24 31:17
**shoe (8)**
32:2,4 73:24
73:25 74:2
81:10,11,11
**shop (2)**
24:6,9
**short (3)**
25:18,19 88:5

**shown (5)**
62:23 67:17
71:9 72:5
79:10
**shows (2)**
58:3 76:25
**SHU (2)**
82:22 83:5
**SHU-D (3)**
16:19 67:7
82:20
**side (13)**
20:22,23,25
21:2 22:13
23:13,14 25:2
27:24 31:23
32:2 58:6
79:6
**sides (1)**
31:18
**signature (3)**
60:7,10 63:24
**signed (7)**
3:13,15 50:17
63:19 72:17
81:25 91:7
**similar (1)**
25:17
**simple (1)**
23:24
**simplest (1)**
23:21
**six (2)**
53:22 66:16
**sleeves (1)**
31:17
**slower (1)**
64:17
**smaller (1)**
17:12
**smoothly (1)**
4:22
**sole (1)**
92:20
**solitary (2)**
67:11,13

somebody (5)
42:2 43:8
  65:23 77:13
  93:24
somebody's (1)
65:23
sorry (2)
8:15 42:6
sort (2)
22:6 57:14
sound (7)
91:15 94:20
  95:2,8,12,18
  95:23
south (17)
2:10 19:21,21
  19:22 20:22
  21:2,2,7,9,10
  21:11 22:18
  22:20,21
  23:12,14,18
Special (2)
16:21 67:9
specific (1)
29:17
specifically (2)
12:9 45:9
spell (1)
8:17
staged (1)
58:8
stamp (4)
48:5 51:19
  62:23 71:10
stamped (5)
48:12,22 59:13
  59:21 71:11
standing (1)
34:19
start (2)
31:14 33:9
started (1)
74:12
state (21)
1:8,8,9,15,15
  1:16,19,21,24

2:9,10 4:4,7
  9:8,12 11:18
  11:25 12:4,13
  30:23 90:14
stated (5)
67:8 73:23
  74:7 81:9,17
states (3)
1:2 8:3 50:20
stationed (1)
29:3
status (1)
55:7
steady (1)
14:15
stenographic...
97:7
steps (1)
21:16
STIPULATE...
3:3,8,12
stomach (1)
31:19
stop (1)
11:17
stopped (2)
29:6 73:3
store (1)
88:25
stored (1)
37:11
street (7)
1:22 2:4,10
  12:13 20:24
  36:6 44:18
strip (24)
32:11,20,22
  33:9,11,16
  34:15 51:5,7
  54:7,10,11,20
  58:24 60:4,13
  60:22 61:14
  61:16,19,20
  65:3,4,12
stuck (2)
18:24 23:16

stuff (5)
39:10 41:7
  69:22 84:12
  90:25
subjects (1)
30:6
submit (5)
31:12 50:25
  64:23 73:21
  81:7
submitted (1)
52:9
Subscribed (1)
96:17
suggest (2)
55:10,17
summertime ...
22:16
superintende...
29:7,12 91:8
supervising (1)
18:14
SUPERVISI...
1:8,15
supervisor (1)
63:22
supervisors (1)
47:22
supposed (13)
22:19,21 23:3
  23:4,5,8,22
  23:23 24:15
  33:25 39:14
  41:2,7
sure (23)
4:21 16:22
  18:20 19:2,19
  21:24,25 22:2
  22:3,7,9 24:2
  26:10 27:14
  33:23 34:24
  35:9 46:23
  52:25 75:8
  87:22 88:7
  95:20
surrendered ...

51:7 55:23,25
  65:5
Suspect (1)
78:12
suspended (7)
11:20,24 89:18
  89:21 90:3,6
  91:18
suspension (2)
90:12,15
suspicion (5)
64:21 65:20,21
  65:25 66:3
sweat (1)
31:17
sweatshirt (1)
31:16
sworn (5)
3:13,15 4:3
  96:17 97:6
Syracuse (1)
2:10
system (1)
39:24
system's (1)
70:7

