UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

DONNESIA BROWN,

                    Plaintiff,

          -against-     Index No.:
                        9:17-cv-1036(MAD)/ATV
STATE OF NEW YORK, NEW YORK STATE DEPARTMENT
of CORRECTIONS AND COMMUNITY SUPERVISION,
NEW YORK STATE CORRECTIONS OFFICER MATTHEW
CORNELL,

                    Defendants.

-----------------------------------------------X


                    28 Liberty Street
                    New York, New York
                    January 3, 2020
                    10:55 A.M.


          DEPOSITION of LIEUTENANT STEVEN
PYKE, Via Skype, a Non-Party Witness herein,
taken by Plaintiff, pursuant to Notice, held
at the above-noted place and time, before a
Notary Public of the State of New York.

```
 1
 2   A P P E A R A N C E S:
 3
 4        RUBENSTEIN & RYNECKI, ESQS.
              Attorneys for Plaintiff
 5            16 Court Street
              Brooklyn, New York 11241
 6
          BY:  RICHARD LEVY, ESQ.
 7
 8
 9
          THE OFFICE OF THE ATTORNEY GENERAL
10        LETITIA JAMES
              Attorney for Defendants
11            300 South State Street
              Syracuse, New York  13202
12
          BY:  AIMEE COWAN, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2                   S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by

5     and between the attorneys for the respective

6     parties herein, that the sealing and filing of

7     the within deposition be waived.

8

9        IT IS FURTHER STIPULATED AND AGREED

10    that such deposition may be signed and sworn

11    to before any officer authorized to administer

12    an oath, with the same force and effect as if

13    signed and sworn to before the officer before

14    whom said deposition is taken.

15

16       IT IS FURTHER STIPULATED AND AGREED

17    that all objections, except as to form, are

18    reserved to the time of trial.

19

20

21

22

23

24

25

1

2  L I E U T E N A N T   S T E V E N   P Y K E,

3          a Non-Party Witness herein, having

4          first duly sworn by Judy Colangeli,

5          a Notary Public of the State of

6          New York, was examined and

7          testified as follows:

8              THE REPORTER:  State your name for

9          the record.

10             THE WITNESS:  Lieutenant Steven Pyke.

11             THE REPORTER:  State your business

12         address for the record.

13             THE WITNESS:  Marcy Correctional

14         Facility, 9000 Old River Road, Marcy,

15         New York  13403.

16 EXAMINATION BY

17 MR. LEVY:

18     Q     Good morning, Lieutenant Pyke.

19     A     Good morning.

20     Q     My name is Richard Levy.  I am from

21 the law firm of Rubenstein & Rynecki.

22         I am going to be asking you some

23 questions in this proceeding called a deposition.

24         Before we begin, I will go over a few

25 basic ground rules so everything goes smoothly.

1            Lieutenant Steven Pyke

2            If, at any time, you don't understand

3    a question that I am asking or you would like me to

4    rephrase it another way, I will be happy to do so.

5            If you answer a question, it will be

6    assumed you understood the question.

7            If you would like to take a break for

8    any reason, let us know, and we'll be happy to

9    accommodate that.

10            I ask that you don't ask to take a

11    break if I have asked you a question and you

12    haven't given an answer to it yet.

13            Keep all of your responses verbal so

14    the reporter can take down everything that is being

15    said.  She can't take down nodding of your head,

16    gesturing, pointing, indicating; everything has to

17    be said verbally.  We have to make a clear record

18    of the questions and of the answers, and the

19    reporter can't take down two people speaking at the

20    same time.

21            Wait until I ask a full question and

22    I will wait for you to give your answer before I

23    ask my next question.

24            Do you understand those instructions?

25        A       Yes.

1                    Lieutenant Steven Pyke

2          Q          Are you presently an employee of the

3     New York State Department of Corrections?

4          A          Yes.

5          Q          Your current assignment is at the

6     Marcy Correctional Facility?

7          A          Yes.

8                    MR. LEVY:  Before we go any further,

9               Miss Cowan, should his testimony be

10              required at the time of trial, will you

11              agree to accept a subpoena on his

12              behalf?

13                   MS. COWAN:  Sure.

14                   MR. LEVY:  Thank you.

15                   MS. COWAN:  If he's still employed by

16              the Department of Corrections.

17                   MR. LEVY:  Understood.

18          Q          Lieutenant Pyke, how old are you?

19          A          Me, I am 44.

20          Q          What's your highest level of

21     education?

22          A          Some college.

23          Q          When did you last have any college?

24          A          1996.

25          Q          Do you have any military experience?

1                    Lieutenant Steven Pyke

2          A        No.

3          Q        When did you first start working for

4    the State of New York in the Department of

5    Corrections?

6          A        April 12, 1999.

7          Q        At that time, did you enter into an

8    academy or some sort of training program?

9          A        Yes.  I went to the Albany training

10   academy.

11         Q        How long of a program is that?

12         A        At the time, I believe it was seven

13   weeks.

14         Q        What sort of things are you trained

15   in, instructions that you are given?

16         A        They train you in some correctional

17   law, they train you on some defensive tactics, you

18   do some physical fitness type sort of paramilitary,

19   report writing, chemical agents, firearms.

20                  That's about it.

21         Q        That seven-week training, is that a

22   requirement for all Department of Corrections

23   workers?

24         A        That are considered officers, peace

25   officers.

1          Lieutenant Steven Pyke
2     Q      Could you briefly go through your
3  employment history with the Department of
4  Corrections, where your first assignment was up to
5  the present time?
6     A      Sure.
7            After I graduated from the academy, I
8  went to Auburn for two weeks of training.
9            Then I was assigned to Green Haven
10 Correctional Facility.  I was there for
11 approximately nine months.
12           Then I transferred back to Auburn
13 Correctional Facility.  I worked there as an
14 officer up to May of 2015 when I was promoted to
15 sergeant.
16           They sent me up to Bare Hill
17 Correctional Facility, which is in Malone,
18 New York.  I was there approximately a month, and I
19 transferred back to Auburn.
20           I worked as a sergeant at Auburn from
21 when I got back until October 8 of 2018, then I was
22 transferred to Marcy Correctional Facility and was
23 promoted to lieutenant, and that's where I work
24 currently.
25     Q      In order to become a sergeant, do you

```
 1                  Lieutenant Steven Pyke
 2    have to any take any kind of a test, a performance
 3    evaluation?
 4         A       It's a civil service promotional exam.
 5         Q       How many times did you take that
 6    exam?
 7         A       Three times total.
 8         Q       When exactly was it when you became a
 9    sergeant?
10         A       I believe it was May 2015 or 2014.
11                 MS. COWAN:  If you recall.
12         A       It was 2015 or 2014, I apologize.
13         Q       In order to become a lieutenant,
14    similarly, you have to take a civil service exam?
15         A       Yes.
16         Q       How many times did you take that exam?
17         A       Just one time.
18         Q       You have been a lieutenant since
19    October of 2018?
20         A       '18, yes.
21         Q       Can you just go over a few of the
22    basic functions of a correctional officer?
23         A       It's basically, in a nutshell, care,
24    custody and control of the inmate population.
25         Q       Can you detail that?
```

```
 1              Lieutenant Steven Pyke
 2      A       You want me to elaborate?
 3      Q       A little bit.
 4      A       The daily runnings of a correctional
 5 facility, the officers are a necessity for the
 6 running of the facility.  They take counts of the
 7 inmates; the inmates in and out of their cells,
 8 direct them to chow, school, recreation.
 9              They are empowered to write
10 misbehavior reports for the actions that the
11 inmates may take.
12              In those actions, which are sometimes
13 violent, they have to use force.  That's basically
14 it in a nutshell of what they do.
15      Q       How about if an officer is going to
16 frisk an inmate, is there a procedure for that?
17      A       An officer can frisk an inmate at any
18 time.  They do need authorization for certain
19 things like a self frisk; that is not random.
20              Strip frisking an inmate, they need
21 authorization, things of that nature.
22      Q       Who would the authorization come
23 from?
24      A       The sergeant would determine probable
25 cause for certain things like strip frisks, self
```

                    Lieutenant Steven Pyke

1

2   frisks.   Usually you get authorizations for a

3   non-ordinary, to search someone's cell for tips,

4   things like that.

5               The Captain's office gets tips,

6   sometimes we get notes from other inmates, things

7   of that nature, and we'll proceed with the

8   investigation, and go on that route.

9        Q        Can you state for the record what is

10   meant by a self frisk?

11       A        Self frisks, self search, they go in

12   and go through the inmate's belongings looking for

13   contraband.

14       Q        Are there times where the self frisk

15   is done at random?

16       A        Yes.

17               Albany just generates a random list

18   that officers have to conduct daily.

19       Q        There are times where self frisk is

20   based you on probable cause?

21       A        Probable cause, suspicion.

22       Q        In terms of strip frisk, that has to

23   be authorized; correct?

24       A        An officer has to be authorized to do

25   a strip frisk, yes.

1                    Lieutenant Steven Pyke

2        Q        Are there protocols or procedures

3    that are to be followed before a strip frisk is

4    done?

5        A        Absolutely.

6        Q        Can you state what those are?

7        A        Can you rephrase the question real

8    quick so I can understand it?

9        Q        Sure.

10                 Are there certain protocols or

11   procedures that must be adhered to when conducting

12   a strip frisk?

13       A        Okay.  Yes.

14                 A strip frisk has to be done in an

15   area that's comfortable in temperature.  It's

16   accommodating to the fact of the inmate's privacy,

17   for he's going to be getting naked, so for his

18   comfort level and privacy.

19                 We'll get some information usually

20   from a pat frisk stating that they felt an unknown

21   object or they, during the pat frisk, they felt

22   something somewhere that would require further

23   investigation or a strip frisk to find out what

24   that may be.

25       Q        I'd like to talk about Auburn

1              Lieutenant Steven Pyke
2    Correctional Facility.
3         A      Okay.
4         Q      How many inmates does Auburn hold?
5         A      I believe it's somewhere in between
6    fifteen and sixteen hundred.
7         Q      You have worked both as an officer at
8    Auburn as well as a sergeant; is that correct?
9         A      Correct.
10        Q      How is Auburn set up in terms of cell
11   blocks?
12        A      I would say it's kind of in a block
13   pattern, like a square pattern.  It starts off, if
14   you're looking into the yard, you have E-Block,
15   then A-Block, then B-Block.
16               On the other side, you have D-Block
17   and C-Block.
18        Q      Are there blocks that are bigger than
19   others?
20        A      Yes.
21        Q      Can you describe that?
22        A      A-Block is the biggest block in the
23   facility.  I don't know the exact numbers.
24               C and D are similar in size.
25               B-Block and E-Block are smaller in

1                    Lieutenant Steven Pyke
2    size.
3         Q        In January of 2016, who was the
4    superintendent of Auburn Correctional Facility?
5         A        I believe it was Harold Graham.
6         Q        As of January of 2016, you were
7    working as a sergeant at Auburn Correctional
8    facility?
9         A        Correct.
10         Q        Did you work a particular tour or a
11    time of day?
12         A        Yes.  But I am not really sure.  I
13    switch from afternoons to days.  I am not sure of
14    the exact time I switched.  But yes, I did work
15    separate tours.  I did work specific tours at
16    certain times.
17         Q        Can you state what the different
18    tours' time frames are?
19         A        Sure.
20                  Well, when I was on afternoons, you
21    would like to know what jobs I had?
22         Q        Yes.
23         A        Afternoons, I had a job which
24    consisted as a relief.  I worked two days in SHU.
25    I had two days of A and E-Block, one day of C- and

