```
PAGE   1                        STATE OF NEW YORK              PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION     01/25/16  10:48 AM
                          UNUSUAL INCIDENT REPORT


   AUBURN GENERAL              FAC CODE 010    FAC LOG# 160023   CCC# 247936

                                              CB LOG# 160018

   INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        0D

   TELEPHONE DATE  01/21/16  TIME 07:05 PM

       PERSON CALLING      LT    T.QUINN
       PERSON RECEIVING    CAPT  JEREMIAH BROOKS

   REPORT DATE      01/22/16    PERSON REPORTING LT    T. QUINN

       USE OF FORCE   NO      WEAPON USED   NO      WORKPLACE VIOLENCE   NO

****************************************************************************

   CONTRABAND              (03) 21
    WEAPON - TOOTHBRUSH

****************************************************************************

   DESCRIPTION:

   SGT.PYKE AUTHORIZED CO.CORNELL TO FRISK CELL D-4-37 BROWN 11A4897 BASED ON
   SUSPICION.CO.CORNELL PAT FRISKED THE INMATE PRIOR TO CELL FRISK.CO.CORNELL
   FELT AN OBJECT IN THE INMATE'S BUTTOCKS AREA.SGT.PYKE NOTIFIED
   AND AUTHORIZED A STRIP FRISK.THE INMATE WAS STRIP FRISKED IN D-4+5 CENTER
   ROOM BY CO.CORNELL.PRIOR TO THE STRIP FRISK THE INMATE VOLUNTARILY
   SURRENDERED A  TOOTHBRUSH TYPE WEAPON FROM HIS BUTTOCKS AREA.STRIP FRISK
   COMPLETED,NCF.SGT.PYKE NOTIFIED.



****************************************************************************

   EVENTS CAUSING:

   INMATE BROWN, 11A4897, D-4-37, HAD A TOOTHBRUSH TYPE WEAPON CONCEALED
   IN HIS BUTTOCKS AREA, WHICH WAS RECOVERED BY STAFF DURING A PAT FRISK
   PRIOR TO A CELL FRISK.



****************************************************************************

   ACTION TAKEN:

   WEAPON RECOVERED IS A TOOTHBRUSH HANDLE SHARPENED TO A POINT AT ONE END
   WITH A  CLOTH HANDLE 8"X1/2".WEAPON WAS PHOTOGRAPHED AND SECURED PER 4910A.
```

```
PAGE    2                       STATE OF NEW YORK              PRINTED AT
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/25/16  10:48 AM
                          UNUSUAL INCIDENT REPORT


    AUBURN GENERAL                FAC CODE 010    FAC LOG# 160023    CCC# 247936

                                                CB LOG# 160018

    INCIDENT DATE    01/21/16  TIME 03:30 PM  LOCATION  BLOCK        OD

          USE OF FORCE   NO      WEAPON USED   NO      WORKPLACE VIOLENCE   NO

  ****************************************************************************

   ACTION TAKEN:                              (CONTINUED)
    INMATE WAS MOVED TO SHU.SGT.CLAFLIN COMPLETED FORM 3152 INMATE TRIGGERED
    4,5,6,MHU RN.CORNALL NOTIFIED.INMATE MOVED TO MHU,PER MHU.
    INMATE'S CELL FRISK COMPLETED,NCF.ALL REPORTS FILED.SUPT.GRAHAM
    OD.DSA.FENNESSY NOTIFIED.


  ****************************************************************************

   MEDICAL REPORT:

    N/A


  ****************************************************************************

   PROPERTY DAMAGE:

    N/A


  ****************************************************************************

   NOTIFICATION (FAMILY):

    N/A

   NOTIFICATION (POLICE/OTHER):

    N/A
```

Brown v. Cornell, 9:17-cv-1036   000156

```
PAGE   3                    STATE OF NEW YORK            PRINTED AT
            DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   01/25/16  10:48 AM
                          UNUSUAL INCIDENT REPORT
```

AUBURN GENERAL              FAC CODE 010    FAC LOG# 160023   CCC# 247936

                                           CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        0D

    USE OF FORCE  NO      WEAPON USED  NO     WORKPLACE VIOLENCE  NO

```
*****************************************************************************
```

```
*****************************************************************************
                          INMATE INFORMATION:
*****************************************************************************
```

BROWN, DONNESIA                    11A4897   DOB 08/10/1968 ETHNIC- BLACK

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| CONTRABAND   - WPN-TOOTHBRUSH | PERP | | | |

```
*****************************************************************************
                          EMPLOYEE INFORMATION:
*****************************************************************************
```

PYKE, STEVEN M               SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| CONTRABAND   - WPN-TOOTHBRUSH | | | |

```
*****************************************************************************
```

CORNELL, MATTHEW S           CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| CONTRABAND   - WPN-TOOTHBRUSH | | | |

```
*****************************************************************************
```

CLAFLIN, JEFFREY W           SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| CONTRABAND   - WPN-TOOTHBRUSH | | | |

```
*****************************************************************************
```

NAME UNAVAILABLE             OMH

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| CONTRABAND   - WPN-TOOTHBRUSH | | | |

```
*****************************************************************************
```

Brown v. Cornell, 9:17-cv-1036   000157

PAGE   4                              STATE OF NEW YORK              PRINTED AT
               DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      01/25/16  10:48 AM
                              UNUSUAL INCIDENT REPORT


