```
07/09/18   SDCP008        INMATE DISCIPLINARY HISTORY        *FPMS*        PAGE 002

INMATE ID#: 11A4897 BROWN, DONNESIA                          LOCATION: CLINTON GEN
-----------------------------------------------------------------------------------
TIER 2   INCIDENT: 02/18/16 12:30 PM  CO   BARRON, J A          SOUTHPORT
         HEARING : 02/22/16 09:35 AM  LT   GANTERT, R           SOUTHPORT
106.10 DIRECT ORDER        109.12 MOVEMENT VIO.
      15 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 05/20/16 06/04/16
      15 D PHONE                                  SERVICE DTES 05/20/16 06/04/16
      15 D KEEPLOCK     PACKAGE      COMMISSARY   PHONE        SUSPD TO 04/22/16
-----------------------------------------------------------------------------------
TIER 3   INCIDENT: 01/21/16 03:30 PM  CO   CORNELL, M S         AUBURN GENER
         HEARING : 01/28/16 10:07 AM  CHO  BAUERSFELD, B N      AUBURN GENER
113.10 WEAPON              113.11 ALTERED ITEM
     120 D SHU          PACKAGE      COMMISSARY   SERVICE DTES 01/21/16 05/20/16
     120 D PHONE                                  SERVICE DTES 01/21/16 05/20/16
      60 D SHU          PACKAGE      COMMISSARY   PHONE        SUSPD TO 07/26/16
-----------------------------------------------------------------------------------
TIER 2   INCIDENT: 01/08/16 09:45 PM  CO   ZEHR, R C            AUBURN GENER
         HEARING : 01/13/16 10:21 AM  LT   FASCE, J J           AUBURN GENER
104.11 VIOLENT CONDUCT     104.13 CREATE DISTURB     100.13 FIGHTING
106.10 DIRECT ORDER
      14 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 01/08/16 01/22/16
      14 D PHONE                                  SERVICE DTES 01/08/16 01/22/16
       7 D KEEPLOCK     PACKAGE      COMMISSARY   PHONE        SUSPD TO 03/13/16
-----------------------------------------------------------------------------------
TIER 2   INCIDENT: 06/08/15 03:00 PM  CO   SMITH, M A           AUBURN GENER
         HEARING : 06/14/15 09:53 AM  LT   ABATE, T C           AUBURN GENER
104.13 CREATE DISTURB      107.10 INTERFERENCE       106.10 DIRECT ORDER
180.10 FACIL VISITING
       6 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 06/08/15 06/14/15
       6 D PHONE                                  SERVICE DTES 06/08/15 06/14/15
      15 D KEEPLOCK     PACKAGE      COMMISSARY   PHONE        SUSPD TO 09/12/15
-----------------------------------------------------------------------------------
TIER 2   INCIDENT: 01/14/15 09:15 AM  TCHR STODDARD, S H        AUBURN GENER
         HEARING : 01/20/15 01:06 PM  LT   VASILE, J L          AUBURN GENER
104.13 CREATE DISTURB      107.10 INTERFERENCE       106.10 DIRECT ORDER
102.10 THREATS
      30 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 01/14/15 02/13/15
      30 D PHONE                                  SERVICE DTES 01/14/15 02/13/15
         REFERRALS   /
-----------------------------------------------------------------------------------
TIER 3   INCIDENT: 10/20/14 12:19 PM  CO   GUIDO                AUBURN GENER
         HEARING : 10/22/14 10:44 AM  CHO  B. BAUERSFELD        AUBURN GENER
113.24 DRUG USE
      45 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 10/20/14 12/04/14
      45 D PHONE                                  SERVICE DTES 10/20/14 12/04/14
      45 D KEEPLOCK     PACKAGE      COMMISSARY   PHONE        SUSPD TO 04/20/15
-----------------------------------------------------------------------------------
