# EXHIBIT 4

**SUPPORTING DEPOSITION (CPL § 100.20)**

New York State Dept of Corrections & Community Supervision
Page 1 of 1

THE PEOPLE OF THE STATE OF NEW YORK
VS

DEFENDANT(S)

| **LOCATION OF INCIDENT:** | **LOCATION OF DEPOSITION:** |
|---|---|
| STATE OF NEW YORK, _____ COUNTY _____ COURT | STATE OF NEW YORK |
| COUNTY OF _____ Cayuga | COUNTY OF _____ Seneca |
| OF _____ | OF _____ |

| DATE | TIME STARTED | | FULL NAME: |
|---|---|---|---|
| On 12/19/16 | at 12:20 | ☐ AM ☒ PM | I, Donnesia Brown    11A4893 |

STATE THE FOLLOWING:

I, Donnesia Brown, have been incarcerated at Five Points Correctional Facility since November 2, 2016. Prior to that I was housed at Auburn Correctional Facility for approximately 2 years. In general, I had few to no problems at Auburn Correctional Facility, however, there was an incident on January 21, 2016, that resulted in my latest conviction.

While sitting in my cell in keeplock, I was plugged in listnening to music from my wall. Correction Officer Cornell and one other unknown officer approached my cell and the gate was opened. Correction Officer Cornell came in, told me to show him my hands and placed me in the frisk position on the gate. I complied. I was then brought down the gallery in D-Block and taken to the office space before the catwalk. Correction Officer Cornell then told me he had to strip search me as there was information I had a weapon. I complied with the search. Nothing was found on me. Correction Officer Cornell then stated to me, "This isn't personal. If it was, we would be fighting". He then said, " Now you have a weapon". I observed Correction Officer Cornell pull out a white sharpened toothbrush wrapped in a cloth. An unknown Sergeant was then called and I was escorted to the box. Correction Officer Cornell told the Sergeant that I pulled the weapon from my buttocks and handed it to him. At my hearing, I plead not guilty. I did not call any witnessess as I did not have any. The other officer that was present never said anything. At the hearing I was told I would not face new charges for the weapon, especially since it was never used in the course of action or against anyone.

On August 2, 2016, I was told I had a court trip. This was the first time I was notified I was facing promoting prison contraband charges. I was convicted of this charge and senteneced

---

**NOTICE**
(Penal Law Sec. 210.45)
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this _____ day of DECEMBER, 20 16
- or -
*Subscribed and Sworn to before me
this _____ day of _____ 20 _____

(SIGNATURE OF DEPONENT) Donnesia Brown

WITNESS: _____

TIME ENDED 3:40 ☐ AM ☒ PM


DEFENDANT'S EXHIBIT A
8-8-19

Brown v. Cornell, 9:17-cv-1036    000153

| SUPPORTING DEPOSITION (CPL § 100.20) | New York State Dept of Corrections & Community Supervision |
|---|---|
| | Page 2 of 2 |

THE PEOPLE OF THE STATE OF NEW YORK      VS. _____
                                                                    DEFFENDANT(S)

2 to 4 years. I plead guilty because I did not have any money nor was I given time to fight the sentence of 3 1/2 to 7 years if I blew trial. I was also told the Judge could find me a persistant offender and put life on the back of my sentence. I was never in possession of a weapon. I am trying to fight this conviction with the aid of legal assistant Kim Taylor, 4th District, Rochester, NY.

---

**NOTICE**
(Penal Law Sec. 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this _____ day of DECEMBER , 20 ____

(SIGNATURE OF DEPONENT) - Donnesia Brown

- or -

Subscribed and Sworn to before me
this _____ day of _____ , 20 ____

(NAME OF PERSON ADM. DEPOSITION)

TIME ENDED 3:02  ☐ AM  ☒ PM