# EXHIBIT 5

COUNTY COURT
COUNTY OF CAYUGA     STATE OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK,

                              vs.                              NOTICE OF APPEAL
                                                               IND. # 2016-095

DONNESIA BROWN

                              Defendant.

LADIES AND GENTLEMEN:

        PLEASE TAKE NOTICE that **Donnesia Brown**, hereby Appeals to the Appellate
Division of the Supreme Court of the State of New York, Fourth Judicial Department, from a
judgment entered on October 11, 2016 in County Court, Cayuga County, convicting and
sentencing the defendant on one count of a Promoting Prison Contraband is the First Degree,
and from each and every part thereof and from each and every intermediate order made
therein.

Dated:   Auburn, New York
         October 13, 2016

                                              ROME CANZANO
                                              Attorney for Defendant
                                              2 South Street, Suite 202
                                              Auburn, New York 13021
                                              (315) 515-9015
                                              Fax.: (315) 282-7121

To:      Cayuga County Clerk
         County Office Building
         160 Genesee St.
         Auburn, NY 13021

         Office of the District Attorney
         95 Genesee Street, First Floor
         Auburn, New York 13021