**United States District Court**
**For The Northern District of New York**
*Donnesia Brown v. Cornell*

**Case No.:** 9:17-cv-1036
**Trial Date:** July 6, 2021
**Presiding Judge:** District Court Judge Mae A. D'Agostnio

( X ) Plaintiff        ( ) Defendant        ( ) Court

| Exhibit No. | Marked for Indentification | Admitted Into Evidence | Remarks | Witnesses | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Photographs of contraband and evidence bag from January 21, 2016 strip frisk |
| P-2 | | | | | John Budelmann Letter dated December 23, 2016 |
| P-3 | | | | | Inmate Movement Data, Chronological History Display |
| P-4 | | | | | January 17, 2017 Order of Hon. Mark H. Fandrich |
| P-5 | | | | | Memo from Officer Cornell to Sgt. Pyke dated January 21, 2016 |
| P-6 | | | | | Memo from Sgt. Pyke to Lt. Quinn dated January 21, 2016 |
| P-7 | | | | | Office of Special Investigations Invetigative Report IAD/17/0595 dated April 30, 2020 |
| P-8 | | | | | ADA Brian Leeds contemporaneous Matt Cornell Investigation Notes |

**Exhibits Returned To Counsel (Date):** _____

**Signature:** _____

1. Plaintiff reserves the right to supplement this Exhibit list with additional exhibits as needed and depending on the evidence offered by Defendant at trial
2. This exhibit list does not include impeachment exhibits

**DATED:** June 24, 2021