UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DONNESIA BROWN,**
      Plaintiff,

vs.                        **CASE NUMBER: 9:17-cv-1036 MAD/ATB**

**MATTHEW CORNELL,**
      Defendant.
_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on July 8, 2021, the Jury finds in favor of the defendant Matthew Cornell. Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of defendant Matthew Cornell.

DATED: July 8, 2021

*[Signature]*
Clerk of Court

S/Britney Norton
Britney Norton
Deputy Clerk