T

T (7)
3:2,2 4:2,2
  81:6 97:2,2
take (23)
5:7,9,11,12
  6:17 16:25
  20:11 21:6
  32:2,4 33:15
  43:5 46:14
  48:11 54:13
  64:16 73:25
  76:17 77:22
  77:23 81:10
  88:5,8
taken (5)
1:20 56:9
  71:22 88:11
  97:7

talk (2)
12:8 23:20
talking (7)
5:8 16:24 26:9
  32:9,12 46:21
  86:18
Tall (1)
52:14
taller (2)
73:10,11
tank (3)
82:23,24,25
tape (3)
74:4 78:22
  81:14
teaching (1)
29:23
tell (4)
20:16 29:24
  30:21 32:3
tells (1)
24:10
ten (8)
15:19,19,22,23
  27:23 28:19
  57:25 58:17
term (4)
19:7 27:7
  37:25 67:13
terminology ...
76:12
terms (4)
6:24 13:15,16
  34:15
testified (5)
4:5 70:16 84:2
  84:19,22
testifying (5)
5:21,23 49:25
  69:16 85:21
testimony (7)
6:3,9 85:18
  86:20 88:2
  97:6,7
Thank (2)
7:5 96:11

| | | | | |
|---|---|---|---|---|
| **Thanks (1)** | 87:21,24 | 47:22 54:10,12 | **two (15)** | **unknown (4)** |
| 42:7 | **till (2)** | 65:23 94:19 | 5:7,21,24 6:16 | 51:3 54:8 |
| **they'd (1)** | 20:4 39:4 | 94:25 95:7,10 | 10:16 24:19 | 61:10 64:25 |
| 23:17 | **time (75)** | 95:17,21 | 26:4,14 27:3 | **unusual (3)** |
| **thing (6)** | 3:10 5:8 6:17 | **toothbrush (3)** | 34:12 45:8,11 | 33:3,14 78:10 |
| 17:20 18:8 | 9:21 11:3,20 | 51:9 62:11 | 64:6 85:19 | **upfront (1)** |
| 22:7 32:4 | 11:23 12:3 | 65:7 | 96:5 | 29:4 |
| 35:23 86:23 | 14:14,23 16:5 | **TORRES (2)** | **two-cutting-t...** | **use (6)** |
| **things (7)** | 16:10 19:13 | 97:3,23 | 45:18 | 6:9 24:7 30:8 |
| 22:9 30:21 | 19:13,17,17 | **total (2)** | **type (16)** | 35:15 76:12 |
| 34:23 45:12 | 19:25 21:23 | 28:18 95:17 | 8:25 21:23 | 89:13 |
| 65:22 67:21 | 22:11,24,25 | **trade (2)** | 26:12 27:2 | **usually (3)** |
| 68:12 | 24:12,15,18 | 19:11,11 | 34:17 35:5 | 33:4 36:5 43:8 |
| **think (10)** | 25:13,16 | **trained (2)** | 45:8 51:8 | **utilize (2)** |
| 15:16 35:13 | 27:13,18 29:6 | 29:21 30:9 | 57:7 62:10 | 37:2 38:8 |
| 61:19 76:18 | 30:3 34:25 | **training (7)** | 65:6 74:2 | |
| 76:20 79:7 | 36:25 39:4,9 | 29:14,19 30:8 | 75:24 78:19 | **V** |
| 92:22,23,25 | 39:12 40:2 | 30:15 34:18 | 81:12 90:24 | **v (3)** |
| 96:9 | 41:11,17 43:9 | 34:21 43:22 | | 59:21 62:24 |
| **Thomas (17)** | 44:6 49:18 | **transcribed (1)** | **U** | 71:10 |
| 1:5 71:5,7,16 | 50:22 51:25 | 97:8 | **U (1)** | **vague (4)** |
| 73:20 74:14 | 52:7 54:23 | **transcript (11)** | 3:2 | 20:14 38:24 |
| 74:22 77:9 | 55:6 56:8,11 | 5:23 6:5,13 | **understand (...** | 39:3 93:23 |
| 80:4 83:10,14 | 59:16 60:20 | 85:13 86:5,9 | 4:24 5:4,15 | **vaguely (4)** |
| 83:17 84:14 | 64:20 66:19 | 86:15 87:6,8 | 14:8 15:16,21 | 50:3 85:22 |
| 84:20 85:3,15 | 67:12 69:15 | 87:10 97:10 | 15:22 17:25 | 86:21,22 |
| 85:20 | 70:20 73:3,19 | **transcripts (2)** | 31:2,4 39:7 | **various (1)** |
| **thought (1)** | 75:19,21 | 87:21,25 | 39:25 48:24 | 42:22 |
| 86:17 | 78:15 80:16 | **travel (1)** | 55:19 68:17 | **Vasile (1)** |
| **three (7)** | 81:4 82:7 | 21:9 | **understandi...** | 83:7 |
| 9:20 47:9 | 86:12,25 87:4 | **tree (3)** | 86:11 | **vehicle (11)** |
| 53:22 58:17 | 87:12 88:10 | 8:14,16,21 | **understood (1)** | 44:22 45:2,4,8 |
| 74:6 78:19 | 89:12 90:13 | **trial (4)** | 5:3 | 46:9 47:21 |
| 81:15 | 91:18,19 94:8 | 3:10 6:8 70:6,8 | **undertake (1)** | 89:24 90:4,7 |
| **Throw (1)** | 96:11,13 | **true (1)** | 41:3 | 90:12,14 |
| 45:15 | **title (4)** | 97:10 | **uniform (3)** | **ventures (1)** |
| **ticket (2)** | 9:25 11:14 | **truth (1)** | 25:21 35:18 | 39:6 |
| 86:24 87:3 | 14:23 15:25 | 92:24 | 36:10 | **versa (1)** |
| **tickets (1)** | **titles (1)** | **try (1)** | **unit (7)** | 21:8 |
| 87:16 | 70:13 | 20:21 | 16:16,17,21 | **version (1)** |
| **tier (16)** | **to/from (1)** | **trying (2)** | 67:2,9,14 | 86:6 |
| 53:14 69:23,25 | 50:7 | 18:25 87:18 | 82:17 | **vice (1)** |
| 70:2,2,3,15 | **today (4)** | **tweezers (2)** | **United (1)** | 21:8 |
| 70:16 83:22 | 25:8 49:25 | 74:9 81:21 | 8:3 | **victim (1)** |
| 83:24 84:2,5 | 85:21 87:15 | **twice (1)** | **UNITES (1)** | 78:14 |
| 84:9 85:14 | **told (10)** | 6:21 | 1:2 | **video (5)** |