```
 1                 Lieutenant Steven Pyke
 2    D-Blocks.  That was my afternoon job.
 3                 When I did switch to days, I had two
 4    days D-Block, two days charts, one day
 5    miscellaneous.  They could put me anywhere they
 6    needed me.
 7         Q      What time of day is the day tour?
 8         A      The day tour is -- the majority, it's
 9    seven to three.  7 a.m. to 3 p.m.
10         Q      What time of day is the afternoon
11    tour?
12         A      Three p.m. to 11 p.m.
13         Q      Is there any type of record that is
14    kept that would indicate what tour you were working
15    on any given day?
16         A      Yes.
17         Q      What is that?
18         A      It would definitely be in the watch
19    commander logbook.
20                 At that time, logbooks in the block,
21    they dictate who is the on-site supervisor for that
22    area.  That would be about it.
23         Q      As of January of 2016, did you know a
24    correction officer at Auburn Correctional Facility
25    named Matthew Cornell?
```

```
 1                 Lieutenant Steven Pyke
 2        A      Yes.
 3        Q      How long, as of that time, had you
 4   known Matthew Cornell?
 5        A      I knew him from when I got back as a
 6   sergeant.  I didn't know him to that point.
 7        Q      So either May of '14 or May of '15?
 8        A      Right.  When I came back as a
 9   supervisor at Auburn, yes.
10        Q      Were you aware of where Officer
11   Cornell worked at Auburn in January of 2016?
12        A      Yes.
13        Q      Where?
14        A      He worked as a yard officer on the
15   afternoon shift.
16        Q      What are the job responsibilities of
17   a yard officer?
18        A      They patrol the yard when
19   recreational is out, they do duties for the mess
20   hall runs when it's coverage for the mess hall or
21   one of the galleries run from the chow and such.
22               They may have to count depending on
23   which job they have, or whatever extra supervisor
24   deems what they need to do as directed.
25        Q      Can you state for the record what is
```

```
 1              Lieutenant Steven Pyke
 2   meant by the count?
 3        A     They do on afternoons, on his tour,
 4   there's a mandatory count at 5 p.m., and I think it
 5   was a 10:30, 11:00 count.
 6        Q     P.M.?
 7        A     P.M.
 8        Q     There would be two counts during the
 9   day?
10        A     No.  This is the afternoon shift.
11        Q     Were there counts during the day
12   shift as well?
13        A     Yes.
14        Q     What times were they conducted?
15        A     Seven a.m.  They start at 11:00
16   count.  I am not sure if it was at that time, and
17   that's it for the day shift.
18        Q     Did the different blocks have
19   different times scheduled to be in the yard?
20        A     Yes.
21        Q     Do you know what those times were?
22        A     They rotate on a daily basis.  They
23   split the yard schedule between the main yard and
24   the south yard just to limit the number of inmates
25   that come out at any given time.
```

```
1               Lieutenant Steven Pyke
2               I can't speak for who had yard what
3   day at that time, but they do split it up.  If
4   C- and D-Blocks have yard, they would be in the
5   separate yards.
6               If A-, B- and E-Block had yard, B and
7   E in one block, and "A" yard would be in the other
8   block.
9        Q      It's a rotating schedule; in other
10  words, D-Block wouldn't necessarily be in the yard
11  at a certain time every day?
12       A      Correct.
13       Q      Do you know approximately how many
14  inmates were on D-Block?
15              MS. COWAN:  In 2016?
16              MR. LEVY:  Yes.
17                  In January 2016.
18              MS. COWAN:  If you know.
19       A      I couldn't give you a definite
20  number.
21       Q      Can you give me an approximation?
22       A      In C-Block, you're saying?
23       Q      D.
24       A      D-Block?
25       Q      Yes.
```

1                Lieutenant Steven Pyke

2        A        I am trying to remember now.   Three

3    hundred-ish.

4        Q        During an afternoon tour, how many

5    officers are assigned to D-Block?

6        A        On the afternoon tour, you have three

7    officers; you have a first officer, a second

8    officer and a third officer that run the block.

9                When it's time for counts, mess hall

10   runs and yard runs, extra staff comes in to help

11   with those.

12       Q        How many extra staff?

13       A        For counts, there's one per gallery.

14   On yard runs -- go ahead.

15       Q        How many galleries are there in

16   D-Block?

17       A        D-Block, there are seven galleries

18   along with D-8 company, which is a depot gallery.

19       Q        You were saying for mess hall runs,

20   there are additional staff?

21       A        Yes.

22       Q        At what time would that be, mess hall

23   runs?

24       A        Mess hall runs are usually about a

25   half an hour, after the 5:00 count, so 5:30ish.

1            Lieutenant Steven Pyke

2      Q      What time is lunchtime?

3      A      Lunch is about 11:30 in the morning.

4      Q      For the afternoon shift, how many

5 sergeants will there be assigned to the D-Block?

6      A      Just one.

7      Q      One?

8      A      Yes.  He's also covering C-Block, the

9 hospital, the infirmary.

10     Q      If you were the sergeant on the

11 afternoon shift, you could be assigned to covering

12 D-Block, C-Block as well as the infirmary area?

13     A      Yes.  That's part of the job.

14     Q      When you were working in an afternoon

15 shift as a sergeant, who was your supervising

16 officer?

17     A      That would be the afternoon watch

18 commander.

19     Q      Would that be a lieutenant?

20     A      Yes.

21     Q      In January of 2016, do you know who

22 your watch commander was?

23     A      I can't recall.

24     Q      Do you recall working with a

25 Lieutenant Quinn?

1                  Lieutenant Steven Pyke
2         A      Yes.
3         Q      Do you know Lieutenant Quinn's first
4   name?
5         A      I believe it's Tim.
6         Q      Supervising the lieutenant, who would
7   that be?
8         A      On the afternoon shift, you're
9   talking about?
10        Q      Yes.
11        A      On the afternoon shift, he's the
12  highest ranking person in the building at the time
13  or in the facility at the time, and he makes phone
14  calls to others if he needs direction.
15        Q      Others like the superintendent?
16        A      The superintendent, captains, higher
17  ranking than them.
18        Q      When a strip frisk is performed by an
19  officer, would the officer wear gloves?
20        A      Not necessarily.  Some do; some
21  don't.
22        Q      Is the choice up to the officer?
23        A      Yes.
24        Q      Prior to January of 2016, were you
25  aware of or did you know an inmate at Auburn by the

1                    Lieutenant Steven Pyke
2    name of Donnesia Brown?
3         A       No.
4         Q       Is it fair to say that on occasion at
5    Auburn Correctional Facility there will be fights
6    among inmates?
7         A       Yes.
8         Q       In January of 2016, were you aware of
9    any fight that involved an inmate named Donnesia
10   Brown?
11        A       Not to my knowledge.
12        Q       Are officers at Auburn Correctional
13   Facility afforded the use of a locker?
14        A       Yes.
15        Q       Where are the lockers located?
16        A       In the administration building.
17        Q       In relation to the cell blocks, where
18   is the administration building?
19        A       It's in the front of the facility.
20        Q       Is it closer to any one of the cell
21   blocks?
22        A       No.  It's in general relation to all
23   of them.
24        Q       As an officer at Auburn, are you
25   afforded the use of any type of equipment?

1               Lieutenant Steven Pyke

2        A        Yes.

3        Q        Can you describe the equipment that

4   an officer had to carry on their person?

5        A        Yes.

6                 They have keys to work their daily

7   duties, they're afforded a baton.  In the past few

8   years, OC pepper spray for certain posts.  I think

9   that's about it.

10                Handcuffs, if need be, if it's in the

11  scope of what duties they have.  I think that's

12  about it.

13       Q        Do they have any kind of handcuffs or

14  any kind of restraints?

15       A        They were carrying restraints

16  depending on what job they have for that day.

17       Q        Do they carry gloves?

18       A        If they choose to.

19       Q        Are any officers at Auburn authorized

20  to carry a firearm?

21       A        Only in the tours and the sally ports.

22       Q        You mentioned an area at Auburn

23  called the SHU?

24       A        It's a special housing unit used to

25  detain people that can't follow direction, get into

1                    Lieutenant Steven Pyke
2    serious instances, things of that nature.
3         Q        Would it be fair to say it's a
4    disciplinary unit?
5         A        Yes.
6         Q        On the D-Block, are the inmates
7    housed in a cell with any other inmates?
8         A        No double bunk.  They took those down
9    quite a few years back.
10        Q        As of January of 2016, an inmate
11   would be housed by themselves in a cell?
12        A        Yes.
13        Q        On January 21, 2016, do you have any
14   independent recollection of a search of an inmate
15   being performed by Officer Matthew Cornell that you
16   authorized?
17        A        I worked with Cornell on several
18   incidents.  I would like not to say I remember one
19   over the other.
20        Q        Before coming here today, did you
21   review any paperwork associated with the reason why
22   you are testifying here today?
23        A        Just my paperwork.
24        Q        After you read it, did it refresh
25   your recollection as to the incident contained

```
 1              Lieutenant Steven Pyke
 2   within your report?
 3       A     I hate to say yes, but somewhat.
 4   Somewhat.  You know, these things happen.
 5       Q     I guess what I am asking is, I am
 6   assuming you read your statement as it pertains to
 7   a search conducted by Matthew Cornell of Inmate
 8   Donnesia Brown on January 21, 2016; correct?
 9       A     Yes.
10       Q     After you read your statement, did it
11   refresh your recollection of the events contained
12   within the report?
13       A     Within that report, yes.
14             MS. COWAN:  So we are talking about a
15          memo dated January 21, 2016 from
16          Sergeant Pyke to Lieutenant Quinn.
17             MR. LEVY:  Correct.
18             I believe we have it marked Brown
19          vs. Cornell, it's Bates stamped 000170.
20             Do you have that?
21             MS. COWAN:  Yes.
22       Q     Specifically, Lieutenant Pyke, that's
23   the memorandum that you reviewed earlier?
24       A     Yes.
25       Q     Other than this memorandum, did you
```

```
 1              Lieutenant Steven Pyke
 2    look at any other paperwork related to these
 3    events?
 4         A      No.
 5              MS. COWAN:  It is 11:30, do you need
 6           to feed your meter?
 7                I don't want you to get a ticket.
 8              THE WITNESS:  How much longer do you
 9           think you will be?
10              MR. LEVY:  Feed your meter.
11              (Whereupon, a recess is taken.)
12              MR. LEVY:  Back on the record.
13         Q      We were just talking about a
14    memorandum that was submitted by you, Sergeant
15    Steven Pyke, and it's dated January 21, 2016;
16    correct?
17         A      Correct.
18         Q      Who were you writing this to?
19         A      This is to Lieutenant Quinn.  He
20    would have been the watch commander at that time.
21         Q      What is the reason you were writing
22    this report?
23         A      This summarizes the incident of this
24    weapon being found.
25         Q      Where it says on the memorandum,
```

```
 1              Lieutenant Steven Pyke
 2   there's a line that says, "Subject:" Do you see
 3   that line, and it says, "U.I. #"?
 4        A     Yes.
 5        Q     Do you know what that means?
 6        A     Yes.
 7        Q     What is that?
 8        A     That's Unusual Incident, and the
 9   number after that would be the incident number for
10   that year.  So 2016, it was the 23rd unit incident
11   of that year.
12        Q     This is a report that is required to
13   be done under what circumstances?
14        A     This is being done as part of an
15   unusual incident that is set up for the policy of
16   the department.
17        Q     If an officer conducts a pat frisk
18   and finds contraband on an inmate, is a report like
19   this by the sergeant required to be done?
20        A     It depends on the contraband.
21        Q     When a strip frisk is done, is a
22   report like this to be done?
23        A     Only if a serious contraband is
24   found.
25        Q     If a self frisk is done, is a report
```