AUBURN GENERAL                  FAC CODE 010     FAC LOG# 160023     CCC# 247936

                                                CB LOG# 160018

INCIDENT DATE    01/21/16  TIME 03:30 PM  LOCATION  BLOCK        OD

     USE OF FORCE   NO        WEAPON USED   NO      WORKPLACE VIOLENCE   NO

**********************************************************************************
                        CONTRABAND INFORMATION:          CB LOG# 160018
**********************************************************************************
CB DATE 01/21/2016 03:30PM    LOCATION BLOCK        OD
ITEM 001 WPN-TOOTHBRUSH    PLASTIC              NUMBER OF ITEMS   1
RECOVERED BY: CO      CORNELL, MATTHEW S
RECOVERED FROM: INMATE 11A4897 BROWN, DONNESIA
DESCRIPTION:
1-TOOTHBRUSH HANDLE 8"X1/2" SHARPENED TO A POINT AT ONE END WITH A CLOTH
HANDLE INMATE VOLUNTARILY SURRENDERED THE WEAPON PRIOR TO A STRIP FRISK. IN
D-4+5 CENTER ROOM.


**********************************************************************************



     SPT HAROLD GRAHAM                                   01/25/16
     SUPERINTENDENT                                       DATE


Brown v. Cornell, 9:17-cv-1036    000158

```
PAGE   1                        STATE OF NEW YORK              PRINTED AT
           DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/22/16  10:40 AM
                            UNUSUAL INCIDENT REPORT


   AUBURN GENERAL              FAC CODE 010    FAC LOG# 160023   CCC# 247936

                                        CB LOG# 160018

   INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        0D

   TELEPHONE DATE  01/21/16  TIME 07:05 PM

        PERSON CALLING     LT    T.QUINN
        PERSON RECEIVING   CAPT  JEREMIAH BROOKS

   REPORT DATE    01/22/16    PERSON REPORTING LT    T. QUINN

        USE OF FORCE  NO      WEAPON USED  NO
```

*************************************************************************

```
   CONTRABAND              (03) 21
    WEAPON - TOOTHBRUSH
```

*************************************************************************

DESCRIPTION:

```
   SGT.PYKE AUTHORIZED CO.CORNELL TO FRISK CELL D-4-37 BROWN 11A4897 BASED ON
   SUSPICION.CO.CORNELL PAT FRISKED THE INMATE PRIOR TO CELL FRISK.CO.CORNELL
   FELT AN OBJECT IN THE INMATE'S BUTTOCKS AREA.SGT.PYKE NOTIFIED
   AND AUTHORIZED A STRIP FRISK.THE INMATE WAS STRIP FRISKED IN D-4+5 CENTER
   ROOM BY CO.CORNELL.PRIOR TO THE STRIP FRISK THE INMATE VOLUNTARILY
   SURRENDERED A  TOOTHBRUSH TYPE WEAPON FROM HIS BUTTOCKS AREA.STRIP FRISK
   COMPLETED,NCF.SGT.PYKE NOTIFIED.
```

*************************************************************************

EVENTS CAUSING:

```
   INMATE BROWN, 11A4897, D-4-37, HAD A TOOTHBRUSH TYPE WEAPON CONCEALED
   IN HIS BUTTOCKS AREA, WHICH WAS RECOVERED BY STAFF DURING A PAT FRISK
   PRIOR TO A CELL FRISK.
```

*************************************************************************

ACTION TAKEN:

```
   WEAPON RECOVERED IS A TOOTHBRUSH HANDLE SHARPENED TO A POINT AT ONE END
   WITH A  CLOTH HANDLE 8"X1/2".WEAPON WAS PHOTOGRAPHED AND SECURED PER 4910A.
```

PAGE  2                          STATE OF NEW YORK              PRINTED AT
               DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/22/16  10:40 AM
                           UNUSUAL INCIDENT REPORT


AUBURN GENERAL                FAC CODE 010     FAC LOG# 160023    CCC# 247936

                                               CB LOG# 160018

INCIDENT DATE    01/21/16  TIME 03:30 PM  LOCATION  BLOCK         0D

        USE OF FORCE   NO      WEAPON USED   NO

*****************************************************************************

ACTION TAKEN:                          (CONTINUED)
  INMATE WAS MOVED TO SHU.SGT.CLAFLIN COMPLETED FORM 3152 INMATE TRIGGERED
  4,5,6,MHU RN.CORNALL NOTIFIED.INMATE MOVED TO MHU,PER MHU.
  INMATE'S CELL FRISK COMPLETED,NCF.ALL REPORTS FILED.SUPT.GRAHAM
  OD.DSA.FENNESSY NOTIFIED.


*****************************************************************************

MEDICAL REPORT:

  N/A


*****************************************************************************

PROPERTY DAMAGE:

  N/A


*****************************************************************************

NOTIFICATION (FAMILY):

  N/A

NOTIFICATION (POLICE/OTHER):

  N/A

Brown v. Cornell, 9:17-cv-1036   000160

PAGE   3                        STATE OF NEW YORK              PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   01/22/16  10:40 AM
                            UNUSUAL INCIDENT REPORT


AUBURN GENERAL              FAC CODE 010    FAC LOG# 160023    CCC# 247936

                                        CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        0D

       USE OF FORCE   NO    WEAPON USED   NO

*************************************************************************

*************************************************************************
                            INMATE INFORMATION:
*************************************************************************

BROWN, DONNESIA                     11A4897   DOB 08/10/1968 ETHNIC- BLACK

    GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON    FORCE     INJURY
    CONTRABAND   - WPN-TOOTHBRUSH      PERP


*************************************************************************
                           EMPLOYEE INFORMATION:
*************************************************************************