TIER 2   INCIDENT: 09/09/14 09:15 AM  TCHR SMALDONE             AUBURN GENER
         HEARING : 09/15/14 01:53 PM  LT   J. VASILE            AUBURN GENER
104.13 CREATE DISTURB      107.10 INTERFERENCE       106.10 DIRECT ORDER
109.12 MOVEMENT VIO.
      15 D KEEPLOCK     PACKAGE      COMMISSARY   SERVICE DTES 09/09/14 09/24/14
      15 D PHONE                                  SERVICE DTES 09/09/14 09/24/14
         REFERRALS   /
-----------------------------------------------------------------------------------
TIER 3   INCIDENT: 10/20/13 09:40 AM  CO    J.DAUGHERTY         ELMIRA GENER
         HEARING : 10/21/13 03:26 PM  VSUP  MAHUNIK             ELMIRA GENER
         APPEAL  : 12/24/13 AFFIRMED  ADIR  VENETTOZZI          CENTRAL OFF
         DIS.REV : 12/16/13           SHMC  CAPT                CAYUG SHU200

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN
```

Brown v. Cornell, 9:17-cv-1036   000003

```
07/09/18    SDCP008       INMATE DISCIPLINARY HISTORY        *FPMS*        PAGE 003

INMATE ID#: 11A4897 BROWN, DONNESIA                   LOCATION: CLINTON GEN
--------------------------------------------------------------------------------
113.10 WEAPON
    3 M   4 D SHU        PACKAGE      COMMISSARY   SERVICE DTES 10/20/13 01/24/14
    3 M   4 D PHONE                                SERVICE DTES 10/20/13 01/24/14
    1 M       GOOD TIME
--------------------------------------------------------------------------------
TIER 3  INCIDENT: 12/13/12 09:00 AM  INST KAVANAUGH         MARCY
        HEARING : 12/21/12 12:03 PM  DSS  GEOGHEGAN         MARCY
        DIS.REV : 01/28/13           CAPT WEBER             MIDST SHU200
104.11 VIOLENT CONDUCT   100.11 ASSAULT ON STAFF   107.10 INTERFERENCE
106.10 DIRECT ORDER
       75 D SHU          PACKAGE      COMMISSARY   SERVICE DTES 12/13/12 02/26/13
       75 D PHONE                                  SERVICE DTES 12/13/12 02/26/13
    6 M       GOOD TIME
--------------------------------------------------------------------------------
TIER 2  INCIDENT: 12/01/12 03:46 PM  CO   T.JASEWICZ        MARCY
        HEARING : 12/04/12 10:15 AM  LT   COUGHLIN          MARCY
122.10 SMOKING
       15 D PACKAGE      COMMISSARY                SERVICE DTES 12/04/12 12/19/12
--------------------------------------------------------------------------------
TIER 2  INCIDENT: 08/23/12 04:51 PM  CO   J.CALLAHAN        MARCY
        HEARING : 09/03/12 10:36 AM  LT   COUGHLIN          MARCY
106.10 DIRECT ORDER      109.10 OUT OF PLACE
       15 D RECREATION   PACKAGE                   SERVICE DTES 09/03/12 09/18/12
--------------------------------------------------------------------------------
TIER 2  INCIDENT: 07/24/12 06:48 PM  CO   J. CALLAHAN       MARCY
        HEARING : 08/01/12 10:45 AM  LT   COUGHLIN          MARCY
122.10 SMOKING
        7 D WORK DET                               SERVICE DTES 08/01/12 08/08/12
       15 D RECREATION                             SUSPD TO 10/30/12
--------------------------------------------------------------------------------
```

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN

***SUCCESSFUL PRINT COMPLETION***

```
07/09/18    SDCP008        INMATE DISCIPLINARY HISTORY        *FPMS*       PAGE 002

INMATE ID#: 09A5824 OZZBORN, THOMAS                           LOCATION: RELEASED

------------------------------------------------------------------------------
TIER 3   INCIDENT: 05/09/15 07:45 PM   CO    CORNELL, M S       AUBURN GENER
         HEARING : 05/28/15 10:24 AM   CHO   BAUERSFELD, B N    AUBURN GENER
         APPEAL  : 08/17/15 AFFIRMED   DIR   VENETTOZZI         CENTRAL OFF
         DIS.REV : 10/28/15            SHMC  CAPT               CAYUG SHU200
113.10 WEAPON              113.11 ALTERED ITEM
     309 D SHU                                        SERVICE DTES 05/09/15 03/13/16
     365 D PACKAGE     COMMISSARY   PHONE             SERVICE DTES 05/09/15 05/08/16
     180 D GOOD TIME
------------------------------------------------------------------------------
TIER 2   INCIDENT: 02/26/15 09:10 AM   CO    SHORT, L J         AUBURN GENER
         HEARING : 03/03/15 10:58 AM   LT    OUIMETTE, M J      AUBURN GENER
105.13 GANGS
     14 D KEEPLOCK     PACKAGE      COMMISSARY  SERVICE DTES 02/26/15 03/12/15
     14 D PHONE                                 SERVICE DTES 02/26/15 03/12/15
------------------------------------------------------------------------------
TIER 3   INCIDENT: 01/06/14 08:15 PM   CO    M.RUPP             ELMIRA GENER
         ADDITIONAL OFFICERS: CO   J.TAYLOR .   CO   D.SCHRIVER
         HEARING : 02/07/14 02:45 PM   CHO   ESGROW             ELMIRA GENER
         APPEAL  : 04/29/14 AFFIRMED   ADIR  VENETTOZZI         CENTRAL OFF
         DIS.REV : 01/07/15            SHMC  REVIEW             UPSTATE SHU