| | | | | |
|---|---|---|---|---|
| 88:14,18,19 | **warden (1)** | 78:12,19 | 13:8 17:24 | 78:8 80:22 |
| 88:23 97:11 | 29:10 | 80:21 81:9,12 | 31:3 38:25 | 81:2 |
| **VIDEOCON...** | **wardens (1)** | 81:15,17,18 | 85:4 86:17 | **wrong (1)** |
| 1:18 2:8 97:4 | 29:11 | 81:20 83:23 | 87:7 92:20 | 27:22 |
| **VILMA (2)** | **wasn't (6)** | 89:15 92:5 | 97:5,11,17 | **wrote (6)** |
| 97:3,23 | 14:24 43:7 | 94:7,8,11,13 | **word (1)** | 55:24 67:22 |
| **violates (1)** | 46:12,13,16 | 94:20 | 76:10 | 72:15 86:24 |
| 63:11 | 76:11 | **weapons (4)** | **words (3)** | 91:12,17 |
| **violation (2)** | **watch (13)** | 37:10 46:8 | 6:7 41:24 91:3 | |
| 78:12 80:18 | 10:6,21 16:3 | 89:9 90:6 | **wore (2)** | **X** |
| **violations (2)** | 29:2 40:18,20 | **wear (2)** | 58:22,25 | **x (3)** |
| 64:6 83:20 | 41:16,20,23 | 25:15,22 | **work (15)** | 1:4,11,17 |
| **visual (1)** | 42:11 43:10 | **wearing (1)** | 4:15 8:19,21 | **xxxxx (2)** |
| 61:21 | 47:18 57:24 | 58:19 | 9:2,11 10:3 | 2:12 3:18 |
| **voluntarily (3)** | **watched (1)** | **week (2)** | 11:21 12:6 | |
| 55:22,24 65:5 | 24:25 | 55:3 56:19 | 13:22 14:15 | **Y** |
| **volunteered (...** | **watches (1)** | **weekday (5)** | 16:5 17:20 | **yard (71)** |
| 51:7 75:23 | 34:5 | 19:14,18,19,20 | 24:10 27:9 | 15:2,3 18:21 |
| | **watching (1)** | 20:2 | 52:24 | 19:13,17,21 |
| **W** | 34:10 | **weekdays (1)** | **worked (7)** | 19:22,22 20:3 |
| **W (1)** | **water (2)** | 57:16 | 9:6 11:4 12:4 | 20:10,25 21:2 |
| 4:2 | 21:25 22:2 | **weekend (2)** | 24:17 41:17 | 21:4,14,16,17 |
| **waist (2)** | **way (13)** | 57:21 58:12 | 41:25 75:6 | 22:5,12,15,16 |
| 31:19,20 | 5:2 6:17 13:14 | **weekends (4)** | **working (13)** | 22:18,18,20 |
| **wait (2)** | 21:16 31:24 | 19:14 57:17,18 | 9:5 10:22 | 22:23,25 23:7 |
| 5:5 16:22 | 31:25 35:3,4 | 57:24 | 11:17 14:14 | 23:9,11,13,13 |
| **waived (1)** | 51:23 58:11 | **weeks (1)** | 27:11,12,15 | 23:14,17,19 |
| 3:6 | 70:7 92:25 | 30:5 | 27:17 29:6 | 23:23,24 24:4 |
| **walk (2)** | 93:10 | **weighed (1)** | 38:18 43:10 | 24:11,22,24 |
| 21:13 25:6 | **ways (1)** | 7:12 | 73:3 75:2 | 25:2,2,5 |
| **walking (1)** | 65:25 | **weight (1)** | **wouldn't (13)** | 26:15,18,19 |
| 82:9 | **we'll (4)** | 7:10 | 55:4,4 57:4,12 | 26:22 27:16 |
| **wall (3)** | 5:10,19 6:24 | **went (5)** | 57:23 58:13 | 27:19,25 |
| 20:24 24:25 | 96:9 | 10:9,24 13:21 | 74:23 75:3 | 28:11,12 |
| 31:13 | **we're (3)** | 13:21 93:10 | 85:16 87:23 | 33:10,14 |
| **Wallkill (10)** | 5:22 6:2 67:24 | **weren't (1)** | 94:12 95:13 | 35:25 39:14 |
| 10:9,14,17,19 | **weapon (40)** | 26:19 | 95:25 | 39:23,24 40:5 |
| 10:23 12:19 | 40:25 43:2 | **WHEREOF ...** | **write (3)** | 55:2 56:12 |
| 13:2,17,17 | 45:3 46:25 | 97:17 | 46:19 61:9 | 57:2,6,8,15 |
| 14:6 | 51:9,11,13 | **White (2)** | 72:21 | 57:19 58:14 |
| **want (6)** | 55:25 62:10 | 52:14 73:14 | **writing (3)** | 73:20 74:14 |
| 19:18 35:11 | 64:8 65:7,9 | **wide (6)** | 47:4,14,19 | 74:16 81:5 |
| 49:22 51:16 | 65:12 68:4,13 | 51:11 62:12 | **written (11)** | 82:10 |
| 56:15 76:12 | 73:24 74:2,5 | 65:9 74:7 | 34:21 35:6 | **yards (2)** |
| **wanted (1)** | 74:8,8,9 | 78:20 81:16 | 59:5 62:6,9 | 21:11 22:19 |
| 46:15 | 75:24 77:5 | **witness (11)** | 64:7,18 73:17 | **yeah (18)** |