```
 1              Lieutenant Steven Pyke
 2   like this required?
 3        A       Only if serious contraband is found.
 4        Q       Could you please read your memorandum
 5   into the record?
 6        A       "On the above date and approximately
 7   3:30 p.m. I ordered Officer M. Cornell to perform a
 8   self frisk of Inmate Brown D. 11A-4897 who locked
 9   in D-4-37 cell.  Officer Cornell ordered Brown out
10   of his cell and submit to a pat frisk.  During the
11   pat frisk Officer Cornell felt an unknown object in
12   Brown's buttocks area.  At that point I authorized
13   Officer Cornell to perform a strip frisk of Brown
14   in D-Block 4 and 5 center room.  During the strip
15   frisk Brown voluntarily surrendered an ice pick
16   type weapon from between his buttocks.  The
17   remainder of the strip frisk was conducted with no
18   further contraband found.  Brown was placed in
19   mechanical wrist restraints and per your direction
20   was escorted to SHU-D by Officer G. Steinberg and
21   myself.  Brown was processed in SHU-D where he
22   failed three triggers on the 3152 mental health
23   screening form and was admitted to MHU isolation
24   room 6.
25              "The weapon measures 8 inches x 1/2
```

1              Lieutenant Steven Pyke

2    inch fashioned from a toothbrush sharpened to a

3    fine point at one end with the other end having a

4    cloth handle.   Pictures were taken of the weapon

5    then it was bagged and placed in the evidence drop

6    box per directive 4910A.   All other supporting

7    documentation has been filled out and filed.

8                  "Respectfully submitted, S. Pyke

9    Sergeant."

10                 And that is my signature.

11        Q     Do you know what led to the self

12    frisk of Inmate Brown?

13        A     I can't speak for it positively, but

14    I hate to even assume, but we do get tips all the

15    time and confidential information, and we do an

16    investigation and act on those.

17        Q     Do you know if Brown's cell was

18    frisked prior to the pat frisk?

19        A     I am reading this the way this

20    happened.   I am going to say it was frisked after

21    the fact.

22        Q     Can you describe the procedure for a

23    self frisk?

24        A     Sure.

25                 An officer will go in, they will go

1                    Lieutenant Steven Pyke

2      through all the inmate's belongings, check under

3      the bed, check under all the stuff, go through all

4      the property just to find contraband.

5            Q      Is that done just by the officer?

6            A      Officer or officers, depending.

7            Q      An officer conducts a self frisk by

8      himself?

9            A      He can conduct a self frisk by

10     himself.

11           Q      Will the inmate be monitored or

12     watched by another officer outside of his cell?

13           A      Yes.  As long as it's not a security

14     risk.

15           Q      Do you recall observing the strip

16     frisk conducted by Officer Cornell on Inmate Brown?

17           A      Not specifically.

18           Q      Other than reading what you wrote in

19     your report, do you recall Officer Cornell

20     obtaining an ice pick type weapon from Inmate Brown

21     on January 21, 2016?

22           A      Not specifically.

23           Q      Do you recall on January 21, 2016

24     Inmate Brown surrendering an ice pick weapon that

25     was between his buttocks to Officer Cornell?

1                  Lieutenant Steven Pyke

2        A        Not specifically.

3        Q        The D-Block 4 and 5 center room, can

4    you describe where that is on D-Block?

5        A        Sure.

6                  When you go up the stairs in the

7    block, there are galleries of desks on both sides.

8    In between those are the center rooms.  You refer

9    to them as the center rooms.  These rooms are

10   basically entrances to the catwalk which goes down

11   to all the power and plumbing in the facility, but

12   officers will use that as a place to sit while

13   they're waiting to run yard or mess hall or things

14   of that nature.  It's also a private area where we

15   can put someone down and strip frisk an inmate if

16   necessary.

17       Q        Is there a door to the D-Block 4 and

18   5 center room?

19       A        Yes.

20       Q        Other than Officer Cornell and Inmate

21   Brown, do you recall being inside the D-Block 4 and

22   5 center room at the time this search was commenced?

23       A        I can't recall specifically, but I

24   would have been in there if there was a strip frisk

25   going on in my area.

Lieutenant Steven Pyke

1

2        Q        Do you know whether or not there were

3    any other officers present for the strip frisk that

4    is referenced in your January 21, 2016 memorandum?

5        A        No.

6        Q        Is the D-Block 4 and 5 center room

7    the closest one of these types of rooms to Cell

8    D-4-37?

9        A        Yes, it would be.

10       Q        What level is the D-4-37 cell located on?

11       A        That would be the third tier up.

12   That would be the third tier up from the

13   downstairs.  It's the top tier of the block.

14       Q        I am sorry if I asked you this.  I

15   don't remember if I did.

16                Do you know why you ordered Officer

17   Cornell to perform a self frisk on Inmate Brown?

18       A        The actual going to Inmate Brown?

19       Q        Yes.

20       A        I don't know in specifics whether it

21   was confidential information or from the captain's

22   office or a tip of some sort that we were following

23   up on.

24       Q        When contraband is found on an

25   inmate, is an officer required to prepare something

```
 1                    Lieutenant Steven Pyke
 2   called a misbehavior report?
 3        A     Yes.
 4        Q     As an officer, have you, in the past,
 5   filled out misbehavior reports?
 6        A     Personally, yes.
 7              MR. LEVY:  Can he be shown the
 8           document that is No. 173.
 9              MS. COWAN:  Sure.
10        Q     Lieutenant Pyke, have you had an
11   opportunity to look at this document, this inmate
12   misbehavior report?
13        A     Yes.
14        Q     Did you have an opportunity to read it?
15        A     I can read through it right now if
16   you like.
17        Q     If you could.
18        A     (Witness reads document.)
19              Okay.
20        Q     Does your signature appear at the
21   bottom of this page?
22        A     Yes.  I endorsed it, yes.
23        Q     There's an area of supervisor
24   endorsement; correct?
25        A     Yes.
```

1                    Lieutenant Steven Pyke

2          Q        Does the information contained within

3    this inmate misbehavior report correctly state the

4    incident as you observed it that day?

5          A        It doesn't specifically say that, but

6    I would have been in the room when this happened

7    for the strip frisk part.

8          Q        It's marked 177.  It's part of the

9    same disclosure packet.

10                   Do you have that, a photograph?

11         A        Yes.

12         Q        Can you take a look at that,

13   Lieutenant Pyke?

14         A        Okay.

15         Q        Do you recognize the individual that

16   is photographed on this page?

17         A        No.

18         Q        You couldn't say one way or another

19   if this person on this page is somebody that you

20   had a problem with as an inmate or if he was a

21   model inmate?

22         A        Not specifically, no.

23         Q        We can agree, though, that the person

24   shown on this page, according to this document, is

25   identified as an inmate named D. Brown; correct?

```
 1              Lieutenant Steven Pyke
 2       A      Yes.
 3       Q      I'd like, if you could, turn the
 4  page, it's document No. 178.
 5       A      Yes.
 6       Q      This document is entitled:
 7  "Contraband/Evidence Photograph Card"; correct?
 8       A      Correct.
 9       Q      This item that we see photographed on
10  the page, it's approximately eight inches long, do
11  you recognize ever seeing that item before?
12       A      Specifically, no.  I have seen a lot
13  of weapons over the years.
14       Q      Specifically this one?
15       A      Not specifically.
16       Q      More specifically, do you recall this
17  January 21, 2016 strip search of Inmate Brown, if
18  this item was specifically recovered?
19       A      I can't say one way or the other if
20  this was the one or not just by what our evidence
21  is in the packet here.
22              I never specifically take possession
23  of contraband, you know what I mean.
24              Does that make sense?
25              MR. LEVY:  Understood.
```

```
 1              Lieutenant Steven Pyke
 2        Q      Do you know what the procedure is
 3   once contraband is obtained, what is the procedure
 4   then done?
 5        A      Yes.
 6        Q      What is done?
 7        A      It's held on his person for chain of
 8   evidence.  He will secure it on the person, the
 9   officer or officers that find the contraband.  It's
10   brought up front and processed.  If you need to
11   know that stuff, we photograph it, we place it in
12   evidence bags and it's secured in a dropbox.
13        Q      As a sergeant supervising and
14   endorsing the search, do you have any other
15   involvement once your report is done?
16        A      With what happens with the inmate?
17        Q      Yes.
18        A      Other than bringing him to the
19   disciplinary unit, I had no other dealings.
20        Q      You wrote in your report that this
21   inmate failed three triggers on the 3152 mental
22   health screening form?
23        A      Yes.
24        Q      Do you know what that is?
25        A      I do.
```

```
 1              Lieutenant Steven Pyke
 2         Q      What is that?
 3         A      When he is being processed into SHU,
 4    the disciplinary unit, the supervisor in that unit
 5    will ask him a series of mental health questions.
 6    If he answers questions a certain way, that sets
 7    triggers where they have to be evaluated by a
 8    mental health clinician.
 9         Q      Were you present for that or you just
10    heard about that afterward?
11         A      That all gets related to me and put
12    into reports.
13         Q      What is the MHU isolation room 6?
14         A      That is in our mental health unit.  I
15    believe it's six secured cells that are monitored
16    24 hours a day for mental health issues.
17         Q      The cell in which the inmate stays on
18    the D-Block, is that a solitary cell on D-Block
19    where the inmate is housed, he's by himself in that
20    room; correct?
21         A      He's by himself in that specific
22    cell, but he's on a row of several other cells.
23         Q      And then in SHU, he's housed by
24    himself; correct?
25         A      Along a row of other cells as well,
```

1               Lieutenant Steven Pyke
2    but he's only in his cell by himself.
3         Q       Is the MHU isolation room something
4    different?
5         A       Yes.  It's a separate entity from HSU.
6         Q       What differentiates it?
7         A       Okay.  Mental health observation
8    rooms are not punitive, if that makes sense.  It's
9    more for protection from themselves, protecting
10   themselves from themselves or others in that
11   regard.
12        Q       The item that was photographed on
13   that page 178 in the contraband/evidence photograph
14   card, did Officer Cornell plant that item on Inmate
15   Brown?
16        A       No.
17        Q       Why do you say that?
18        A       Because I was there the whole time.
19   I would have been there the whole time, and I would
20   have known if there was malfeasance.
21        Q       Do you know whether or not Officer
22   Cornell had a significantly higher number of
23   misbehavior reports as opposed to any other officer
24   at Auburn Correctional Facility during the time you
25   worked with him?

1                Lieutenant Steven Pyke

2                MS. COWAN:   Objection.

3                     Go ahead.   You can answer.

4        A      I can't speak for how many reports he

5    has written.

6                In the job duties that he performs on

7    a daily basis, he can be subject to having more,

8    how do I say this, more things happen in his area.

9        Q      Why is that?

10       A      Just specifically for his duties

11   being in the yard, a lot of fights happen out

12   there, a lot of different things, and Officer

13   Cornell was a constant mover; meaning, he didn't

14   like to sit still.   He always would be out seeing

15   what is going on, pat frisking guys, keeping guys

16   in check.

17               When I say "guys," I mean inmates.

18   And he did a lot of stuff for supervisors whether

19   it was frisking cells because his job had that

20   latitude.

21       Q      Did you ever have any problems with

22   Officer Cornell?

23       A      No.

24       Q      Are you aware of any disciplinary

25   issues that Officer Cornell had?

1                Lieutenant Steven Pyke

2           MS. COWAN:   Objection.

3                Go ahead.

4      A     Just from what I heard.

5      Q     You were aware at some point that

6  Officer Cornell was suspended from his job?

7      A     Yes.

8      Q     I am asking you before that occurred,

9  were you aware of any disciplinary problems or

10  issues that Officer Cornell had?

11           MS. COWAN:   Objection.

12                Go ahead.

13      A     I wasn't aware.

14      Q     Do you know what became of the

15  charges against Inmate Brown at Auburn Correctional

16  Facility for possessing this contraband?

17      A     I didn't follow up on what charges he

18  received.

19      Q     Do you know if he received any

20  outside charges?

21      A     Not to my knowledge.

22      Q     After Officer Cornell was suspended

23  from his job, did you keep in any kind of contact

24  with him?

25      A     No.