PYKE, STEVEN M              SGT

    GEN INCIDENT - SPECIFIC INCIDENT   FORCE      INJURY     DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

CORNELL, MATTHEW S          CO

    GEN INCIDENT - SPECIFIC INCIDENT   FORCE      INJURY     DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

CLAFLIN, JEFFREY W          SGT

    GEN INCIDENT - SPECIFIC INCIDENT   FORCE      INJURY     DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

NAME UNAVAILABLE            OMH

    GEN INCIDENT - SPECIFIC INCIDENT   FORCE      INJURY     DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

```
PAGE   4                    STATE OF NEW YORK                 PRINTED AT
            DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      01/22/16  10:40 AM
                        UNUSUAL INCIDENT REPORT


AUBURN GENERAL              FAC CODE 010      FAC LOG# 160023    CCC# 247936

                                             CB LOG# 160018

 INCIDENT DATE    01/21/16  TIME 03:30 PM  LOCATION   BLOCK        0D

      USE OF FORCE   NO      WEAPON USED   NO

**********************************************************************
                    CONTRABAND INFORMATION:          CB LOG# 160018
**********************************************************************
CB DATE 01/21/2016 03:30PM   LOCATION BLOCK        0D
ITEM 001 WPN-TOOTHBRUSH    PLASTIC          NUMBER OF ITEMS   1
RECOVERED BY: CO    CORNELL, MATTHEW S
RECOVERED FROM: INMATE 11A4897 BROWN, DONNESIA
DESCRIPTION:
1-TOOTHBRUSH HANDLE 8"X1/2" SHARPENED TO A POINT AT ONE END WITH A CLOTH
HANDLE INMATE VOLUNTARILY SURRENDERED THE WEAPON PRIOR TO A STRIP FRISK. IN
D-4+5 CENTER ROOM.


**********************************************************************
```

_____                      _____
SUPERINTENDENT'S SIGNATURE                               DATE

PAGE   1                          STATE OF NEW YORK            PRINTED AT
                 DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/22/16  10:31 AM
                               UNUSUAL INCIDENT REPORT


AUBURN GENERAL                  FAC CODE 010      FAC LOG# 160023     CCC# 247936

                                        CB LOG# 160018

INCIDENT DATE   01/21/16   TIME 03:30 PM  LOCATION  BLOCK          0D

TELEPHONE DATE  01/21/16   TIME 07:05 PM

       PERSON CALLING      LT    T.QUINN
       PERSON RECEIVING    CAPT  JEREMIAH BROOKS

       USE OF FORCE  NO       WEAPON USED  NO

*******************************************************************************
   CONTRABAND                (03) 21
    WEAPON - TOOTHBRUSH

*******************************************************************************
   DESCRIPTION:

   SGT.PYKE AUTHORIZED CO.CORNELL TO FRISK CELL D-4-37 BROWN 11A4897 BASED ON
   SUSPICION.CO.CORNELL PAT FRISKED THE INMATE PRIOR TO CELL FRISK.CO.CORNELL
   FELT AN OBJECT IN THE INMATE'S BUTTOCKS AREA.SGT.PYKE NOTIFIED
   AND AUTHORIZED A STRIP FRISK.THE INMATE WAS STRIP FRISKED IN D-4+5 CENTER
   ROOM BY CO.CORNELL.PRIOR TO THE STRIP FRISK THE INMATE VOLUNTARILY
   SURRENDERED A  TOOTHBRUSH TYPE WEAPON FROM HIS BUTTOCKS AREA.STRIP FRISK
   COMPLETED,NCF.SGT.PYKE NOTIFIED.



*******************************************************************************
   EVENTS CAUSING:

   INMATE BROWN, 11A4897, D-4-37, HAD A TOOTHBRUSH TYPE WEAPON CONCEALED
   IN HIS BUTTOCKS AREA, WHICH WAS RECOVERED BY STAFF DURING A PAT FRISK
   PRIOR TO A CELL FRISK.



*******************************************************************************
   ACTION TAKEN:

   WEAPON RECOVERED IS A TOOTHBRUSH HANDLE SHARPENED TO A POINT AT ONE END
   WITH A  CLOTH HANDLE 8"X1/2".WEAPON WAS PHOTOGRAPHED AND SECURED PER 4910A.
   INMATE WAS MOVED TO SHU.SGT.CLAFLIN COMPLETED FORM 3152 INMATE TRIGGERED
   4,5,6,MHU RN.CORNALL NOTIFIED.INMATE MOVED TO MHU,PER MHU.

Brown v. Cornell, 9:17-cv-1036    000163

PAGE   2                              STATE OF NEW YORK                  PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      01/22/16  10:31 AM
                              UNUSUAL INCIDENT REPORT


AUBURN GENERAL                  FAC CODE 010     FAC LOG# 160023     CCC# 247936

                                                 CB LOG# 160018

INCIDENT DATE    01/21/16   TIME 03:30 PM  LOCATION   BLOCK        0D

        USE OF FORCE   NO      WEAPON USED   NO

************************************************************************

ACTION TAKEN:                         (CONTINUED)
 INMATE'S CELL FRISK COMPLETED,NCF.ALL REPORTS FILED.SUPT.GRAHAM
 OD.DSA.FENNESSY NOTIFIED.