116.10 LOSS/DAMAGE PROP   113.10 WEAPON            100.11 ASSAULT ON STAFF
106.10 DIRECT ORDER
 12 M   27 D SHU        PACKAGE      COMMISSARY   SERVICE DTES 01/06/14 02/02/15
 12 M   27 D PHONE                                SERVICE DTES 01/06/14 02/02/15
  6 M      GOOD TIME
------------------------------------------------------------------------------
TIER 3   INCIDENT: 09/08/12 11:45 AM   CO    DUMAS              UPSTATE SHU
         HEARING : 09/14/12 09:02 AM   CAPT  T.ZERNIAK          UPSTATE SHU
         DIS.REV : 05/02/13            DSP   DRC                UPSTATE SHU
104.11 VIOLENT CONDUCT    100.13 FIGHTING           106.10 DIRECT ORDER
  2 M     SHU          PACKAGE     COMMISSARY  PHONE      SUSPD TO 05/03/13
  2 M     GOOD TIME
------------------------------------------------------------------------------
TIER 3   INCIDENT: 08/15/12 04:40 PM   CO    T.MARTINEAU        GRT MEAD GEN
         ADDITIONAL OFFICERS: CO   C.BICKFORD
         HEARING : 08/23/12 10:42 AM   CHO   HARVEY             GRT MEAD GEN
         APPEAL  : 10/26/12 AFFIRMED   DIR   PRACK              CENTRAL OFF
         DIS.REV : 05/02/13            DSP   DRC                UPSTATE SHU
113.10 WEAPON             114.10 SMUGGLING           104.11 VIOLENT CONDUCT
100.13 FIGHTING           106.10 DIRECT ORDER
 13 M   10 D SHU        PACKAGE      COMMISSARY   SERVICE DTES 08/15/12 09/25/13
 13 M   10 D PHONE                                SERVICE DTES 08/15/12 09/25/13
  6 M      GOOD TIME
------------------------------------------------------------------------------
TIER 3   INCIDENT: 01/17/12 07:05 PM   CO    A. CHRISTON        CLINTON GEN
         ADDITIONAL OFFICERS: CO   B. DOYLE
         HEARING : 01/23/12 08:11 AM   EDIR  B CAMPBELL         CLINTON GEN
         DIS.REV : 06/06/12            DSP   DRC                UPSTATE SHU
113.10 WEAPON             113.10 WEAPON              114.10 SMUGGLING
  6 M    6 D SHU        PACKAGE      COMMISSARY   SERVICE DTES 01/17/12 07/23/12
  6 M    6 D PHONE                                SERVICE DTES 01/17/12 07/23/12
  2 M      GOOD TIME
------------------------------------------------------------------------------
TIER 2   INCIDENT: 07/02/11 08:20 AM   CO    A. BASTO           CLINTON GEN
         HEARING : 07/07/11 12:49 PM   LT    J. ROCK            CLINTON GEN
116.10 LOSS/DAMAGE PROP
     30 D KEEPLOCK     PACKAGE      COMMISSARY  SERVICE DTES 07/02/11 08/01/11

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN
```

```
07/09/18    SDCP008      INMATE DISCIPLINARY HISTORY        *FPMS*      PAGE 003

INMATE ID#: 09A5824 OZZBORN, THOMAS                    LOCATION: RELEASED

------------------------------------------------------------------------------
      30 D PHONE                                SERVICE DTES 07/02/11 08/01/11
------------------------------------------------------------------------------
TIER 2  INCIDENT: 05/09/11 08:00 PM  CO   T. SAUNDERS         CLINTON GEN
        HEARING : 05/12/11 09:50 AM  LT   J MILLER            CLINTON GEN
106.10 DIRECT ORDER
      15 D RECREATION  PACKAGE     COMMISSARY   SERVICE DTES 05/09/11 05/24/11
      15 D PHONE                                SERVICE DTES 05/09/11 05/24/11
------------------------------------------------------------------------------
TIER 2  INCIDENT: 12/29/10 07:20 AM  CO   W. DURNIN           CLINTON GEN
        HEARING : 01/03/11 10:40 AM  LT   J MILLER            CLINTON GEN
104.13 CREATE DISTURB     100.13 FIGHTING
      30 D KEEPLOCK    PACKAGE     COMMISSARY   SERVICE DTES 12/29/10 01/28/11
      30 D PHONE                                SERVICE DTES 12/29/10 01/28/11
------------------------------------------------------------------------------
TIER 3  INCIDENT: 07/07/10 08:15 PM  CO   K. MALIK            ATTICA GEN
        HEARING : 07/19/10 02:14 PM  CAPT BROWN               ATTICA GEN
        DIS.REV : 09/13/10           CAPT S. ECKERT           COLLS SHU200
113.10 WEAPON           113.11 ALTERED ITEM    116.11 TAMPER WITH PROP
  3 M   7 D SHU         PACKAGE    COMMISSARY  SERVICE DTES 07/07/10 10/14/10
  3 M   7 D PHONE                              SERVICE DTES 07/07/10 10/14/10
  2 M      GOOD TIME
------------------------------------------------------------------------------
TIER 2  INCIDENT: 02/14/10 10:05 PM  CO   GOULD               SING SING GN
        HEARING : 02/18/10 02:00 PM  LT   GEORGE              SING SING GN
        DIS.REV : 03/05/10           CAPT INGENITO ACT/DSS    SING SING GN
116.10 LOSS/DAMAGE PROP
      20 D KEEPLOCK                             SERVICE DTES 02/14/10 03/06/10
      30 D PACKAGE     COMMISSARY   PHONE       SERVICE DTES 02/14/10 03/16/10
------------------------------------------------------------------------------

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN
***SUCCESSFUL PRINT COMPLETION***
```