19:15 24:5
29:13 34:14
40:12 53:13
54:15,21
58:25,25
60:14,24
76:16 77:2
79:4 91:13,16
91:16
**year (7)**
7:22 24:21
94:17,23 95:5
95:11,15
**years (8)**
7:9 8:4 10:16
24:20 47:9
87:4 96:2,5
**yell (1)**
13:20
**Yep (2)**
49:24 82:2
**York (26)**
1:3,8,8,8,15,15
1:15,19,21,22
1:22,24 2:4,9
2:10 4:4,10
9:8,11,17
11:4,18,25
12:4,11,13

**Z**

**zipper (3)**
31:21,22 33:6

**0**

**09A5824 (2)**
73:21 81:6

**1**

**1/2 (1)**
65:8
**1:45 (1)**
96:13
**10 (1)**
39:4
**10:00 (2)**

39:9 40:8
**10:40 (1)**
1:23
**11 (3)**
15:8,21 16:9
**11:00 (1)**
28:25
**11241 (1)**
2:4
**113.10 (3)**
64:8 78:11
80:21
**113.11 (2)**
64:8 80:21
**11A4897 (4)**
50:12,23 61:4
64:22
**12 (7)**
14:22 15:4,6,7
15:8,21,24
**1284 (1)**
4:10
**13 (2)**
15:8,21
**13026 (1)**
4:11
**13202 (1)**
2:10
**14 (2)**
15:8,21
**15 (2)**
15:21 25:16
**15-minute (1)**
88:9
**1500 (1)**
12:15
**16 (3)**
2:4 15:21
91:19
**169 (1)**
36:23
**17 (2)**
15:21 71:23
**170 (1)**
73:12
**171 (2)**