```
1                Lieutenant Steven Pyke
2        Q       Were you friendly with Officer
3  Cornell?
4                MS. COWAN:  Objection.
5                     You can answer, if you can.
6        A       At work, we were friendly enough as a
7  work colleague.  I never hung out with him out of
8  the workplace.
9        Q       That's what I am asking, it's fair to
10 say you have a friendly relationship with
11 coworkers.
12               I am asking if you were friends with
13 him outside of work; were you not?
14       A       I wasn't friends with him outside of
15 work, no.
16       Q       Do you know whether or not Officer
17 Cornell kept contraband he found in a locker at
18 Auburn?
19               MS. COWAN:  Objection.
20                   Go ahead.
21       A       Not to my knowledge.
22       Q       Do you know whether or not a locker
23 with contraband was discovered at Auburn
24 Correctional Facility?
25       A       Not to my knowledge.
```

```
 1                    Lieutenant Steven Pyke
 2         Q        Do you know if Officer Cornell was
 3    fired from his job or if he resigned from his job
 4    or something else?
 5                    MS. COWAN:   Objection.
 6                    Go ahead.
 7         A        From what I know, he was terminated.
 8    My knowledge of that was an unsecured baton.
 9         Q        Just to clarify, it's your
10    understanding that Officer Cornell was terminated
11    from the job from New York State Corrections
12    because he possessed an unsecured baton?
13         A        That's to my knowledge.
14         Q        I am just going back to the strip
15    search that was conducted by Officer Cornell on
16    January 21, 2016.
17                    Do you recall Inmate Brown's clothes
18    being removed in the D-Block 4 and 5 center room?
19         A        Not Brown specifically.
20         Q        When the clothing is removed from an
21    inmate for conducting a strip search, does the
22    inmate remove his clothes or is it taken off of the
23    inmate?
24         A        No.  The inmate removes it himself.
25         Q        When your report says Brown was
```

1              Lieutenant Steven Pyke

2    placed in mechanical wrist restraints, what is

3    meant by that?

4         A        Handcuffs.

5         Q        Specifically, regarding this strip

6    search, do you know whose handcuffs were used?

7         A        It could have been mine or it could

8    have been Cornell's.

9         Q        You don't have a specific

10   recollection of that?

11        A        No.

12        Q        This center room that we are talking

13   about, can you approximate the dimensions of that

14   room, it's size?

15        A        Maybe eight foot by five foot.

16        Q        The door to that room, is there a

17   window in that door?

18        A        Let me remember now.  Some blocks do

19   and some blocks don't, I think.  I can't remember.

20        Q        Are there cameras that cover that

21   room?

22        A        No.

23        Q        Do you recall this Inmate Brown

24   protesting at all when this strip frisk was being

25   performed?

1                    Lieutenant Steven Pyke

2         A       I can't remember specifically.

3         Q       Do you recall anything that may have

4    been said by either Officer Cornell or Inmate Brown

5    during this particular strip search?

6         A       I can't recall.

7         Q       According to your memorandum, it was

8    Lieutenant Quinn that directed that this Inmate

9    Brown be taken to HSU; correct?

10        A       Correct.

11        Q       He was escorted there by you and an

12   Officer G. Steinberg according to this report?

13        A       Yes.

14        Q       Who is that Officer G. Steinberg?

15        A       He's another officer that works in

16   the facility.

17        Q       Do you know what the "G" stands for?

18        A       Gary.

19        Q       Do you know if he still works at

20   Auburn?

21        A       I believe he's a sergeant; he's been

22   promoted.

23        Q       Can you describe Officer Steinberg

24   physically, what he looks like?

25        A       A pretty good size fellow.  Stout,

```
 1              Lieutenant Steven Pyke
 2    stocky, six-two; six-three.
 3         Q      Is he white?
 4         A      Yes.
 5         Q      What's your height?
 6         A      I am six-two.
 7         Q      In January of 2016, what did you
 8    weigh approximately?
 9         A      235.
10         Q      How would you describe Officer
11    Cornell's physical appearance?
12         A      He's shorter than me.  He's slender,
13    dark hair.  That's about it.
14         Q      Other than you testifying here now
15    and the report that you did associated with this
16    strip frisk, did you give any other statements
17    whether they were sworn or otherwise regarding this
18    particular strip frisk?
19         A      Not that I remember.
20         Q      If an inmate is found to have
21    contraband, there would be a Tier III hearing;
22    correct?
23         A      Yes.
24         Q      That would be sort of a trial in the
25    correctional facility?
```

1                    Lieutenant Steven Pyke

2        A        Internal causation, yes.

3        Q        Do you recall giving testimony at

4   that regarding the strip frisk?

5        A        It's possible.

6        Q        You may have?

7        A        I may have.  I don't remember.  It's

8   possible.

9        Q        Is there anything that you, as a

10  sergeant, are wearing on your uniform that

11  differentiates you being a sergeant from a regular

12  correction officer?

13       A        Yes.  My shirts are a different

14  color, and I have chevrons on my collar, brass.

15       Q        Your shirt would be white?

16       A        Yes.  White collar.

17       Q        And a correction officer's shirt

18  would be blue?

19       A        Blue.

20       Q        I know you said it was up to the

21  officers who were conducting a strip search to wear

22  gloves or not; correct?

23       A        Yes.

24       Q        Is there ever any concern by the

25  facility that if contraband is found that the

1            Lieutenant Steven Pyke

2    officer's fingerprints would be on that contraband?

3               MS. COWAN:   Objection.

4        A      I never heard that concern.

5        Q      You recall an inmate at Auburn named

6    Thomas Osborne or Osborne Thomas?

7        A      It doesn't sound familiar.

8        Q      Are you aware of any allegations that

9    Officer Cornell planted contraband on inmates at

10   Auburn?

11              MS. COWAN:   Objection.

12                 Go ahead.

13       A      I heard the allegations, yes.

14       Q      Are you aware of any instances where

15   Officer Cornell planted any evidence on an inmate?

16       A      No.

17       Q      Do you believe those allegations to

18   be false?

19       A      My personal feelings are yes.

20       Q      Why?

21       A      He always seemed like an outstanding

22   guy to me, always a good staff member, always

23   needed to do what he did, and always did what he

24   was told.

25       Q      From the time he was suspended until

```
 1                Lieutenant Steven Pyke
 2   the time he no longer worked at Auburn, did you
 3   have any communications with him?
 4        A      No.  Other than to tell him I said
 5   hi.
 6        Q      Did he ever voice any, I guess,
 7   concern to you about the allegations against him?
 8        A      No. I didn't speak to him
 9   specifically about any of these allegations.
10                MR. LEVY:  I think we are good.
11                Thank you.
12            (Time Noted:  12:30 P.M.)
13
14             _____
                 LIEUTENANT STEVEN PYKE
15
16
17
18   Subscribed and sworn to
19   before me this      day
20   of                  20  .
21
22   NOTARY PUBLIC
23
24
25
```

```
 1

 2   January 3, 2020

 3

 4                    I N D E X

 5

 6   WITNESS              EXAMINATION BY        PAGE

 7   Lieutenant

      Steven Pyke         Mr. Levy                4

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                    E X H I B I T S

2

3                       (None)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               R E Q U E S T S

2                  (None)

3

4

5               I N S E R T S

6                  (None)

7

8

9               R U L I N G S

10                 (None)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     C E R T I F I C A T E

2

3         I, Judy Colangeli, a Shorthand Reporter

4    and Notary Public of the State of New York, do

5    hereby certify:

6         That, Lieutenant Steven Pyke, the

7    witness whose examination is hereinbefore set

8    forth, was duly sworn, and that such

9    examination is a true record of the testimony

10   given by such witness.

11        I further certify that I am not related

12   to any of the parties to this action by blood

13   or marriage; and that I am in no way interested

14   in the outcome of this matter.

15

16

17   _____

18                     Notary Public

19

20

21

22

23

24

25

**A**

**A- (1)**
18:6
**A-Block (2)**
13:15,22
**a.m (3)**
1:15 15:9
17:15
**above-noted ...**
1:21
**Absolutely (1)**
12:5
**academy (3)**
7:8,10 8:7
**accept (1)**
6:11
**accommodat...**
5:9
**accommodati...**
12:16
**act (1)**
29:16
**action (1)**
52:12
**actions (2)**
10:10,12
**actual (1)**
32:18
**additional (1)**
19:20
**address (1)**
4:12
**adhered (1)**
12:11
**administer (1)**
3:11
**administrati...**
22:16,18
**admitted (1)**
28:23
**afforded (3)**
22:13,25 23:7
**afternoon (12)**
15:2,10 16:15
17:10 19:4,6

20:4,11,14,17
21:8,11
**afternoons (4)**
14:13,20,23
17:3
**afterward (1)**
37:10
**against- (1)**
1:6
**agents (1)**
7:19
**agree (2)**
6:11 34:23
**AGREED (3)**
3:4,9,16
**ahead (7)**
19:14 39:3
40:3,12 41:20
42:6 47:12
**AIMEE (1)**
2:12
**Albany (2)**
7:9 11:17
**allegations (5)**
47:8,13,17
48:7,9
**answer (5)**
5:5,12,22 39:3
41:5
**answers (2)**
5:18 37:6
**apologize (1)**
9:12
**appear (1)**
33:20
**appearance (1)**
45:11
**approximate ...**
43:13
**approximate...**
8:11,18 18:13
28:6 35:10
45:8
**approximati...**
18:21
**April (1)**

7:6
**area (9)**
12:15 15:22
20:12 23:22
28:12 31:14
31:25 33:23
39:8
**asked (2)**
5:11 32:14
**asking (6)**
4:22 5:3 25:5
40:8 41:9,12
**assigned (4)**
8:9 19:5 20:5
20:11
**assignment (2)**
6:5 8:4
**associated (2)**
24:21 45:15
**assume (1)**
29:14
**assumed (1)**
5:6
**assuming (1)**
25:6
**Attorney (2)**
2:9,10
**attorneys (2)**
2:4 3:5
**Auburn (27)**
8:8,12,19,20
12:25 13:4,8
13:10 14:4,7
15:24 16:9,11
21:25 22:5,12
22:24 23:19
23:22 38:24
40:15 41:18
41:23 44:20
47:5,10 48:2
**authorizatio...**
10:18,21,22
**authorizatio...**
11:2
**authorized (6)**
3:11 11:23,24