************************************************************************

MEDICAL REPORT:


************************************************************************

PROPERTY DAMAGE:


************************************************************************

NOTIFICATION (FAMILY):


NOTIFICATION (POLICE/OTHER):


************************************************************************
                          INMATE INFORMATION:
************************************************************************

BROWN, DONNESIA                    11A4897    DOB 08/10/1968 ETHNIC- BLACK

    GEN INCIDENT - SPECIFIC INCIDENT    ROLE    WEAPON    FORCE    INJURY
    CONTRABAND   - WPN-TOOTHBRUSH       PERP

Brown v. Cornell, 9:17-cv-1036    000164

PAGE   3                                 STATE OF NEW YORK                    PRINTED AT
                  DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION        01/22/16  10:31 AM
                              UNUSUAL INCIDENT REPORT


AUBURN GENERAL                 FAC CODE 010     FAC LOG# 160023    CCC# 247936

                                               CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK          0D

       USE OF FORCE   NO     WEAPON USED   NO

********************************************************************************

********************************************************************************
                              EMPLOYEE INFORMATION:
********************************************************************************

PYKE, STEVEN M                    SGT

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
    CONTRABAND    - WPN-TOOTHBRUSH
********************************************************************************

CORNELL, MATTHEW S                CO

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
    CONTRABAND    - WPN-TOOTHBRUSH
********************************************************************************

CLAFLIN, JEFFREY W                SGT

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
    CONTRABAND    - WPN-TOOTHBRUSH
********************************************************************************

NAME UNAVAILABLE                  OMH

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
    CONTRABAND    - WPN-TOOTHBRUSH
********************************************************************************
                              CONTRABAND INFORMATION:         CB LOG# 160018
********************************************************************************
CB DATE 01/21/2016 03:30PM   LOCATION BLOCK          0D
ITEM 001 WPN-TOOTHBRUSH    PLASTIC           NUMBER OF ITEMS   1
RECOVERED BY: CO    CORNELL, MATTHEW S
RECOVERED FROM: INMATE 11A4897 BROWN, DONNESIA
DESCRIPTION:
1-TOOTHBRUSH HANDLE 8"X1/2" SHARPENED TO A POINT AT ONE END WITH A CLOTH
HANDLE INMATE VOLUNTARILY SURRENDERED THE WEAPON PRIOR TO A STRIP FRISK. IN
D-4+5 CENTER ROOM.


********************************************************************************

Brown v. Cornell, 9:17-cv-1036   000165

PAGE    4
                              STATE OF NEW YORK                  PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/22/16  10:31 AM
                            UNUSUAL INCIDENT REPORT


AUBURN GENERAL                 FAC CODE 010      FAC LOG# 160023     CCC# 247936

                                                 CB LOG# 160018

INCIDENT DATE    01/21/16   TIME 03:30 PM   LOCATION   BLOCK        0D

     USE OF FORCE   NO       WEAPON USED   NO

*****************************************************************************


     _____
       SUPERINTENDENT'S SIGNATURE                           _____
                                                              DATE

Brown v. Cornell, 9:17-cv-1036    000166

PAGE   1                        STATE OF NEW YORK
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
                     UNUSUAL INCIDENT REPORT

                    *****   PRELIMINARY   *****

AUBURN GENERAL              FAC CODE 010    FAC LOG# 160023    CCC# 247936

                                         CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        0D

TELEPHONE DATE  01/21/16  TIME 07:05 PM

      PERSON CALLING     LT    T.QUINN
      PERSON RECEIVING   CAPT  JEREMIAH BROOKS

      USE OF FORCE   NO      WEAPON USED   NO

*****************************************************************************

CONTRABAND            (03) 21
 WEAPON - TOOTHBRUSH

*****************************************************************************

DESCRIPTION:

 SGT.PYKE AUTHORIZED CO.CORNELL TO FRISK CELL D-4-37 BASED ON SUSPICION.
 CO.CORNELL PAT FRISKED THE INMATE PRIOR TO THE CELL FRISK,DURING THE PAT
 FRISK HE FELT AN OBJECT IN THE INMATE'S BUTTOCKS AREA.SGT.PYKE NOTIFIED
 AND AUTHORIZED A STRIP FRISK.THE INMATE WAS STRIP FRISKED IN D-4+5 CENTER
 ROOM BY CO.CORNELL.PRIOR TO THE STRIP FRISK THE INMATE VOLUNTARILY
 SURRENDERED A  TOOTHBRUSH TYPE WEAPON FROM HIS BUTTOCKS AREA.STRIP FRISK
 COMPLETED,NCF.SGT.PYKE NOTIFIED.

*****************************************************************************

ACTION TAKEN:

 WEAPON RECOVERED IS A TOOTHBRUSH HANDLE SHARPENED TO A POINT AT ONE END
 WITH A  CLOTH HANDLE 8"X1/2".WEAPON WAS PHOTOGRAPHED AND SECURED PER 4910A.
 INMATE WAS MOVED TO SHU.SGT.CLAFLIN COMPLETED FORM 3152 INMATE TRIGGERED
 4,5,6,MHU RN.CORNALL NOTIFIED.INMATE MOVED TO MHU,PER MHU.
 INMATE'S CELL FRISK COMPLETED,NCF.ALL REPORTS FILED.SUPT.GRAHAM
 OD.DSA.FENNESSY NOTIFIED.