49:20 51:19
**172 (3)**
59:10,14,23
**173 (2)**
62:23,24
**177 (3)**
48:5,12,22
**178 (2)**
67:17,24
**18 (1)**
15:21
**185 (1)**
7:11
**19 (3)**
15:22 95:7
96:4

**2**

**20 (2)**
15:22 21:21
**200 (2)**
7:14,17
**2002 (2)**
7:23 8:5
**2008 (1)**
8:5
**2010 (1)**
10:15
**2013 (1)**
94:17
**2014 (1)**
94:23
**2015 (13)**
7:13 18:14
25:9 26:9,12
42:14 71:23
78:16,25
81:23 86:23
95:5 96:2
**2016 (18)**
7:15 9:3 11:19
11:23 25:12
26:25 42:17
45:2 49:9,13
52:6 57:2
60:19 64:3

65:16 89:18
95:15 96:2
**2017 (2)**
74:25 90:17
**2018 (4)**
9:23,23 91:7
91:14
**2019 (4)**
1:23 96:18
97:5,18
**21 (8)**
1:22 49:9,13
52:6 56:25
60:19 64:3
65:16
**21st (1)**
97:5
**23 (2)**
95:18 96:4
**250 (2)**
17:14 22:16
**25th (1)**
97:18
**269 (1)**
36:17
**27 (2)**
91:7,14
**276 (1)**
36:20
**28 (1)**
1:21

**3**

**3 (15)**
69:23,25 70:2
70:2,3,15,16
83:22,24 84:2
84:5,9 85:14
87:21,24
**3:00 (2)**
16:9 28:24
**3:30 (8)**
19:20,24 52:8
56:13,17,22
60:21 64:4
**30 (1)**

21:21
**300 (2)**
2:10 17:15
**36 (1)**
7:9
**37 (1)**
53:10

**4**

**4 (3)**
51:6 53:10,19
**4-5 (2)**
61:2 65:4
**4:45 (2)**
20:4,5
**40 (2)**
14:22 16:2
**49108A (1)**
81:20
**4910A (3)**
51:15 65:14
74:11

**5**

**5 (3)**
51:6 53:20
82:25
**5-foot-10 (1)**
7:11
**5/9/15 (1)**
80:13
**500 (1)**
12:20

**6**

**60 (1)**
79:11
**600 (1)**
12:20
**62 (1)**
72:6
**63 (3)**
76:18,22,24
**64 (1)**
76:19
**65 (1)**

| | | | | |
|---|---|---|---|---|
| 76:19<br>**66 (1)**<br>71:11<br>**67 (3)**<br>77:19,21,23<br>**68 (2)**<br>77:19 79:5<br><br>      **7**<br>**7:00 (1)**<br>40:11<br>**7:30 (3)**<br>39:4,8 40:12<br>**7:45 (2)**<br>78:17 80:16<br><br>      **8**<br>**8 (3)**<br>51:10 62:12<br>  65:8<br><br>      **9**<br>**9 (3)**<br>78:16,25 81:22<br>**9:17-cv-0103...**<br>1:6<br>**9:17-cv-1036 ...**<br>1:13<br>**9:45 (1)**<br>39:9<br>**9th (1)**<br>78:16 | | | | |

# CORRECTION / ERRATA SHEET 

The Letter of the Law. The Spirit of Service.

_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _____. The following changes are necessary to correct my testimony.

### CASE CAPTION:

| Page: | Line: | Should read / Corrected Testimony: | Reason for Change |
|-------|-------|-------------------------------------|-------------------|
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |

Sworn to before me this _____

Day of _____

_____
NOTARY PUBLIC

Testimony Deposition / Hearing Witness:

X _____

Print: _____

## Lexitas ◉ Court Reporting ◉ 800-788-0166

**Administrative Offices** ◉ **100 Merrick Road – Suite 320W** ◉ **Rockville Centre, NY  11570**