23:19 24:16
28:12
**aware (9)**
16:10 21:25
22:8 39:24
40:5,9,13
47:8,14

**B**

**B (2)**
18:6 50:1
**B- (1)**
18:6
**B-Block (2)**
13:15,25
**back (8)**
8:12,19,21
16:5,8 24:9
26:12 42:14
**bagged (1)**
29:5
**bags (1)**
36:12
**Bare (1)**
8:16
**based (1)**
11:20
**basic (2)**
4:25 9:22
**basically (3)**
9:23 10:13
31:10
**basis (2)**
17:22 39:7
**Bates (1)**
25:19
**baton (3)**
23:7 42:8,12
**bed (1)**
30:3
**behalf (1)**
6:12
**believe (9)**
7:12 9:10 13:5
14:5 21:5
25:18 37:15

44:21 47:17
**belongings (2)**
11:12 30:2
**bigger (1)**
13:18
**biggest (1)**
13:22
**bit (1)**
10:3
**block (8)**
13:12,22 15:20
18:7,8 19:8
31:7 32:13
**blocks (7)**
13:11,18 17:18
22:17,21
43:18,19
**blood (1)**
52:12
**blue (2)**
46:18,19
**bottom (1)**
33:21
**box (1)**
29:6
**brass (1)**
46:14
**break (2)**
5:7,11
**briefly (1)**
8:2
**bringing (1)**
36:18
**Brooklyn (1)**
2:5
**brought (1)**
36:10
**Brown (27)**
1:4 22:2,10
25:8,18 28:8
28:9,13,15,18
28:21 29:12
30:16,20,24
31:21 32:17
32:18 34:25
35:17 38:15

40:15 42:19
42:25 43:23
44:4,9
**Brown's (3)**
28:12 29:17
42:17
**building (3)**
21:12 22:16,18
**bunk (1)**
24:8
**business (1)**
4:11
**buttocks (3)**
28:12,16 30:25

**C**

**C (4)**
2:2 13:24 52:1
52:1
**C- (2)**
14:25 18:4
**C-Block (4)**
13:17 18:22
20:8,12
**called (3)**
4:23 23:23
33:2
**calls (1)**
21:14
**cameras (1)**
43:20
**captain's (2)**
11:5 32:21
**captains (1)**
21:16
**card (2)**
35:7 38:14
**care (1)**
9:23
**carry (3)**
23:4,17,20
**carrying (1)**
23:15
**catwalk (1)**
31:10
**causation (1)**

46:2
**cause (3)**
10:25 11:20,21
**cell (16)**
11:3 13:10
22:17,20 24:7
24:11 28:9,10
29:17 30:12
32:7,10 37:17
37:18,22 38:2
**cells (5)**
10:7 37:15,22
37:25 39:19
**center (9)**
28:14 31:3,8,9
31:18,22 32:6
42:18 43:12
**certain (7)**
10:18,25 12:10
14:16 18:11
23:8 37:6
**certify (2)**
52:5,11
**chain (1)**
36:7
**charges (3)**
40:15,17,20
**charts (1)**
15:4
**check (3)**
30:2,3 39:16
**chemical (1)**
7:19
**chevrons (1)**
46:14
**choice (1)**
21:22
**choose (1)**
23:18
**chow (2)**
10:8 16:21
**circumstance...**
27:13
**civil (2)**
9:4,14
**clarify (1)**

42:9
**clear (1)**
5:17
**clinician (1)**
37:8
**closer (1)**
22:20
**closest (1)**
32:7
**cloth (1)**
29:4
**clothes (2)**
42:17,22
**clothing (1)**
42:20
**Colangeli (2)**
4:4 52:3
**collar (2)**
46:14,16
**colleague (1)**
41:7
**college (2)**
6:22,23
**color (1)**
46:14
**come (2)**
10:22 17:25
**comes (1)**
19:10
**comfort (1)**
12:18
**comfortable ...**
12:15
**coming (1)**
24:20
**commander (...**
15:19 20:18,22
26:20
**commenced (1)**
31:22
**communicati...**
48:3
**COMMUNI...**
1:8
**company (1)**
19:18

**concern (3)**
46:24 47:4
48:7
**conduct (2)**
11:18 30:9
**conducted (5)**
17:14 25:7
28:17 30:16
42:15
**conducting (3)**
12:11 42:21
46:21
**conducts (2)**
27:17 30:7
**confidential (...**
29:15 32:21
**considered (1)**
7:24
**consisted (1)**
14:24
**constant (1)**
39:13
**contact (1)**
40:23
**contained (3)**
24:25 25:11
34:2
**contraband (...**
11:13 27:18,20
27:23 28:3,18
30:4 32:24
35:23 36:3,9
40:16 41:17
41:23 45:21
46:25 47:2,9
**contraband/e...**
35:7 38:13
**control (1)**
9:24
**Cornell (33)**
1:9 15:25 16:4
16:11 24:15
24:17 25:7,19
28:7,9,11,13
30:16,19,25
31:20 32:17

38:14,22
39:13,22,25
40:6,10,22
41:3,17 42:2
42:10,15 44:4
47:9,15
**Cornell's (2)**
43:8 45:11
**correct (19)**
11:23 13:8,9
14:9 18:12
25:8,17 26:16
26:17 33:24
34:25 35:7,8
37:20,24 44:9
44:10 45:22
46:22
**correction (3)**
15:24 46:12,17
**correctional ...**
4:13 6:6 7:16
8:10,13,17,22
9:22 10:4
13:2 14:4,7
15:24 22:5,12
38:24 40:15
41:24 45:25
**Corrections (...**
1:8,9 6:3,16
7:5,22 8:4
42:11
**correctly (1)**
34:3
**count (6)**
16:22 17:2,4,5
17:16 19:25
**counts (5)**
10:6 17:8,11
19:9,13
**Court (2)**
1:2 2:5
**cover (1)**
43:20
**coverage (1)**
16:20
**covering (2)**

20:8,11
**Cowan (19)**
2:12 6:9,13,15
9:11 18:15,18
25:14,21 26:5
33:9 39:2
40:2,11 41:4
41:19 42:5
47:3,11
**coworkers (1)**
41:11
**current (1)**
6:5
**currently (1)**
8:24
**custody (1)**
9:24

**D**

**D (5)**
13:24 18:23
28:8 34:25
49:4
**D-4-37 (3)**
28:9 32:8,10
**D-8 (1)**
19:18
**D-Block (20)**
13:16 15:4
18:10,14,24
19:5,16,17
20:5,12 24:6
28:14 31:3,4
31:17,21 32:6
37:18,18
42:18
**D-Blocks (2)**
15:2 18:4
**daily (5)**
10:4 11:18
17:22 23:6
39:7
**dark (1)**
45:13
**date (1)**
28:6

**dated (2)**
25:15 26:15
**day (17)**
14:11,25 15:4
15:7,7,8,10
15:15 17:9,11
17:17 18:3,11
23:16 34:4
37:16 48:19
**days (6)**
14:13,24,25
15:3,4,4
**dealings (1)**
36:19
**deems (1)**
16:24
**Defendants (2)**
1:10 2:10
**defensive (1)**
7:17
**definite (1)**
18:19
**definitely (1)**
15:18
**department (7)**
1:8 6:3,16 7:4
7:22 8:3
27:16
**depending (3)**
16:22 23:16
30:6
**depends (1)**
27:20
**deposition (5)**
1:18 3:7,10,14
4:23
**depot (1)**
19:18
**describe (6)**
13:21 23:3
29:22 31:4
44:23 45:10
**desks (1)**
31:7
**detail (1)**
9:25

**detain (1)**
23:25
**determine (1)**
10:24
**dictate (1)**
15:21
**different (6)**
14:17 17:18,19
38:4 39:12
46:13
**differentiates...**
38:6 46:11
**dimensions (1)**
43:13
**direct (1)**
10:8
**directed (2)**
16:24 44:8
**direction (3)**
21:14 23:25
28:19
**directive (1)**
29:6
**disciplinary (...**
24:4 36:19
37:4 39:24
40:9
**disclosure (1)**
34:9
**discovered (1)**
41:23
**DISTRICT (2)**
1:2,2
**document (6)**
33:8,11,18
34:24 35:4,6
**documentati...**
29:7
**Donnesia (4)**
1:4 22:2,9 25:8
**door (3)**
31:17 43:16,17
**double (1)**
24:8
**downstairs (1)**
32:13

**drop (1)**
29:5
**dropbox (1)**
36:12
**duly (2)**
4:4 52:8
**duties (5)**
16:19 23:7,11
39:6,10

**E**

**E (15)**
2:2,2 4:2,2,2,2
4:2 18:7 49:4
50:1 51:1,1,5
52:1,1
**E-Block (4)**
13:14,25 14:25
18:6
**earlier (1)**
25:23
**education (1)**
6:21
**effect (1)**
3:12
**eight (2)**
35:10 43:15
**either (2)**
16:7 44:4
**elaborate (1)**
10:2
**employed (1)**
6:15
**employee (1)**
6:2
**employment ...**
8:3
**empowered (1)**
10:9
**endorsed (1)**
33:22
**endorsement...**
33:24
**endorsing (1)**
36:14
**enter (1)**

7:7
**entitled (1)**
35:6
**entity (1)**
38:5
**entrances (1)**
31:10
**equipment (2)**
22:25 23:3
**escorted (2)**
28:20 44:11
**ESQ (2)**
2:6,12
**ESQS (1)**
2:4
**evaluated (1)**
37:7
**evaluation (1)**
9:3
**events (2)**
25:11 26:3
**evidence (5)**
29:5 35:20
36:8,12 47:15
**exact (2)**
13:23 14:14
**exactly (1)**
9:8
**exam (4)**
9:4,6,14,16
**examination ...**
4:16 49:6 52:7
52:9
**examined (1)**
4:6
**experience (1)**
6:25
**extra (3)**
16:23 19:10,12