*****************************************************************************
                    INMATE INFORMATION:
*****************************************************************************

BROWN, DONNESIA                11A4897   DOB 08/10/1968 ETHNIC- BLACK

   GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON    FORCE     INJURY
   CONTRABAND     - WPN-TOOTHBRUSH    PERP

Brown v. Cornell, 9:17-cv-1036   000167

PAGE   2
STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

***** PRELIMINARY *****

AUBURN GENERAL                FAC CODE 010    FAC LOG# 160023    CCC# 247936

                                    CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK      0D

       USE OF FORCE  NO    WEAPON USED  NO

*************************************************************************

*************************************************************************
                        EMPLOYEE INFORMATION:
*************************************************************************

PYKE, STEVEN M                    SGT

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY         DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

CORNELL, MATTHEW S                CO

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY         DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

CLAFLIN, JEFFREY W                SGT

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY         DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************

NAME UNAVAILABLE                  OMH

    GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY         DEGREE
    CONTRABAND   - WPN-TOOTHBRUSH
*************************************************************************
                        CONTRABAND INFORMATION:          CB LOG# 160018
*************************************************************************
CB DATE 01/21/2016 03:30PM   LOCATION BLOCK       0D
ITEM 001 WPN-TOOTHBRUSH   PLASTIC          NUMBER OF ITEMS   1
RECOVERED BY: CO    CORNELL, MATTHEW S
RECOVERED FROM: INMATE 11A4897 BROWN, DONNESIA
DESCRIPTION:
1-TOOTHBRUSH HANDLE 8"X1/2" SHARPENED TO A POINT AT ONE END WITH A CLOTH
HANDLE INMATE VOLUNTARILY SURRENDERED THE WEAPON PRIOR TO A STRIP FRISK. IN
D-4+5 CENTER ROOM.

*************************************************************************

PAGE   3
STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

***** PRELIMINARY *****

AUBURN GENERAL                 FAC CODE 010     FAC LOG# 160023     CCC# 247936

                                                CB LOG# 160018

INCIDENT DATE   01/21/16  TIME 03:30 PM  LOCATION  BLOCK        OD

       USE OF FORCE   NO      WEAPON USED   NO

*****************************************************************************

    FOR CENTRAL OFFICE USE ONLY        FOR FACILITY USE ONLY
    NOTIFIED                 TIME      NOTIFIED                  TIME
      DOD                  _____     SUPERINTENDENT        _____
      COMMISSIONER         _____     FAC OD                _____
      OFFICE SPECL INVSTIGN _____    FACILITY-OTHER        _____
      PUBLIC RELATIONS     _____     DEPARTMENT CCC        _____
    _____    _____   _____     _____
    _____    _____   _____     _____
    _____    _____   _____     _____

Brown v. Cornell, 9:17-cv-1036    000169



NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

**To:**      **Lt. Quinn**
**From:**    **Sgt. S. Pyke**
**Subject:** **U.I. # 16-0023**
**Date:** **01/21/2016**

On the above date and approximately 3:30 P.M. I ordered Officer M. Cornell to perform a suspicion frisk of inmate Brown, D. 11A4897 who locked in D-4-37 cell. Officer Cornell ordered Brown out of his cell and submit to a pat frisk. During the pat frisk Officer Cornell felt an unknown object in Brown's buttocks area. At that point I authorized Officer Cornell to perform a strip frisk of Brown in D-Block 4 and 5 center room. During the strip frisk Brown voluntarily surrendered an ice pick type weapon from between his buttocks. The remainder of the strip frisk was conducted with no further contraband found. Brown was placed in mechanical wrist restraints and per your direction escorted to SHU-D by Officer G. Steinberg and myself. Brown was processed in SHU-D where he failed three triggers on the 3152 mental health screening form and was admitted to MHU isolation room 6.

The weapon measures 8 inches x ½ inch fashioned from a toothbrush sharpened to a point at one end with the other end having a cloth handle. Pictures were taken of the weapon then it was bagged and placed in the evidence drop box per directive 4910A. All other supporting documentation has been filled out and filed.

Respectfully submitted,

S. Pyke Sergeant



**NEW YORK STATE**

## Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

### MEMORANDUM

**To:** SGT PYKE

**From:** C.O. CORNELLI

**Subject:** C1#16-0023 (BROWN, D. 11A4897)

**Date:** 1/21/16 APPROX 3:30pm

ON THE ABOVE DATE AND APPROXIMATE TIME I WAS ORDERED BY SGT PYKE TO FRISK BROWN, D. 11A4897 WHO OCCUPIED D-4-37 CELL. I ORDERED BROWN OUT OF HIS CELL TO SUBMIT TO A PAT FRISK ON D-4 COMPANY. DURING THE PAT FRISK OF BROWN I FELT AN UNKNOWN OBJECT IN BROWN'S BUTTOCKS AREA. I NOTIFIED SGT PYKE WHO AUTHORIZED ME TO CONDUCT A STRIP FRISK OF BROWN IN THE D BLOCK 4+5 CENTER ROOM. DURING THE STRIP FRISK BROWN VOLUNTARILY SURRENDERED TO ME FROM HIS BUTTOCKS AREA AN ICE PICK TYPE WEAPON FASHIONED OUT OF A TOOTHBRUSH MEASURING APPROXIMATELY 8" LONG BY 1/2" WIDE. THE WEAPON WAS SHARPENED TO A POINT ON ONE END AND HAD A CLOTH HANDLE ON THE OTHER END. THE WEAPON WAS PHOTOGRAPHED, BAGGED, AND SECURED IN THE EVIDENCE DROP BOX PER DIRECTIVE 4910A.