**F**

**F (1)**
52:1
**facility (24)**
4:14 6:6 8:10
8:13,17,22

| | | | | |
|---|---|---|---|---|
| 8:13,17,22 | fine (1) | 41:12,14 | 2:9 22:22 | 25:5 48:6 |
| 10:5,6 13:2 | 29:3 | frisk (39) | generates (1) | guy (1) |
| 13:23 14:4,8 | fingerprints ... | 10:16,17,19 | 11:17 | 47:22 |
| 15:24 21:13 | 47:2 | 11:10,14,19 | gesturing (1) | guys (3) |
| 22:5,13,19 | firearm (1) | 11:22,25 12:3 | 5:16 | 39:15,15,17 |
| 31:11 38:24 | 23:20 | 12:12,14,20 | getting (1) | |
| 40:16 41:24 | firearms (1) | 12:21,23 | 12:17 | **H** |
| 44:16 45:25 | 7:19 | 21:18 27:17 | give (4) | H (1) |
| 46:25 | fired (1) | 27:21,25 28:8 | 5:22 18:19,21 | 50:1 |
| fact (2) | 42:3 | 28:10,11,13 | 45:16 | hair (1) |
| 12:16 29:21 | firm (1) | 28:15,17 | given (5) | 45:13 |
| failed (2) | 4:21 | 29:12,18,23 | 5:12 7:15 | half (1) |
| 28:22 36:21 | first (5) | 30:7,9,16 | 15:15 17:25 | 19:25 |
| fair (5) | 4:4 7:3 8:4 | 31:15,24 32:3 | 52:10 | hall (7) |
| 22:4 24:3 41:9 | 19:7 21:3 | 32:17 34:7 | giving (1) | 16:20,20 19:9 |
| false (1) | fitness (1) | 43:24 45:16 | 46:3 | 19:19,22,24 |
| 47:18 | 7:18 | 45:18 46:4 | gloves (3) | 31:13 |
| familiar (1) | five (1) | frisked (2) | 21:19 23:17 | handcuffs (4) |
| 47:7 | 43:15 | 29:18,20 | 46:22 | 23:10,13 43:4 |
| fashioned (1) | follow (2) | frisking (3) | go (18) | 43:6 |
| 29:2 | 23:25 40:17 | 10:20 39:15,19 | 4:24 6:8 8:2 | handle (1) |
| feed (2) | followed (1) | frisks (3) | 9:21 11:8,11 | 29:4 |
| 26:6,10 | 12:3 | 10:25 11:2,11 | 11:12 19:14 | happen (3) |
| feelings (1) | following (1) | front (2) | 29:25,25 30:3 | 25:4 39:8,11 |
| 47:19 | 32:22 | 22:19 36:10 | 31:6 39:3 | happened (2) |
| fellow (1) | follows (1) | full (1) | 40:3,12 41:20 | 29:20 34:6 |
| 44:25 | 4:7 | 5:21 | 42:6 47:12 | happens (1) |
| felt (3) | foot (2) | functions (1) | goes (2) | 36:16 |
| 12:20,21 28:11 | 43:15,15 | 9:22 | 4:25 31:10 | happy (2) |
| fifteen (1) | force (2) | further (6) | going (8) | 5:4,8 |
| 13:6 | 3:12 10:13 | 3:9,16 6:8 | 4:22 10:15 | Harold (1) |
| fight (1) | form (3) | 12:22 28:18 | 12:17 29:20 | 14:5 |
| 22:9 | 3:17 28:23 | 52:11 | 31:25 32:18 | hate (2) |
| fights (2) | 36:22 | | 39:15 42:14 | 25:3 29:14 |
| 22:5 39:11 | forth (1) | **G** | good (5) | Haven (1) |
| filed (1) | 52:8 | G (5) | 4:18,19 44:25 | 8:9 |
| 29:7 | found (8) | 28:20 44:12,14 | 47:22 48:10 | head (1) |
| filing (1) | 26:24 27:24 | 44:17 51:9 | graduated (1) | 5:15 |
| 3:6 | 28:3,18 32:24 | galleries (4) | 8:7 | health (7) |
| filled (2) | 41:17 45:20 | 16:21 19:15,17 | Graham (1) | 28:22 36:22 |
| 29:7 33:5 | 46:25 | 31:7 | 14:5 | 37:5,8,14,16 |
| find (3) | frames (1) | gallery (2) | Green (1) | 38:7 |
| 12:23 30:4 | 14:18 | 19:13,18 | 8:9 | heard (4) |
| 36:9 | friendly (3) | Gary (1) | ground (1) | 37:10 40:4 |
| finds (1) | 41:2,6,10 | 44:18 | 4:25 | 47:4,13 |
| 27:18 | friends (2) | general (2) | guess (2) | hearing (1) |

45:21
**height (1)**
45:5
**held (2)**
1:20 36:7
**help (1)**
19:10
**hereinbefore ...**
52:7
**hi (1)**
48:5
**higher (2)**
21:16 38:22
**highest (2)**
6:20 21:12
**Hill (1)**
8:16
**history (1)**
8:3
**hold (1)**
13:4
**hospital (1)**
20:9
**hour (1)**
19:25
**hours (1)**
37:16
**housed (4)**
24:7,11 37:19
37:23
**housing (1)**
23:24
**HSU (2)**
38:5 44:9
**hundred (1)**
13:6
**hundred-ish ...**
19:3
**hung (1)**
41:7

**I**
**ice (3)**
28:15 30:20,24
**identified (1)**
34:25

**III (1)**
45:21
**inch (1)**
29:2
**inches (2)**
28:25 35:10
**incident (7)**
24:25 26:23
27:8,9,10,15
34:4
**incidents (1)**
24:18
**independent ...**
24:14
**Index (1)**
1:6
**indicate (1)**
15:14
**indicating (1)**
5:16
**individual (1)**
34:15
**infirmary (2)**
20:9,12
**information (...**
12:19 29:15
32:21 34:2
**inmate (44)**
9:24 10:16,17
10:20 21:25
22:9 24:10,14
25:7 27:18
28:8 29:12
30:11,16,20
30:24 31:15
31:20 32:17
32:18,25
33:11 34:3,20
34:21,25
35:17 36:16
36:21 37:17
37:19 38:14
40:15 42:17
42:21,22,23
42:24 43:23
44:4,8 45:20

**inmate's (3)**
11:12 12:16
30:2
**inmates (12)**
10:7,7,11 11:6
13:4 17:24
18:14 22:6
24:6,7 39:17
47:9
**inside (1)**
31:21
**instances (2)**
24:2 47:14
**instructions (...**
5:24 7:15
**interested (1)**
52:13
**Internal (1)**
46:2
**investigation...**
11:8 12:23
29:16
**involved (1)**
22:9
**involvement ...**
36:15
**isolation (3)**
28:23 37:13
38:3
**issues (3)**
37:16 39:25
40:10
**item (5)**
35:9,11,18
38:12,14

**J**
**JAMES (1)**
2:10
**January (21)**
1:15 14:3,6
15:23 16:11
18:17 20:21
21:24 22:8
24:10,13 25:8

**47:5,15**
25:15 26:15
30:21,23 32:4
35:17 42:16
45:7 49:2
**job (13)**
14:23 15:2
16:16,23
20:13 23:16
39:6,19 40:6
40:23 42:3,3
42:11
**jobs (1)**
14:21
**Judy (2)**
4:4 52:3

**K**
**K (1)**
4:2
**keep (2)**
5:13 40:23
**keeping (1)**
39:15
**kept (2)**
15:14 41:17
**keys (1)**
23:6
**kind (5)**
9:2 13:12
23:13,14
40:23
**knew (1)**
16:5
**know (33)**
5:8 13:23
14:21 15:23
16:6 17:21
18:13,18
20:21 21:3,25
25:4 27:5
29:11,17 32:2
32:16,20
35:23 36:2,11
36:24 38:21
40:14,19
41:16,22 42:2

42:7 43:6
44:17,19
46:20
**knowledge (6)**
22:11 40:21
41:21,25 42:8
42:13
**known (2)**
16:4 38:20

**L**
**L (3)**
3:2 4:2 51:9
**latitude (1)**
39:20
**law (2)**
4:21 7:17
**led (1)**
29:11
**LETITIA (1)**
2:10
**level (3)**
6:20 12:18
32:10
**Levy (14)**
2:6 4:17,20 6:8
6:14,17 18:16
25:17 26:10
26:12 33:7
35:25 48:10
49:7
**Liberty (1)**
1:13
**lieutenant (64)**
1:18 4:10,18
5:1 6:1,18 7:1
8:1,23 9:1,13
9:18 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1,19
20:25 21:1,3
21:6 22:1
23:1 24:1

25:1,16,22
26:1,19 27:1
28:1 29:1
30:1 31:1
32:1 33:1,10
34:1,13 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1,8 45:1
46:1 47:1
48:1,14 49:7
52:6
**limit (1)**
17:24
**line (2)**
27:2,3
**list (1)**
11:17
**little (1)**
10:3
**located (2)**
22:15 32:10
**locked (1)**
28:8
**locker (3)**
22:13 41:17,22
**lockers (1)**
22:15
**logbook (1)**
15:19
**logbooks (1)**
15:20
**long (4)**
7:11 16:3
30:13 35:10
**longer (2)**
26:8 48:2
**look (3)**
26:2 33:11
34:12
**looking (2)**
11:12 13:14
**looks (1)**
44:24

**lot (4)**
35:12 39:11,12
39:18
**Lunch (1)**
20:3
**lunchtime (1)**
20:2

**M**

**M (1)**
28:7
**main (1)**
17:23
**majority (1)**
15:8
**malfeasance ...**
38:20
**Malone (1)**
8:17
**mandatory (1)**
17:4
**Marcy (4)**
4:13,14 6:6
8:22
**marked (2)**
25:18 34:8
**marriage (1)**
52:13
**matter (1)**
52:14
**Matthew (5)**
1:9 15:25 16:4
24:15 25:7
**mean (2)**
35:23 39:17
**meaning (1)**
39:13
**means (1)**
27:5
**meant (3)**
11:10 17:2
43:3
**measures (1)**
28:25
**mechanical (2)**
28:19 43:2

**member (1)**
47:22
**memo (1)**
25:15
**memorandu...**
25:23,25 26:14
26:25 28:4
32:4 44:7
**mental (7)**
28:22 36:21
37:5,8,14,16
38:7
**mentioned (1)**
23:22
**mess (7)**
16:19,20 19:9
19:19,22,24
31:13
**meter (2)**
26:6,10
**MHU (3)**
28:23 37:13
38:3
**military (1)**
6:25
**mine (1)**
43:7
**misbehavior ...**
10:10 33:2,5
33:12 34:3
38:23
**miscellaneou...**
15:5
**model (1)**
34:21
**monitored (2)**
30:11 37:15
**month (1)**
8:18
**months (1)**
8:11
**morning (3)**
4:18,19 20:3
**mover (1)**
39:13

**N**

**N (8)**
2:2 3:2 4:2,2,2
49:4 51:5,9
**naked (1)**
12:17
**name (4)**
4:8,20 21:4
22:2
**named (4)**
15:25 22:9
34:25 47:5
**nature (4)**
10:21 11:7
24:2 31:14
**necessarily (2)**
18:10 21:20
**necessary (1)**
31:16
**necessity (1)**
10:5
**need (6)**
10:18,20 16:24
23:10 26:5
36:10
**needed (2)**
15:6 47:23
**needs (1)**
21:14
**never (3)**
35:22 41:7
47:4
**New (16)**
1:2,8,8,9,14,14
1:22 2:5,11
4:6,15 6:3 7:4
8:18 42:11
52:4
**nine (1)**
8:11
**nodding (1)**
5:15
**non-ordinar...**
11:3
**Non-Party (2)**

1:19 4:3
**NORTHER...**
1:2
**Notary (5)**
1:22 4:5 48:22
52:4,18
**Noted (1)**
48:12
**notes (1)**
11:6
**Notice (1)**
1:20
**number (5)**
17:24 18:20
27:9,9 38:22
**numbers (1)**
13:23
**nutshell (2)**
9:23 10:14

**O**

**O (1)**
3:2
**oath (1)**
3:12
**object (2)**
12:21 28:11
**Objection (8)**
39:2 40:2,11
41:4,19 42:5
47:3,11
**objections (1)**
3:17
**observation (1)**
38:7
**observed (1)**
34:4
**observing (1)**
30:15
**obtained (1)**
36:3
**obtaining (1)**
30:20
**OC (1)**
23:8
**occasion (1)**

22:4
occurred (1)
40:8
October (2)
8:21 9:19
office (3)
2:9 11:5 32:22
officer (65)
1:9 3:11,13
8:14 9:22
10:15,17
11:24 13:7
15:24 16:10
16:14,17 19:7
19:8,8 20:16
21:19,19,22
22:24 23:4
24:15 27:17
28:7,9,11,13
28:20 29:25
30:5,6,7,12
30:16,19,25
31:20 32:16
32:25 33:4
36:9 38:14,21
38:23 39:12
39:22,25 40:6
40:10,22 41:2
41:16 42:2,10
42:15 44:4,12
44:14,15,23
45:10 46:12
47:9,15
officer's (2)
46:17 47:2
officers (13)
7:24,25 10:5
11:18 19:5,7
22:12 23:19
30:6 31:12
32:3 36:9
46:21
Okay (5)
12:13 13:3
33:19 34:14
38:7

old (2)
4:14 6:18
on-site (1)
15:21
once (2)
36:3,15
opportunity ...
33:11,14
opposed (1)
38:23
order (2)
8:25 9:13
ordered (3)
28:7,9 32:16
Osborne (2)
47:6,6
outcome (1)
52:14
outside (4)
30:12 40:20
41:13,14
outstanding (...
47:21