**Respectfully submitted,**

M Cornell

FORM 1140 (1/94)                    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

Ref: Dir.#4910                      **REPORT OF STRIP SEARCH OR STRIP FRISK**

DATE: 1/21/16

TIME APPROX 3:30

INMATE NAME: BROWN, DONNESIA        DIN#: 11 A 4897        LOCATION: D BLOCK 4's CENTER LOCK

BASIS OF SEARCH/FRISK: GIVE REASONS FELT AN UNKNOWN OBJECT IN BROWN'S BUTTOCKS

[X] PROBABLE CAUSE        AREA DURING PAT FRISK ON D-4 COMPANY
[ ] OTHER

TYPE OF SEARCH

[ ] STRIP SEARCH
[X] STRIP FRISK

AUTHORIZED BY S. Syke        SIGNATURE

NAME/RANK OF PERSON(S) CONDUCTING FRISK:

1) M. Cornell        2)

-- If Other Staff are Present, List Name/Rank, and Explain Why Their Presence was Necessary and Who Authorized Their Presence:

RESULTS OF SEARCH ICE PICK TYPE WEAPON FASHIONED OUT OF A TOOTH BRUSH
MEASURING APPROX 8" LONG BY 1/2" WIDE WITH CLOTH HANDLE.

WAS FORCE REQUIRED TO COMPLETE THE SEARCH? [ ] YES [X] NO        SIGNATURE

Orig. IRC (Inmate File)    cc: Captain (Retain 1 Yr.)    cc: DSS



FORM 2171A (6/14)         STATE OF NEW YORK - DEPARTMENT (
Side 1

AUBURN                                                          A 0000141402

## INMATE MISBEHAVIOR REPORT ♦ INFOR                                       .USO

Case No. 16-0023   Evidence/Property

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | | ...TION ♦ CELDA |
|---|---|---|
| BROWN, DONNESIA | 11A4897 | D-4-37 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| D BLOCK 4&5 CENTER ROOM | 1/21/16 | APPROX 3:30 PM |

3. RULE VIOLATION/ES ♦ VIOLACIÓN/ES

113.10 - WEAPON ; 113.11 - ALTERED ITEM

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

ON THE ABOVE DATE AND APPROXIMATE TIME I WAS ORDERED BY SGT PYKE TO
CONDUCT A SUSPICION FRISK OF BROWN, D. (11A4897) WHO OCCUPIED D-4-37 CELL.
I ORDERED BROWN OUT OF HIS CELL AND SUBMIT TO A PAT FRISK ON D-4
COMPANY. DURING THE PAT FRISK OF BROWN I FELT AN UNKNOWN OBJECT IN
BROWN'S BUTTOCKS AREA. I NOTIFIED SGT PYKE WHO AUTHORIZED ME TO STRIP
FRISK BROWN IN THE D BLOCK 4&5 CENTER ROOM. DURING THE STRIP FRISK
BROWN VOLUNTARILY SURRENDERED TO ME FROM HIS BUTTOCKS AREA AN ICE
PICK TYPE WEAPON FASHIONED OUT OF A TOOTH BRUSH MEASURING APPROXIMATELY
8" LONG BY 1/4" WIDE. THE WEAPON WAS SHARPENED TO A POINT ON ONE END AND HAD
CLOTH HANDLE ON THE OTHER END. NO OTHER CONTRABAND WAS FOUND DURING THE
STRIP FRISK. THE WEAPON WAS BAGGED, PHOTOGRAPHED, AND SECURED IN THE EVIDENCE
DROP BOX PER DIRECTIVE 4910A.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 1/21/16 | M. Cornell | | C.O. |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:   1. _____

2. _____     3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☐ | NO ☒ | IF YES, GIVE NAME & # |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?     YES ☒  NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?     SÍ ☐   NO ☐

OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?     YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?     SÍ ☐   NO ☐

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?     YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?     SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT  SHU-D     (b) AUTHORIZED BY  LT QUINN
DER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____     (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?     YES ☐   NO ☒     (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?     SÍ ☐   NO ☐     (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMEN... 
ENDOSO DEL SUPERVISOR DEL ÁREA

Brown v. Cornell, 9:17-cv-1036   000173

Distribution:   WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución:  BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

ATTACHMENT A

NO. 4937, Urinalysis Testing
DATE    05/14/2012    PAGE 5 of 9

FORM 2082        STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
(REV. 05/13)                          REQUEST FOR URINALYSIS

FACILITY _Auburn Correctional Facility_        Test # _____
INMATE NAME _Brown, D_        NUMBER _11A4897_   CELL _MHU-D50-6_
REQUEST MADE BY _S. Hite_        DATE _01-21-2016_
AGENT(S) SUSPECTED (IF ANY) _Full Scan_
CIRCUMSTANCES LEADING TO REQUEST _weapon found on person_

TEST APPROVED BY: _____        DATE: _1/21/16_
INMATE TOLD THE UNDERLYING REASON WHY HE IS BEING ORDERED TO SUBMIT A URINE SPECIMEN CIRCLE ONE:
SUSPICION, ROUTINE, RANDOM)
BY _____        DATE_____   TIME_____
HAS INMATE TAKEN MEDICATION RECENTLY? (YES OR NO) SPECIFY _____