**P**
P (4)
2:2,2 3:2 4:2
p.m (8)
15:9,12,12
17:4,6,7 28:7
48:12
packet (2)
34:9 35:21
page (8)
33:21 34:16,19
34:24 35:4,10
38:13 49:6
paperwork (3)
24:21,23 26:2
paramilitary ...
7:18
part (4)
20:13 27:14
34:7,8
particular (3)
14:10 44:5

45:18
parties (2)
3:6 52:12
pat (7)
12:20,21 27:17
28:10,11
29:18 39:15
patrol (1)
16:18
pattern (2)
13:13,13
peace (1)
7:24
people (2)
5:19 23:25
pepper (1)
23:8
perform (2)
28:7,13 32:17
performance...
9:2
performed (3)
21:18 24:15
43:25
performs (1)
39:6
person (6)
21:12 23:4
34:19,23 36:7
36:8
personal (1)
47:19
Personally (1)
33:6
pertains (1)
25:6
phone (1)
21:13
photograph (4)
34:10 35:7
36:11 38:13
photographe...
34:16 35:9
38:12
physical (2)
7:18 45:11

physically (1)
44:24
pick (3)
28:15 30:20,24
Pictures (1)
29:4
place (3)
1:21 31:12
36:11
placed (3)
28:18 29:5
43:2
Plaintiff (3)
1:5,20 2:4
plant (1)
38:14
planted (2)
47:9,15
please (1)
28:4
plumbing (1)
31:11
point (4)
16:6 28:12
29:3 40:5
pointing (1)
5:16
policy (1)
27:15
population (1)
9:24
ports (1)
23:21
positively (1)
29:13
possessed (1)
42:12
possessing (1)
40:16
possession (1)
35:22
possible (2)
46:5,8
posts (1)
23:8
power (1)

31:11
prepare (1)
32:25
present (3)
8:5 32:3 37:9
presently (1)
6:2
pretty (1)
44:25
prior (2)
21:24 29:18
privacy (2)
12:16,18
private (1)
31:14
probable (3)
10:24 11:20,21
problem (1)
34:20
problems (2)
39:21 40:9
procedure (4)
10:16 29:22
36:2,3
procedures (2)
12:2,11
proceed (1)
11:7
proceeding (1)
4:23
processed (3)
28:21 36:10
37:3
program (2)
7:8,11
promoted (3)
8:14,23 44:22
promotional ...
9:4
property (1)
30:4
protecting (1)
38:9
protection (1)
38:9
protesting (1)

43:24
**protocols (2)**
12:2,10
**Public (5)**
1:22 4:5 48:22
  52:4,18
**punitive (1)**
38:8
**pursuant (1)**
1:20
**put (3)**
15:5 31:15
  37:11
**Pyke (57)**
1:19 4:10,18
  5:1 6:1,18 7:1
  8:1 9:1 10:1
  11:1 12:1
  13:1 14:1
  15:1 16:1
  17:1 18:1
  19:1 20:1
  21:1 22:1
  23:1 24:1
  25:1,16,22
  26:1,15 27:1
  28:1 29:1,8
  30:1 31:1
  32:1 33:1,10
  34:1,13 35:1
  36:1 37:1
  38:1 39:1
  40:1 41:1
  42:1 43:1
  44:1 45:1
  46:1 47:1
  48:1,14 49:7
  52:6

**Q**
**question (7)**
5:3,5,6,11,21
  5:23 12:7
**questions (4)**
4:23 5:18 37:5
  37:6

**quick (1)**
12:8
**Quinn (4)**
20:25 25:16
  26:19 44:8
**Quinn's (1)**
21:3
**quite (1)**
24:9

**R**
**R (5)**
2:2 51:1,5,9
  52:1
**random (3)**
10:19 11:15,17
**ranking (2)**
21:12,17
**read (6)**
24:24 25:6,10
  28:4 33:14,15
**reading (2)**
29:19 30:18
**reads (1)**
33:18
**real (1)**
12:7
**really (1)**
14:12
**reason (3)**
5:8 24:21
  26:21
**recall (15)**
9:11 20:23,24
  30:15,19,23
  31:21,23
  35:16 42:17
  43:23 44:3,6
  46:3 47:5
**received (2)**
40:18,19
**recess (1)**
26:11
**recognize (2)**
34:15 35:11
**recollection (4)**

24:14,25 25:11
  43:10
**record (9)**
4:9,12 5:17
  11:9 15:13
  16:25 26:12
  28:5 52:9
**recovered (1)**
35:18
**recreation (1)**
10:8
**recreational ...**
16:19
**refer (1)**
31:8
**referenced (1)**
32:4
**refresh (2)**
24:24 25:11
**regard (1)**
38:11
**regarding (3)**
43:5 45:17
  46:4
**regular (1)**
46:11
**related (3)**
26:2 37:11
  52:11
**relation (2)**
22:17,22
**relationship ...**
41:10
**relief (1)**
14:24
**remainder (1)**
28:17
**remember (8)**
19:2 24:18
  32:15 43:18
  43:19 44:2
  45:19 46:7
**remove (1)**
42:22
**removed (2)**
42:18,20

**removes (1)**
42:24
**rephrase (2)**
5:4 12:7
**report (18)**
7:19 25:2,12
  25:13 26:22
  27:12,18,22
  27:25 30:19
  33:2,12 34:3
  36:15,20
  42:25 44:12
  45:15
**reporter (5)**
4:8,11 5:14,19
  52:3
**reports (5)**
10:10 33:5
  37:12 38:23
  39:4
**require (1)**
12:22
**required (5)**
6:10 27:12,19
  28:2 32:25
**requirement ...**
7:22
**reserved (1)**
3:18
**resigned (1)**
42:3
**Respectfully ...**
29:8
**respective (1)**
3:5
**responses (1)**
5:13
**responsibiliti...**
16:16
**restraints (4)**
23:14,15 28:19
  43:2
**review (1)**
24:21
**reviewed (1)**
25:23

**Richard (2)**
2:6 4:20
**right (2)**
16:8 33:15
**risk (1)**
30:14
**River (1)**
4:14
**Road (1)**
4:14
**room (15)**
28:14,24 31:3
  31:18,22 32:6
  34:6 37:13,20
  38:3 42:18
  43:12,14,16
  43:21
**rooms (5)**
31:8,9,9 32:7
  38:8
**rotate (1)**
17:22
**rotating (1)**
18:9
**route (1)**
11:8
**row (2)**
37:22,25
**Rubenstein (2)**
2:4 4:21
**rules (1)**
4:25
**run (3)**
16:21 19:8
  31:13
**running (1)**
10:6
**runnings (1)**
10:4
**runs (7)**
16:20 19:10,10
  19:14,19,23
  19:24
**Rynecki (2)**
2:4 4:21

**S**

S (11)
2:2 3:2,2 4:2
29:8 50:1
51:1,1,5,5,9
sally (1)
23:21
saying (2)
18:22 19:19
says (4)
26:25 27:2,3
42:25
schedule (2)
17:23 18:9
scheduled (1)
17:19
school (1)
10:8
scope (1)
23:11
screening (2)
28:23 36:22
sealing (1)
3:6
search (12)
11:3,11 24:14
25:7 31:22
35:17 36:14
42:15,21 43:6
44:5 46:21
second (1)
19:7
secure (1)
36:8
secured (2)
36:12 37:15
security (1)
30:13
see (2)
27:2 35:9
seeing (2)
35:11 39:14
seen (1)
35:12
self (14)

10:19,25 11:10
11:11,11,14
11:19 27:25
28:8 29:11,23
30:7,9 32:17
sense (2)
35:24 38:8
sent (1)
8:16
separate (3)
14:15 18:5
38:5
sergeant (18)
8:15,20,25 9:9
10:24 13:8
14:7 16:6
20:10,15
25:16 26:14
27:19 29:9
36:13 44:21
46:10,11
sergeants (1)
20:5
series (1)
37:5
serious (3)
24:2 27:23
28:3
service (2)
9:4,14
set (3)
13:10 27:15
52:7
sets (1)
37:6
seven (4)
7:12 15:9
17:15 19:17
seven-week (1)
7:21
sharpened (1)
29:2
shift (9)
16:15 17:10,12
17:17 20:4,11
20:15 21:8,11

shirt (2)
46:15,17
shirts (1)
46:13
shorter (1)
45:12
Shorthand (1)
52:3
shown (2)
33:7 34:24
SHU (4)
14:24 23:23
37:3,23
SHU-D (2)
28:20,21
side (1)
13:16
sides (1)
31:7
signature (2)
29:10 33:20
signed (2)
3:10,13
significantly ...
38:22
similar (1)
13:24
similarly (1)
9:14
sit (2)
31:12 39:14
six (1)
37:15
six-three (1)
45:2
six-two (2)
45:2,6
sixteen (1)
13:6
size (4)
13:24 14:2
43:14 44:25
Skype (1)
1:19
slender (1)
45:12

smaller (1)
13:25
smoothly (1)
4:25
solitary (1)
37:18
somebody (1)
34:19
someone's (1)
11:3
somewhat (2)
25:3,4
sorry (1)
32:14
sort (5)
7:8,14,18
32:22 45:24
sound (1)
47:7
south (2)
2:11 17:24
speak (4)
18:2 29:13
39:4 48:8
speaking (1)
5:19
special (1)
23:24
specific (3)
14:15 37:21
43:9
specifically (...
25:22 30:17,22
31:2,23 34:5
34:22 35:12
35:14,15,16
35:18,22
39:10 42:19
43:5 44:2
48:9
specifics (1)
32:20
split (2)
17:23 18:3
spray (1)
23:8

square (1)
13:13
staff (4)
19:10,12,20
47:22
stairs (1)
31:6
stamped (1)
25:19
stands (1)
44:17
start (2)
7:3 17:15
starts (1)
13:13
state (17)
1:8,8,9,22 2:11
4:5,8,11 6:3
7:4 11:9 12:6
14:17 16:25
34:3 42:11
52:4
statement (2)
25:6,10
statements (1)
45:16
STATES (1)
1:2
stating (1)
12:20
stays (1)
37:17
Steinberg (4)
28:20 44:12,14
44:23
Steven (50)
1:18 4:10 5:1
6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1

26:1,15 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1,14 49:7
52:6
**STIPULATE...**
3:4,9,16
**stocky (1)**
45:2
**Stout (1)**
44:25
**Street (3)**
1:13 2:5,11
**strip (28)**
10:20,25 11:22
11:25 12:3,12
12:14,23
21:18 27:21
28:13,14,17
30:15 31:15
31:24 32:3
34:7 35:17
42:14,21 43:5
43:24 44:5
45:16,18 46:4
46:21
**stuff (3)**
30:3 36:11
39:18
**subject (2)**
27:2 39:7
**submit (1)**
28:10
**submitted (2)**
26:14 29:8
**subpoena (1)**
6:11
**Subscribed (1)**