INMATE ORDERED TO SUBMIT SPECIMEN:        DATE_____   TIME_____
SPECIMEN WITNESSED AND OBTAINED BY _____        DATE_____   TIME_____
DOES INMATE WILLFULLY REFUSE TO SUBMIT SPECIMEN? (YES OR NO)
DOES INMATE CLAIM TO BE UNABLE TO SUBMIT SPECIMEN IN THE PRESENCE OF OTHERS?
                        (YES OR NO)*   DATE_____   TIME_____
*(In the event an inmate makes this claim, the procedures in Directive #4937, Section IV-E shall be followed).
IF INMATE CLAIMS TO BE UNABLE TO SUBMIT SPECIMEN, HAS INMATE BEEN GIVEN AT LEAST THREE HOURS TO
SUBMIT SPECIMEN? (YES OR NO)
SPECIMEN TESTED BY (1ST TEST) _____   DATE_____   TIME_____
RESULTS _____
SPECIMEN TESTED BY (2ND TEST) _____   DATE_____   TIME_____
RESULTS _____
CHAIN OF CUSTODY. (STARTING WITH STAFF OBTAINING SPECIMEN, ATTACH ADDITIONAL PAGES IF NECESSARY)
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
FROM _____ TO _____ DATE_____ TIME_____
This form is to be filled out COMPLETELY. It is to accompany the specimen until the specimen is tested.
If the specimen is positive, a MISBEHAVIOR REPORT shall be written.

3152SHU/KL (3/12)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# SUICIDE PREVENTION SCREENING GUIDELINES – SHU/KEEPLOCK (KL) ADMISSION

Ref. Dir. #4101

This form will be completed <u>immediately</u> upon admission to SHU or a separate KL unit.  If an inmate is taken to the Infirmary on the way to SHU/KL, this form will be filled out by health care staff and delivered to the SHU/KL Supervisor.  At all other times, the form will be filled out by the SHU/KL Supervisor.  Please note that in cases of regular (non-emergency) referral to Mental Health, an additional Form #3150, "Mental Health Referral" is not required. The #3152SHU/KL non-emergency referral form will function as the mental health referral.

| NAME Brown, D. | DIN 11A4897 | DATE 1/21/16 | TIME 5:55 pm |
|---|---|---|---|
| Name of Facility Auburn | Name of Screening Person Sgt. Claflin | Length of SHU/KL Sentence: Pending | |
| Reason Inmate is admitted to SHU/KL unit Disciplinary — Weapon | | | |

*Check appropriate YES or NO Response for Each Question*

| Observations of Escorting Officer | YES | NO | ANY COMMENTS/OBSERVATIONS |
|---|---|---|---|
| Escorting Officer observed bizarre behavior or behavior that may be a sign of suicide risk. | *** | X | |

| SHU/KEEPLOCK Screening Questions | YES | NO | |
|---|---|---|---|
| 1. Have you served SHU/KL time before? | X | | |
| 2. Other than at reception, have you been seen by Mental Health staff while incarcerated? | X | | |
| 3. Are you currently an active mental health patient? | X | | |
| 4. Have you tried to commit suicide while incarcerated? | *** X | | |
| 5. Are you feeling suicidal? | *** X | | |
| 6. Do you feel you can adjust to SHU/KL confinement? | | *** X | |
| 7. Do you feel you have anything to look forward to in the future? | X | *** | |
| 8. Are you currently taking any mental health medications? | | X | |

| Behaviors/Appearance | YES | NO | |
|---|---|---|---|
| 9. Inmate has visible marks of self-mutilation. | *** | X | |
| 10. Inmate shows signs of depression (e.g., crying, withdrawn). | | X | |
| 11. Inmate appears anxious, scared, irritable or angry. | | X | |
| 12. Inmate appears to have poor hygiene (e.g., smells, debris in hair). | | X | |
| 13. Inmate is having trouble following direction or responding appropriately. | | X | |
| 14. Inmate appears to be under the influence of alcohol or drugs, is incoherent or otherwise acting in an abnormal manner. | *** | X | |

Actions:

▪ If any box marked with *** is checked, make an immediate (emergency) referral to Mental Health and notify the Watch Commander.  If the inmate refuses to answer any of the screening questions where *** is marked (questions 4 through 7), note that fact in the comments section and make an immediate referral to OMH.

▪ If any of the other YES boxes are checked in the Behaviors/Appearances section, make a regular (non-emergency) referral to Mental Health.

Mental Health referral needed                    ☒ Yes        ☐ No

If yes, type of Mental Health Notification       ☐ Regular (Non-Emergency) Referral   ☒ Immediate (Emergency) Phone Referral

If regular referral, how was notification made?  ☒ Phone       ☐ In-Writing       ☐ In-Person

If immediate (emergency) referral name and title of clinician contacted is required:   W/C U. Quinn notified.

S. Osterhoudt              RN

Name                                                               /Title

▪ If for any other reason you feel there is a problem with the inmate, notify Mental Health and call the Watch Commander.

The source of a mental health referral is protected from disclosure under Mental Health Law, Section 33.13 and 33.18, if such disclosure would be detrimental to the referral source, to the patient, or to other persons.

Distribution:    White    – OMH  *If no OMH referral was "required" or the facility does NOT have OMH, place in Medical/Health Record Psych. Section
              Canary  – SHU/KL Supervisor (for the SHU/KL file)    Pink – Watch Commander   Goldenrod – Medical/Health Record Psych. Section

Brown v. Cornell, 9:17-cv-1036    000175    Obs #4



**NEW YORK STATE**

# Corrections and
# Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## PROTECTIVE CUSTODY WAIVER

I _Brown, D._ DIN _11 A 4897_ CELL _SHU-D E-8_ feel that I have no need for protection from anyone here at Auburn Correctional Facility. I feel that at this time, there is no threat to my life by remaining in general population.

Circumstances leading up to interview:

_Admitted to SHU-D for posessing a weapon_

_____

_____

_____

_____

_____

_____

_____

_____

Inmate signature: _Refused to sign @ Sgt. R. Howell_    Date: _1/21/16_

Interviewer's signature: _Sgt. F. Clift_    Date: _1/21/16_

I _____ DIN _____    DO,   DO NOT, (circle one)

want to pursue criminal charges in regard to the above matter.