48:18
**summarizes (...**
26:23
**superintende...**
14:4 21:15,16
**supervising (3)**
20:15 21:6
36:13
**SUPERVISI...**
1:8
**supervisor (5)**
15:21 16:9,23
33:23 37:4
**supervisors (1)**
39:18
**supporting (1)**
29:6
**sure (10)**
6:13 8:6 12:9
14:12,13,19
17:16 29:24
31:5 33:9
**surrendered ...**
28:15
**surrendering...**
30:24
**suspended (3)**
40:6,22 47:25
**suspicion (1)**
11:21
**switch (2)**
14:13 15:3
**switched (1)**
14:14
**sworn (6)**
3:10,13 4:4
45:17 48:18
52:8
**Syracuse (1)**
2:11

**T**
**T (10)**
3:2,2 4:2,2,2
50:1 51:1,5
52:1,1

**tactics (1)**
7:17
**take (13)**
5:7,10,14,15
5:19 9:2,5,14
9:16 10:6,11
34:12 35:22
**taken (6)**
1:20 3:14
26:11 29:4
42:22 44:9
**talk (1)**
12:25
**talking (4)**
21:9 25:14
26:13 43:12
**tell (1)**
48:4
**temperature ...**
12:15
**terminated (2)**
42:7,10
**terms (2)**
11:22 13:10
**test (1)**
9:2
**testified (1)**
4:7
**testifying (2)**
24:22 45:14
**testimony (3)**
6:9 46:3 52:9
**Thank (2)**
6:14 48:11
**things (11)**
7:14 10:19,21
10:25 11:4,6
24:2 25:4
31:13 39:8,12
**think (6)**
17:4 23:8,11
26:9 43:19
48:10
**third (3)**
19:8 32:11,12
**Thomas (2)**

47:6,6
**three (7)**
9:7 15:9,12
19:2,6 28:22
36:21
**ticket (1)**
26:7
**tier (4)**
32:11,12,13
45:21
**Tim (1)**
21:5
**time (35)**
1:21 3:18 5:2
5:20 6:10 7:7
7:12 8:5 9:17
10:18 14:11
14:14,18 15:7
15:10,20 16:3
17:16,25 18:3
18:11 19:9,22
20:2 21:12,13
26:20 29:15
31:22 38:18
38:19,24
47:25 48:2,12
**times (9)**
9:5,7,16 11:14
11:19 14:16
17:14,19,21
**tip (1)**
32:22
**tips (3)**
11:3,5 29:14
**today (2)**
24:20,22
**told (1)**
47:24
**toothbrush (1)**
29:2
**top (1)**
32:13
**total (1)**
9:7
**tour (8)**
14:10 15:7,8

15:11,14 17:3
19:4,6
**tours (3)**
14:15,15 23:21
**tours' (1)**
14:18
**train (2)**
7:16,17
**trained (1)**
7:14
**training (4)**
7:8,9,21 8:8
**transferred (3)**
8:12,19,22
**trial (3)**
3:18 6:10
45:24
**triggers (3)**
28:22 36:21
37:7
**true (1)**
52:9
**trying (1)**
19:2
**turn (1)**
35:3
**two (7)**
5:19 8:8 14:24
14:25 15:3,4
17:8
**type (5)**
7:18 15:13
22:25 28:16
30:20
**types (1)**
32:7

**U**
**U (4)**
3:2 4:2 51:1,9
**U.I (1)**
27:3
**understand (3)**
5:2,24 12:8
**understandi...**
42:10

| | | | | |
|---|---|---|---|---|
| understood (3) | want (2) | 14:24 16:11 | 35:13 | 33:8 |
| 5:6 6:17 35:25 | 10:2 26:7 | 16:14 24:17 | York (16) | 177 (1) |
| uniform (1) | wasn't (2) | 38:25 48:2 | 1:2,8,8,9,14,14 | 34:8 |
| 46:10 | 40:13 41:14 | workers (1) | 1:22 2:5,11 | 178 (2) |
| unit (7) | watch (4) | 7:23 | 4:6,15 6:3 7:4 | 35:4 38:13 |
| 23:24 24:4 | 15:18 20:17,22 | working (5) | 8:18 42:11 | 18 (1) |
| 27:10 36:19 | 26:20 | 7:3 14:7 15:14 | 52:4 | 9:20 |
| 37:4,4,14 | watched (1) | 20:14,24 | | 1996 (1) |
| UNITED (1) | 30:12 | workplace (1) | Z | 6:24 |
| 1:2 | way (6) | 41:8 | | 1999 (1) |
| unknown (2) | 5:4 29:19 | works (2) | 0 | 7:6 |
| 12:20 28:11 | 34:18 35:19 | 44:15,19 | 000170 (1) | |
| unsecured (2) | 37:6 52:13 | wouldn't (1) | 25:19 | 2 |
| 42:8,12 | we'll (3) | 18:10 | | 20 (1) |
| unusual (2) | 5:8 11:7 12:19 | wrist (2) | 1 | 48:20 |
| 27:8,15 | weapon (6) | 28:19 43:2 | 1/2 (1) | 2014 (2) |
| use (4) | 26:24 28:16,25 | write (1) | 28:25 | 9:10,12 |
| 10:13 22:13,25 | 29:4 30:20,24 | 10:9 | 10:30 (1) | 2015 (3) |
| 31:12 | weapons (1) | writing (3) | 17:5 | 8:14 9:10,12 |
| usually (3) | 35:13 | 7:19 26:18,21 | 10:55 (1) | 2016 (21) |
| 11:2 12:19 | wear (2) | written (1) | 1:15 | 14:3,6 15:23 |
| 19:24 | 21:19 46:21 | 39:5 | 11 (1) | 16:11 18:15 |
| | wearing (1) | wrote (2) | 15:12 | 18:17 20:21 |
| V | 46:10 | 30:18 36:20 | 11:00 (2) | 21:24 22:8 |
| V (1) | weeks (2) | | 17:5,15 | 24:10,13 25:8 |
| 4:2 | 7:13 8:8 | X | 11:30 (2) | 25:15 26:15 |
| verbal (1) | weigh (1) | x (5) | 20:3 26:5 | 27:10 30:21 |
| 5:13 | 45:8 | 1:3,11 28:25 | 11241 (1) | 30:23 32:4 |
| verbally (1) | went (2) | 49:4 50:1 | 2:5 | 35:17 42:16 |
| 5:17 | 7:9 8:8 | | 11A-4897 (1) | 45:7 |
| violent (1) | white (3) | Y | 28:8 | 2018 (2) |
| 10:13 | 45:3 46:15,16 | Y (1) | 12 (1) | 8:21 9:19 |
| voice (1) | window (1) | 4:2 | 7:6 | 2020 (2) |
| 48:6 | 43:17 | yard (17) | 12:30 (1) | 1:15 49:2 |
| voluntarily (1) | witness (9) | 13:14 16:14,17 | 48:12 | 21 (9) |
| 28:15 | 1:19 4:3,10,13 | 16:18 17:19 | 13202 (1) | 24:13 25:8,15 |
| vs (1) | 26:8 33:18 | 17:23,23,24 | 2:11 | 26:15 30:21 |
| 25:19 | 49:6 52:7,10 | 18:2,4,6,7,10 | 13403 (1) | 30:23 32:4 |
| | words (1) | 19:10,14 | 4:15 | 35:17 42:16 |
| W | 18:10 | 31:13 39:11 | 14 (1) | 235 (1) |
| wait (2) | work (9) | yards (1) | 16:7 | 45:9 |
| 5:21,22 | 8:23 14:10,14 | 18:5 | 15 (1) | 23rd (1) |
| waiting (1) | 14:15 23:6 | year (2) | 16:7 | 27:10 |
| 31:13 | 41:6,7,13,15 | 27:10,11 | 16 (1) | 24 (1) |
| waived (1) | worked (9) | years (3) | 2:5 | 37:16 |
| 3:7 | 8:13,20 13:7 | 23:8 24:9 | 173 (1) | 28 (1) |

| | | | | | |
|---|---|---|---|---|---|
| 1:13 | **9000 (1)** | | | | |
| | 4:14 | | | | |
| **3** | | | | | |
| **3 (3)** | | | | | |
| 1:15 15:9 49:2 | | | | | |
| **3:30 (1)** | | | | | |
| 28:7 | | | | | |
| **300 (1)** | | | | | |
| 2:11 | | | | | |
| **3152 (2)** | | | | | |
| 28:22 36:21 | | | | | |
| **4** | | | | | |
| **4 (7)** | | | | | |
| 28:14 31:3,17 | | | | | |
| 31:21 32:6 | | | | | |
| 42:18 49:7 | | | | | |
| **44 (1)** | | | | | |
| 6:19 | | | | | |
| **4910A (1)** | | | | | |
| 29:6 | | | | | |
| **5** | | | | | |
| **5 (7)** | | | | | |
| 17:4 28:14 | | | | | |
| 31:3,18,22 | | | | | |
| 32:6 42:18 | | | | | |
| **5:00 (1)** | | | | | |
| 19:25 | | | | | |
| **5:30ish (1)** | | | | | |
| 19:25 | | | | | |
| **6** | | | | | |
| **6 (2)** | | | | | |
| 28:24 37:13 | | | | | |
| **7** | | | | | |
| **7 (1)** | | | | | |
| 15:9 | | | | | |
| **8** | | | | | |
| **8 (2)** | | | | | |
| 8:21 28:25 | | | | | |
| **9** | | | | | |
| **9:17-cv-1036...** | | | | | |
| 1:7 | | | | | |

# CORRECTION / ERRATA SHEET  LEXITAS

The Letter of the Law. The Spirit of Service.

_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _____. The following changes are necessary to correct my testimony.

## CASE CAPTION:

| Page: | Line: | Should read / Corrected Testimony: | Reason for Change |
|-------|-------|-------------------------------------|-------------------|
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |
|       |       |                                     |                   |

Sworn to before me this _____

Day of _____

Testimony Deposition / Hearing Witness:

X _____

_____
NOTARY PUBLIC

Print: _____

**Lexitas ● Court Reporting ● 800-788-0166**
Administrative Offices ● 100 Merrick Road – Suite 320W ● Rockville Centre, NY 11570

# CORRECTION / ERRATA SHEET ⟍LEXITAS

The Letter of the Law. The Spirit of Service.

U. Steven Pylce_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _January 3, 2020_. The following changes are necessary to correct my testimony.

## CASE CAPTION:

| Page: | Line: | Should read / Corrected Testimony: | Reason for Change |
|---|---|---|---|
| 10 | 19 | Scif → cell | Stenographer error |
| 10 | 25 | " | " |
| 11 | 9 | " | " |
| 11 | 10 | " | " |
| 11 | 11 | " | " |
| 11 | 14 | " | " |
| 11 | 19 | " | " |
| 27 | 25 | " | " |
| 28 | 8 | " | " |
| 29 | 11 | " | " |
| 29 | 23 | " | " |
| 30 | 7 | " | " |
| 30 | 9 | " | " |
| 32 | 17 | " | " |
| 33 | 21 | tours → towers | " |
| 38 | 5 | HSU → SHU | " |
| 44 | 9 | " | " |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Sworn to before me this 26

Day of _February 2020_

_____Whitmore_
NOTARY PUBLIC

Testimony Deposition / Hearing Witness:

X _____

Print: _S. Pylce_

## Lexitas ● Court Reporting ● 800-788-0166

Administrative Offices ● 100 Merrick Road – Suite 320W ● Rockville Centre, NY 11570

PATRICIA L. ~~BARTELLA~~ WHITMORE
Notary Public In the State of New York
Qualified in Madison County 01BA6205711
My Commission Expires May 11, 2021