Inmate signature: _____    Date: _____

Interviewer's signature: _____    Date: _____

Brown v. Cornell, 9:17-cv-1036   000176

     

# NEW YORK **STATE**

## Department of Correctional Services
### Inmate Photographs

C010MJO - 1/22/2016 10:27 AM

Close



**INMATE INFORMATION:**

| | | | |
|---|---|---|---|
| Name: | **BROWN, DONNESIA** | | |
| DIN: | **11A4897** | Status: | **IN CUSTODY** |
| NYSID: | **05333521P** | Owning Facility: | **AUBURN GENERAL** |
| Gender: | **MALE** | Race: | **BLACK** |
| Date of Birth: | **8/10/1968** | Ethnicity: | **NOT HISPANIC** |

**PHYSICAL CHARACTERISTICS:**

| | | | |
|---|---|---|---|
| Hair: | **BL/BLD** | Height: | **5' 11"** |
| Eyes: | **BROWN** | Weight: | **165** |

**TATTOOS: RIGHT SHOULDER "MOB".LEFT ARM-"DEE"**

**PHOTO INFORMATION:**
Facility Taken: **AUBURN**
Date Taken: **4/9/2014 9:13 AM**



Brown v. Cornell, 9:17-cv-1036   000177

http://photos/i.aspx?D=11A4897&ID=ae381158-b3ae-4cb2-b565-409f19a6e12f

1/22/2016

3209    Contraband/Evidence Photograph Card

Item Description: ICE PICK TYPE WEAPON 8" X 1/2" CLOTH HANDLE

Date/Time 1/21/2016  /  3:30PM    Found by:  CO M. CORNELL

Facility Contraband/Evidence Control #:

Inmate Name:  BROWN, D.    DIN # 11A4897

Where found:  ON PERSON BUTTOCKS AREA

Photographer:  CO M MATTIE

Electronic Ub/Contraband #'s, if applicable:

Facility
Contraband #
(if applicable)

UI # 16-0023

Preliminary field
is needed



**Corrections and
Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To:        DSS E. Fagan

From:      Lt. M. Ouimette Acting Captain

Subject:   Unusual Incident 16-0023 Toothbrush Weapon

Date:      January 22, 2016


EVENTS CAUSING:

Inmate Brown, 11A4897, D-4-37, had a toothbrush type weapon concealed in his buttocks area,
which was recovered by staff during a pat frisk prior to a cell frisk.


Respectfully submitted,

*Michael Ouimette Lt.*

Michael Ouimette Lieutenant

Brown v. Cornell, 9:17-cv-1036   000179

FORM #2077 (Rev. 8/01)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

**CONTRABAND RECEIPT**

Auburn CORRECTIONAL FACILITY

Original - Inmate
Copy     - D.S.S

DATE/TIME Approx.
1-31-16

LOCATION D. 4-37

INMATE NAME Brown D

DIN 11A4897

☑ NO CONTRABAND FOUND     ☑ NO PROPERTY DAMAGED DURING SEARCH

OFFICER CONDUCTING SEARCH

SIGNATURE _____

PRINT NAME _____

ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | COMMENTS

DISPOSITION OF ITEMS LISTED

PERSON RECEIVING ITEMS

SIGNATURE _____

PRINT NAME _____

YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

Contraband/Evidence Photograph Card

Item Description ICE PICK TYPE WEAPON 8" X 1/2" CLOTH HANDLE

Date/Time 1/21/2016 / 3:30PM          Found by: CO M. CORNELL

Facility Contraband/Evidence Control #

Inmate Name: BROWN, D.

Where found: ON PERSON BUTTOCKS AREA

Photographer: CO M MATTIE

Electronic UI/Contraband #'s (if applicable):

U1 # 16-0023

DIN # 11A4897

Photograph legibly
as needed

Facility
Contraband #:
(if applicable)

Agency ACF     Case No. 16-0023

Item No. _____     Offense 113.10

Suspect BROWN, RONNELL

Victim NA

Date and Time of Recovery 7/21/16  Approx 3:30 PM

Recovered By M. Cornell

Description and/or Location ICE PICK
TYPE WEAPON MEASURE APPROX
8" LONG BY 1/2" WIDE FASHIONED
FROM A TOOTH BRUSH WITH
CLOTH HANDLE

## CHAIN OF CUSTODY

| FROM | TO | DATE |
|------|-----|------|
| C. D. Cornell | EVIDENCE | 7/21/16 |
|  | DROP BOX |  |
|  |  |  |
|  |  |  |
|  |  |  |

**TO USE:**
1) Remove Release Liner from Flap.
2) Fold Where Indicated. BAG IS NOW SEALED.
3) Tear Where Indicated and Retain Evidence Receipt.

**CAUTION:** ATTEMPTS TO REOPEN WILL DISTORT SEALED AREA.
Condition of Bag when Opened:   ☐ Sealed
                                ☐ Other _____

OPENED BY: _____     DATE _____

**SIRCHIE** ■ Products ■ Vehicles ■ Training
100 Hunter Place, Youngsville, N.C. 27596 U.S.A.
Phone: (919) 554-2244, (800) 356-7311
Fax: (919) 554-2266, (800) 899-8181
www.sirchie.com

NO. SEB600

TO REMOVE CONTENTS — CUT ALONG BOTTOM

Brown v. Cornell, 9:17-cv-1036   000182